**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JENNY C HOLDINGS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10580 (JKS) |
| In re:<br><br>JENNY C INTERMEDIATE HOLDINGS, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10581 (JKS) |
| In re:<br><br>JENNY C ACQUISITION, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10582 (JKS) |
| In re:<br><br>CRAIG HOLDINGS, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10583 (JKS) |
| In re:<br><br>JC FRANCHISING, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10584 (JKS) |

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| JC USA, INC. | ) | |
| | ) | Case No. 23-10585 (JKS) |
| Debtor. | ) | |
| | ) | |
| | ) | |

### SCHEDULES OF ASSETS AND LIABILITIES
### FOR JC USA, INC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JENNY C HOLDINGS, LLC,<br><br>　　　Debtor. | Chapter 7<br><br>Case No. 23-10580 (JKS) |
| In re:<br><br>JENNY C INTERMEDIATE HOLDINGS, INC.,<br><br>　　　Debtor. | Chapter 7<br><br>Case No. 23-10581 (JKS) |
| In re:<br><br>JENNY C ACQUISITION, INC.,<br><br>　　　Debtor. | Chapter 7<br><br>Case No. 23-10582 (JKS) |
| In re:<br><br>CRAIG HOLDINGS, INC.,<br><br>　　　Debtor. | Chapter 7<br><br>Case No. 23-10583 (JKS) |
| In re:<br><br>JC FRANCHISING, INC.,<br><br>　　　Debtor. | Chapter 7<br><br>Case No. 23-10584 (JKS) |

|  | ) |  |
| --- | --- | --- |
| In re: | ) | |
| | ) | Chapter 7 |
| JC USA, INC. | ) | |
| | ) | Case No. 23-10585 (JKS) |
| Debtor. | ) | |
| | ) | |
| | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### INTRODUCTION

Jenny C Holdings, LLC and its debtor affiliates, as debtors in the above-captioned cases (collectively, the "Debtors"), are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statement of Financial Affairs (each, a "Statement" and, collectively, the "Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These global notes and statement of limitations, methodology, and disclaimers regarding the Debtors' Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to particular Schedules and Statements (the "Specific Notes" and, together with the Global Notes, the "Notes"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors prepared the Schedules and Statements with the assistance of their advisors and professionals and have relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and professionals. Given the scale of the Debtors' businesses, Lawrence Perkins, the Debtors' Chief Restructuring Officer and duly authorized and designated representative of the Debtors (the "Authorized Representative") who has executed the Schedules and Statements of the Debtors, has necessary relied upon the prior efforts, statements, and representations of employees and professionals of the Debtors and has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

While the Debtors have made reasonable efforts under the circumstances to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist. Moreover, because the Schedules and Statements contain unaudited information, which is subject to further review and

2

potential adjustment, there can be no assurance that the Schedules and Statements are complete or accurate.

The Debtors and their past or present directors, officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to the Chapter 7 Cases (as defined below), including, but not limited to, liability for any claims, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

## GLOBAL NOTES REGARDING SCHEDULES & STATEMENTS

1.  **Description of the Chapter 7 Cases**. On May 5, 2023 (the "Petition Date"), the Debtors commenced voluntary cases under chapter 7 of the Bankruptcy Code (collectively, the "Chapter 7 Cases").

2.  **Basis of Presentation**. For financial reporting purposes, the Debtors have historically prepared consolidated financial statements, which include financial information for the Debtors and certain non-debtor affiliates. The Schedules and

Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") in the United States, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the applicable Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than reporting by individual legal entity, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time before or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or any time prior to or after the Petition Date.

3.  **Reporting Date**. The reported asset values in Schedules A and B, with the exception of estimated cash balances, reflect the Debtors' asset values as of February 28, 2023 (the "Reporting Date"). Estimated cash balances presented in Schedule A reflect estimated bank balances as of April 28, 2023, May 4, 2023, or May 5, 2023, as applicable, for the Debtors' accounts at JPMorgan Chase and as of April 7, 2023 for the Debtors' remaining bank accounts. Due to employee resignations in the Debtors' treasury department prior to the Petition Date, the Debtors were not able to collect all bank balances as of the Petition Date.

4.  **Current Values**. Other than estimated bank cash balances, and unless otherwise noted, the assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records.

5.  **Excluded Assets**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, accrued accounts payable, right to use assets and related lease liability as well as capitalized freight.

6.  **Intercompany Balances**. The Debtors have excluded intercompany payables and receivables from the Schedules and Statements.

7.      **Accuracy**. Although the Debtors have made reasonable efforts under the circumstances to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary or appropriate.

8.      **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, wherever possible, unless otherwise indicated, net book values are presented as of the Reporting Date. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.

9.      **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars.

10.     **Inventory**. Inventories are reported based on the net book value on the Debtors' balance sheet as of the Reporting Date, except Statement 27 which reflects the latest physical inventory counts of the Debtors based on information available prior to the Petition Date.

11.     **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals. Where a claim or other amount is marked as "unliquidated," but the Debtors also report a dollar value, such dollar value may indicate only the known or determined amount of such claim or amount, the balance of which is unliquidated.

12.     **Reservation of Rights**. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to the Chapter 7 Cases, including, but not limited to, the following:

a.      Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent,"

or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.    Notwithstanding that the Debtors have made reasonable efforts under the circumstances to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.    The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

d.    The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

e.    The listing of a claim on Schedule D as "secured" or on Schedule E/F as "priority unsecured," or the listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in any order by the Bankruptcy Court that is or becomes final, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

f.    In the ordinary course of their business, the Debtors lease property from certain third-party lessors for use in the daily operation of their business. Any such leases are set forth on Schedule G, and any current amounts due

under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including, the recharacterization thereof.

g.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

h.  The Debtors' businesses are part of a complex enterprise. Although the Debtors have made reasonable efforts under the circumstances to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

i.  The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and leases listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

j.  Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any contract listed on the Schedules and Statements does not constitute an executory contract within the meaning of Bankruptcy Code section 365, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of Bankruptcy Code section 365.

k.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their

terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

## **SPECIFIC DISCLOSURES WITH RESPECT TO THE SCHEDULES**

**Schedules A/B**

**Part 25**. Although it is conceivable that certain inventory items may have been purchased within twenty days of the Petition Date, these items have been listed on Schedule A/B as "undetermined."

**Schedule D**. The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates. A determination of the date on which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim.

Reference to the applicable loan agreements and related documents or other instrument creating the purported lien is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.

**Schedules E/F**. The claims listed on Schedules E/F arose and were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Schedules E/F.

**Part 1**. Claims owing to various taxing authorities to which the Debtors potentially may be liable, and which the Debtors have received notice of liability from such taxing authorities, are reported on Part 1. Certain of such claims, however, may be subject to ongoing audits. Therefore, the Debtors have listed all such claims as "contingent," "unliquidated," and "disputed," pending final resolution of ongoing audits or other outstanding issues.

The Debtors endeavored to pay all accrued PTO and wages to their employees in advance of the Petition Date; however, out of an abundance of caution, potential claims owing to employees to which the Debtors potentially may be liable are reported as "undetermined" on Part 1. The Debtors reserve all of their rights with respect to any such claims, including the right to assert objections with respect to the same.

**Part 2**. The Debtors have made reasonable efforts under the circumstances to list all liabilities on Part 2 of each applicable Debtor's Schedule. As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed for a complete understanding of the unsecured claims against the Debtors.

The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, the Debtors reserve their right to dispute or challenge any priority asserted with respect

to any liabilities listed on Schedule E/F. The Debtors have made reasonable efforts under the circumstances to include all unsecured creditors on Part 2 including, but not limited to, trade creditors, landlords, utility companies, consultants, and other service providers. The Debtors, however, believe that there are instances where creditors have yet to provide proper invoices for prepetition goods or services.

Part 2 contains information regarding pending litigation involving the Debtors. To the extent that litigation involving a particular Debtor has been identified, such information is included on that Debtor's Schedule E/F. Unknown amounts for potential claims are listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules.

Part 2 does not include certain balances including deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent there was an amount outstanding as of the Petition Date, the applicable creditor has been included on Schedule F of the applicable Debtor.

The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and/or allowances, including the right to assert objections and/or setoffs or recoupments with respect to the same.

**Schedule G**. Although the Debtors have made reasonable efforts under the circumstances to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements"), inadvertent errors, omissions, or over-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G. The listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed on Schedule G. Moreover, although the Debtors made reasonable efforts under the circumstances to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Any and all of the Debtors' rights, claims, and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any

document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G, and (iii) amend or supplement such Schedule as necessary.

**Schedule H**. The Debtors are party to various debt agreements which were executed by multiple Debtors. The guaranty obligations under prepetition secured credit agreements are noted on Schedule H for each individual Debtor. In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. To the extent such claims are listed elsewhere in the Schedules of each applicable Debtor, they have not been set forth individually on Schedule H. Furthermore, the Debtors may not have identified on Schedule H certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors. Due to their voluminous nature, and to avoid unnecessary duplication, the Debtors have not included on Schedule H debts for which more than one Debtor may be liable if such debts were already reflected on Schedule E/F or Schedule G for the respective Debtors subject to such debt. To the extent these Notes include notes specific to Schedules D-G, such Notes also apply to the co-Debtors listed in Schedule H.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE STATEMENTS

**Statement 1**. The amounts contained in Statement 1 reflect balances as of February 28, 2023, which is the most recent information available to the Debtors. For JC USA, Inc. and JC Franchising, Inc., the amounts in Statement 1 reflect consolidated revenue for the Debtors' North American operations.

**Statement 3**. Due to employee resignations in the Debtors' treasury department prior to the Petition Date, the Debtors were not able to update this information to reflect all payments made in the week leading up to the Petition Date.

**Statement 4**. Due to employee resignations in the Debtors' treasury department prior to the Petition Date, the Debtors were not able to compile this information.

**Statement 7**. Information provided on Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum and omits threatened litigation that has not yet been commenced. While the Debtors made reasonable efforts under the circumstances to complete Statement 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Statement 7. The Debtors reserve all of their rights to amend or supplement their response to Statement 7.

**Statement 16**. Subject to the Debtors' privacy policy, in the ordinary course of business, the Debtors collect and retain certain personally identifiable information of their customers, including, but not limited to, names, addresses, email addresses, and certain payment information. Such information is subject to the Debtors' privacy policy.

**Statement 26(d)**. The Debtors contacted various parties in connection with their restructuring efforts, and the Debtors, through their advisors, may have shared certain financial information with those parties, who are not individually disclosed herein due to confidentiality restrictions.

**Statement 27**. The Debtors operated hundreds of weight loss centers which were managed by numerous employees across more than 35 states. It would have been prohibitively time-consuming, unduly burdensome, and an inefficient use of estate resources for the Debtors to compile this information prior to the Petition Date.

**Statement 30**. Due to employee resignations in the Debtors' treasury department prior to the Petition Date, the Debtors were not able to compile this information.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

**Fill in this information to identify the case:**

Debtor name: **JC USA, Inc.**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **23-10585**

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | Undetermined |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $22,096,062.40 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $22,096,062.40 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)    $246,526,269.42

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $0.00 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $39,603,110.70 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**    $286,129,380.12

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: JC USA, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10585

☐ **Check if this is an amended filing**

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and Cash Equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**

| 2.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | Bank of America | Depository | 0988 | $4,666.14 |
| 3.2 | Chase | Disbursements | 3091 | $-2,823.57 |
| | This is a ZBA account, negative balance is due to timing. | | | |
| 3.3 | Chase | Concentration | 3339 | $715,615.84 |
| 3.4 | Chase | Depository | 5577 | $4,142.44 |
| 3.5 | Chase | Depository | 6184 | $0.00 |
| 3.6 | Chase | Merchant CC | 3117 | $384,697.12 |

| | | | | |
|---|---|---|---|---|
| 3.7 | Chase | Payroll | 3083 | $-286,311.96 |

This is a ZBA account, negative balance is due to timing.

| | | | | |
|---|---|---|---|---|
| 3.8 | Citizens Bank | Depository | 0691 | $763.20 |
| 3.9 | PNC | Depository | 1857 | $402.58 |
| 3.10 | UMB | Depository | 7449 | $0.00 |
| 3.11 | Wells Fargo | Depository | 0029 | $1,614.18 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 | None | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| $822,765.97 |

**Part 2:**     **Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | Deposits | $57,191.66 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Prepaid Advertising Production | $4,399.50 |
| 8.2 | Prepaid Corporate Insurance | $135,327.33 |
| 8.3 | Prepaid Direct Mail | $33,679.56 |
| 8.4 | Prepaid IT R&M Contracts | $269,871.12 |
| 8.5 | Prepaid Other | $136,230.70 |
| 8.6 | Prepaid Postage | $9,895.33 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| $646,595.20 |

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $531,452.44 | − | $0.00 | = ........ ➤ | $531,452.44 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $63,533.26 | − | $0.00 | = ........ ➤ | $63,533.26 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $594,985.70 |
|---|

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | $0.00 |
|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                          % of ownership:

| 15.1 | | $0.00 |
|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | $0.00 |
|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 None | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Food | | $2,659,246.33 | Net Book Value | $2,659,246.33 |
| 21.2 Other Goods Held for Resale | | $503,674.39 | Net Book Value | $503,674.39 |
| 21.3 Inventory Reserve | N/A | $-204,658.41 | Net Book Value | $-204,658.41 |
| **22. Other inventory or supplies** | | | | |
| 22.1 Print | | $5,633.85 | Net Book Value | $5,633.85 |
| 22.2 Supplies | | $189,116.83 | Net Book Value | $189,116.83 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$3,153,012.99

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value __See Global Notes__    Valuation method _____    Current value __Undetermined__

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

29.1 _____  _____  _____  $0.00

**30. Farm machinery and equipment** (Other than titled motor vehicles)

30.1 _____  _____  _____  $0.00

**31. Farm and fishing supplies, chemicals, and feed**

31.1 _____  _____  _____  $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1 _____  _____  _____  $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.  $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture | $641,179.10 | Net Book Value | $641,179.10 |
| **40. Office fixtures** | | | |
| 40.1 None | | | $0.00 |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

41.1

| | | | |
|---|---|---|---|
| Computer Equipment | $212,366.57 | Net Book Value | $212,366.57 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1

| | | | |
|---|---|---|---|
| None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$853,545.67

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 2020 Chevrolet Traverse LT (VIN 1GNERHKW5LJ176303) | $23,438.00 | Net Book Value | $23,438.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | |
| None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | |
| Equipment (Primarily Freezers) | $1,343,142.26 | Net Book Value | $1,343,142.26 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$1,366,580.26

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 9:   Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   See Schedule AB 55 Attachment | | | | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

       Undetermined

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1   None | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1   None | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1   Franchise Relationships | $2,402,308.40 | Net Book Value | $2,402,308.40 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1   Customer List | N/A | N/A | Undetermined |

**64. Other intangibles, or intellectual property**

64.1
Other Intangibles                           $107,268.57    Net Book Value                    $107,268.57

64.2
Other Software                              $8,528,947.53   Net Book Value                   $8,528,947.53

64.3
SONIC Software                               $319,149.69    Net Book Value                    $319,149.69

**65. Goodwill**

65.1
None                                                                                              $0.00

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                                   $11,357,674.19

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1
None                          _____  -  _____  = ➜                        $0.00
                              total face amount    doubtful or uncollectible
                                                   amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1
None                                         Tax year  _____                    $0.00

**73. Interests in insurance policies or annuities**

73.1
See Schedule AB 73 Attachment                           Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

| | |
|---|---|
| None | $0.00 |

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

| | |
|---|---|
| Undetermined | Undetermined |

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

| | |
|---|---|
| None | $0.00 |

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

| | |
|---|---|
| A/R-Franchisee shipped | $170,492.05 |

77.2

| | |
|---|---|
| Other Receivable | $102,959.38 |

77.3

| | |
|---|---|
| Leasehold Improvements | $3,027,450.99 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| $3,300,902.42 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $822,765.97 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $646,595.20 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $594,985.70 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $3,153,012.99 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $853,545.67 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $1,366,580.26 | |
| **88. Real property. Copy line 56, Part 9.** | | ➔ Undetermined |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $11,357,674.19 | |
| **90. All other assets.** Copy line 78, Part 11. | $3,300,902.42 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $22,096,062.40 | 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $22,096,062.40 |

**SCHEDULE AB 55 ATTACHMENT**
Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 55.1 | Alexandria Center, 3217 Duke Street, Alexandria, VA 22314-4533, Center #4403 | Leased Property | Undetermined | N/A | Undetermined |
| 55.2 | Allentown Center, 2651 Mac Arthur Commons Rd., Whitehall, PA 18052-3818, Center #2219 | Leased Property | Undetermined | N/A | Undetermined |
| 55.3 | Almaden Center, 862 Blossom Hill Road, # C-6, San Jose, CA 95123-2725, Center #3001 | Leased Property | Undetermined | N/A | Undetermined |
| 55.4 | Anaheim Hills Center, 5642 East La Palma Ave., Ste. 109, Anaheim, CA 92807-2112, Center #154 | Leased Property | Undetermined | N/A | Undetermined |
| 55.5 | Annapolis Center, 2611 Housley Road, Annapolis, MD 21401-7030, Center #3303 | Leased Property | Undetermined | N/A | Undetermined |
| 55.6 | Antioch Center, 3405 Deer Valley Rd., Antioch, CA 94531-6665, Center #3002 | Leased Property | Undetermined | N/A | Undetermined |
| 55.7 | Appleton Center, 305 N. Mall Drive, Appleton, WI 54913-8568, Center #3413 | Leased Property | Undetermined | N/A | Undetermined |
| 55.8 | Arlington Highlands Center, 137 Merchants Row, Ste. 115, Arlington, TX 76018-6023, Center #604 | Leased Property | Undetermined | N/A | Undetermined |
| 55.9 | Arrowhead Center, 20221 N. 67th Ave., #E-3, Glendale, AZ 85308-0602, Center #3208 | Leased Property | Undetermined | N/A | Undetermined |
| 55.10 | Aventura Center, 1682 N.E. Miami Gardens Drive, Miami, FL 33179-4900, Center #953 | Leased Property | Undetermined | N/A | Undetermined |
| 55.11 | Avondale Center, 1721 N. Dysart Road, Ste. A-106, Avondale, AZ 85392-1222, Center #3209 | Leased Property | Undetermined | N/A | Undetermined |
| 55.12 | Bandera Pointe Center, 11715 Bandera Road, Suite 102, San Antonio, TX 78250-6848, Center #1707 | Leased Property | Undetermined | N/A | Undetermined |
| 55.13 | Baton Rouge Center, 9634 Airline Highway, #F4, Baton Rouge, LA 70815-5553, Center #341 | Leased Property | Undetermined | N/A | Undetermined |
| 55.14 | Bayridge Center, 538 86Th Street, Brooklyn, NY 11209-4707, Center #2001 | Leased Property | Undetermined | N/A | Undetermined |
| 55.15 | Beavercreek Center, 3286 Pentagon Park Blvd. #E, Beavercreek, OH 45431-1780, Center #6607 | Leased Property | Undetermined | N/A | Undetermined |
| 55.16 | Beaverton Center, 3740 S.W. Hall Blvd., Beaverton, OR 97005-2050, Center #453 | Leased Property | Undetermined | N/A | Undetermined |
| 55.17 | Bellevue Center, 14315 N.E. 20th Street, C & D, Bellevue, WA 98007-3700, Center #405 | Leased Property | Undetermined | N/A | Undetermined |
| 55.18 | Belmont Center, 1538 El Camino Real, #C, Belmont, CA 94002-3950, Center #3003 | Leased Property | Undetermined | N/A | Undetermined |
| 55.19 | Birmingham Center, 4606 Highway 280, Ste. 106, Birmingham, AL 35242-8127, Center #585 | Leased Property | Undetermined | N/A | Undetermined |
| 55.20 | Bloomingdale Center, 326 West Army Trail Road, Ste 120, Bloomingdale, IL 60108-5612, Center #236 | Leased Property | Undetermined | N/A | Undetermined |
| 55.21 | Boca Raton Center, 8903 Glades Road, G2-4, Boca Raton, FL 33434-4074, Center #962 | Leased Property | Undetermined | N/A | Undetermined |
| 55.22 | Boise Center, 8251 Franklin Road, Boise, ID 83709-0624, Center #491 | Leased Property | Undetermined | N/A | Undetermined |
| 55.23 | Bolingbrook Center, 1250 West Boughton Rd., Bolingbrook, IL 60440-6568, Center #203 | Leased Property | Undetermined | N/A | Undetermined |
| 55.24 | Boynton Beach Center, 349 N. Congress Ave., Boynton Beach, FL 33426-3415, Center #1302 | Leased Property | Undetermined | N/A | Undetermined |
| 55.25 | Braintree Center, 717 Granite St., Braintree, MA 02184-5328, Center #658 | Leased Property | Undetermined | N/A | Undetermined |
| 55.26 | Branford Center, 1047 W. Main Street, Branford, CT 06405-3430, Center #1362 | Leased Property | Undetermined | N/A | Undetermined |
| 55.27 | Brea Center, 2500 E. Imperial Highway, Ste 124-4, Brea, CA 92821-6122, Center #102 | Leased Property | Undetermined | N/A | Undetermined |
| 55.28 | Brookfield Center, 17395 W. Bluemound Road, Ste. B, Brookfield, WI 53045-2903, Center #904 | Leased Property | Undetermined | N/A | Undetermined |
| 55.29 | Buckhead Center, 2625 Piedmont Rd N.E., Ste. 46, Atlanta, GA 30324-3012, Center #551 | Leased Property | Undetermined | N/A | Undetermined |
| 55.30 | Burbank Center, 353 North Pass Ave., Ste. E, Burbank, CA 91505-3877, Center #177 | Leased Property | Undetermined | N/A | Undetermined |
| 55.31 | Burlington Center, 34 Cambridge Street, Burlington, MA 01803-4611, Center #659 | Leased Property | Undetermined | N/A | Undetermined |
| 55.32 | Burnsville Center, 13905 Aldrich Avenue South, Burnsville, MN 55337-6216, Center #2102 | Leased Property | Undetermined | N/A | Undetermined |
| 55.33 | Camden Park Center, 2039 Camden Ave, San Jose, CA 95124-2024, Center #3004 | Leased Property | Undetermined | N/A | Undetermined |
| 55.34 | Cameron Park Center, 3346 Coach Lane, Cameron Park, CA 95682-8453, Center #3102 | Leased Property | Undetermined | N/A | Undetermined |
| 55.35 | Canton Center, 43371 Joy Road, Canton, MI 48187-2076, Center #1510 | Leased Property | Undetermined | N/A | Undetermined |
| 55.36 | Canton Center, 4818 Everhard Road, N.W., Canton, OH 44718-2004, Center #1408 | Leased Property | Undetermined | N/A | Undetermined |
| 55.37 | Carlsbad Center, 2508 El Camino Real, C-2, Carlsbad, CA 92008-1203, Center #1153 | Leased Property | Undetermined | N/A | Undetermined |
| 55.38 | Carrollwood Center, 15233 N. Dale Mabry, Tampa, FL 33618-1823, Center #3152 | Leased Property | Undetermined | N/A | Undetermined |
| 55.39 | Cary Center, 450 Crossroads Blvd, Cary, NC 27518-6896, Center #2601 | Leased Property | Undetermined | N/A | Undetermined |
| 55.40 | Castleton Plaza Center, 6398 East 82nd Street, Indianapolis, IN 46250-1529, Center #5503 | Leased Property | Undetermined | N/A | Undetermined |
| 55.41 | Cedar Hill Center, 304 N. Highway 67, Suite C, Cedar Hill, TX 75104-2158, Center #608 | Leased Property | Undetermined | N/A | Undetermined |
| 55.42 | Cedar Park Center, 1335 E. Whitestone Blvd., Ste. AA-295, Cedar Park, TX 78613-7598, Center #1700 | Leased Property | Undetermined | N/A | Undetermined |
| 55.43 | Centereach Center, 145 Centereach Mall, Centereach, NY 11720-2747, Center #2014 | Leased Property | Undetermined | N/A | Undetermined |
| 55.44 | Champaign Center, 907 W. Marketview Dr, Ste 2, Champaign, IL 61822-1250, Center #3401 | Leased Property | Undetermined | N/A | Undetermined |
| 55.45 | Champions Center, 5507 Cypress Creek Parkway, Houston, TX 77069-4307, Center #3052 | Leased Property | Undetermined | N/A | Undetermined |
| 55.46 | Chattanooga Center, 2260 Gunbarrel Road, #202, Chattanooga, TN 37421-2673, Center #2452 | Leased Property | Undetermined | N/A | Undetermined |
| 55.47 | Chelmsford Center, 16 Alpine Lane, Chelmsford, MA 01824-2703, Center #657 | Leased Property | Undetermined | N/A | Undetermined |
| 55.48 | Chevy Chase Center, 6831 Wisconsin Avenue, 3rd Fl, Ste. 301, Bethesda, MD 20815-6122, Center #4406 | Leased Property | Undetermined | N/A | Undetermined |
| 55.49 | Clear Lake Center, 935 West Bay Area Boulevard, Webster, TX 77598-4049, Center #3051 | Leased Property | Undetermined | N/A | Undetermined |
| 55.50 | Clearwater Center, 2519 McMullen Booth Road #203, Clearwater, FL 33761-4159, Center #3153 | Leased Property | Undetermined | N/A | Undetermined |
| 55.51 | Colorado Springs Center, 5975 N Academy Blvd Ste 206, Colorado Springs, CO 80918-5470, Center #3601 | Leased Property | Undetermined | N/A | Undetermined |
| 55.52 | Columbia Center, 5570 Sterrett Place, Columbia, MD 21044-2641, Center #3306 | Leased Property | Undetermined | N/A | Undetermined |
| 55.53 | Columbus Northwest Center, 779 Bethel Road, #156, Columbus, OH 43214-1901, Center #356 | Leased Property | Undetermined | N/A | Undetermined |
| 55.54 | Commack Center, 6500 Jericho Turnpike, Commack, NY 11725-2909, Center #2004 | Leased Property | Undetermined | N/A | Undetermined |
| 55.55 | Conroe Center, 19075 Interstate 45 N, #725, Conroe, TX 77385-8788, Center #3063 | Leased Property | Undetermined | N/A | Undetermined |

**SCHEDULE AB 55 ATTACHMENT**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 55.56 | Coon Rapids Center, 2740 Main Street Northwest, Ste. 108, Coon Rapids, MN 55448-1273, Center #2103 | Leased Property | Undetermined | N/A | Undetermined |
| 55.57 | Coral Springs Center, 933 University Drive, Coral Springs, FL 33071-7030, Center #954 | Leased Property | Undetermined | N/A | Undetermined |
| 55.58 | Countryside Center, 13436 San Pedro Avenue, San Antonio, TX 78216-2057, Center #1704 | Leased Property | Undetermined | N/A | Undetermined |
| 55.59 | Creve Coeur Center, 12541A Olive Boulevard, Creve Coeur, MO 63141-6311, Center #754 | Leased Property | Undetermined | N/A | Undetermined |
| 55.60 | Crystal Lake Center, 6150 Northwest Hwy, Ste. L-2, Crystal Lake, IL 60014-7931, Center #231 | Leased Property | Undetermined | N/A | Undetermined |
| 55.61 | Culver City Center, 10814 Jefferson Boulevard, Ste. F, Culver City, CA 90230-4988, Center #116 | Leased Property | Undetermined | N/A | Undetermined |
| 55.62 | Danbury Center, 71 Newtown Road, Danbury, CT 06810-6258, Center #2051 | Leased Property | Undetermined | N/A | Undetermined |
| 55.63 | Danvers Center, 156 Andover Street, Suite D, Danvers, MA 01923-5312, Center #652 | Leased Property | Undetermined | N/A | Undetermined |
| 55.64 | Dardenne Prairie Center, 7851 State Highway N, Dardenne Prairie, MO 63368-6704, Center #763 | Leased Property | Undetermined | N/A | Undetermined |
| 55.65 | Darien Center, 2145 West 75th Street, Darien, IL 60561-4383, Center #213 | Leased Property | Undetermined | N/A | Undetermined |
| 55.66 | Deptford Center, 1500 Almonesson Road, A-1, Woodbury, NJ 08096-5259, Center #2217 | Leased Property | Undetermined | N/A | Undetermined |
| 55.67 | Dezavala Center, 5222 De Zavala, Suite 312, San Antonio, TX 78249-1799, Center #1706 | Leased Property | Undetermined | N/A | Undetermined |
| 55.68 | Doylestown Center, 4395 Swamp Road, Doylestown, PA 18902-1039, Center #2216 | Leased Property | Undetermined | N/A | Undetermined |
| 55.69 | Duarte Center, 1430 Mountain Ave., Ste. 105, Duarte, CA 91010-2490, Center #101 | Leased Property | Undetermined | N/A | Undetermined |
| 55.70 | Durham Center, 8128 Renaissance Parkway, Suite 107, Durham, NC 27713-6695, Center #2603 | Leased Property | Undetermined | N/A | Undetermined |
| 55.71 | East Brunswick Center, 405 Route 18 South, East Brunswick, NJ 08816-2350, Center #2029 | Leased Property | Undetermined | N/A | Undetermined |
| 55.72 | East Cobb Center, 4101 Roswell Road, Ste. 801, Marietta, GA 30062-6292, Center #557 | Leased Property | Undetermined | N/A | Undetermined |
| 55.73 | East Colonial Center, 3184 East Colonial Drive, Orlando, FL 32803-5146, Center #1005 | Leased Property | Undetermined | N/A | Undetermined |
| 55.74 | East Mesa Center, 1545 South Power Road, Ste. 106, Mesa, AZ 85206-3736, Center #3207 | Leased Property | Undetermined | N/A | Undetermined |
| 55.75 | East Patchogue Center, 655-25 Montauk Hwy., East Patchogue, NY 11772-4733, Center #2005 | Leased Property | Undetermined | N/A | Undetermined |
| 55.76 | Eastchester Center, 478 White Plains Rd., Eastchester, NY 10709-5541, Center #2038 | Leased Property | Undetermined | N/A | Undetermined |
| 55.77 | Easton Center, 2439 Nazareth Road, Easton, PA 18045-2743, Center #2224 | Leased Property | Undetermined | N/A | Undetermined |
| 55.78 | El Cajon Center, 175 Fletcher Parkway, El Cajon, CA 92020-2525, Center #1157 | Leased Property | Undetermined | N/A | Undetermined |
| 55.79 | Elk Grove Center, 8457 Elk Grove Florin Rd., Ste. 120, Elk Grove, CA 95624-9564, Center #3115 | Leased Property | Undetermined | N/A | Undetermined |
| 55.80 | Encinitas Center, 288 North El Camino Real, Ste. A, Encinitas, CA 92024-2865, Center #1158 | Leased Property | Undetermined | N/A | Undetermined |
| 55.81 | Englewood Center, 106 Grand Avenue, Suite 110, Englewood, NJ 07631-3570, Center #2018 | Leased Property | Undetermined | N/A | Undetermined |
| 55.82 | Everett Center, 305 S.E. Everett Mall Way, #24, Everett, WA 98208-3250, Center #407 | Leased Property | Undetermined | N/A | Undetermined |
| 55.83 | Fairfax Center, 9600-N. Main Street, Fairfax, VA 22031-3798, Center #4405 | Leased Property | Undetermined | N/A | Undetermined |
| 55.84 | Fairfield Center, 2202 W. Texas, Suite C, Fairfield, CA 94533-4414, Center #3105 | Leased Property | Undetermined | N/A | Undetermined |
| 55.85 | Fairfield Center, 907 Post Road, # 12, Fairfield, CT 06824-6048, Center #2057 | Leased Property | Undetermined | N/A | Undetermined |
| 55.86 | Fairview Heights Center, 7 Plaza Drive, Fairview Heights, IL 62208-2025, Center #751 | Leased Property | Undetermined | N/A | Undetermined |
| 55.87 | Farmington Hills Center, 30903 Orchard Lake Road, Farmington Hills, MI 48334-1338, Center #1509 | Leased Property | Undetermined | N/A | Undetermined |
| 55.88 | Fayetteville Center, 6813 East Genesee Street, Fayetteville, NY 13066-1032, Center #2258 | Leased Property | Undetermined | N/A | Undetermined |
| 55.89 | Florida Mall Center, 730 Sand Lake Road, Suite 128, Orlando, FL 32809-7750, Center #1007 | Leased Property | Undetermined | N/A | Undetermined |
| 55.90 | Forest Acres Center, 4600 Forest Drive, Columbia, SC 29206-3118, Center #3355 | Leased Property | Undetermined | N/A | Undetermined |
| 55.91 | Forest Hills Center, 112-43 Queens Blvd., Forest Hills, NY 11375-5554, Center #2006 | Leased Property | Undetermined | N/A | Undetermined |
| 55.92 | Fort Worth Center, 4939 South Hulen Street, Fort Worth, TX 76132-1407, Center #606 | Leased Property | Undetermined | N/A | Undetermined |
| 55.93 | Fountain Valley Center, 18665 Brookhurst Street, Fountain Valley, CA 92708-6709, Center #168 | Leased Property | Undetermined | N/A | Undetermined |
| 55.94 | Franklin Center, 300 Franklin Village Drive, Franklin, MA 02038-4006, Center #677 | Leased Property | Undetermined | N/A | Undetermined |
| 55.95 | Fredericksburg Center, 2360 Plank Road, Fredericksburg, VA 22401-4900, Center #4415 | Leased Property | Undetermined | N/A | Undetermined |
| 55.96 | Freeport Center, 238 East Sunrise Highway, Freeport, NY 11520-3943, Center #2039 | Leased Property | Undetermined | N/A | Undetermined |
| 55.97 | Fremont Center, 39417 Fremont Boulevard, Fremont, CA 94538-2116, Center #3010 | Leased Property | Undetermined | N/A | Undetermined |
| 55.98 | Fresno Center, 387 E Shaw Ave, Fresno, CA 93710-7609, Center #3091 | Leased Property | Undetermined | N/A | Undetermined |
| 55.99 | Ft. Myers Center, 12995 S. Cleveland Ave. #135, Ft. Myers, FL 33907-3864, Center #3163 | Leased Property | Undetermined | N/A | Undetermined |
| 55.100 | Gahanna Center, 1392 Cherry Bottom Road, Gahanna, OH 43230-6771, Center #352 | Leased Property | Undetermined | N/A | Undetermined |
| 55.101 | Galleria Center, 5132-B Richmond Ave., Houston, TX 77056-6702, Center #3054 | Leased Property | Undetermined | N/A | Undetermined |
| 55.102 | Garden City Center, 1042 Franklin Avenue, Garden City, NY 11530-2908, Center #2007 | Leased Property | Undetermined | N/A | Undetermined |
| 55.103 | Gateway Center, 10710 Research Boulevard, Ste. 136, Austin, TX 78759-5764, Center #1702 | Leased Property | Undetermined | N/A | Undetermined |
| 55.104 | Georgetown Center, 2139 Ralph Avenue, Brooklyn, NY 11234-5405, Center #2008 | Leased Property | Undetermined | N/A | Undetermined |
| 55.105 | Gilbert Center, 4764 S Higley Rd., Ste. 104, Gilbert, AZ 85297-8524, Center #3211 | Leased Property | Undetermined | N/A | Undetermined |
| 55.106 | Gladstone Center, 8036 N. Oak Trafficway, Kansas City, MO 64118-1209, Center #714 | Leased Property | Undetermined | N/A | Undetermined |
| 55.107 | Glen Burnie Center, 6720 Governor Ritchie Hwy., Ste. A, Glen Burnie, MD 21061-2892, Center #3311 | Leased Property | Undetermined | N/A | Undetermined |
| 55.108 | Glendale Center, 314-316 N. Glendale Ave, Glendale, CA 91206-3758, Center #104 | Leased Property | Undetermined | N/A | Undetermined |
| 55.109 | Granada Hills Center, 18007 Chatsworth Street, Granada Hills, CA 91344-5608, Center #114 | Leased Property | Undetermined | N/A | Undetermined |
| 55.110 | Green Bay Center, 2797 South Oneida Street, Green Bay, WI 54304-5707, Center #3412 | Leased Property | Undetermined | N/A | Undetermined |

**SCHEDULE AB 55 ATTACHMENT**
Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 55.111 | Green Brook Center, 326 Route 22 West, Green Brook, NJ 08812-9997, Center #2031 | Leased Property | Undetermined | N/A | Undetermined |
| 55.112 | Green Tree Center, 1954 Greentree Rd, Pittsburgh, PA 15220-1813, Center #1253 | Leased Property | Undetermined | N/A | Undetermined |
| 55.113 | Green Valley Center, 1550 N. Green Valley Pkwy #370, Henderson, NV 89074-7110, Center #3182 | Leased Property | Undetermined | N/A | Undetermined |
| 55.114 | Greenhills Center, 3760 Hillsboro Pike, Nashville, TN 37215-2118, Center #6651 | Leased Property | Undetermined | N/A | Undetermined |
| 55.115 | Greenwood Place Center, 7653 S. Shelby Street, Indianapolis, IN 46227-5989, Center #5505 | Leased Property | Undetermined | N/A | Undetermined |
| 55.116 | Gurnee Center, 5101 Washington Street #15&16, Gurnee, IL 60031-5916, Center #222 | Leased Property | Undetermined | N/A | Undetermined |
| 55.117 | Harrisburg Center, 5094 Jonestown Rd., Suite A, Harrisburg, PA 17112-4907, Center #2232 | Leased Property | Undetermined | N/A | Undetermined |
| 55.118 | Hartsdale Center, 413 N. Central Avenue, Hartsdale, NY 10530-1805, Center #2016 | Leased Property | Undetermined | N/A | Undetermined |
| 55.119 | Herndon Center, 905 Herndon Pkwy., Ste. B, Herndon, VA 20170-5544, Center #4409 | Leased Property | Undetermined | N/A | Undetermined |
| 55.120 | Hicksville Center, 65 East Old Country Road, Hicksville, NY 11801-4200, Center #2009 | Leased Property | Undetermined | N/A | Undetermined |
| 55.121 | Highland Center, 10433 Indianapolis Blvd., Highland, IN 46322-3511, Center #228 | Leased Property | Undetermined | N/A | Undetermined |
| 55.122 | Highland Park Center, 5553 W. Lovers Lane, Dallas, TX 75209-4219, Center #619 | Leased Property | Undetermined | N/A | Undetermined |
| 55.123 | Hodgkins Center, 9320 Joliet Rd., Ste. B400, Hodgkins, IL 60525-7277, Center #232 | Leased Property | Undetermined | N/A | Undetermined |
| 55.124 | Howe Center, 565 Howe Avenue, #1, Sacramento, CA 95825-8356, Center #3107 | Leased Property | Undetermined | N/A | Undetermined |
| 55.125 | Huntersville Center, 10011 Biddick Lane, Suite 110, Huntersville, NC 28078-8214, Center #3258 | Leased Property | Undetermined | N/A | Undetermined |
| 55.126 | Huntington Beach Center, 7251 Warner Ave., Suite C, Huntington Beach, CA 92647-5487, Center #115 | Leased Property | Undetermined | N/A | Undetermined |
| 55.127 | Huntington Station Center, 723 East Jericho Turnpike, Huntington Station, NY 11746-7502, Center #2045 | Leased Property | Undetermined | N/A | Undetermined |
| 55.128 | Hyannis Center, 1070 Iyannough Road, C-10, Hyannis, MA 02601-8110, Center #671 | Leased Property | Undetermined | N/A | Undetermined |
| 55.129 | Hyde Park Center, 3880 Paxton Ave. Ste. H, Cincinnati, OH 45209-2372, Center #1205 | Leased Property | Undetermined | N/A | Undetermined |
| 55.130 | Irvine Center, 6755 Quail Hill Pkwy., Irvine, CA 92603-4233, Center #106 | Leased Property | Undetermined | N/A | Undetermined |
| 55.131 | JC Corp , 5770 Fleet Street, Carlsbad, CA 92008, Center #10077 | Leased Property | Undetermined | N/A | Undetermined |
| 55.132 | JC Corp , 5770 Fleet Street, Carlsbad, CA 92008, Center #30055 | Leased Property | Undetermined | N/A | Undetermined |
| 55.133 | Jefferson City Center, 2701 W. Edgewood Drive, Jefferson City, MO 65109-5889, Center #722 | Leased Property | Undetermined | N/A | Undetermined |
| 55.134 | Joliet Center, 2360 Essington Road, Joliet, IL 60435-1664, Center #209 | Leased Property | Undetermined | N/A | Undetermined |
| 55.135 | Kendall Center, 8372 Mills Drive, Ste. 1725, Miami, FL 33183-4807, Center #951 | Leased Property | Undetermined | N/A | Undetermined |
| 55.136 | King of Prussia Center, 150 Allendale Road, King of Prussia, PA 19406-2926, Center #2227 | Leased Property | Undetermined | N/A | Undetermined |
| 55.137 | Kings Auto Mall Center, 4754 Fields Ertel Road, Cincinnati, OH 45249-8200, Center #1202 | Leased Property | Undetermined | N/A | Undetermined |
| 55.138 | Laguna Niguel Center, 26852 La Paz Road 2B & 2C, Aliso Viejo, CA 92656-3036, Center #157 | Leased Property | Undetermined | N/A | Undetermined |
| 55.139 | Lake Oswego Center, 3 Monroe Parkway, Suite M, Lake Oswego, OR 97035-8874, Center #457 | Leased Property | Undetermined | N/A | Undetermined |
| 55.140 | Lakeland Center, 3615 South Florida Ave., Ste. 810, Lakeland, FL 33803-4868, Center #3170 | Leased Property | Undetermined | N/A | Undetermined |
| 55.141 | Lakewood Center, 1900 Rte. 70 & Shorrock Street, Lakewood, NJ 08701-7324, Center #2019 | Leased Property | Undetermined | N/A | Undetermined |
| 55.142 | Lakewood Center, 4048 Hardwick Street, Unit 63-6B, Lakewood, CA 90712-2349, Center #105 | Leased Property | Undetermined | N/A | Undetermined |
| 55.143 | Lakewood Center, 650 South Wadsworth Boulevard, #D, Lakewood, CO 80226-3121, Center #3455 | Leased Property | Undetermined | N/A | Undetermined |
| 55.144 | Langhorne Center, 1321 East Lincoln Highway, #25A, Levittown, PA 19056-1135, Center #2207 | Leased Property | Undetermined | N/A | Undetermined |
| 55.145 | Largo Center, 10420 Campus Way South, Glenarden, MD 20774-1390, Center #4416 | Leased Property | Undetermined | N/A | Undetermined |
| 55.146 | Latham Center, 664 New Loudon Road, Latham, NY 12110-4050, Center #2356 | Leased Property | Undetermined | N/A | Undetermined |
| 55.147 | Leesburg Center, 942B Edwards Ferry Road N.E., Leesburg, VA 20176-3324, Center #4418 | Leased Property | Undetermined | N/A | Undetermined |
| 55.148 | Leominster Center, 228 Whalon St., Fitchburg, MA 01420-7171, Center #674 | Leased Property | Undetermined | N/A | Undetermined |
| 55.149 | Lewisville Center, 1093 W. Main Street Ste. 212, Lewisville, TX 75067-3517, Center #614 | Leased Property | Undetermined | N/A | Undetermined |
| 55.150 | Lincoln Park Center, 1315 W. Diversey Parkway, Chicago, IL 60614-1207, Center #217 | Leased Property | Undetermined | N/A | Undetermined |
| 55.151 | Little Rock Center, 9108 Rodney Parham, #105, Little Rock, AR 72205-1679, Center #591 | Leased Property | Undetermined | N/A | Undetermined |
| 55.152 | Littleton Center, 2450 Arapahoe Road, Ste.32A, Littleton, CO 80122-1708, Center #3456 | Leased Property | Undetermined | N/A | Undetermined |
| 55.153 | Long Beach Center, 5533 E. Stearns Street, Long Beach, CA 90815-3125, Center #143 | Leased Property | Undetermined | N/A | Undetermined |
| 55.154 | Los Alamitos Center, 10674 Los Alamitos Boulevard, Los Alamitos, CA 90720-2118, Center #137 | Leased Property | Undetermined | N/A | Undetermined |
| 55.155 | Madison East Center, 4261 Lien Road, Suite P, Madison, WI 53704-3689, Center #3410 | Leased Property | Undetermined | N/A | Undetermined |
| 55.156 | Manalapan Center, 357 U.S. Highway 9 S. Ste# A-8, Englishtown, NJ 07726-3284, Center #2020 | Leased Property | Undetermined | N/A | Undetermined |
| 55.157 | Manassas Center, 10750 Sudley Manor Dr., Manassas, VA 20109-2833, Center #4421 | Leased Property | Undetermined | N/A | Undetermined |
| 55.158 | Manchester Center, 1151 Tolland Turnpike, Manchester, CT 06042-1653, Center #1357 | Leased Property | Undetermined | N/A | Undetermined |
| 55.159 | Manchester Center, 40 March Avenue, Manchester, NH 03103-4012, Center #663 | Leased Property | Undetermined | N/A | Undetermined |
| 55.160 | Mandeville Center, 2186 Florida Street, Mandeville, LA 70448-5101, Center #310 | Leased Property | Undetermined | N/A | Undetermined |
| 55.161 | Manhattan East Center, 476 3rd Avenue, New York, NY 10016-6006, Center #2010 | Leased Property | Undetermined | N/A | Undetermined |
| 55.162 | Manhattan West Center, 237 West 72nd Street, New York, NY 10023-2735, Center #2011 | Leased Property | Undetermined | N/A | Undetermined |
| 55.163 | Marlton Center, 171 Route 73, Marlton, NJ 08053-4120, Center #2212 | Leased Property | Undetermined | N/A | Undetermined |
| 55.164 | Massapequa Center, 1 Hicksville Road, Massapequa, NY 11758-5818, Center #2012 | Leased Property | Undetermined | N/A | Undetermined |
| 55.165 | Mayfield Heights Center, 5676 Mayfield Road, Lyndhurst, OH 44124-2916, Center #1405 | Leased Property | Undetermined | N/A | Undetermined |

**SCHEDULE AB 55 ATTACHMENT**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 55.166 McKinney Center, 7645 S. Custer Road, Ste. 452, McKinney, TX 75070-6475, Center #621 | Leased Property | Undetermined | N/A | Undetermined |
| 55.167 McMullen Creek Center, 8328 Pineville Matthews Road, #30, Charlotte, NC 28226-3776, Center #3252 | Leased Property | Undetermined | N/A | Undetermined |
| 55.168 Medford Center, 4110 Mystic Valley Parkway, Medford, MA 02155-6931, Center #676 | Leased Property | Undetermined | N/A | Undetermined |
| 55.169 Melbourne Center, 1517 West New Haven Avenue, West Melbourne, FL 32904-3927, Center #1006 | Leased Property | Undetermined | N/A | Undetermined |
| 55.170 Memorial / Dairy Center, 14660 Memorial Drive, Houston, TX 77079-7517, Center #3056 | Leased Property | Undetermined | N/A | Undetermined |
| 55.171 Memphis Center, 6073 Park Avenue, Memphis, TN 38119-5322, Center #6631 | Leased Property | Undetermined | N/A | Undetermined |
| 55.172 Mesquite Center, 1220 N. Town East Blvd., Ste. 110, Mesquite, TX 75150-4600, Center #611 | Leased Property | Undetermined | N/A | Undetermined |
| 55.173 Metairie Center, 3535 Severn Ave., Ste. 3, Metairie, LA 70002-3482, Center #311 | Leased Property | Undetermined | N/A | Undetermined |
| 55.174 Middletown Center, 88 Dunning Rd. Ste. 16, Middletown, NY 10940-2218, Center #2032 | Leased Property | Undetermined | N/A | Undetermined |
| 55.175 Mill Valley Center, 800 Redwood Highway, Ste. 807, Mill Valley, CA 94941-2364, Center #3024 | Leased Property | Undetermined | N/A | Undetermined |
| 55.176 Minnetonka Center, 12983 Ridgedale Drive, Minnetonka, MN 55305-1806, Center #2108 | Leased Property | Undetermined | N/A | Undetermined |
| 55.177 Mission Valley Center, 7510 Hazard Center Dr. #601, San Diego, CA 92108-4527, Center #1162 | Leased Property | Undetermined | N/A | Undetermined |
| 55.178 Mission Viejo Center, 27754 Santa Margarita Parkway, Mission Viejo, CA 92691-3506, Center #163 | Leased Property | Undetermined | N/A | Undetermined |
| 55.179 Modesto Center, 1700 McHenry Avenue, Suite 16-A, Modesto, CA 95350-4373, Center #3108 | Leased Property | Undetermined | N/A | Undetermined |
| 55.180 Monroeville Center, 4205 William Penn Highway #1, Monroeville, PA 15146-2703, Center #1255 | Leased Property | Undetermined | N/A | Undetermined |
| 55.181 Montclair Center, 8801 Central Ave. Suite E, Montclair, CA 91763-1657, Center #117 | Leased Property | Undetermined | N/A | Undetermined |
| 55.182 Montgomeryville Center, 1218 Welsh Road, Suite G, North Wales, PA 19454-2055, Center #2203 | Leased Property | Undetermined | N/A | Undetermined |
| 55.183 Montrose Center, 143 Rothrock Rd., Ste. B, Akron, OH 44321-3123, Center #1402 | Leased Property | Undetermined | N/A | Undetermined |
| 55.184 Morris Plains Center, 1745 Route 10 East, Morris Plains, NJ 07950-2655, Center #2021 | Leased Property | Undetermined | N/A | Undetermined |
| 55.185 Murrieta Center, 24540 Village Walk Plaza, Ste. D, Murrieta, CA 92562-5256, Center #174 | Leased Property | Undetermined | N/A | Undetermined |
| 55.186 Nanuet Center, 414 Market Street, Nanuet, NY 10954-2710, Center #2013 | Leased Property | Undetermined | N/A | Undetermined |
| 55.187 Naples Center, 5457 Airport Road North, Naples, FL 34109-2044, Center #3168 | Leased Property | Undetermined | N/A | Undetermined |
| 55.188 Nashua Center, 254 Daniel Webster Hwy.,  Unit 4, Nashua, NH 03060-5738, Center #678 | Leased Property | Undetermined | N/A | Undetermined |
| 55.189 Natick Center, 1320 Worcester Street, Natick, MA 01760-1501, Center #655 | Leased Property | Undetermined | N/A | Undetermined |
| 55.190 NE Philly Center, 9173 E Roosevelt Blvd., Ste. 31-A, Philadelphia, PA 19114-2204, Center #2206 | Leased Property | Undetermined | N/A | Undetermined |
| 55.191 Newport News Center, 12779 Jefferson Ave., Newport News, VA 23602-4317, Center #5585 | Leased Property | Undetermined | N/A | Undetermined |
| 55.192 Newton Center, 191 Watertown Street, Watertown, MA 02472-2571, Center #660 | Leased Property | Undetermined | N/A | Undetermined |
| 55.193 Norridge Center, 4133 North Harlem Ave, Norridge, IL 60706-1211, Center #218 | Leased Property | Undetermined | N/A | Undetermined |
| 55.194 North Attleboro Center, 1250 S. Washington Street, North Attleboro, MA 02760-6227, Center #1104 | Leased Property | Undetermined | N/A | Undetermined |
| 55.195 North Hills Center, 231 Mount Nebo Pointe Dr., Pittsburgh, PA 15237-1324, Center #1251 | Leased Property | Undetermined | N/A | Undetermined |
| 55.196 North Olmsted Center, 5074 Great Northern Plaza S., North Olmsted, OH 44070-4387, Center #1401 | Leased Property | Undetermined | N/A | Undetermined |
| 55.197 North Point Center, 6410 North Point Pkwy, Alpharetta, GA 30022-3082, Center #558 | Leased Property | Undetermined | N/A | Undetermined |
| 55.198 Northgate Center, 310 N.E. Northgate Way, Seattle, WA 98125-6047, Center #401 | Leased Property | Undetermined | N/A | Undetermined |
| 55.199 Northglenn Center, 420 E 120th Ave., Ste. B10, Northglenn, CO 80233-1113, Center #3457 | Leased Property | Undetermined | N/A | Undetermined |
| 55.200 Norwell Center, 495 Washington St., Unit 2, Norwell, MA 02061-2048, Center #673 | Leased Property | Undetermined | N/A | Undetermined |
| 55.201 Norwood Center, 111 Lenox Street, Suite 105, Norwood, MA 02062-4278, Center #654 | Leased Property | Undetermined | N/A | Undetermined |
| 55.202 Ocala Center, 2701 S.W. College Road, #604-A, Ocala, FL 34474-8428, Center #1008 | Leased Property | Undetermined | N/A | Undetermined |
| 55.203 Olympia Center, 3415 Pacific Avenue, SE, #F-1, Olympia, WA 98501-2174, Center #415 | Leased Property | Undetermined | N/A | Undetermined |
| 55.204 Orange Center, 108D Boston Post Road, Orange, CT 06477-3233, Center #1351 | Leased Property | Undetermined | N/A | Undetermined |
| 55.205 Orchard Park Center, 3470 Amelia Drive, Orchard Park, NY 14127-1560, Center #1457 | Leased Property | Undetermined | N/A | Undetermined |
| 55.206 Orland Park Center, 9170 W 159th St, Orland Park, IL 60462-5648, Center #221 | Leased Property | Undetermined | N/A | Undetermined |
| 55.207 Overland Park Center, 7106 College Boulevard, Overland Park, KS 66210-1862, Center #707 | Leased Property | Undetermined | N/A | Undetermined |
| 55.208 Oviedo Center, 8085 Red Bug Lake Road, Ste. 113, Oviedo, FL 32765-9259, Center #1002 | Leased Property | Undetermined | N/A | Undetermined |
| 55.209 Palatine Center, 1181 East Dundee Road, Palatine, IL 60074-8306, Center #219 | Leased Property | Undetermined | N/A | Undetermined |
| 55.210 Palm Beach Gardens Center, 9850 Alternate A1A #502, Palm Beach Gardens, FL 33410-4936, Center #1301 | Leased Property | Undetermined | N/A | Undetermined |
| 55.211 Palmdale Center, 39178 10th Street West, Ste. G, Palmdale, CA 93551-3767, Center #130 | Leased Property | Undetermined | N/A | Undetermined |
| 55.212 Paradise Valley Center, 13637 N. Tatum Boulevard, Suite 11, Phoenix, AZ 85032-6464, Center #3204 | Leased Property | Undetermined | N/A | Undetermined |
| 55.213 Paramus Center, 556 N State Route 17, Ste. 10, Paramus, NJ 07652-3008, Center #2022 | Leased Property | Undetermined | N/A | Undetermined |
| 55.214 Pensacola Center, 1765 E.Nine Mile Rd.Ste.9, Pensacola, FL 32514-5480, Center #572 | Leased Property | Undetermined | N/A | Undetermined |
| 55.215 Pinole Center, 2814 Pinole Valley Road, Pinole, CA 94564-1427, Center #3023 | Leased Property | Undetermined | N/A | Undetermined |
| 55.216 Plano Center, 4801 W Park Blvd., Ste. 413, Plano, TX 75093-2300, Center #607 | Leased Property | Undetermined | N/A | Undetermined |
| 55.217 Plantation Center, 801 S. University Drive, Suite C 103, Plantation, FL 33324-3370, Center #955 | Leased Property | Undetermined | N/A | Undetermined |
| 55.218 Pleasanton Center, 4233 Rosewood Dr., Ste. 10, Pleasanton, CA 94588-2956, Center #3008 | Leased Property | Undetermined | N/A | Undetermined |
| 55.219 Poughkeepsie Center, 1817 South Road, Wappingers Falls, NY 12590-7415, Center #2033 | Leased Property | Undetermined | N/A | Undetermined |
| 55.220 Poway Center, 13265 Midland Rd., Ste. 150, Poway, CA 92064-5877, Center #1159 | Leased Property | Undetermined | N/A | Undetermined |

**SCHEDULE AB 55 ATTACHMENT**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 55.221 Princeton Center, 3100 Quakerbridge Road, E-7, Hamilton, NJ 08619-1658, Center #2223 | Leased Property | Undetermined | N/A | Undetermined |
| 55.222 Puyallup Center, 3850 S. Meridian #2, Puyallup, WA 98373-3701, Center #417 | Leased Property | Undetermined | N/A | Undetermined |
| 55.223 Quail Pointe Center, 5325 Sunrise Boulevard, Fair Oaks, CA 95628-3539, Center #3112 | Leased Property | Undetermined | N/A | Undetermined |
| 55.224 Raleigh Center, 6590 Glenwood Ave., Ste. 100, Raleigh, NC 27612-7156, Center #2602 | Leased Property | Undetermined | N/A | Undetermined |
| 55.225 Rancho Cucamonga Center, 7233 Haven Avenue, Suite E, Rancho Cucamonga, CA 91701-6072, Center #139 | Leased Property | Undetermined | N/A | Undetermined |
| 55.226 Redlands Center, 831 Tri City Center, Redlands, CA 92374-2859, Center #134 | Leased Property | Undetermined | N/A | Undetermined |
| 55.227 Reno Center, 6629 South Virginia Street, Ste. E, Reno, NV 89511-1161, Center #3177 | Leased Property | Undetermined | N/A | Undetermined |
| 55.228 Reynoldsburg Center, 2953 Taylor Road S.W., Reynoldsburg, OH 43068-9552, Center #353 | Leased Property | Undetermined | N/A | Undetermined |
| 55.229 Richmond Westend Center, 7588 W. Broad Street, #89, Richmond, VA 23294-3608, Center #2501 | Leased Property | Undetermined | N/A | Undetermined |
| 55.230 Riverside Center, 10560 Magnolia Avenue, Suite F, Riverside, CA 92505-1889, Center #118 | Leased Property | Undetermined | N/A | Undetermined |
| 55.231 Roanoke Center, 1909 Electric Road, Salem, VA 24153-7424, Center #5582 | Leased Property | Undetermined | N/A | Undetermined |
| 55.232 Rochester Center, 1601 Penfield Road, Rochester, NY 14625-2322, Center #1656 | Leased Property | Undetermined | N/A | Undetermined |
| 55.233 Rocklin Center, 6620 Lonetree Blvd., Ste. 100, Rocklin, CA 95765-3742, Center #3113 | Leased Property | Undetermined | N/A | Undetermined |
| 55.234 Rockville Center, 835 G  Rockville Pike, Rockville, MD 20852-1295, Center #4410 | Leased Property | Undetermined | N/A | Undetermined |
| 55.235 Rolling Hills Center, 897 Silver Spur Rd., Rolling Hills Estates, CA 90274-3803, Center #171 | Leased Property | Undetermined | N/A | Undetermined |
| 55.236 Roseville Center, 2480 Fairview Avenue North, Roseville, MN 55113-2699, Center #2109 | Leased Property | Undetermined | N/A | Undetermined |
| 55.237 Ross Plaza Center, 4770 Montgomery BL, N.E. #C115, Albuquerque, NM 87109-1253, Center #322 | Leased Property | Undetermined | N/A | Undetermined |
| 55.238 Round Rock Center, 110 North Interstate 35, Ste. 165, Round Rock, TX 78681-5091, Center #1703 | Leased Property | Undetermined | N/A | Undetermined |
| 55.239 S.F. Sunset Center, 1553 Sloat Boulevard, San Francisco, CA 94132-1222, Center #3018 | Leased Property | Undetermined | N/A | Undetermined |
| 55.240 Salem Center, 215 South Broadway, Salem, NH 03079-3374, Center #675 | Leased Property | Undetermined | N/A | Undetermined |
| 55.241 San Dimas Center, 877 W. Arrow Highway, San Dimas, CA 91773-2406, Center #136 | Leased Property | Undetermined | N/A | Undetermined |
| 55.242 San Leandro Center, 699 Lewelling Blvd. Ste 292, San Leandro, CA 94579-1849, Center #3021 | Leased Property | Undetermined | N/A | Undetermined |
| 55.243 San Ramon Center, 3191 Crow Canyon Place, Ste. F, San Ramon, CA 94583-1349, Center #3033 | Leased Property | Undetermined | N/A | Undetermined |
| 55.244 Sandy Center, 834 East 9400 South, #62, Sandy, UT 84094-4108, Center #503 | Leased Property | Undetermined | N/A | Undetermined |
| 55.245 Santa Clara Center, 465 Saratoga Ave., San Jose, CA 95129-1326, Center #3026 | Leased Property | Undetermined | N/A | Undetermined |
| 55.246 Santa Monica Center, 1322 Wilshire Boulevard, Santa Monica, CA 90403-5411, Center #159 | Leased Property | Undetermined | N/A | Undetermined |
| 55.247 Santa Rosa Center, 1401 Guerneville Road, #300, Santa Rosa, CA 95403-4174, Center #3027 | Leased Property | Undetermined | N/A | Undetermined |
| 55.248 Sarasota Center, 5868 Bee Ridge Road, Sarasota, FL 34233-5052, Center #3157 | Leased Property | Undetermined | N/A | Undetermined |
| 55.249 Saugus Center, 171 Broadway, Ste. 3, Saugus, MA 01906-1095, Center #656 | Leased Property | Undetermined | N/A | Undetermined |
| 55.250 Scottsdale Center, 14891 North Northsight Blvd. Suite 133, Scottsdale, AZ 85260-2636, Center #3205 | Leased Property | Undetermined | N/A | Undetermined |
| 55.251 Scottsdale Center, 8067 S. Cicero Avenue, Chicago, IL 60652-2003, Center #201 | Leased Property | Undetermined | N/A | Undetermined |
| 55.252 Secaucus Center, 200 Mill Creek Drive, Secaucus, NJ 07094-3673, Center #2023 | Leased Property | Undetermined | N/A | Undetermined |
| 55.253 Shakopee Center, 8040 Old Carriage Court North, Shakopee, MN 55379-3156, Center #2112 | Leased Property | Undetermined | N/A | Undetermined |
| 55.254 Shrewsbury Center, 100A Boston Turnpike, Shrewsbury, MA 01545-3601, Center #669 | Leased Property | Undetermined | N/A | Undetermined |
| 55.255 Shrewsbury Center, 470 Shrewsbury Plaza, Shrewsbury, NJ 07702-4325, Center #2024 | Leased Property | Undetermined | N/A | Undetermined |
| 55.256 Silverdale Center, 3299 N.W. Randall Way, Suite 105, Silverdale, WA 98383-8100, Center #412 | Leased Property | Undetermined | N/A | Undetermined |
| 55.257 Simsbury Center, 530 Bushy Hill Road, Unit 165, Simsbury, CT 06070-2995, Center #1361 | Leased Property | Undetermined | N/A | Undetermined |
| 55.258 Skokie Center, 8818 Gross Point Road, Skokie, IL 60077-1809, Center #215 | Leased Property | Undetermined | N/A | Undetermined |
| 55.259 Solon Center, 6025 Kruse Drive, Ste. 152, Solon, OH 44139-2378, Center #1411 | Leased Property | Undetermined | N/A | Undetermined |
| 55.260 South Chandler Center, 2895 South Alma School Road, Ste. 3, Chandler, AZ 85286-4503, Center #3210 | Leased Property | Undetermined | N/A | Undetermined |
| 55.261 South Pasadena Center, 1143 Fair Oaks Avenue, South Pasadena, CA 91030-3311, Center #170 | Leased Property | Undetermined | N/A | Undetermined |
| 55.262 Southlake Corners Center, 100 N. Kimball Ave., Suite 104A, Southlake, TX 76092-8024, Center #620 | Leased Property | Undetermined | N/A | Undetermined |
| 55.263 Spokane Valley Center, 9331 E Montgomery Ave., Ste. 104, Spokane Valley, WA 99206-4387, Center #473 | Leased Property | Undetermined | N/A | Undetermined |
| 55.264 Springfield Center, 271 Route 22 East, Ste. D, Springfield, NJ 07081-3557, Center #2025 | Leased Property | Undetermined | N/A | Undetermined |
| 55.265 Springfield Center, 601 Baltimore Pike, Springfield, PA 19064-3812, Center #2210 | Leased Property | Undetermined | N/A | Undetermined |
| 55.266 Springhurst Center, 3600 Springhurst Blvd., Louisville, KY 40241-4142, Center #1601 | Leased Property | Undetermined | N/A | Undetermined |
| 55.267 St. Charles Center, 2672 East Main Street, St. Charles, IL 60174-2443, Center #244 | Leased Property | Undetermined | N/A | Undetermined |
| 55.268 St. Petersburg Center, 6844 22nd Avenue North, St. Petersburg, FL 33710-3918, Center #3154 | Leased Property | Undetermined | N/A | Undetermined |
| 55.269 Stamford Center, 850 High Ridge Road, Stamford, CT 06905-1911, Center #2059 | Leased Property | Undetermined | N/A | Undetermined |
| 55.270 Staten Island Center, 3247 Richmond Avenue, Staten Island, NY 10312-2123, Center #2035 | Leased Property | Undetermined | N/A | Undetermined |
| 55.271 Sterling Heights Center, 44879 Hayes Rd, Sterling Heights, MI 48313-1408, Center #1512 | Leased Property | Undetermined | N/A | Undetermined |
| 55.272 Stockton Center, 852 W. Benjamin Holt Drive, Stockton, CA 95207-3652, Center #3111 | Leased Property | Undetermined | N/A | Undetermined |
| 55.273 Studio City Center, 12930 Ventura Boulevard, Ste. 226B, Studio City, CA 91604-2200, Center #110 | Leased Property | Undetermined | N/A | Undetermined |
| 55.274 Sugarhouse Center, 675 East 2100 South, Salt Lake City, UT 84106-1887, Center #501 | Leased Property | Undetermined | N/A | Undetermined |
| 55.275 Summerlin Center, 7210 W. Lake Mead Blvd. #4 & 5, Las Vegas, NV 89128-8353, Center #3181 | Leased Property | Undetermined | N/A | Undetermined |

**SCHEDULE AB 55 ATTACHMENT**
Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 55.276 | Sunset Hills Center, 10744 Sunset Hill Plaza, St Louis, MO 63127-1207, Center #757 | Leased Property | Undetermined | N/A | Undetermined |
| 55.277 | Sunset Valley Center, 5601 Brodie Lane, Ste. 900, Sunset Valley, TX 78745-2540, Center #1699 | Leased Property | Undetermined | N/A | Undetermined |
| 55.278 | Swansea Center, 207 Swansea Mall Drive, Suite 200, Swansea, MA 02777-4120, Center #1102 | Leased Property | Undetermined | N/A | Undetermined |
| 55.279 | Tacoma Allenmore Center, 3202 South 23rd Street, Suite 6, Tacoma, WA 98405-1614, Center #410 | Leased Property | Undetermined | N/A | Undetermined |
| 55.280 | The Forum Center, 8235 Agora Parkway #129, Selma, TX 78154-1335, Center #1705 | Leased Property | Undetermined | N/A | Undetermined |
| 55.281 | Thousand Oaks Center, 728-732 N. Moorpark Road, Thousand Oaks, CA 91360-3705, Center #122 | Leased Property | Undetermined | N/A | Undetermined |
| 55.282 | Topeka Center, 6021 SW 29th St., Ste. C, Topeka, KS 66614-6201, Center #716 | Leased Property | Undetermined | N/A | Undetermined |
| 55.283 | Torrance Center, 21203 Hawthorne Boulevard, Ste. B, Torrance, CA 90503-5501, Center #111 | Leased Property | Undetermined | N/A | Undetermined |
| 55.284 | Town Center Center, 50 Barrett Parkway #3005, Marietta, GA 30066-3104, Center #565 | Leased Property | Undetermined | N/A | Undetermined |
| 55.285 | Towson Center, 1407 York Road #109 & 110, Lutherville, MD 21093-6097, Center #3301 | Leased Property | Undetermined | N/A | Undetermined |
| 55.286 | Troy Center, 69 East Long Lake Road, Troy, MI 48085-4738, Center #1501 | Leased Property | Undetermined | N/A | Undetermined |
| 55.287 | Tukwila Center, 17055 Southcenter Parkway, Tukwila, WA 98188-3333, Center #409 | Leased Property | Undetermined | N/A | Undetermined |
| 55.288 | Tustin Center, 13771 Newport Avenue, #27&28, Tustin, CA 92780-4693, Center #167 | Leased Property | Undetermined | N/A | Undetermined |
| 55.289 | Upper East Side Manhattan, 1400 Third Avenue, New York, NY 10075-0539, Center #2040 | Leased Property | Undetermined | N/A | Undetermined |
| 55.290 | Valencia Center, 26528 Bouquet Canyon Road, Santa Clarita, CA 91350-2353, Center #131 | Leased Property | Undetermined | N/A | Undetermined |
| 55.291 | Valley Stream Center, 207 West Merrick Road, Valley Stream, NY 11580-5514, Center #2015 | Leased Property | Undetermined | N/A | Undetermined |
| 55.292 | Vancouver Center, 8101 N.E. Parkway Dr., #E-1, Vancouver, WA 98662-6464, Center #451 | Leased Property | Undetermined | N/A | Undetermined |
| 55.293 | Ventura Center, 4255 E. Main Street, Suite 14, Ventura, CA 93003-5283, Center #121 | Leased Property | Undetermined | N/A | Undetermined |
| 55.294 | Villa Park Center, 100 East Roosevelt Road, Villa Park, IL 60181-3529, Center #216 | Leased Property | Undetermined | N/A | Undetermined |
| 55.295 | Vinings Center, 3220 Cobb Parkway, Ste. 206, Atlanta, GA 30339-3895, Center #552 | Leased Property | Undetermined | N/A | Undetermined |
| 55.296 | Virginia Beach Center, 4540 Princess Anne Road, Suite 125, Virginia Beach, VA 23462, Center #5551 | Leased Property | Undetermined | N/A | Undetermined |
| 55.297 | Waldorf Center, 3222 Crain Highway, Waldorf, MD 20603-4812, Center #4417 | Leased Property | Undetermined | N/A | Undetermined |
| 55.298 | Walnut Creek Center, 1760 North Broadway, Walnut Creek, CA 94596-4123, Center #3029 | Leased Property | Undetermined | N/A | Undetermined |
| 55.299 | Warwick Center, 1245 Bald Hill Road, #7B, Warwick, RI 02886-4233, Center #1101 | Leased Property | Undetermined | N/A | Undetermined |
| 55.300 | Watauga Center, 8004 Denton Hwy #138, Watauga, TX 76148-2470, Center #603 | Leased Property | Undetermined | N/A | Undetermined |
| 55.301 | Wayne Center, 594 Valley Road, Wayne, NJ 07470-3526, Center #2027 | Leased Property | Undetermined | N/A | Undetermined |
| 55.302 | Wellington Center, 11924 W. Forest Hill Blvd., # 23, Wellington, FL 33414-6258, Center #1304 | Leased Property | Undetermined | N/A | Undetermined |
| 55.303 | West Caldwell Center, 555 Passaic Avenue, West Caldwell, NJ 07006-7475, Center #2028 | Leased Property | Undetermined | N/A | Undetermined |
| 55.304 | West Chester Center, 1105 West Chester Pike, West Chester, PA 19382-5066, Center #2213 | Leased Property | Undetermined | N/A | Undetermined |
| 55.305 | West Hollywood Center, 8474 W. 3rd St., Ste. 101, Los Angeles, CA 90048-4139, Center #123 | Leased Property | Undetermined | N/A | Undetermined |
| 55.306 | Weston Center, 4523 Weston Road, Weston, FL 33331-3139, Center #961 | Leased Property | Undetermined | N/A | Undetermined |
| 55.307 | Wheaton Center, 98 Danada Square West, Wheaton, IL 60189-2000, Center #226 | Leased Property | Undetermined | N/A | Undetermined |
| 55.308 | Whittier Center, 15030 Whittier Boulevard, Ste. 1, Whittier, CA 90603-2070, Center #119 | Leased Property | Undetermined | N/A | Undetermined |
| 55.309 | Wichita West Center, 8999 West Central, Ste. 104, Wichita, KS 67212-3800, Center #331 | Leased Property | Undetermined | N/A | Undetermined |
| 55.310 | Williamsville Center, 8520 Transit Road, Ste. 200, Williamsville, NY 14221-2836, Center #1458 | Leased Property | Undetermined | N/A | Undetermined |
| 55.311 | Willow Lake / W86 Center, 2636 Lake Circle Drive, Indianapolis, IN 46268-4221, Center #5502 | Leased Property | Undetermined | N/A | Undetermined |
| 55.312 | Wilmington Center, 4447 Concord Pike, Wilmington, DE 19803-1489, Center #2222 | Leased Property | Undetermined | N/A | Undetermined |
| 55.313 | Woodinville Center, 14247 N.E. Woodinville-Duvall Rd, Woodinville, WA 98072-8564, Center #402 | Leased Property | Undetermined | N/A | Undetermined |
| 55.314 | Woodland Hills Center, 21933-B Ventura Blvd., Woodland Hills, CA 91364-1725, Center #126 | Leased Property | Undetermined | N/A | Undetermined |
| | | TOTAL: | Undetermined | TOTAL: | Undetermined |

**SCHEDULE AB 73 ATTACHMENT**
Interests in insurance policies or annuities

| | General Description | Current Value |
|---|---|---|
| 73.1 | American Guarantee and Liability Insurance Company, Umbrella Insurance Policy, Policy No. AUC 2516799-.1 | Undetermined |
| 73.2 | American Zurich Insurance Company, Workers Compensation Insurance Policy, Policy No. WC 3902011 - 02 | Undetermined |
| 73.3 | Aon Risk Services Central Inc (FSG MM CHI), Combined Specialty Insurance (Federal Insurance Company), Policy No. 82581501 | Undetermined |
| 73.4 | Aon Risk Services Inc of Florida, Cyber liability - Premium Finance Agreement, Policy No. 080768865 | Undetermined |
| 73.5 | Aon Risk Services, Inc of Florida, Directors & Officers-Excess Insurance Policy (Allianz Global Risks US Insurance Co.), Policy No. USF00945722 | Undetermined |
| 73.6 | Aon Risk Services, Inc of Florida, Directors & Officers-Excess Insurance Policy (AXIS Insurance Company), Policy No. P00100013632303 | Undetermined |
| 73.7 | Aon Risk Services, Inc of Florida, Directors & Officers-Excess Insurance Policy (Everest National Insurance Co), Policy No. PC8EX00037221 | Undetermined |
| 73.8 | Arthur J Gallagher Risk Management Services Inc., Umbrella Insurance Policy, Policy No. AUC 2516799-.1 | Undetermined |
| 73.9 | Arthur J Gallagher Risk Management Services Inc., Workers Compensation Insurance Policy, Policy No. WC 3902011 - 02 | Undetermined |
| 73.10 | Crum & Forster Insurance Company, Franchise E&O Insurance Policy, Policy No. EOL-240181 | Undetermined |
| 73.11 | Crum & Forster Insurance Company, Miscellaneous Professional Liability Insurance Policy, Policy No. EOL-240181 | Undetermined |
| 73.12 | Federal Insurance / Chubb, Ocean Marine Cargo Insurance Policy, Policy No. 257046 | Undetermined |
| 73.13 | Hanover Insurance Co., Canadian Bond Goods and Srvcs Tax Bond Insurance Policy, Policy No. BLCD201740 | Undetermined |
| 73.14 | Hanover Insurance Co., Customs Bond/ Importer Bond 3 Year Bond Insurance Policy, Policy No. 9914B6973 | Undetermined |
| 73.15 | Hanover Insurance Co., Health Bond Insurance Policy, Policy No. 1026884 | Undetermined |
| 73.16 | Hanover Insurance Co., Health Bond Manchester Insurance Policy, Policy No. 1058269 | Undetermined |
| 73.17 | Hanover Insurance Co., Health Bond Nashua Insurance Policy, Policy No. 1058270 | Undetermined |
| 73.18 | Hanover Insurance Co., Health Bond Salem Insurance Policy, Policy No. 1026885 | Undetermined |
| 73.19 | Hanover Insurance Co., Special Deposit Bond Insurance Policy, Policy No. 1035969 | Undetermined |
| 73.20 | Hanover Insurance Co., Weight Reduction Center Bond Insurance Policy, Policy No. 1026887 | Undetermined |
| 73.21 | Homesite Insurance Company, Earthquake Insurance Policy, Policy No. VH342302887 | Undetermined |
| 73.22 | Zurich American Insurance Company, Controlled Master Program Insurance Policy, Policy No. ZE 3105636-01 | Undetermined |
| 73.23 | Zurich American Insurance Company, Package (Property, Auto &GL) Insurance Policy, Policy No. CPO 2532101 - 01 | Undetermined |
| | **TOTAL:** | **Undetermined** |

**Fill in this information to identify the case:**

Debtor name: JC USA, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10585

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

2.1

Brightwood Loan Services as Collateral and Administrative Agent
810 Seventh Avenue
26th Floor
New York, NY 10019

**Date debt was incurred?**
4/3/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
First- Encina Private Credit SPV, LLC
Second - Brightwood Loan Services

**Describe debtor's property that is subject to the lien:**
Substantially all assets

**Describe the lien**
Guarantee of Term Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$223,310,464.12       Undetermined

**2.2**

Brightwood Loan Services as
Collateral and Administrative Agent
810 Seventh Avenue
26th Floor
New Yok, NY 10019

**Date debt was incurred?**
1/6/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
First- Encina Private Credit SPV, LLC
Second - Brightwood Loan Services

**Describe debtor's property that is subject to
the lien:**
Substantially all assets

**Describe the lien**
Guarantee of Incremental Term Loan

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☐ Disputed

$8,815,975.30          Undetermined

---

**2.3**

Encina Private Credit SPV, LLC
401 Merritt 7 – PH
Norwalk, CT 06851

**Date debt was incurred?**
4/3/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
First- Encina Private Credit SPV, LLC
Second - Brightwood Loan Services

**Describe debtor's property that is subject to
the lien:**
Substantially all assets

**Describe the lien**
Guarantee of First Out Revolving Facility

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☐ Disputed

$14,399,830.00          Undetermined

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.**

$246,526,269.42

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 <br><br> Brightwood Loan Services as Collateral and Administrative Agent <br> c/o Akin Gump Strauss Hauer & Feld LLP <br> Attn: Meng Wu <br> One Bryant Park <br> New York, NY 10036 | 2.1, 2.2 | |

**Fill in this information to identify the case:**

Debtor name: JC USA, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10585

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

2.1

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Cares Act - Deferred Payroll Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,364,000.00    Priority amount: Undetermined

2.2

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Warn Act Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: Undetermined    Priority amount: Undetermined

**2.3**

ADAMS COUNTY COLORADO, ADAMS COUNTY
GOVERNMENT CENTER, 4430 S. ADAMS COUNTY
PARKWAY, BRIGHTON, CO, 80601

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.4**

ALABAMA DEPT OF REVENUE, PO BOX 327435,
MONTGOMERY, AL, 36132-7435

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.5**

ALAMEDA COUNTY TAX COLLEC, 1221 OAK ST,
OAKLAND, CA, 94612-4286

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.6

ALBUQUERQUE, CITY OF, PO Box 1293, ALBUQUERQUE, NM, 87103-1293

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>Undetermined</u>       <u>Undetermined</u>

2.7

ALEXANDRIA, CITY OF-BL, PO BOX 34850, ALEXANDRIA, VA, 22334-0850

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>Undetermined</u>       <u>Undetermined</u>

2.8

ALLEGHENY COUNTY HEALTH, Fees and Permits Section, 542 4th Avenue, PITTSBURGH, PA, 15219

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>Undetermined</u>       <u>Undetermined</u>

2.9

ALPHARETTA, CITY OF-OCC, BUS OCCUPATION TAX OFF, PO BOX 349, ALPHARETTA, GA, 30009-0349

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.10

ANAHEIM, CITY OF-BL, PO BOX 61042, ANAHEIM, CA, 92803-6142

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.11

ANNE ARUNDEL CNTY HLTH, 3 HARRY S. TRUMAN PARKWAY, ANNAPOLIS, MD, 21401

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.12

ANNE ARUNDEL COUNTY-PPT, OFF OF BUDGET &
FINANCE, PO BOX 427, ANNAPOLIS, MD, 21404-0427

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.13

ARIZONA DEPARTMENT OF REVENUE, PO BOX 29085,
PHOENIX, AZ, 85038-9085

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.14

ARKANSAS SECRETARY OF STATE, BUSINESS &
COMMERCE SERVICES, PO Box 8014, LITTLE ROCK,
AR, 72203

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.15

ARKANSAS STATE INCOME TAX, PO BOX 8149, LITTLE
ROCK, AR, 72203-8149

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined      Undetermined

---

2.16

ASHWAUBENON, VILLAGE OF, 2155 HOLMGREN WY,
GREEN BAY, WI, 54304-4605

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined      Undetermined

---

2.17

AURORA, CITY OF, 15151 E. ALAMEDA PARKWAY,
AURORA, CO, 80012

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined      Undetermined

2.18

AUSTIN TRAVIS COUNTY HEALTH AND HUMAN,
ENVIRONMENTAL HEALTH SVS DIV, PO BOX 142529,
AUSTIN, TX, 78714

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.19

Avondale, City of, 11465 West Civic Center Drive, #270,
Avondale, AZ, 85323-6808

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.20

BALTIMORE COUNTY, MARYLAND, 6401 YORK ROAD,
3RD FLOOR, BALTIMORE, MD, 21212

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.21**

BALTIMORE COUNTY, MD-FIRE, PO BOX 64076, BALTIMORE, MD, 21264-4076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

**2.22**

BALTIMORE COUNTY, MD-PPT, 400 WASHINGTON AVENUE, ROOM 150, TOWSON, MD, 21204

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

**2.23**

BATON ROUGE, CITY OF, PARISH OF EAST BATON ROUGE, DEPARTMENT OF FINANCE, PO BOX 2590, BATON ROUGE, LA, 70821-5553

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

2.24

BBB OF CINCINNATI, 1 E 4TH STREET SUITE 600, CINCINNATI, OH, 45202

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.25

BELLEVUE, CITY OF-BL, PO BOX 90012, BELLEVUE, WA, 98009-9012

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.26

BELMONT, CITY OF-BL, ONE TWIN PINES LN #100, BELMONT, CA, 94002

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.27**

BERNALILLO COUNTY TREASURER, PO BOX 27800, ALBUQUERQUE, NM, 87125-7800

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.28**

BEXAR COUNTY TAX COLLECTOR-PPT, P.O BOX 2903, SAN ANTONIO, TX, 78299-2903

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.29**

BLOOMINGDALE, VILLAGE OF-BL, 201 S BLOOMINGDALE RD, BLOOMINGDALE, IL, 60108-1487

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.30

BOLINGBROOK, VILLAGE OF, 375 WEST BRIARCLIFF RD, BOLINGBROOK, IL, 60440

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.31

BOROUGH OF PLEASANT HILLS, 410 E. BRUCETON ROAD, PITTSBURGH, PA, 15236

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.32

BOYNTON BEACH, CITY OF, ATTN: CASHIERS, PO BOX 310, BOYNTON BEACH, FL, 33435

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.33

BRAINTREE, TOWN OF-FOOD, Attn: HEALTH
DEPARTMENT, 1 JFK MEMORIAL DRIVE, BRAINTREE,
MA, 02184

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.34

BRAINTREE, TOWN OF-PPT, PO BOX 859209,
BRAINTREE, MA, 02185-9209

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.35

BRANFORD, TOWN OF-PPT, PO BOX 136, BRANFORD,
CT, 06405

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.36

BREA, CITY OF - BUS LIC & FIRE SERV, 1 CIVIC CENTER CIRCLE, BREA, CA, 92821-5732

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

---

2.37

BROOKFIELD, CITY OF, REAL ESTATE TAXES, PO BOX 44197, WEST ALLIS, WI, 53214-7197

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

---

2.38

BROWARD COUNTY REVENUE, TAX COLLECTOR, 115 S ANDREWS AVE, FORT LAUDERDALE, FL, 33301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.39

BUCKS COUNTY HEALTH DEPT, 1282 ALMSHOUSE ROAD, DOYLESTOWN, PA, 18901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.40

BURLINGTON, TOWN OF-PT,BL, PO BOX 376, BURLINGTON, MA, 01803

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.41

CADDO-SHREVEPORT SALES AND USED TAX, SALES AND USED TAX COMMISSION, P.O BOX 104, SHREVEPORT, LA, 71161

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.42**

CALIFORNIA BOARD OF EQUALIZATION,
EQUALIZATION, PO BOX 942879, SACRAMENTO, CA,
94279-7070

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.43**

CAMPBELL COUNTY FISCAL COURT, PO BOX 72958,
NEWPORT, KY, 41072-0958

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.44**

CANTON TOWNSHIP TREASURER, PO BOX 87010,
CANTON, MI, 48187

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.45

CARLSBAD, CITY OF-BL, 1635 FARADAY AVE,
CARLSBAD, CA, 92008-7314

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined      Undetermined

---

2.46

CCH INCORPORATED, PO BOX 4307, Carol Stream, IL,
60197

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined      Undetermined

---

2.47

CENTENNIAL, CITY OF, 13133 E ARAPAHOE ROAD,
CENTENNIAL, CO, 80112

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined      Undetermined

2.48

CHAMPAIGN-URBANA PUBLIC HLTH DIST, ENVIRO
HEALTH DIVISION, 201 W. KENYON ROAD,
CHAMPAIGN, IL, 61820

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.49

CHARLES COUNTY TREASURER-MD-PPT, PO BOX
2607, LA PLATA, MD, 20646-2607

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.50

CHATTANOOGA CITY TREASURER-PPT, PO BOX 191,
CHATTANOOGA, TN, 37401-0191

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.51

CHELMSFORD, TOWN OF-HEALTH, CHELMSFORD
BOARD OF HEALTH, 50 BILLERICA ROAD, ROOM 102,
CHELMSFORD, MA, 01824

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

---

2.52

CHELMSFORD, TOWN OF-PPT, PO BOX 100,
CHELMSFORD, MA, 01824

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

---

2.53

CHESTER, COUNTY OF-HLTH, 601 WESTTOWN RD
#288, WEST CHESTER, PA, 19380

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.54

CINCINNATI, CITY OF-FD, 430 CENTRAL AVENUE,
CINCINNATI, OH, 45202

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                  Undetermined

---

2.55

CINCINNATI,CITY OF, 805 CENTRAL AVE,#600,
CINCINNATI, OH, 45202-5756

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                  Undetermined

---

2.56

CITY OF ALBUQUERQUE - TREASURY DIVISION,
ATTN:BUSINESS REGISTRATION, PO BOX 17,
ALBUQUERQUE, NM, 87103

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                  Undetermined

2.57

CITY OF BIRMINGHAM, PO BOX 830638, BIRMINGHAM, AL, 35283-0638

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.58

CITY OF BOTHELL, BUSINESS LICENSE, 18415 101ST AVE. NE, BOTHELL, WA, 98011

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.59

CITY OF COLORADO SPRINGS, 30 SOUTH NEVADA SUITE203, COLORADO SPRINGS, CO, 80903

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.60

CITY OF DUARTE, FINANCE DEPARTMENT, 1600 HUNTINGTON DR, DUARTE, CA, 91010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.61

CITY OF GRAND JUNCTION, GRAND JUNCTION CITY HALL, 250 NORTH 5TH STREET, GRAND JUNCTION, CO, 81501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.62

CITY OF HUNTSVILLE, P.O BOX 308, HUNTSVILLE, AL, 35804

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

Debtor    JC USA, Inc.
Name

Case number *(if known)* 23-10585

---

**2.63**

CITY OF INDIANAPOLIS, OFFICE OF FINANCE AND MANAGEMENT, 200 E WASHINGTON ST, ROOM 2260, INDIANAPOLIS, IN, 46204

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

**2.64**

CITY OF JOHNS CREEK, CITY HALL, 11360 LAKEFIELD DRIVE, JOHNS CREEK, GA, 30097

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

**2.65**

CITY OF LYNDHURST, BUILDING DEPARTMENT, 5301 MAYFIELD ROAD, LYNDHURST, OH, 44124

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.66

CITY OF MOBILE, P.O BOX 3065, MOBILE, AL, 36652-3065

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

---

2.67

CITY OF NORTHGLENN, DEPARTMENT OF FINANCE, PO BOX 5305, DENVER, CO, 80217-5305

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

---

2.68

CLARK CNTY HEALTH DEPT-VANCOUVER, WA, CENTER FOR COMMUNITY HEALTH, 1601 E FOURTH PLAIN BLVD, BLDG 17, VANCOUVER, WA, 98661

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.69

CLARK COUNTY - BUSINESS LICENSE, 500 S GRAND CENTRAL PKY, BOX 551810, LAS VEGAS, NV, 89155-4502

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.70

CLARK COUNTY TREASURER-VANCOUVER, WA, PO BOX 9808, VANCOUVER, WA, 98666-8808

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.71

CLARKSTOWN BUILDING INSP, 10 MAPLE AVE, NEW CITY, NY, 10956-5009

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.72

CLEAR CREEK ISD, PO BOX 650395, DALLAS, TX, 75265-0395

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

---

2.73

COBB COUNTY BUSINESS LIC, PO BOX 649, MARIETTA, GA, 30061-0649

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

---

2.74

COBB COUNTY TAX-PPT, COMMISSIONER, CARLA JACKSON, P O BOX 100127, MARIETTA, GA, 30061-7027

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.75**

COLE COUNTY MISSOURI, 311 E HIGH STREET-ROOM 100, JEFFERSON CITY, MO, 65101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.76**

COLLIER COUNTY TAX COLLEC-BL, 2800 N HORSESHOE DR, NAPLES, FL, 34104-6998

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.77**

COLLIN COUNTY TAX ASSESSOR, PO BOX 8046, MCKINNEY, TX, 75070-8046

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.78

COLORADO DEPT OF REVENUE-SALES TAX, DENVER, CO, 80261-0013

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.79

COLORADO DEPT OF REVENUE-USE TX, DENVER, CO, 80261-0013

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.80

COLUMBUS CITY TREASURER-FIRE, 90 WEST BROAD ST, COLUMBUS, OH, 43215

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.81**

COLUMBUS HEALTH DEPT, 240 PARSONS AVENUE, COLUMBUS, OH, 43215

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

**2.82**

COLUMBUS, CITY OF-INCOME TAX, CITY TREASURER, PO Box 183190, COLUMBUS, OH, 43218-3190

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

**2.83**

COMPTROLLER OF MARYLAND, REVENUE ADMIN. DIVISION, 110 CARROLL STREET, ANNAPOLIS, MD, 21411-0001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.84

CONNECTICUT SEC OF STATE, 165 CAPITOL AVENUE, SUITE 1000, HARTFORD, CT, 06106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.85

CONNECTICUT, STATE OF, DEPARTMENT OF REVENUE SERVICES, PO BOX 2974, HARTFORD, CT, 06104-2974

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.86

CONTRA COSTA COUNTY-PPT, TAX COLLECTOR, PO BOX 7002, SAN FRANCISCO, CA, 94120-7002

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.87

CONTRA COSTA HEALTH SERV, 1220 MORELLO AVE, SUITE 200, MARTINEZ, CA, 94553

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.88

CONTROLLER, ANNE ARUNDEL COUNTY, 3 HARRY S TRUMAN PKWY, ANNAPOLIS, MD, 21401

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.89

CORAL SPRINGS, CITY OF, Business Tax Office, P O Box 754501, CORAL SPRINGS, FL, 33075-4501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.90

COUNTY OF ALAMEDA WTS & MEASURES, 224 WEST WINTON AVENUE, ROOM 184, HAYWARD, CA, 94544

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.91

CUYAHOGA COUNTY BRD OF HLTH, 5550 VENTURE DR, PARMA, OH, 44130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.92

DALLAS COUNTY TAX ASSESS, JOHN R. AMES, CTA, P O BOX 139066, DALLAS, TX, 75313-9066

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.93

DALLAS, CITY OF DEPT OF CODE COMPLIANCE, DEPT OF CODE COMPLIANCE, CONSUMER HEALTH DIVISION, 7901 GOFORTH ROAD, DALLAS, TX, 75238

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

2.94

DANBURY, CITY OF, HEALTH AND HUMAN SERVICES DEPT, 155 DEER HILL AVENUE, DANBURY, CT, 06810

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

2.95

DANVERS, TOWN OF-PPT,FD, COLLECTOR OF TAXES, 1 SYLVAN ST, DANVERS, MA, 01923

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

2.96

DARDENNE PRAIRIE, CITY OF, 2032 HANLEY ROAD, DARDENNE PRAIRIE, MO, 63368

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.97

DARIEN, CITY OF-BL, BUSINESS LICENSE DEPT, 1702 PLAINFIELD RD, DARIEN, IL, 60561

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.98

DC TREASURER, OFFICE OF TAX AND REVENUE, PO BOX 96384, WASHINGTON, DC, 20090-6384

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.99

DELAWARE DIVISION OF REVENUE, PO BOX 830,
WILIMINGTON, DE, 19899-0830

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.100

DEPTFORD TOWNSHIP, DEPT OF HEALTH, 1011
COOPER ST, DEPTFORD, NJ, 08096

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.101

DUPAGE COUNTY HEALTH DEPT, ENVIROMENTAL
HEALTH DIV, 111 N COUNTY FARM ROAD, WHEATON,
IL, 60187

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.102

DURHAM COUNTY TAX COLLECTOR, PO BOX 30090, DURHAM, NC, 27702-3090

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.103

EAST BATON ROUGE SHERIFF'S OFFICE, SID J. GAUTREAUX, III, PO BOX 919319, DALLAS, TX, 75391-9319

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.104

EAST BRUNSWICK BUREAU OF FIRE PREVENTION, FIRE DISTRICK #2, 216 JOSEPH ST., EAST BRUNSWICK, NJ, 08816

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.105**

EAST BRUNSWICK, TOWNSHIP-HLTH, PO BOX 1081,
EAST BRUNSWICK, NJ, 08816

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.106**

EAST SHORE DISTRICT HEALTH DEPT., 688 EAST MAIN
STREET, ORCHARD RESEARCH PARK, BRANFORD, CT,
06405

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.107**

EL DORADO CNTY ENVIRO MGMT/ENVIRO HEALTH,
ENVIRO MGMT/ENVIRO HEALTH, 2850 FAIRLANE CT
BLDG C, PLACERVILLE, CA, 95667

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.108

EL DORADO CO TREASURER-PPT,BL, C/O C L RAFFETY CPA, TREASURER/TAX COLLECTOR, 360 FAIR LANE, PLACERVILLE, CA, 95667-4197

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

2.109

EL PASO COUNTY CO ENVIRONMENTAL HEALTH, 1675 W GARDEN OF THE GODS RD, SUITE 2044, COLORADO SPRINGS, CO, 80907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

2.110

ENGLEWOOD HEALTH DEPT, 73 SOUTH VAN BRUNT ST, ENGLEWOOD, NJ, 07631

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.111**

ENGLEWOOD, CITY OF-FIRE PREV BUREAU, 81 SOUTH VAN BRUNT STREET, ENGLEWOOD, NJ, 07631

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined      Undetermined

**2.112**

ESCAMBIA COUNTY TAX COLLECTOR, PO BOX 1312, PENSACOLA, FL, 32591

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined      Undetermined

**2.113**

EVERETT, CITY OF-BL, P O BOX 94430, SEATTLE, WA, 98124-6730

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined      Undetermined

2.114

FAIRFAX, CITY OF-PT & BL, TREASURER'S OFFICE,
10455 ARMSTRONG ST, FAIRFAX, VA, 22030-3649

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.115

FAIRFAX, COUNTY OF-RBL,SBL,PPT, DEPT OF TAX
ADMIN, PO BOX 10203, FAIRFAX, VA, 22035-0203

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.116

FAIRFIELD, CITY OF, 1000 WEBSTER STREET,
FAIRFIELD, CA, 94533-4883

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.117

FAIRFIELD, CT, TOWN OF, TAX COLLECTOR, PO BOX 638, FAIRFIELD, CT, 06430

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined          Undetermined

2.118

FAIRFIELD, TOWN OF, ATTN: HEALTH DEPT., 725 OLD POST RD, FAIRFIELD, CT, 06824

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined          Undetermined

2.119

FAIRVEW HEIGHTS, CITY OF-BL, 10025 BUNKUM RD, FAIRVEW HEIGHTS, IL, 62208

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined          Undetermined

2.120

FARMINGTON HILLS, CITY OF-PPT, 31555 WEST
ELEVEN MILE ROAD, FARMINGTON HILLS, MI, 48336-
1165

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.121

FINANCE COMMISSIONER,CITY OF NEW YORK, P.O.
BOX 4199, CHURCH ST STATION, NEW YORK, NY,
10261-4199

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.122

FLORIDA DEPT OF AGRICULTURE, AND CONSUMER
SERVICES, PO BOX 6720, TALLAHASSEE, FL, 32314-
6720

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.123**

FLORIDA DEPT OF REVENUE, 2390 EAST
ORANGEWOOD AVE, #325, ANAHEIM, CA, 92806

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.124**

FOREST ACRES, CITY OF, 5209 N TRENHOLM ROAD,
Columbia, SC, 29206

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.125**

FORT WORTH, CITY OF,TEXAS-HLTH, 612 E. LAMAR
BLVD, ARLINGTON, TX, 76011

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.126**

FOUNTAIN HILLS, TOWN OF, OFFICE OF THE TOWN CLARK, 16705 E AVENUE OF THE FOUNTAINS, FOUNTAIN HILLS, AZ, 85268

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.127**

FOUNTAIN VALLEY, CITY OF-BL, BUSINESS LICENSING, 8839 N CEDAR AVE #212, FRESNO, CA, 93720-1832

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.128**

FREDERICKSBURG CITY TREAS-PPT, PO BOX 967, FREDERICKSBURG, VA, 22404-0967

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.129

FREDERICKSBURG, CITY OF, CITY TREASURER,
COMMISSIONER OF THE REVE, PO BOX 644-CITY
HALL, FREDERICKSBURG, VA, 22404-0644

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.130

FREMONT, CITY OF-BL, 3300 CAPITAL AVE, FREMONT,
CA, 94538

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.131

FRESNO CO TAX COLLECTOR-PPT, PO BOX 1192,
FRESNO, CA, 93715-1192

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.132

FRESNO, CITY OF-BL, PO BOX 45017, FRESNO, CA, 93718-5017

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Date or dates debt was incurred**
Various

☑ Contingent

**Last 4 digits of account number**

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined          Undetermined

2.133

FRESNO, COUNTY OF, DEPT OF PUBLIC HEALTH, po BOX 11800, FRESNO, CA, 93775-1800

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Date or dates debt was incurred**
Various

☑ Contingent

**Last 4 digits of account number**

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined          Undetermined

2.134

FULTON COUNTY TAX COMMI-GA-BL, BUSINESS TAX DIVISION, PO BOX 105052, ATLANTA, GA, 30348-5052

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Date or dates debt was incurred**
Various

☑ Contingent

**Last 4 digits of account number**

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined          Undetermined

2.135

GEORGIA DEPARTMENT OF REVENUE, 1800 CENTURY BLVD, NE, ATLANTA, GA, 30345

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.136

GEORGIA DEPT OF AGRICULTURE, P.O. BOX 742548, ATLANTA, GA, 30374

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.137

GEORGIA DEPT OF REV-TX,WIRES, PO BOX 105296, ATLANTA, GA, 30348-5296

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.138

GOVERNMENT REVENUE SOLUTIONS HOLDINGS, DBA
AVENU INSIGHTS & ANALYTICS, PO BOX 830900,
BIRMINGHAM, AL, 35283

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.139

GRAND CHUTE, TOWN OF-PPT, 1900 W GRAND CHUTE
BLVD, GRAND CHUTE, WI, 54913-9613

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.140

GREEN BROOK TOWNSHIP OF, 111 GREENBROOK
ROAD, GREEN BROOK, NJ, 08812-2501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.141

GREENE COUNTY HEALTH DEPT, 360 WILSON DR, XENIA, OH, 45385

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.142

GREENFIELD, CITY OF-PT & HLTH, 7325 W FOREST HOME AVE, PO BOX 20739, GREENFIELD, WI, 53220-0739

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.143

HAB-BPT, PO BOX 21810, LEHIGH VALLEY, PA, 18002-1810

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

Debtor    JC USA, Inc.
          Name

Case number *(if known)* 23-10585

2.144

HADDON TOWNSHIP, 135 HADDON AVE., HADDON TOWNSHIP, NJ, 08108

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.145

HAMILTON COUNTY TREASURER-PPT, PO BOX 11047, CHATTANOOGA, TN, 37401

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.146

HAMILTON TOWNSHIP HEALTH, DIVISION OF HEALTH, 2100 GREENWOOD AVENUE, HAMILTON, NJ, 08609

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.147

HANOVER, TOWN OF, TREASURER/COLLECTOR'S
OFFICE, 550 HANOVER STREET, HANOVER, MA, 02339-
2217

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.148

HARRIS COUNTY PHES, 2223 WEST LOOP SOUTH,
HOUSTON, TX, 77027

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.149

HARRIS COUNTY TAX ASSESSOR-COLLECTOR, PO BOX
4622, HOUSTON, TX, 77210-4622

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.150

HARRIS COUNTY WCID #109-PPT, PO BOX 3155,
HOUSTON, TX, 77253-3155

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.151

HAWAII DEPARTMENT OF TAXATION, PO BOX 1530,
HONOLULU, HI, 96806-1530

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.152

HENRICO VA, COUNTY OF-PPT, PO BOX 716487,
PHILADELPHIA, PA, 19171-6487

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.153

HERNDON, TOWN OF-VIRGINIA, PO BOX 427,
HERNDON, VA, 22070-0427

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.154

HIGHLAND, TOWN OF-HLTH,BL, BUS REG &
EMERGENCY INFO, 3333 RIDGE RD, HIGHLAND, IN,
46322

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.155

HODGKINS, VILLAGE OF, 8990 LYONS STREET,
HODGKINS, IL, 60525

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.156

HOUSTON, CITY OF SIGN ADMIN-BL, PO BOX 2688,
HOUSTON, TX, 77252 2688

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.157

HOUSTON, CITY OF-HEALTH, 8000 NORTH STADIUM
DRIVE, HOUSTON, TX, 77054

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.158

HOUSTON, CITY OF-PERMIT, SOLID WASTE MGM,
PERMIT SEC., PO BOX 1562, HOUSTON, TX, 77251

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.159

HOWARD COUNTY HEALTH DEPT, BUREAU OF
ENVIRONMENTAL HEALTH, 8930 STANFORD BLVD,
COLUMBIA, MD, 21045

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.160

HOWARD COUNTY, MARYLAND-DEPT OF FIN-PPT,
DEPT OF FINANCE, PROPERTY TAX DIVISION, 3430
COURTHOUSE DR, ELLICOTT CITY, MD, 21043

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.161

HUNTINGTON, TOWN OF-NY, 100 MAIN ST,
HUNTINGTON, NY, 11743

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.162

IDAHO STATE TAX COMM, PO BOX 83784, BOISE, ID, 83707

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined                Undetermined

---

2.163

ILLINOIS DEPT OF REVENUE, PO BOX 19045, SPRINGFIELD, IL, 62794-9045

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined                Undetermined

---

2.164

INCORPORATED VILLAGE OF FREEPORT, DEPARTMENT OF BUILDINGS, 46 NORTH OCEAN AVE., FREEPORT, NY, 11520

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined                Undetermined

2.165

INDIANA DEPT OF REVENUE, PO BOX 7218,
INDIANAPOLIS, IN, 46207-7218

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

2.166

INTERNAL REVENUE SERVICE-OGDEN, Department of
the Treasury, Internal Revenue Service, OGDEN, UT,
84201-0009

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

2.167

IOWA, STATE TREASURER, IOWA STATE TREASURER,
PO BOX 10466, DES MOINES, IA, 50306-0466

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

2.168

IOWA,STATE OF TREASURER, SALES & USE TAX PROCESSING, PO BOX 10412, DES MOINES, IA, 50306-0412

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.169

JEFFERSON CITY MISSOURI, 320 E MCCARTY STREET, JEFFERSON CITY, MO, 65101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.170

JEFFERSON PARISH SHERIFF'S OFFICE, BUREAU OF REVENUE AND TAXATION, PO BOX 248, GRETNA, LA, 70054

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.171

JOHNSON COUNTY, KANSAS-PPT, PO BOX 2902,
SHAWNEE MISSION, KS, 66201-1302

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.172

KANSAS CITY, MISSOURI, CITY TREASURER, 2400
TROOST AVE SUITE 3200, KANSAS CITY, MO, 64108

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.173

KANSAS DEPT REV-USE TAX, PO BOX 12001, TOPEKA,
KS, 66625-2001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.174

KANSAS SECRETARY OF STATE, MEMORIAL HALL, 1ST
FLOOR, 120 S.W. 10TH AVENUE, TOPEKA, KS, 66612-
1594

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.175

KENTON COUNTY FISCAL COURT, P.O. BOX 706237,
CINCINNATI, OH, 45270

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.176

KENTUCKY REVENUE CABINET-PPT, FRANKFORT, KY,
40620-0003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.177

KENTUCKY SECRETARY OF STATE, KENTUCKY DEPT
OF REVENUE, FRANKFORT, KY, 40619

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.178

KENTUCKY STATE TREASURER - INCOME TAX,
KENTUCKY DEPARTMENT OF REVENUE, FRANKFORT,
KY, 40620

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.179

KING COUNTY TREASURY, 500 FOURTH AVE, SEATTLE,
WA, 98104-2387

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.180

KITSAP COUNTY TREASURER, PO Box 169, Port
Orchard, WA, 98366

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.181

LAFAYETTE PARISH SCHOOL SYSTEM, SALES TAX
DIVISION, PO BOX 52706, LAFAYETTE, LA, 70505-2706

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.182

LAKE COUNTY AUDITOR-WEIGHTS & MEAS, 2900 W
93RD AVE, 2ND FLOOR, CROWN POINT, IN, 46307

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.183

LAKE COUNTY HEALTH DEPT, 2900 W 93rd AVENUE, CROWN POINT, IN, 46307

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.184

LAKE COUNTY HEALTH DEPT-WAUKEGAN, IL, 3010 GRAND AVE, FIRST FLOOR, WAUKEGAN, IL, 60085

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.185

LAKE OSWEGO, CITY OF, PO BOX 369, LAKE OSWEGO, OR, 97034-0369

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.186

LAKEWOOD, CITY OF-CA-BL, PO BOX 220, LAKEWOOD, CA, 90714-0220

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.187

LAKEWOOD, CITY OF-CO, PO BOX 17479, DENVER, CO, 80217

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.188

LAS VEGAS, CITY OF-BL, DEPT OF PLANNING, BUSINESS LICENSING, PO BOX 748018, LOS ANGELES, CA, 90074-8018

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.189**

LAUREL, CITY OF, 8103 SANDY SPRING ROAD, LAUREL, MD, 20707

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.190**

LEESBURG, TOWN OF-PPT,BL,SBL,RBL, PO BOX 9100, LEESBURG, VA, 20177-0910

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.191**

LEOMINSTER, CITY OF-, 25 WEST ST - SUITE 9, LEOMINSTER, MA, 01453-5699

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.192

LEWISVILLE, CITY OF, 151 W. CHURCH ST, LEWISVILLE, TX, 75057

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.193

LEXINGTON-FAYETTE URBAN COUNTY GOV, DIVISION OF REVENUE, PO BOX 14058, LEXINGTON, KY, 40512

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.194

LINDA FANCSALI, TAX COLLECTOR, PO BOX 10931, PITTSBURGH, PA, 15236

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.195

LOS ANGELES AGR COMR/WTS & MEAS, PO BOX 512399, LOS ANGELES, CA, 90051-0399

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.196

LOS ANGELES CO TAX COLLEC-PT,HLTH,OL, P. O. Box 54027, LOS ANGELES, CA, 90054-0027

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.197

LOS ANGELES COUNTY PUBLIC HEALTH, PO Box 54978, Los Angeles, CA, 90054-0978

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.198

LOS ANGELES, CITY CLERK, PO BOX 53200, LOS
ANGELES, CA, 90060-0128

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.199

LOUDOUN, COUNTY OF-PPT, PO BOX 1000, LEESBURG,
VA, 20177-1000

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.200

LOUISIANA DEPT OF REVENUE, 617 NORTH THIRD ST,
BATON ROUGE, LA, 70802

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

**2.201**

LOUISIANA SEC OF STATE, 8585 ARCHIVES AVE, BATON ROUGE, LA, 70809

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.202**

LOUISVILLE METRO REVENUE COMMISSION, PO BOX 35410, LOUISVILLE, KY, 40232-5410

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.203**

LUBBOCK CENTRAL APPRAISAL DISTRICT, 2109 AVE Q, LUBBOCK, TX, 79411

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.204

MADISON COUNTY SALES TAX DEP, 100 NORTH SIDE SQUARE, HUNTSVILLE, AL, 35801

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

---

2.205

MADISON, CITY OF, PO BOX 20, MADISON, WI, 53701-0020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

---

2.206

MAINE STATE TREASURER, PO BOX 1065, AUGUSTA, ME, 04332-1065

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.207

MANALAPAN TOWNSHIP BUREAU OF FIRE PREV,
BUREAU OF FIRE PREVENTION, 120 RTE 522 &,
TAYLORS MILL ROAD, MANALAPAN, NJ, 07726

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.208

MANALAPAN TOWNSHIP HEALTH DEPT, 120 RTE 522,
MANALAPAN, NJ, 07726

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.209

MANCHESTER 8TH UTLTY DIST, 18 MAIN ST,
MANCHESTER, CT, 06040

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.210

MANCHESTER HEALTH DEPT, 1528 ELM STREET,
MANCHESTER NH, 03101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**          Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

2.211

MANCHESTER, TOWN OF-PPT, PO BOX 191,
MANCHESTER, CT, 06045-0191

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**          Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

2.212

MANHATTAN BEACH,CITY OF, 1400 HIGHLAND AVE,
MANHATTAN BEACH, CA, 90266

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**          Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.213**

MARICOPA COUNTY ENVIRONMENTAL SERVICES, ADMINISTRATIVE SERVICES, 301 W JEFFERSON ST., STE #170, PHOENIX, AZ, 85003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.214**

MARIN COUNTY CLERK, PO Box 4220, 3501 Civic Center Dr, SAN RAFAEL, CA, 94913-4220

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.215**

MARIN, COUNTY OF-EVIRO HEALTH SERV, ENVIRONMENTAL HEALTH SERV, 3501 CIVIC CTR DR #236, SAN RAFAEL, CA, 94903

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.216

MARION CO TAX COLLECTOR-OCALA, FL, PO BOX 970,
OCALA, FL, 34478

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.217

MARION COUNTY HEALTH DEPT, DEPT OF FOOD &
CONSUMER SAFETY, 4701 N KEYSTONE AVE, STE 500,
INDIANAPOLIS, IN, 46205

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.218

MARION COUNTY TREASURER-INDIANA, PO BOX 6145,
Indianapolis, IN, 46206-6145

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.219

MARYLAND DEPT OF ASSESSMENT AND TAXATION, ASSESSMENT AND TAXATION, 301 West Preston St Room #801, BALTIMORE, MD, 21201

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.220

MARYLAND, STATE OF-CLERK OF CIR. COURT, WAYNE A. ROBEY CLERK OF CIRCUIT COURT, 9250 JUDICIAL WAY, STE 1900, ELLICOTT CITY, MA, 21043

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.221

MARYLAND, STATE OF-SALES & USE & PPT, SALES & USE TAX DIVISION, PO BOX 17405, BALTIMORE, MD, 21297-1405

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.222**

MASSACHUSETTS DEPT OF REV, PO BOX 7035, BOSTON, MA, 02204

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined   Undetermined

**2.223**

MASSACHUSETTS, COMMONWEALTH OF, BANKRUPTCY UNIT, PO BOX 7090, BOSTON, MA, 02204

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined   Undetermined

**2.224**

MCHENRY CTY HEALTH DEPT, 2200 N SEMINARY AVE, WOODSTOCK, IL, 60098

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined   Undetermined

2.225

MCKINNEY,CITY OF, CODE SERVICES/HEALTH
COMPLIANCE, 410 N. TENNESSE ST., MCKINNEY, TX,
75069

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.226

MECKLENBURG COUNTY-CHARLOTTE-PT, PO BOX
71063, CHARLOTTE, NC, 28272-1063

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.227

MEDFORD, CITY OF, BOARD OF HEALTH, 85 GEORGE P
HASSETT DR, MEDFORD, MA, 02155

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.228

MEDFORD, CITY OF-PPT, TREASURER/COLLECTOR, 85 GEORGE P HASSETT DR, MEDFORD, MA, 02155

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.229

MEMPHIS, CITY OF-PPT, PO BOX 185, MEMPHIS, TN, 38101-0185

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.230

MESA,CITY OF - BL, PO BOX 1466, MESA, AZ, 85211-6350

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.231

MESQUITE TAX FUND, PO BOX 850267, MESQUITE, TX, 75185-0267

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.232

MESQUITE, CITY OF HEALTH OFFICE, HEALTH OFFICE SUITE 110, PO BOX 850137, MESQUITE, TX, 75185-0137

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.233

MIAMI DADE COUNTY TAX COLLECTOR-PPT, Tangible Personal Property, 200 NW 2nd Avenue, MIAMI, FL, 33128-1533

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.234

MIAMI-DADE COUNTY BUSINESS TAX SECTION, PO
BOX 13701, MIAMI, FL, 33101-3701

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.235

MIAMI-DADE FIRE RESCUE DEPT, FINANCE BUREAU,
9300 NW 41ST STREET, MIAMI, FL, 33178

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.236

MICHIGAN DEPT OF AGRICULT-FOOD, MICHIGAN DEPT
OF AGRICULTURE, PO BOX 30776, LANSING, MI, 48909-
8276

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.237**

MICHIGAN DEPT OF TREASURY, SALES, USE and
WITHHOLDING TAXES, P. O. BOX 30427, LANSING, MI,
48909

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.238**

MIDDLETOWN, TOWNSHIP OF, 1 KINGS HIGHWAY,
MIDDLETOWN, NJ, 07748

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.239**

MINNESOTA DEPT OF AGRICUL, 625 ROBERT SMITH
NORTH, ST PAUL, MN, 55155

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

Debtor    JC USA, Inc.
          Name

Case number *(if known)* 23-10585

**2.240**

MINNESOTA DEPT OF REVENUE, MAIL STATION 1275, ST PAUL, MN, 55145-1275

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.241**

MINNETONKA, CITY OF, COMMUNITY DEVELOPMENT-LIC, 14600 MINNETONKA BLVD, MINNETONKA, MN, 55345

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.242**

MISSISSIPPI DEPT OF REVENUE, PO BOX 23191, JACKSON, MS, 39225-3191

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.243

MISSISSIPPI SEC OF STATE, CORP TAX DIVISION, PO BOX 23050, JACKSON, MS, 39225-3050

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.244

MISSISSIPPI, STATE OF, DEPARTMENT OF REVENUE, PO BOX 960, JACKSON, MS, 39205

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.245

MISSOURI DEPT OF REVENUE, DIV OF TAXATION & COLL, PO BOX 840, JEFFERSON CITY, MO, 65105-0840

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.246

MISSOURI SECRETARY OF STATE, 600 WEST MAIN ST,
JEFFERSON CITY, MO, 65101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.247

MOBILE COUNTY, PO BOX 161009, BIRMINGHAM, AL,
36616

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.248

MODESTO, CITY OF-BL, PO BOX 3442, MODESTO, CA,
95353-3442

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.249

MONROEVILLE MUNICIPALITY-BL, 2700 MONROEVILLE BLVD, MONROEVILLE, PA, 15146-2388

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:      Undetermined      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

2.250

MONTGOMERY COUNTY HEALTH DEP-NORRISTOWN, PO BOX 311, NORRISTOWN, PA, 19404-0311

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:      Undetermined      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

2.251

MONTGOMERY COUNTY-DEPT OF FINANCE-PPT, DIVISION OF TREASURY, 225 ROCKVILLE PIKE L-15, ROCKVILLE, MD, 20850

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:      Undetermined      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

2.252

MONTGOMERY CTY HLTH DEPT-CONROE TX, 501 N THOMPSON ST, # 100, CONROE, TX, 77301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.253

MONTGOMERY TOWNSHIP-MONTG, PA-BL, Business Tax, 1001 Stump Road, Montgomeryville, PA, 18936

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.254

MONTOGOMERY, COUNTY OF, PO BOX 4798, HOUSTON, TX, 77210-4798

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.255

MORRIS PLAINS, BOROUGH-FIRE/HEALTH/BL, 531
SPEEDWELL AVE, MORRIS PLAINS, NJ, 07950

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.256

MULTNOMAH COUNTY TAX COLL, PO BOX 2716,
PORTLAND, OR, 97232

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.257

NASHUA ENVIR HEALTH DEPT, CITY OF NASHUA, 18
MULBERRY STREET, NASHUA, NH, 03060-0219

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.258

NASHVILLE METRO TRUSTEE, PO BOX 305012,
NASHVILLE, TN, 37230-5012

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.259

NASSAU COUNTY OF-WEIGHTS & MEAS, OFFFICE OF
CONSUMER AFFAIRS, WEIGHTS & MEASURES DIV, 240
Old Country Road, MINEOLA, NY, 11501-4255

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.260

NATICK, TOWN OF-PPT/BL, 13 EAST CENTRAL ST,
NATICK, MA, 01760

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.261**

NC SECRETARY OF STATE, PO BOX 29622, RALEIGH, NC, 27626

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.262**

NEBRASKA DEPT OF REVENUE, PO BOX 94818, LINCOLN, NE, 68509-4818

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.263**

NEVADA DEPT OF TAXATION, PO Box 7165, San Francisco, CA, 94120-7165

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.264

NEVADA, STATE OF-DIV OF AGRICULTURE, PO BOX
844477, LOS ANGELES, CA, 90074-4477

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.265

NEW HAMPSHIRE, STATE OF, ATTORNEY GENERAL
DEPT OF JUSTICE, 33 CAPITOL ST, CONCORD, NH,
03301-6397

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.266

NEW JERSEY DIV OF TAXATION, SALES & USE TAX, PO
BOX 999, TRENTON, NJ, 08646-0999

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.267

NEW JERSEY, STATE OF-DIV TAXATION-INC TX, DEPT
OF TAXATION, REVENUE PROCESSING CENTER, PO
BOX 666, TRENTON, NJ, 08646-0666

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.268

NEW JERSEY,STATE OF-ANN RPT, DIVISON OF
REVENUE, ATTN: ANNUAL REPORT REVIEW UNIT, PO
BOX 302, TRENTON, NJ, 08646-0302

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.269

NEW JERSEY-WEIGHTS AND MEASURES FUND, OFFICE
OF WEIGHTS & MEASURES, PO BOX 490, AVENEL, NJ,
07001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.270

NEW MEXICO TAXATION & REVENUE DEPT, PO BOX 25128, SANTA FE, NM, 87504-5128

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.271

NEW MEXICO, SECRETARY OF STATE, 325 DON GASPAR, SUITE 300, SANTA FE, NM, 87501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.272

NEW YORK CITY FIRE DEPT, PO BOX 412014, BOSTON, MA, 02241-2014

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.273

NEW YORK, CITY OF-ENVIRONMENTAL CONTROL, ENVIRONMENTAL CONTROL BOARD, PO BOX 2307, PECK SLIP STATION, NEW YORK, NY, 10272

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.274

NEWELL NORMAND SHERIFF & TAX COLLECTOR, TAX COLLECTOR, PO Box 248, GRETNA, LA, 70054-0248

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.275

NEWPORT NEWS,CITY OF, 2400 WASHINGTON AVENUE, NEWPORT NEWS, VA, 23607-4389

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.276

NEWTON, CITY OF, 1000 COMMONWEALTH AVE,
NEWTON, MA, 02459-1449

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.277

NORRIDGE, VILLAGE OF-BL, 4000 N OLCOTT AVE,
NORRIDGE, IL, 60634-1199

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.278

NORTH CAROLINA DEPT OF, REVENUE, PO BOX 25000,
RALEIGH, NC, 27640-0500

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.279

NORTH DAKOTA STATE TAX COMMISSIONER, TAX
COMMISSIONER, 600 E. BLVD AVE, BISMARCH, ND,
58505

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.280

NORWELL, TOWN OF, OFFICE BOARD OF HEALTH, 345
MAIN ST, NORWELL, MA, 02061

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.281

NORWOOD, TOWN OF, PO BOX 9101, NORWOOD, MA,
02062-0040

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.282

NYC DEPT OF FINANCE, PO BOX 3933, NEW YORK, NY, 10008-3933

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.283

OCEAN CNTY FIRE MARSHAL, PO BOX 2191, TOMS RIVER, NJ, 08754-2191

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.284

OHIO, STATE OF-TREASURER, PO Box 16560, COLUMBUS, OH, 43216

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.285

OKLAHOMA TAX COMMISSION - INCOME TAX,
INCOME TAX, PO BOX 269027, OKLAHOMA CITY, OK,
73126-9027

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.286

OLYMPIA, CITY OF, ACCOUNTS RECEIVABLE, PO BOX
7966, OLYMPIA, WA, 98507-7966

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.287

ORANGE CNTY TAX COLLECTOR-SANTA ANA, CA, P O
BOX 1982, SANTA ANA, CA, 92702

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.288

ORANGE COUNTY TAX COLL-FLORIDA,PPT,OL, PO BOX 545100, ORLANDO, FL, 32854-5100

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.289

ORANGE CT TAX COLLECTOR-CT, 617 ORANGE CENTER RD, ORANGE, CT, 06477

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.290

ORANGE, COUNTY OF-HLTH, 405 W. 5TH ST, SANTA ANA, CA, 92701

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.291

OREGON DEPARTMENT OF REVENUE, PO BOX 14790,
SALEM, OR, 97309-0470

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.292

OREGON DEPT OF AGRICULTURE-FD, PO BOX 4395,
UNIT 17, PORTLAND, OR, 97208-4395

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

2.293

PALATINE, VILLAGE OF-BL, 200 E. WOOD ST,
PALANTINE, IL, 60067

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.294**

PALM BEACH CO TAX COLLECT-OL, ATTEN: BUSINESS TAX DEPT, PO BOX 3353, WEST PALM BEACH, FL, 33402-3353

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.295**

PARAMUS, BOROUGH OF, Fire Prevention Bureau, 1 JOCKISH SQUARE, PARAMUS, NJ, 07652

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.296**

PARAMUS, BOROUGH OF-HLTH, ATTN:THE MAYOR AND COUNSEL, 1 JOCKISH SQUARE, PARAMUS, NJ, 07652

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.297

PARISH AND CITY TREASURER, P.O. BOX 2590, BATON ROUGE, LA, 70821-2590

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.298

PEMBROKE PINES, CITY OF, 3RD FLOOR, A/R, 601 CITY CENTER WAY, PEMBROKE PINES, FL, 33025

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.299

PENNSYLVANIA DEPT REVENUE - INCOME TAX, PO BOX 28047, HARRISBURG, PA, 17128-0427

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.300

PENNSYLVANIA, COMMONWEALTH OF-AGRICULTUR, 2301 NORTH CAMERON ST, HARRISBURG, PA, 17110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.301

PHILADELPHIA, CITY OF, 321 UNIVERSITY AVE, 2ND FLOOR, PHILADELPHIA, PA, 19104

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.302

PIERCE COUNTY, PO BOX 11621, TACOMA, WA, 98411-6621

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.303

PINOLE, CITY OF-BL, 2131 PEAR STREET, PINOLE, CA, 94564

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.304

PLACER COUNTY ENVIRO HEALTH, 3091 COUNTY CENTER DRIVE, SUITE 180, AUBURN, CA, 95603

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.305

PLACER COUNTY TAX COLLECT, PO BOX 7788, AUBURN, CA, 95604-7788

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.306

PLANO, CITY OF, ACCTG DEPARTMENT, PO BOX
860358, PLANO, TX, 75086-0358

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.307

PLANO, CITY OF HEALTH DEP, ENVIRONMENTAL
HEALTH, 1520 K AVENUE #210, PLANO, TX, 75074

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.308

PLANTATION, CITY OF-BL,OL, PO BOX 19270,
PLANTATION, FL, 33318-9270

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.309

PLUMSTEAD TOWNSHIP, 5186 STUMP ROAD,
PIPERSVILLE, PA, 18947

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

2.310

PORTLAND CITY OF OREGON, 111 SW COLUMBIA ST,
6th FLR, PORTLAND, OR, 97201-5840

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

2.311

PORTLAND, CITY OF-INCOME TAX, 1900 SW 4TH AVE
#40, PORTLAND, OR, 97201-5304

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

2.312

PRINCE GEORGES COUNTY-HEALTH DEPT-MD, HEALTH DEPT, 9400 PEPPERCORN PL, LARGO, MD, 20774

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.313

PRINCE GEORGE'S COUNTY-PPT, PO BOX 17578, BALTIMORE, MD, 21297-1578

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.314

PRINCE WILLIAM COUNTY-PPT,RBL, FINANCE DEPT, PO BOX 2467, PRINCE WILLIAM, VA, 22193-9067

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.315

PULASKI, COUNTY OF, P O BOX 8101, LITTLE ROCK, AR,
72203-8101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.316

RANCHO CUCAMONGA, CITY OF-BL, 10500 CIVIC CTR
DR, PO BOX 807, RNCHO CUCAMONGA, CA, 91729-
0807

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.317

REDLANDS, CITY OF, P O BOX 3005, REDLANDS, CA,
92373

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.318

REGIONAL INCOME TAX AGENCY, PO BOX 94582, CLEVELAND, OH, 44101-4582

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.319

RENO, CITY OF-BL, BUSINESS LICENSE RENEWALS, PO BOX 1900, RENO, NV, 89505

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.320

RHODE ISLAND,STATE OF DIVISION OF, ONE CAPITOL HILL, PROVIDENCE, RI, 02908-5800

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.321

RICHLAND CO TREASURER SC, 2020 HAMPTON ST, PO BOX 11947, COLUMBIA, SC, 29211

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

2.322

RIVERSIDE COUNTY DEPARTMENT OF ENVIR., OF ENVIRONMENTAL HEALTH, P. O. BOX 7909, RIVERSIDE, CA, 92513 7909

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

2.323

RIVERSIDE, CITY OF-CALIF-BL, 3900 MAIN ST, RIVERSIDE, CA, 92522

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

2.324

RIVERSIDE, CNTY TRESURER-TAX COLL, PO BOX 12005, RIVERSIDE, CA, 92502-2205

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.325

ROCKLIN,CITY OF, FINANCE DIVISION, 3970 ROCKLIN RD, ROCKLIN, CA, 95677

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.326

ROLLING HILL ESTATES,CITY OF, 4045 PALOS VERDES DRIVE NORTH, ROLLING HILLS ESTATES, CA, 90274

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.327

SACRAMENTO, COUNTY OF-HLTH,BL,PT, PO BOX 508,
SACRAMENTO, CA, 95812-0508

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.328

SACRAMENTO,COUNTY OF, 915 I ST, SACRAMENTO,
CA, 95814

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.329

Salem, City of, PO BOX 869, SALEM, VA, 24153

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.330

SALEM, TOWN OF-NH, 33 GEREMONTY DR, SALEM, NH, 03079-3390

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.331

SAN BERNARDINO COUNTY OF-HLTH, ENVIRONMENTAL HEALTH SERV, 385 N ARROWHEAD AVE, 2ND FLOOR, SAN BERNARDINO, CA, 92415-0160

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.332

SAN BERNARDINO, COUNTY OF-PPT, TAX COLLECTOR, 268 W. HOSPITALITY LANE, FIRST FLOOR, SAN BERNARDINO, CA, 92415-0360

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.333**

SAN DIEGO COUNTY, TREASURER TAX COLLECTOR, PO BOX 129009, SAN DIEGO, CA, 92112

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

**2.334**

SAN DIEGO COUNTY AIR POLLUTION CONTROL, POLLUTION CONTROL DISTRICT, 10124 OLD GROVE RD, SAN DIEGO, CA, 92131

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

**2.335**

SAN DIEGO COUNTY-ENVIRO HLTH, DEPT OF ENVIRO HEALTH, PO BOX 129261, SAN DIEGO, CA, 92112-9261

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                Undetermined

2.336

SAN DIMAS, CITY OF-BL, 245 E BONITA AVE, SAN
DIMAS, CA, 91773

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.337

SAN FRANCISCO, CITY & CNTY OF-TAX COLL,
BUSINESS LICENSE UNIT, P. O. BOX 7427, SAN
FRANCISCO, CA, 94120-7427

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.338

SAN JOAQUIN COUNTY TREASU, PO BOX 2169,
STOCKTON, CA, 95201-2169

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.339

SAN JOSE, CITY OF-BL, PERMIT DEPT #34370, PO BOX 39000, SAN FRANCISCO, CA, 94139

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.340

SAN MATEO CO TAX COLLECTOr-PPT, LEE BUFFINGTON, 555 COUNTY CTR 1ST FLOOR, REDWOOD CITY, CA, 94063-0966

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.341

SAN RAMON,CITY OF, 7000 BOLLINGER CANYON ROAD, SAN RAMON, CA, 94583

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.342

SANDY, CITY-BL, 10000 CENTENNIAL PKWY #210,
SANDY, UT, 84070

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

2.343

SANTA CLARA CO HEALTH DEP, 1555 BERGER DR
#300, SAN JOSE, CA, 95112-2716

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

2.344

SANTA CLARA CO TAX COLLEC-PPT, 70 W HEDDING
ST, EAST WING, SAN JOSE, CA, 95110-1767

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

2.345

SANTA MONICA, CITY OF-BL, Revenue Division, PO Box
301026, LOS ANGELES, CA, 90030-1026

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.346

SARASOTA CO TAX COLLECTOR-BL, 101 S.
WASHINGTON BLVD, SARASOTA, FL, 34236

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.347

SAUGUS, TOWN OF - Food Permit, 298 CENTRAL
STREET, SAUGUS, MA, 01906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.348**

SC DEPARTMENT OF REVENUE - INCOME TAX, PO BOX
125, COLUMBIA, SC, 29214-0101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

**2.349**

SCOTT TOWNSHIP TAX COLLEC-BL,MERC, 301
LINDSAY RD, CARNEGIE, PA, 15106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

**2.350**

SEATTLE & KING COUNTY - PUBLIC HEALTH, 401
FIFTH AVENUE, SUITE 1100, SEATTLE, WA, 98104

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.351

SEATTLE DEPT OF FINANCE-BL, P O BOX 34904,
SEATTLE, WA, 98124-1904

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.352

SECAUCUS, TOWN OF, 1203 PATTERSON PLANK ROAD,
SECAUCUS, NJ, 07094

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.353

SECRETARY OF STATE-DEPT OF BUSINESS SRV, DEPT
OF BUSINESS SERVICES, 501 S. SECOND ST, RM 350,
SPRINGFIELD, IL, 62756

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.354

SEMINOLE COUNTY TAX COLLECTOR, RAY VALDES, ATTN:BUSINESS TAX DEPT, PO BOX 630, SANFORD, FL, 32772-0630

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.355

SHELBY COUNTY, P O BOX 800, COLUMBIANA, AL, 35051

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.356

SHELBY COUNTY TRUSTEE-TN, PO BOX 2751, MEMPHIS, TN, 38101-2751

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.357

SHREWSBURY BOROUGH OF-, 419 Sycamore Ave, SHREWSBURY, NJ, 07702

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.358

SHREWSBURY, TOWN OF, PO BOX 725, READING, MA, 01867-0405

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.359

SHREWSBURY, TOWN OF-BOARD OF HLTH-MA, 100 MAPLE AVE, SHREWSBURY, MA, 01545

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.360**

SKOKIE, VILLAGE OF-BL, BUSINESS LICENSES, 5127 OAKTON ST, SKOKIE, IL, 60077-3600

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

**2.361**

SNOHOMISH COUNTY TREASURER, PO BOX 34171, SEATTLE, WA, 98124-1171

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

**2.362**

SOLANO CO TAX COLLECTOR, 600 TEXAS ST, FAIRFIELD, CA, 94533

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

**2.363**

SOLANO COUNTY DEPT OF RESOURCE MGMT, 675 TEXAS ST, SUITE 5500, FAIRFIELD, CA, 94533

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

**2.364**

SONOMA COUNTY TAX COLLECTOR-PPT, PO BOX 3879, SANTA ROSA, CA, 95402-3879

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

**2.365**

SONOMA, COUNTY OF DEPT OF HEALTH SERV, DEPT OF HEALTH SERVICES, 625 5TH STREET, SANTA ROSA, CA, 95404

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.366

SOUTH CAROLINA DEPT OF, 300A OUTLET POINTE BLVD, COLUMBIA, SC, 29210

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.367

SOUTH DAKOTA STATE TREASURER, DEPT OF REVENUE, REMITTANCE CENTER, PO BOX 5055, SIOUX FALLS, SD, 57117-5055

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.368

SOUTHERN NEVADA HEALTH DISTRICT, ATTN;ENVIRONMENTAL HEALTH, FILE 50523, LOS ANGELES, CA, 90074-0523

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.369

SOUTHFIELD, CITY OF, 26000 EVERGREEN RD, IRV M.
LOWENBERG,TREASURER, SOUTHFIELD, MI, 48076

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*

☑ Contingent

**Date or dates debt was incurred**
Various                                               ☑ Unliquidated

**Last 4 digits of account number**                  ☑ Disputed

**Specify Code subsection of PRIORITY unsecured**    **Basis for the claim:**
**claim:**                                           Taxes
11 U.S.C. § 507(a) ( 8 )
                                                     **Is the claim subject to offset?**

                                                     ☑ No

                                                     ☐ Yes

2.370

SPOKANE COUNTY TREASURER, BOX 199, SPOKANE,
WA, 99210

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*

☑ Contingent

**Date or dates debt was incurred**
Various                                               ☑ Unliquidated

**Last 4 digits of account number**                  ☑ Disputed

**Specify Code subsection of PRIORITY unsecured**    **Basis for the claim:**
**claim:**                                           Taxes
11 U.S.C. § 507(a) ( 8 )
                                                     **Is the claim subject to offset?**

                                                     ☑ No

                                                     ☐ Yes

2.371

SPOKANE REG HEALTH DISTRI, ENVIRONMNTL
HEALTH DIV, 1101 W COLLEGE AVE #402, SPOKANE,
WA, 99201-2095

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*

☑ Contingent

**Date or dates debt was incurred**
Various                                               ☑ Unliquidated

**Last 4 digits of account number**                  ☑ Disputed

**Specify Code subsection of PRIORITY unsecured**    **Basis for the claim:**
**claim:**                                           Taxes
11 U.S.C. § 507(a) ( 8 )
                                                     **Is the claim subject to offset?**

                                                     ☑ No

                                                     ☐ Yes

2.372

SPRING BRANCH INDEP SCHOO, TAX ASSESSOR-COLLECTOR, PO BOX 19037, HOUSTON, TX, 77224-9037

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.373

SPRINGFIELD, TOWNSHIP OF-NJ, 100 MOUNTAIN AVENUE, SPRINGFIELD, NJ, 07081

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.374

SPRINGFIELD, TOWNSHIP OF-PA, 50 POWELL ROAD, SPRINGFIELD, PA, 19064

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.375

ST CHARLES CO TAX COLLECT, 201 N SECOND ST, RM 134, ST CHARLES, MO, 63301-2889

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined            Undetermined

2.376

ST CLAIR CNTY HEALTH DEPT, ENVIRO HEALTH DIV, 19 PUBLIC SQ #150, BELLEVILLE, IL, 62220

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined            Undetermined

2.377

ST LOUIS COUNTY, COLLECTOR OF REVENUE, 41 S CENTRAL AVE, ST LOUIS, MO, 63105

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined            Undetermined

2.378

ST TAMMANY, PARISH OF, SALES AND USE TAX DEPT,
PO BOX 479, COVINGTON, LA, 70434

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.379

STAMFORD, CITY OF, HEALTH DEPARTMENT, Health
Department, P. O Box 10152, STAMFORD, CT, 06904
2192

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.380

STANISLAUS CO TAX COLLECT, PO BOX 859,
MODESTO, CA, 95353

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.381

STARK COUNTY HEALTH DEPT, 7235 WHIPPLE AVE NW, NORTH CANTON, OH, 44720

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

---

2.382

STATE OF ARKANSAS, DEPARTMENT OF FINANCE AND ADM, PO BOX 8123, LITTLE ROCK, AR, 72203

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

---

2.383

STATE OF NEW JERSEY, DIVISION OF EMPLOYER ACCOUNTS, PO BOX 059, TRENTON, NJ, 08645-0059

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined     Undetermined

2.384

STERLING HEIGHTS, CITY OF, 40555 UTICA RD, P.O BOX 8009, STERLING HEIGHTS, MI, 48311

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.385

SUFFOLK COUNTY BUREAU OF WEIGHTS, AND MEASURES, PO BOX 6100, HAUPPAUGE, NY, 11788-0099

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.386

SUMMIT COUNTY HEALTH DISTRICT, 1867 WEST MARKET ST, AKRON, OH, 44313

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.387

SUNSET HILLS, CITY OF, 3939 S LINDBERGH, SUNSET
HILLS, MO, 63127

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.388

SWANSEA, TOWN OF-CI, BOARD OF HEALTH, 68
STEVENS RD, SWANSEA, MA, 02777

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.389

TACOMA, CITY OF-BL, FINANCE DEPT/TAX & LICENSE
DIV., PO BOX 11640, TACOMA, WA, 98411-6640

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.390

TARRANT COUNTY HEALTH DEPT, 1101 S MAIN STREET #2300, FORT WORTH, TX, 76104

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.391

TARRANT CTY TAX COLLECTOR-PPT, PO BOX 961018, FORT WORTH, TX, 76161-0018

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.392

TENNESSEE DEPT OF AGRICULTURE, PO Box 111359, NASHVILLE, TN, 37222-1359

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

**2.393**

TENNESSEE DEPT OF REVENUE, 500 DEADERICK STREET, NASHVILLE, TN, 37242

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined     Undetermined

**2.394**

TENNESSEE SECRETARY OF STATE, STATE CAPITOL, NASHVILLE, TN, 37243-1102

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined     Undetermined

**2.395**

TEXAS, STATE COMPTROLLER, 111 E 17TH STREET, AUSTIN, TX, 78774-0100

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined     Undetermined

2.396

THURSTON COUNTY TREASURER, 2000 LAKERIDGE DR SW, OLYMPIA, WA, 98502-6080

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.397

TORRANCE, CITY OF-BL, CITY HALL, 3031 TORRANCE BLVD, TORRANCE, CA, 90503

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.398

TOWN OF BURLINGTON, TOWN CLERKS OFFICE, 29 CENTER ST, BURLINGTON, MA, 01803

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

**2.399**

TOWN OF FRANKLIN - PPT, PO BOX 367, FRANKLIN, MA, 02038

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.400**

TOWNSHIP OF DARBY, C/O MRRS, LLC, PO BOX 1391, MEDIA, PA, 19063

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.401**

TOWNSHIP OF HAMILTON, HAMILTON FIRE DIV. FIRE PREVENTION BUREA, 200 MERCER STREET, HAMILTON, NJ, 08690

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.402

TOWNSHIP OF SPRINGFIELD, MUNICIPAL BUILDING, 100 MOUNTAIN AVENUE, SPRINGFIELD, NJ, 07081

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.403

TOWNSHIP OF WEST CALDWELL, 30 Clinton Road, WEST CALDWELL, NJ, 07006

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.404

TOWNSHIP OF WINSLOW, 125 S. ROUTE #73, BRADDOCK, NJ, 08037-9422

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.405

TRAVIS COUNTY TAX OFFICE, 2433 RIDGEPOINT DR, AUSTIN, TX, 78754-5231

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.406

TROY, CITY OF-PT, 500 W BIG BEAVER ROAD, TROY, MI, 48084-5285

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.407

UPPER MERION, TOWNSHIP OF, TRI-STATE FINANCIAL GROUP, PO BOX 38, BRIDGEPORT, PA, 19405

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

**2.408**

UTAH STATE TAX COMMISSION, 210 North 1950 West, SALT LAKE CITY, UT, 84134-1080

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.409**

VENTURA COUNTY TAX COLL-ppt, 800 S. VICTORIA AVE, VENTURA, CA, 93009-1290

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.410**

VENTURA, CITY OF-BL, PO BOX 99, VENTURA, CA, 93002

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.411

VENTURA, COUNTY OF ENVIRO HLTH, ENVIRONMENTAL HEALTH DIVISION, 800 S. VICTORIA AVE, #1730, VENTURA, CA, 93009-1730

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.412

VERMONT DEPARTMENT OF TAXES, PO Box 1779, MONTPEILER, VT, 05601-1779

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.413

VERMONT SEC OF STATE, CORPORATIONS DIV, 128 STATE ST, MONTPELIER, VT, 05633-1104

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.414

VILLAGE OF OLYMPIA FIELDS, 20040 GOVERNORS HIGHWAY, OLYMPIA FIELDS, IL, 60461

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.415

VIRGINIA BEACH, CITY OF-PPT, MUNICIPAL CENTER-BLDG 1, 2401 COURTHOUSE DRIVE, VIRGINIA BEACH, VA, 23456-9018

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.416

VIRGINIA DEPT OF TAXATION, 1957 WESTMORELAND ST, RICHMOND, VA, 23230

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.417

VIRGINIA, TREASURER OF-ANNUAL REPORT, PO BOX 7607, MERRIFIELD, VA, 22116-7607

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.418

WAKE COUNTY REVENUE DEPT, PO BOX 580084, CHARLOTTE, NC, 28258

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.419

WARREN COUNTY HEALTH DEPT, 416 S EAST ST, LEBANON, OH, 45036

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

**2.420**

WARRINGTON TOWNSHIP, 852 EASTON ROAD,
WARRINGTON, PA, 18976

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.421**

WARWICK, CITY OF, PO BOX 981027, BOSTON, MA,
02298 1027

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.422**

WASHINGTON COUNTY, PROPERTY TAX PAYMENT
CENTER, PO BOX 3587, PORTLAND, OR, 97208-3587

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.423

WASHINGTON, STATE OF, DEPARTMENT OF REVENUE, PO BOX 34051, SEATTLE, WA, 98124-1051

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.424

WASHOE COUNTY DIST HEALTH DEPT-RENO, PO BOX 11130, 1001 EAST 9TH ST, RENO, NV, 89520

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.425

WASHOE COUNTY TREASURER, NV, PO BOX 30039, RENO, NV, 89520-3039

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.426

WATERFORD TOWNSHIP CLERK, 5200 CIVIC CENTER
DRIVE, WATEFORD, MI, 48329

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.427

WAUKESHA COUNTY ENVIRO HEALTH DIV, Dept of
Parks and Land Use Division, Environmental Health,
515 W Moreland Blvd AC 260, WAUKESHA, WI, 53188

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.428

WAYNE, TOWNSHIP OF-FIRE,HLTH, 475 VALLEY RD,
WAYNE, NJ, 07470

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.429

WEST MELBOURNE, CITY OF-BL, Fire Prevention, 2240 MINTON RD, WEST MELBOURNE, FL, 32904

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.430

WEST VIRGINIA STATE TAX DEP., PO BOX 1826, CHARLESTON, WV, 25327-1826

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.431

WESTMINSTER, CITY OF, CITY CLERK, 4800 WEST 92nd AVENUE, WESTMINSTER, CO, 80031

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.432

WHEAT RIDGE, CITY OF, TAX DIVISION, 7500 W 29TH AVE, WHEAT RIDGE, CO, 80033

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.433

WHEATON, CITY OF, 303 W WESLEY, PO BOX 727, WHEATON, IL, 60189

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.434

WHITEHALL TOWNSHIP TAX OFFICE, BUSINESS LICENSE DEPT, 3221 MACARTHUR ROAD, WHITEHALL, PA, 18052

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.435

WILLIAMSON COUNTY TAX COLLECTOR-PPT, 904 S MAIN STREET, GEORGETOWN, TX, 78626

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.436

WILLIAMSON COUNTY-PPT,BL, PO BOX 1365, FRANKLIN, TN, 37065-1365

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.437

WISCONSIN DEPT OF FINANCIAL INSTITUTIONS, DIV OF CORP & CONSUMER SVCS, 201 W WASHINGTON AVE STE 300, MADISON, WI, 53703

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.438

WISCONSIN DEPT OF REVENUE-SALES & USE, PO BOX
8992, MADISON, WI, 53708-8992

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**     Undetermined     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

2.439

MONTCLAIR, CITY OF-BL, PO BOX 2308, MONTCLAIR,
CA, 91763

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**     Undetermined     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the
Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

3.1

See Schedule F Attachment

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $39,603,110.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____  ☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $39,603,110.70 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $39,603,110.70 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.001 | 0115 BCORE RETAIL, GOLDENWEST WARNER,LLC | C/O BCORE RETAIL NORTHWOOD TOWN CENTER | PO BOX 841315 | | | LOS ANGELES | CA | 90084-1315 | | Various | 169840 | Rent | | | | No | $30,453.18 |
| 3.002 | 0222 TERRALINO LTD | SARATOGA PARTNERS LTD | 5101 WASHINGTON ST. STE 14(REAR DOOR) | | | GURNEE | IL | 60031 | | Various | 152959 | Rent | | | | No | $17,710.00 |
| 3.003 | 0619 CONCORD WILLINGHAM LP | C/O WESTWAY REALTY | 1015 SNIDER PLAZA STE 205 | | | DALLAS | TX | 75205 | | 4/1/2023 | 169524 | Rent | | | | No | $7,791.20 |
| 3.004 | 0654 NAHATAN REALTY LLC | | 300 POND ST | | | RANDOLPH | MA | 02368 | | Various | 162007 | Rent | | | | No | $28,163.75 |
| 3.005 | 15030 WHITTIER CENTER LLC | | 3663 W 6TH ST #111 | | | LOS ANGELES | CA | 90020 | | 4/1/2023 | 169001 | Rent | | | | No | $8,196.07 |
| 3.006 | 1900 R70 ASSOCIATES LLC | C/O STEINER EQUITIES LLC | 75 EISENHOWER PARKWAY | | | ROSELAND | NJ | 07068-1696 | | 4/1/2023 | 105020 | Rent | | | | No | $6,648.25 |
| 3.007 | 1998 HERITAGE SQUARE LTD | c/o JAMES A SAMMONS CO | 4200 S HULEN ST #530 | | | FORT WORTH | TX | 76109 | | Various | 104639 | Rent | | | | No | $6,597.96 |
| 3.008 | 2008 FEDERAL REALTY INVESTMENT TRUST | | LOCKBOX #9320 PROP GEORGETOWNE | PO BOX 8500 | | PHILADELPHIA | PA | 19178-9320 | | 4/1/2023 | 109818 | Rent | | | | No | $13,085.93 |
| 3.009 | 237 W 72ND STREET OWNER LLC | | PO BOX 141 | | | EMERSON | NJ | 07630 | | Various | 170700 | Rent | | | | No | $73,078.90 |
| 3.010 | 23RD GROUP LLC | | 4944 PARKWAY PLAZA BLVD | SUITE 400 | | CHARLOTTE | NC | 28217 | | Various | 165313 | R&M-Premises | | | | No | $32,157.23 |
| 3.011 | 25TH STREET PLAZA, LLC | | PO BOX 930972 | | | ATLANTA | GA | 31193-0972 | | Various | 166595 | Rent | | | | No | $23,548.51 |
| 3.012 | 301 MALL DR, LLC | ATTN: THONY TRAN | 1240 N PERKINS ST | | | APPLETON | WI | 54914 | | Various | 164119 | Rent | | | | No | $12,926.31 |
| 3.013 | 3503 RP SOUTHLAKE CORNERS LP | | 15105 COLLECTION CENTER DRIVE | PROPERTY#35134 | | CHICAGO | IL | 60693-5105 | | 4/1/2023 | 162541 | Rent | | | | No | $25,203.64 |
| 3.014 | 3850 SOUTH HILL PLAZA LLC | C/O KIDDER MATHEWS | 7515 IRVINE CENTER DR | | | CITY OF INDUSTRY | CA | 91716 | | 4/1/2023 | 169066 | Rent | | | | No | $7,313.28 |
| 3.015 | 5503 WINBROOK MANAGEMENT, LLC | CASTLETON PLAZA SHOPPING CTR | 370 SEVENTH AVE STE 1600 | | | NEW YORK | NY | 10001 | | Various | 169242 | Rent | | | | No | $16,080.37 |
| 3.016 | 555 PASSAIC MANAGEMENT LLC | C/O REALTY MGMT SYSTEM LLC | 97 MAIN STREET, SUITE 201 | | | CHATHAM | NJ | 07928 | | 4/1/2023 | 169852 | Rent | | | | No | $4,502.03 |
| 3.017 | 565 HOWE AVENUE PARTNERS,LLC | C/O BOLLON & ENGLISH, INC | 10411 OLD PLACERVILLE RD,#215 | | | SACRAMENTO | CA | 95827 | | Various | 144127 | Rent | | | | No | $23,999.60 |
| 3.018 | 601 BALTIMORE PIKE ASSOCIATES, LP | C/O BERGER REAL ESTATE SVS | 1275 DRUMMERS LN. STE 220 | | | WAYNE | PA | 19087 | | Various | 166683 | Rent | | | | No | $37,496.00 |
| 3.019 | 655 MONTAUK LLC | TENANT ID#34160505 | 70 E SUNRISE HWY #810 | | | VALLEY STREAM | NY | 11581-1260 | | Various | 128851 | Rent | | | | No | $34,323.73 |
| 3.020 | 7208-7860 LAKE MEAD BLVD HOLDINGS | C/O Trigild | 9339 GENESEE AVE STE 130 | | | SAN DIEGO | CA | 92121 | | Various | 168002 | Rent | | | | No | $30,565.09 |
| 3.021 | 8085 RED BUG LLP | | 1615 CALIFORNIA ST #707 | | | DENVER | CO | 80202 | | Various | 161319 | Rent | | | | No | $24,495.00 |
| 3.022 | 933 SOUTH WILLOW STREET LLC | C/O RUBICON REAL ESTATE LLC | ONE WASHINGTON STREET, SUITE 300 | | | WELLESLEY | MA | 02481 | | Various | 165313 | Rent | | | | No | $20,964.93 |
| 3.023 | ACADEMY LOCKSMITHS INC | | 6987 E LA PALMA AVE #701 | | | ANAHEIM | CA | 92807 | | Various | 123786 | R&M-Premises | | | | No | $2,292.00 |
| 3.024 | ACARI REALTY CORP | | 69 72ND ST | | | BROOKLYN | NY | 11209 | | 4/1/2023 | 163665 | Rent | | | | No | $8,391.01 |
| 3.025 | ACCOUNTING TRANSFORMATION LLC | | 5028 AVERY LANE | | | MCKINNEY | TX | 75070 | | 4/11/2023 | 170924 | Consulting Fees | | | | No | $750.00 |
| 3.026 | ACCURATE BACKGROUND,INC | | 7515 IRVINE CENTER DR | | | IRVINE | CA | 92618 | | 4/5/2023 | 163307 | Other | | | | No | $4,863.44 |
| 3.027 | ADVANCED DISPOSAL SERVICES SOLID WASTE | | PO BOX 42390 | | | PHOENIX | AZ | 85080 | | Various | 162874 | Rubbish | | | | No | $1,705.27 |
| 3.028 | AETNA LIFE INSURANCE COMPANY | | 151 FARMINGTON AVE | | | HARTFORD | CT | 06156 | | 4/30/2023 | 170627 | Insurance | | | | No | $7,062.02 |
| 3.029 | AGUIRRE, TANIA | | 509 HOLLINGSWORTH TERR | | | HERNDON | VA | 20170 | | Various | 145555 | Employee Expense Reports | | | | No | $175.54 |
| 3.030 | AJ SERVICES | | PO BOX 57 | | | LOGAN | IL | 60020 | | Various | 170485 | Janitorial | | | | No | $1,350.00 |
| 3.031 | AKERMAN LLP | | PO BOX 4906 | | | ORLANDO | FL | 32802 | | Various | 169286 | Consulting Fees | | | | No | $32,970.97 |
| 3.032 | ALABAMA DEPT OF REVENUE | | PO BOX 327435 | | | MONTGOMERY | AL | 36132-7435 | | 4/19/2023 | 103261 | Taxes and Licenses | | | | No | $628.33 |
| 3.033 | ALAMEDA CROSSING LLC | | PO BOX 888700 | | | LOS ANGELES | CA | 90088-8700 | | Various | 167399 | Rent | | | | No | $9,147.36 |
| 3.034 | ALHAMBRA | | PO BOX 660579 | | | DALLAS | TX | 75266-0579 | | Various | 167375 | R&M-Equipment | | | | No | $616.55 |
| 3.035 | ALICIA SHAKH | | 1232 CLEARWATER DRIVE | | | HAMPSHIRE | IL | 60140 | | 4/24/2023 | 170826 | Employee Expense Reports | | | | No | $13.10 |
| 3.036 | ALISO VIEJO INVESTORS LLC | C/O SMITH CENTER DEVELOPMENT | 5318 E 2ND ST, #519 | | | LONG BEACH | CA | 90803 | | Various | 169699 | Rent | | | | No | $56,495.28 |
| 3.037 | ALL AMERICAN WASTE,LLC | | PO BOX 630 | | | EAST WINDSOR | CT | 06088 | | Various | 145917 | Rubbish | | | | No | $2,349.64 |
| 3.038 | ALLAN, AMY | | 1408 BACKER WAY | | | RENO | NV | 89523 | | 4/17/2023 | 148268 | Employee Expense Reports | | | | No | $161.78 |
| 3.039 | ALLEN, KIA | | 7382 GLEN ALBIN RD | | | LA PLATA | MD | 20646 | | 4/24/2023 | 171000 | Employee Expense Reports | | | | No | $65.49 |
| 3.040 | ALLICA INC | C/O HEATHER WILLIS | 321 FOX POINT ROAD | | | WASHINGTON | MO | 63011 | | Various | 167489 | JENNY Franchisee | | | | No | $805.23 |
| 3.041 | Allison Allen,Inc | DBA Jenny Craig WLC | 1891 CAPITAL CIR NE STE 1 | | | TALLAHASSEE | FL | 32308 | | Various | 138281 | JENNY Franchisee | | | | No | $2,472.79 |
| 3.042 | AMAZON WEB SERVICES, INC. | | PO BOX 84023 | | | SEATTLE | WA | 98124-8423 | | 4/2/2023 | 101033 | IT contracts | | | | No | $60,306.41 |
| 3.043 | AMBIENT CONTROL | | 1411 R STREET NW | | | AUBURN | WA | 98001 | | Various | 135596 | R&M-Premises | | | | No | $29,120.56 |
| 3.044 | AMERICAN EXPRESS | TRAVEL RELATED SERV CO.INC. | PO BOX 360001 | | | FORT LAUDERDALE | FL | 33336-0001 | | 2/3/2023 | 103265 | Travel/Other | | | | No | $698.59 |
| 3.045 | AMERICAN SERVICE INDUSTRIES | | 2351 SUNSET BLVD SUITE 170-502 | | | ROCKLIN | CA | 95765 | | Various | 170561 | R&M-Premises | | | | No | $66,126.48 |
| 3.046 | AMREIT SSPF PRESTON TOWNE CROSSING LP | DEPARTMENT #2628 | PO BOX 95446 | | | GRAPEVINE | TX | 75099-9734 | | 4/1/2023 | 144436 | Rent | | | | No | $6,301.66 |
| 3.047 | ANGEL FIRE,INC | DBA JENNY CRAIG WLC | 373 HOLDER ROAD | | | CLEVER | MO | 65631 | | Various | 145158 | JENNY Franchisee | | | | No | $4,820.00 |
| 3.048 | ANGELICA NANCE PELAYO | | 1000 VIA STELLATO ST | | | HENDERSON | NV | 89011 | | 4/26/2023 | 170961 | Employee Expense Reports | | | | No | $121.94 |
| 3.049 | ANTHEM BLUE CROSS | | PO BOX 1171 | | | MINNEAPOLIS | MN | 55440-1171 | | 4/26/2023 | 162052 | Insurance | | | | No | $71,254.80 |
| 3.050 | ANTHEM BLUE CROSS LIFE & HEALTH INS CO | | 120 MONUMENT CIRCLE | | | INDIANAPOLIS | IN | 46204-4903 | | 4/30/2023 | 167442 | Insurance | | | | No | $21,142.16 |
| 3.051 | AON RISK SERVICES CENTRAL | | PO BOX 955816 | | | ST. LOUIS | MO | 63195-5816 | | Various | 169191 | Insurance | | | | No | $25,000.00 |
| 3.052 | APG GROSS POINT ROAD, LLC | C/O NORTHCO, LLC | 180 N WACKER DRIVE, SUITE 301 | | | CHICAGO | IL | 60606 | | 4/1/2023 | 169715 | Rent | | | | No | $3,699.64 |
| 3.053 | AQUA-GULF TRANSPORT INC | | 1301 W NEWPORT CTR DR | | | DEERFIELD | FL | 33442-7734 | | Various | 105551 | Freight Carrier | | | | No | $34,245.83 |
| 3.054 | ARC CLORFL001,LLC | ATTN: RTL ACCOUNTING | 38 WASHINGTON SQUARE | | | NEWPORT | RI | 02840 | | 4/1/2023 | 165666 | Rent | | | | No | $4,839.16 |
| 3.055 | ARD MAC COMMONS LLC | | PO BOX 784461 | | | PHILADELPHIA | PA | 19178-4461 | | Various | 168418 | Rent | | | | No | $25,394.39 |
| 3.056 | ARES HOLDINGS, LLC | | 1045 SOUTH JOHN RODES BLVD | | | MELBOURNE | FL | 32904 | | Various | 170561 | R&M-Premises | | | | No | $113,445.74 |
| 3.057 | ARG DCCARRL001, LLC | C/O THE NECESSITY RETAIL REIT | 38 WASHINGTON SQUARE | | | NEWPORT | RI | 02840 | | Various | 170690 | Rent | | | | No | $27,608.35 |
| 3.058 | ARIZONA DEPARTMENT OF REVENUE | | PO BOX 29085 | | | PHOENIX | AZ | 85038-9085 | | 4/20/2023 | 102996 | Taxes and Licenses | | | | No | $4,907.82 |
| 3.059 | ARKANSAS SOFT WATER | DBA CULLIGAN SOFT WATER OF NLR | PO BOX 131 | | | NORTH LITTLE ROCK | AR | 72115 | | Various | 167359 | R&M-Equipment | | | | No | $186.20 |
| 3.060 | ARROWHEAD LEGENDS SOUTH,LLC | | 3131 E CAMELBACK RD #910 | | | PHOENIX | AZ | 85016 | | Various | 150738 | Rent | | | | No | $33,045.12 |
| 3.061 | ASHLEY SQUARE PROPERTIES LLC | | 2851 LAKEWOOD VILLAGE DR | | | NORTH LITTLE ROCK | AR | 72116 | | 4/1/2023 | 166416 | Rent | | | | No | $2,126.00 |
| 3.062 | ASPEN WASTE SYSTEMS,INC | | PO BOX 3050 | | | DES MOINES | IA | 50316 | | Various | 139051 | Rubbish | | | | No | $246.13 |
| 3.063 | ASSET HEALTH,INC | | 2250 BUTTERFIELD DR STE #100 | | | TROY | MI | 48084 | | Various | 169104 | Insurance | | | | No | $8,489.25 |
| 3.064 | ATHENS SERVICES-LTL | | PO BOX 60009 | | | CITY OF INDUSTRY | CA | 91716-0009 | | Various | 152280 | Rubbish | | | | No | $2,695.82 |
| 3.065 | AUGHTRY,SHARI | | (ADDRESS UNKNOWN) | | | | | | | 4/25/2023 | 169311 | Employee Expense Reports | | | | No | $203.06 |
| 3.066 | AUTHORITY HVAC | | 1438 W BROADWAY RD, SUITE 211 | | | TEMPE | AZ | 85282 | | Various | 170717 | R&M-Equipment | | | | No | $286,286.59 |
| 3.067 | AVASANT LLC | | 1960 EAST GRAND AVENUE | SUITE 1050 | | EL SEGUNDO | CA | 90245 | | Various | 170938 | Professional Fees | | | | No | $89,110.57 |
| 3.068 | AVID FLOOR MAINTENANCE, INC | | 1201 US HIGHWAY ONE #405 | | | NORTH PALM BEACH | FL | 33408 | | Various | 147257 | R&M-Premises | | | | No | $105,917.42 |
| 3.069 | AYALA, ALEX | | (ADDRESS UNKNOWN) | | | | | | | 4/5/2023 | 170360 | Employee Expense Reports | | | | No | $77.30 |
| 3.070 | B33 GREAT NORTHERN SOUTH II LLC | | PO BOX 6304 | | | HICKSVILLE | NY | 11802-6304 | | Various | 170590 | Rent | | | | No | $27,715.65 |
| 3.071 | BAKER, PARASKEVI VIVIAN | | 2868 HARBOUR GRACE CT | | | PLANO | TX | 75075 | | 4/27/2023 | 170992 | Employee Expense Reports | | | | No | $37.98 |
| 3.072 | BALLINGER TRASH SERVICE | | 405 NORTH BAKER | | | WICHITA | KS | 67212 | | 4/10/2023 | 138889 | Rubbish | | | | No | $165.00 |
| 3.073 | BARRY L STEIN COMPANY | | ONE BIGALOW SQUARE | | | PITTSBURG | PA | 15219 | | Various | 154288 | Rent | | | | No | $13,108.28 |
| 3.074 | BECKER, MELISSE | | 15118 INGLEWOOD LN | | | VILLA PARK | CA | 60181 | | 4/26/2023 | 170803 | Employee Expense Reports | | | | No | $26.49 |
| 3.075 | BEL AIR VILLAGE II LP | | PO BOX 53304 | | | PHILADELPHIA | PA | 19105 | | Various | 169241 | Rent | | | | No | $29,871.22 |
| 3.076 | BENDERSON PROPERTIES INC | | PO BOX 823201 | | | PHILADELPHIA | PA | 19182 | | Various | 164143 | Rent | | | | No | $18,934.39 |
| 3.077 | BERDECIAVERA,YILARINE | SURE MAILBOX UNITED STATES | (ADDRESS UNKNOWN) | | | | | | | 4/17/2023 | 171003 | Employee Expense Reports | | | | No | $201.49 |
| 3.078 | BERTSCH PROPERTIES, LLC | | 4554 N MAPLEWOOD AV GDN STE | | | CHICAGO | IL | 60625 | | Various | 164548 | Rent | | | | No | $38,369.95 |
| 3.079 | BEST REFRIGERATION A&C CO | | 307 VOYAGE PL | | | STAFFORD | VA | 22554 | | Various | 170841 | R&M-Equipment | | | | No | $1,820.00 |
| 3.080 | BETTER CARTING SERVICE | | 32 RUSSELL STREET | | | COLUMBUS | OH | 43215 | | Various | 137888 | Rubbish | | | | No | $257.00 |
| 3.081 | BIGLER, DON | | 4320 ARBOR COURT | | | NAPLES | FL | 34112 | | 4/17/2023 | 169900 | Employee Expense Reports | | | | No | $29.26 |
| 3.082 | BLOCK INVESTMENTS, INC. VS. JC USA, INC. | BLOCK INVESTMENTS, INC. | 4220 E FIFTH AVE | | | COLUMBUS | OH | 43219-1851 | | Various | | Litigation | x | x | x | No | Undetermined |
| 3.083 | BLOCK INVESTMENTS, INC. VS. JC USA, INC. | C/O RICHARD J. PIGNATELLI, ESQ. | 1447 N MAIN ST, SUITE 100 | | | DAYTON | OH | 45405 | | Various | | Litigation | x | x | x | No | Undetermined |
| 3.084 | BLOOMBERG INDUSTRY GROUP,INC | BUREAU OF NATIONAL AFFAIRS, INC | PO BOX 88863 | | | CHICAGO | IL | 60680 | | Various | 149881 | Other | | | | No | $515.75 |
| 3.085 | BLOOMINGDALE COURT LLC | | 867 NE 18TH AVE | | | FORT LAUDERDALE | FL | 33305 | | Various | 169059 | Rent | | | | No | $10,698.93 |
| 3.086 | BLUESTONE REAL ESTATE SERVICES COMM 4515 | | PO BOX 7139 | | | SAN FRANCISCO | CA | 94120 | | 4/1/2023 | 170845 | Rent | | | | No | $35,225.05 |
| 3.087 | BMW FINANCIAL SERVICES | | PO BOX 3608 | | | DUBLIN | OH | 43016 | | Various | 170802 | Vehicle Lease | | | | No | $5,478.73 |
| 3.088 | BOKHARI JANNAT | | | | | | | | | | | | | | | | |
| 3.089 | BOUNCE, INC | | 3035 E PATRICK LN STE #10 | | | LAS VEGAS | NV | 89120 | | Various | 170486 | Rubbish | | | | No | $1,080.00 |
| 3.089 | BOYNTON BEACH CITY OF | | 100 E BOYNTON BEACH BLVD | | | BOYNTON BEACH | FL | 33435 | | Various | 164825 | Rent | | | | No | $694.38 |
| 3.090 | BRANDED AT SUMMERLIN LLC | | 100 FIFTH AVE | | | NEW YORK | NY | 10011 | | Various | 164148 | Rent | | | | No | $68,248.44 |
| 3.091 | BRANDPOINT SERVICES INC | | 820 ADAMS AVENUE | FLR 7 | | TROOPER | PA | 19403 | | Various | 164825 | R&M-Premises | | | | No | $27,756.84 |
| 3.092 | BRANDYWINE DEV-GROUP LLC | | 5101 HIGHLAND RD #104 | | | WATERFORD | MI | 48328 | | Various | 160556 | Rent | | | | No | $8,400.00 |
| 3.093 | BRAZE INC | | 330 WEST 34TH ST, 18TH FLOOR | | | NEW YORK | NY | 10001 | | Various | 170528 | Advertising-various media | | | | No | $104,497.56 |
| 3.094 | BRECHTEL, KATHLEEN | | (ADDRESS UNKNOWN) | | | | | | | 4/14/2023 | 170526 | Employee Expense Reports | | | | No | $49.80 |
| 3.095 | BREMER,JOEY | | | | | | | | | | | | | | | | |
| 3.096 | BREMI,PATRICIA | C/O KOLB PROPERTIES | 4040 CIVIC CENTER DR STE 200 | | | SAN RAFAEL | CA | 94903 | | 4/1/2023 | 151777 | Rent | | | | No | $2,465.96 |
| 3.097 | BRENNEMAN RESTAURANT GROUP | C/O RBGH COMMERCIAL ACCOUNTS | LAKELAND | | | LAKELAND | FL | 33801 | | Various | | | | | | No | $5,342.00 |
| 3.098 | BRITE WAY FOODS, INC | | 3360 W VIRGINIA AVE | | | PHOENIX | AZ | 85009 | | Various | | | | | | No | $1,542.50 |
| 3.099 | BRITTANY HAYRE | | | | | | | | | | | | | | | | |
| 3.100 | BRIXMOR JCP LAS LLC | LEASE #155033 | 1640 WILLIAM PENN WAY | | | LANCASTER | PA | 17601 | | Various | 164286 | Rent | | | | No | $6,205.86 |
| 3.101 | BRIXMOR PROPERTY GROUP | C/O BRIXMOR PROPERTY GROUP | PO BOX 645349 | | | CINCINNATI | OH | 45264-5349 | | 4/1/2023 | 164295 | Rent | | | | No | $14,706.16 |
| 3.102 | BRIXMOR SPE 4 LP | C/O BRIXMOR PROPERTY GROUP | PO BOX 645349 | | | CINCINNATI | OH | 45264-5349 | | Various | 164277 | Rent | | | | No | $3,936.11 |
| 3.103 | BRIXMOR/IA DAYTON SUGAR LLC | C/O BRIXMOR PROPERTY GROUP | PO BOX 645349 | | | CINCINNATI | OH | 45264-5349 | | Various | 164319 | Rent | | | | No | $5,538.88 |
| 3.104 | BRIXTON CECAY LLC | | PO BOX 645349 | | | CINCINNATI | OH | 45264-5349 | | Various | 164286 | Rent | | | | No | $6,205.86 |
| 3.105 | BROWN | | (ADDRESS UNKNOWN) | | | | | | | | | | | | | | |
| 3.106 | BROWN, MICHELLE | | | | | | | | | | | | | | | | |
| 3.107 | BUCHELY RABELLINO,LUCIANA | | 4040 FORUM BLVD | | | COLUMBIA | MO | 65203 | | 4/6/2023 | 170341 | Employee Expense Reports | | | | No | $613.16 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.108 | BULL RUN PLAZA LLC | | PO BOX 456 | | | EMERSON | NJ | 07630 | | Various | 167774 | Rent | | | | No | $4,868.13 |
| 3.109 | BURLINGTON CROSSROADS E&A LLC | C/O BURLINGTON CROSSROADS (E&A), LLC | DEPARTMENT #2144/T#23935 | PO BOX 536856 | | ATLANTA | GA | 30353-6856 | | Various | 153674 | Rent | | | | No | $15,578.53 |
| 3.110 | C T CORPORATION SYSTEM | | [ADDRESS UNKNOWN] | | | | | | | Various | 100579 | Professional Fees | | | | No | $18,288.63 |
| 3.111 | C.A.S.M.,INC. | | 219 S WILLIAM DILLARD DR | BLDG1 SUITE#101 | | GILBERT | AZ | 85233 | | 4/18/2023 | 147517 | R&M-Freezers | | | | No | $455.40 |
| 3.112 | CABET PROPERTIES LP | C/O LAKE STREET ASSOCIATES | 440 Western Ave STE 202 | | | GLENDALE | CA | 91201 | | Various | 153942 | Rent | | | | No | $9,761.80 |
| 3.113 | CALIFORNIA BOARD OF EQUALIZATION | EQUALIZATION | PO BOX 942879 | | | SACRAMENTO | CA | 94279-7070 | | 4/24/2023 | 101366 | Taxes and Licenses | | | | No | $373.00 |
| 3.114 | CALLENS CORNER (EDENS),LLC | | PO BOX 536856 | | | ATLANTA | GA | 30353-6856 | | Various | 170794 | Rent | | | | No | $35,843.84 |
| 3.115 | CALSTRS/CSHV QUARRY, LLC | | 70542 NETWORK PLACE | | | CHICAGO | IL | 60673-1705 | | 4/1/2023 | 166208 | Rent | | | | No | $6,186.00 |
| 3.116 | CAMARK REALTY INC | | PO BOX 8180 | | | GARDEN CITY | NY | 11530 | | Various | 105017 | Rent | | | | No | $39,383.20 |
| 3.117 | CAMDEN PARK LLC | | PO BOX 1041 | | | SANTA CRUZ | CA | 95061 | | Various | 130737 | Rent | | | | No | $59,723.40 |
| 3.118 | CAMINO VILLAGE LLC | RE: PROPERTY 6231/LEASE HO6195 | PO BOX 840459 | | | LOS ANGELES | CA | 90084-0459 | | 4/1/2023 | 166540 | Rent | | | | No | $7,633.09 |
| 3.119 | CAMPANARO CATERING LLC | | 55 GROVE STREET | | | NEW YORK | NY | 10014-3416 | | 2/28/2023 | 170972 | Other | | | | No | $24,130.00 |
| 3.120 | CAPELLA II NL, LLC | | PO BOX 1450 | | | COLUMBUS | OH | 43216 | | Various | 166206 | Rent | | | | No | $5,958.94 |
| 3.121 | CAROLINA PARK | | 73 BARNES ROAD | | | TUSTIN | CA | 92782 | | 4/3/2023 | 170886 | Consulting Fees | | | | No | $9,450.00 |
| 3.122 | CATALIN DRAGU | DBA One Bold Team | 642 Atherton | | | San Marcos | CA | 92078 | | Various | 170470 | Advertising-non-media | | | | No | $7,280.00 |
| 3.123 | CC PARK PLACE, LLC | C/O NORTH AMERIAN REAL ESTATE | 27 N GREEN STREET | | | CHICAGO | IL | 60607 | | 4/1/2023 | 170491 | Rent | | | | No | $6,181.96 |
| 3.124 | CDW COMPUTER CTR INC | | PO BOX 75723 | | | CHICAGO | IL | 60675-5723 | | 3/15/2023 | 106229 | IT contracts | | | | No | $32.83 |
| 3.125 | CENTENNIAL, CITY OF | | 13133 E ARAPAHOE ROAD | | | CENTENNIAL | CO | 80112 | | 4/19/2023 | 152759 | Taxes and Licenses | | | | No | $8.29 |
| 3.126 | CENTEREACH II LLC,LLC | | PO BOX 6304 | | | HICKSVILLE | NY | 11802-6304 | | Various | 170487 | Rent | | | | No | $39,410.26 |
| 3.127 | CENTURY WASTE SERVICES LLC | | 623 DOWD AVENUE | | | ELIZABETH | NJ | 07201 | | 4/1/2023 | 170516 | Rubbish | | | | No | $602.63 |
| 3.128 | CH REALTY VI/R LAS VEGAS PEBBLE LLC | | PO BOX 842679 | | | DALLAS | TX | 75284-2679 | | Various | 167039 | Rent | | | | No | $18,720.16 |
| 3.129 | CH RETAIL FND XDC METRO HERNDON PKWY | | PO BOX 674383 | | | DALLAS | TX | 75267-4383 | | Various | 168809 | Rent | | | | No | $34,002.64 |
| 3.130 | CHAMPIONS VILLAGE LLC | C/O FIRST NATIONAL PROPERTY MANAGEMENT | 151 BODMAN PLACE, SUITE 201 | | | RED BANK | NJ | 07701 | | Various | 170759 | Rent | | | | No | $41,590.75 |
| 3.131 | CHASE CARD SERVICES | CARDMEMBER SERVICES | PO BOX 6294 | | | CAROL STREAM | IL | 60197-6294 | | Various | 168828 | R&M-Premises | | | | No | $12,737.13 |
| 3.132 | CHERRY KNOLLS, LLC | | PO BOX 11295 | | | DENVER | CO | 80211 | | Various | 170529 | Rent | | | | No | $16,364.29 |
| 3.133 | CHERYL BESNEATTE GEN PTR | | 1145 PITT SCHOOL RD UNIT F | | | DIXON | CA | 95620 | | 4/26/2023 | 165762 | GHG & Dual Brand Franchisees | | | | No | $199.00 |
| 3.134 | CHESAPEAKE SQUARE SHOPPING CENTER LLC | | 10066 RED RUN BOULEVARD, SUITE 300 | | | OWINGS MILLS | MD | 21117 | | 4/1/2023 | 170723 | Rent | | | | No | $4,619.50 |
| 3.135 | CHIKASAWA TRUST | C/O KANSAS COMMERCIAL REAL ESTATE | 435 S KANSAS AVE STE 200 | | | TOPEKA | KS | 66603 | | Various | 170130 | Rent | | | | No | $19,898.20 |
| 3.136 | CITY OF BIRMINGHAM | | PO BOX 830638 | | | BIRMINGHAM | AL | 35283-0638 | | 4/19/2023 | 152648 | Taxes and Licenses | | | | No | $846.18 |
| 3.137 | CITY OF COLORADO SPRINGS | | 30 SOUTH NEVADA SUITE203 | | | COLORADO SPRINGS | CO | 80903 | | 4/19/2023 | 163478 | Taxes and Licenses | | | | No | $3.02 |
| 3.138 | CITY OF CULVER CITY | FINANCE DEPARTMENT | 9770 CULVER BLVD | | | CULVER CITY | CA | 90232-0507 | | 3/1/2023 | 128394 | Rubbish | | | | No | $440.27 |
| 3.139 | CITY OF GRAND JUNCTION | GRAND JUNCTION CITY HALL | 250 NORTH 5TH STREET | | | GRAND JUNCTION | CO | 81501 | | 4/19/2023 | 163479 | Taxes and Licenses | | | | No | $3.39 |
| 3.140 | CITY OF HUNTSVILLE | | PO BOX 308 | | | HUNTSVILLE | AL | 35804 | | 4/19/2023 | 163477 | Taxes and Licenses | | | | No | $10.80 |
| 3.141 | CITY OF LAKEWOOD | | PO BOX 17479 | | | DENVER | CO | 80217 | | 2/20/2023 | 121057 | Taxes and Licenses | | | | No | $3.00 |
| 3.142 | CITY OF MOBILE | | PO BOX 3065 | | | MOBILE | AL | 36652-3065 | | 4/19/2023 | 163476 | Taxes and Licenses | | | | No | $32.61 |
| 3.143 | CITY OF NORTHGLENN | DEPARTMENT OF FINANCE | PO BOX 5305 | | | DENVER | CO | 80217-5305 | | 4/19/2023 | 169085 | Taxes and Licenses | | | | No | $1,056.92 |
| 3.144 | COFFEE AMBASSADOR | | 7020 ARJONS DRIVE, SUITE A | | | SAN DIEGO | CA | 92126 | | Various | 136103 | R&M-Premises | | | | No | $954.74 |
| 3.145 | COLDWATER CENTER LLC | | PO BOX 744717 | | | ATLANTA | GA | 30374-4717 | | Various | 134698 | Rent | | | | No | $38,549.12 |
| 3.146 | COLORADO DEPT OF REVENUE | | 1375 SHERMAN ST | | | DENVER | CO | 80261-0008 | | 4/18/2023 | 121120 | Taxes and Licenses | | | | No | $291.48 |
| 3.147 | COLORADO DEPT OF REVENUE-USE TX | | 1375 SHERMAN ST | | | DENVER | CO | 80261-0008 | | 4/10/2023 | 121062 | Taxes and Licenses | | | | No | $4.32 |
| 3.148 | COMAR PROPERTIES INC | | 17W220 22ND ST | | | OAKBROOK TERRACE | IL | 60181 | | 4/1/2023 | 144975 | Rent | | | | No | $3,245.48 |
| 3.149 | COMM 2014-CCRE17 NORTH TATUM BLVD | C/O WILSON PROPERTY SERVICES INC. | 8120 E CACTUS RD, SUITE 300 | | | SCOTTSDALE | AZ | 85260 | | Various | 170660 | Rent | | | | No | $30,508.05 |
| 3.150 | COMMERCE PLAZA ASSOC. | C/O HAWLEY MANAGEMENT | 30 GERMANTOWN RD | | | DANBURY | CT | 06810 | | Various | 107187 | Rent | | | | No | $16,586.91 |
| 3.151 | CONNECTICUT, STATE OF | DEPARTMENT OF REVENUE SERVICES | PO BOX 2974 | | | HARTFORD | CT | 06104-2974 | | 4/24/2023 | 103554 | Taxes and Licenses | | | | No | $975.00 |
| 3.152 | COOPER, PHILLIP | | 1424 14TH ST #2 | | | SANTA MONICA | CA | 90404 | | 4/21/2023 | 155598 | Employee Expense Reports | | | | No | $47.16 |
| 3.153 | CORDDATA SHREDDING INC | | PO BOX 846137 | | | LOS ANGELES | CA | 90084-6137 | | 3/31/2023 | 106603 | Other | | | | No | $352.43 |
| 3.154 | CORPORATE SERVICES CONSULTANT,LLC. | | PO BOX 1048 | | | DANDRIDGE | TN | 37725-1048 | | Various | 146530 | Rubbish | | | | No | $35,065.20 |
| 3.155 | COSNER MANAGEMENT LLC | C/O WAYNE COSNER | PO BOX 1097 | | | FREDERICKSBURG | VA | 22402-1097 | | 4/1/2023 | 138203 | Rent | | | | No | $3,549.61 |
| 3.156 | COSTAR REALITY INFORMATION, INC | | PO BOX 7410095 | | | CHICAGO | IL | 60674-5095 | | 12/29/2022 | 170632 | Consulting Fees | | | | No | $16,437.51 |
| 3.157 | COUNTRYSIDE PLAZA, LTD. | C/O JEFFERSON STATE BANK | Acct: 10171875 | PO BOX 100145 | | SAN ANTONIO | TX | 78201-1445 | | 4/1/2023 | 149134 | Rent | | | | No | $6,484.19 |
| 3.158 | COVENTRY COMMONS LLC | | 6960 ORCHARD LAKE RD STE 307 | | | WEST BLOOMFIELD | MI | 48322 | | 4/1/2023 | 104776 | Rent | | | | No | $3,998.29 |
| 3.159 | CPT ARLINGTON HIGHLANDS 1, LP | | PO BOX 206250 | | | DALLAS | TX | 75320-6250 | | 4/1/2023 | 166685 | Rent | | | | No | $7,123.56 |
| 3.160 | CRAIN, CATON & JAMES | | 17TH FLOOR-FIVE HOUSTON CENTER | 1401 MCKINNEY STREET | | HOUSTON | TX | 77010-4035 | | Various | 166518 | Consulting Fees | | | | No | $1,380.00 |
| 3.161 | CRK REALTY LLC | C/O MILBROOK PROP LTD | 42 BAYVIEW AVE | | | MANHASSET | NY | 11030-1806 | | Various | 170818 | Rent | | | | No | $20,654.52 |
| 3.162 | CROSS KEYS DEVELOPMENT | C/O RJ WATERS & ASSOC INC | 200 OLD FORGE LANE,#201 | | | KENNETT SQUARE | PA | 19348 | | Various | 104617 | Rent | | | | No | $18,683.82 |
| 3.163 | CROSSROADS PLAZA 1743 LP | | PO BOX 30344 | | | TAMPA | FL | 33630 | | Various | 164339 | Rent | | | | No | $31,618.40 |
| 3.164 | CROSSROADS PLAZA 1743, LP VS JC USA, INC. | C/O THE LAW OFFICE OF JOHN T. BENJAMIN, JR., P.A | 1115 HILLSBOROUGH STREET | | | RALEIGH | NC | 27603 | | Various | | Litigation | x | x | x | No | Undetermined |
| 3.165 | CROWN PACKAGING | | 780 COLUMBIA AVE UNIT 2 | | | RIVERSIDE | CA | 92507 | | Various | 170369 | Inventory-Non-Food | | | | No | $35,753.08 |
| 3.166 | CRYSTAL AND SIERRA SPRINGS | | PO BOX 660579 | | | DALLAS | TX | 75266-0579 | | Various | 141112 | R&M-Equipment | | | | No | $3,658.33 |
| 3.167 | CRYSTAL ROCK | | PO BOX 660579 | | | DALLAS | TX | 75266-0579 | | Various | 168472 | R&M-Equipment | | | | No | $629.14 |
| 3.168 | CRYSTAL SPRINGS BOTTLED WATER | | 4480 Anaheim Ave NE | | | Albuquerque | NM | 87113 | | Various | 166530 | R&M-Equipment | | | | No | $148.68 |
| 3.169 | CSC FRANKLIN VILLAGE LP | | PO BOX 411334 | | | BOSTON | MA | 02241-1350 | | Various | 170792 | Rent | | | | No | $36,596.44 |
| 3.170 | CULLIGAN | | 1801 50TH STREET | | | INVER GROVE HEIGHTS | MN | 55077 | | Various | 166983 | R&M-Equipment | | | | No | $133.70 |
| 3.171 | CULLIGAN BOTTLED WATER | DEPARTMENT 8511 | PO BOX 77043 | | | MINNEAPOLIS | MN | 55480-7743 | | Various | 166928 | R&M-Equipment | | | | No | $684.02 |
| 3.172 | CULLIGAN OF ANN ARBOR/DETROIT | | PO BOX 2932 | | | WICHITA | KS | 67201-2932 | | 12/31/2022 | 167304 | R&M-Equipment | | | | No | $10.00 |
| 3.173 | CULLIGAN OF BOISE | DEPARTMENT 8559 | PO BOX 77043 | | | MINNEAPOLIS | MN | 55480-7743 | | Various | 167511 | R&M-Equipment | | | | No | $154.94 |
| 3.174 | CULLIGAN OF FAIRFIELD | | 3900 WILMINGTON PIKE | | | KETTERING | OH | 45429-5053 | | Various | 166934 | R&M-Equipment | | | | No | $258.16 |
| 3.175 | CULLIGAN OF GREATER KANSAS CITY | | PO BOX 863142 | | | ORLANDO | FL | 32886-3142 | | Various | 167237 | R&M-Equipment | | | | No | $75.94 |
| 3.176 | CULLIGAN OF LEXINGTON SC | | 609 OAK DRIVE | | | LEXINGTON | SC | 29073 | | Various | 167252 | R&M-Equipment | | | | No | $91.89 |
| 3.177 | CULLIGAN OF PORTLAND | | 3728 E LONGFELLOW AVE STE 1 | | | SPOKANE | WA | 99217-6703 | | Various | 167075 | R&M-Equipment | | | | No | $987.79 |
| 3.178 | CULLIGAN OF PORTSMOUTH | KF WATER | 3645 VICTORY BLVD | | | PORTSMOUTH | VA | 23701 | | Various | 170320 | R&M-Equipment | | | | No | $184.08 |
| 3.179 | CULLIGAN OF SPOKANE, WA | | 3728 E LONGFELLOW AVE STE 1 | | | SPOKANE | WA | 99217-6703 | | Various | 167145 | R&M-Equipment | | | | No | $143.78 |
| 3.180 | CULLIGAN OF WICHITA | | PO BOX 2932 | | | WICHITA | KS | 67201 | | Various | 166629 | R&M-Equipment | | | | No | $143.02 |
| 3.181 | CULLIGAN SEATTLE, WA | | 3728 E LONGFELLOW AVE STE 1 | | | SPOKANE | WA | 99217-6703 | | Various | 166944 | R&M-Equipment | | | | No | $921.63 |
| 3.182 | CULLIGAN WATER | | 4513 N LAMB BLVD | | | LAS VEGAS | NV | 89115 | | Various | 166960 | R&M-Equipment | | | | No | $233.91 |
| 3.183 | CULLIGAN WATER (METZNER) | | 310 S ONEIDA STREET | | | GREEN BAY | WI | 54303 | | 12/31/2022 | 167038 | R&M-Equipment | | | | No | $42.50 |
| 3.184 | CULLIGAN WATER CONDITIONING | | 8911 VETERANS MEMORIAL PKWY | | | O'FALLON | MO | 63366 | | Various | 167366 | R&M-Equipment | | | | No | $262.50 |
| 3.185 | CULVER CITY BBT, LLC | | 800 W 6TH STREET, SUITE 600 | | | LOS ANGELES | CA | 90017 | | 4/1/2023 | 170715 | Rent | | | | No | $38,810.36 |
| 3.186 | CUSG PERFORMANCE SOLUTIONS, LLC | | 18675 W SEVEN MILE ROAD 200 | | | LIVONIA | MI | 48152 | | 2/23/2023 | 170965 | Consulting Fees | | | | No | $49,990.25 |
| 3.187 | CUSTOMER 1 TO CUSTOMER 172,452 REDACTED PURSUANT TO MOTION TO FILE UNDER SEAL (DOCKET NO. 4) | | [ADDRESSES ON FILE] | | | | | | | | | Customer | x | x | | No | Undetermined |
| 3.188 | CUYAHOGA COUNTY DEPT OF HLTH | | 5550 VENTURE DR | | | PARMA | OH | 44130 | | 4/19/2023 | 124520 | Taxes and Licenses | | | | No | $545.00 |
| 3.189 | CV WEIGHT LOSS | DBA JENNY CRAIG WLC | 5935 KINGSTOWN PIKE | | | KNOXVILLE | TN | 37922 | | Various | 130513 | JENNY Franchisees | | | | No | $1,989.00 |
| 3.190 | CYBERSOURCE CORPORATION | | PO BOX 742842 | | | LOS ANGELES | CA | 90074-2842 | | 2/28/2023 | 170747 | IT contracts | | | | No | $6,386.08 |
| 3.191 | D&D CARPENTRY, INC | | 107 8th Street | | | Brooklyn | NY | 11215 | | 3/31/2023 | 137005 | R&M-Premises | | | | No | $369.29 |
| 3.192 | DA LOGISTICS INC | | 13001 Fox Lane Rd | | | Pearland | TX | 77584 | | Various | 170469 | Transportation-Distribution | | | | No | $5,535.00 |
| 3.193 | DACA-4RC SMWMMBFL001, LLC | | PO BOX 74544 | | | CLEVELAND | OH | 44194-4544 | | 4/1/2023 | 165005 | Rent | | | | No | $5,758.45 |
| 3.194 | DAE ROMEO, LINA | | 1356 CALLE ALTERNA | | | OCEANSIDE | CA | 92056 | | 4/26/2023 | 170895 | Employee Expense Reports | | | | No | $170.00 |
| 3.195 | DAKOTA PROPERTY MANAGEMENT LLC | | 3149 N 5TH STREET | | | SCOTTSDALE | AZ | 85258 | | Various | 170482 | Rent | | | | No | $983.79 |
| 3.196 | DANADA SQUARE WEST | | PO BOX 740521 | | | DALLAS | TX | 75373 | | 4/1/2023 | 104968 | Rent | | | | No | $8,393.50 |
| 3.197 | DANIELLE MESTRE | | [ADDRESS UNKNOWN] | | | | | | | 3/31/2023 | 170767 | Consulting Fees | | | | No | $8,125.00 |
| 3.198 | DAROM PLAZA ASSOC | C/O EILAT MANAGEMENT CO | 650 SOUTH ORCAS ST, #210 | | | SEATTLE | WA | 98108 | | Various | 121305 | Rent | | | | No | $24,257.30 |
| 3.199 | DATADOG, INC | | [ADDRESS UNKNOWN] | | | NEW YORK | NY | 10018-1741 | | Various | 169233 | IT contracts | | | | No | $3,000.00 |
| 3.200 | DAVID DISPONZA, SERVICE, INC. | | PO BOX 8088 | | | STAMFORD | CT | 06905-8088 | | Various | 162244 | Rubbish | | | | No | $265.00 |
| 3.201 | DDRM COLONY SIDE LLC | DEPT 370540-21547-89197 | PO BOX 534461 | | | ATLANTA | GA | 30353-4461 | | 4/1/2023 | 162228 | Rent | | | | No | $6,500.64 |
| 3.202 | DDRM HIGHLAND GROVE LLC | | PO BOX 534445 | | | ATLANTA | GA | 30353-4445 | | 4/1/2023 | 104888 | Rent | | | | No | $7,553.88 |
| 3.203 | DDRM LIBERTY TREE PLAZA LLC | DEPT 375540 21547 82197 | PO BOX 534461 | | | ATLANTA | GA | 30353-4461 | | 4/1/2023 | 104888 | Rent | | | | No | $10,135.32 |
| 3.204 | DDRTC RIVER RIDGE LLC | | 3300 ENTERPRISE PKWY | | | BEACHWOOD | OH | 44122 | | Various | 104833 | Rent | | | | No | $14,048.83 |
| 3.205 | DEEP ROCK | | PO BOX 660579 | | | DALLAS | TX | 75266-0579 | | Various | 167357 | R&M-Equipment | | | | No | $32.68 |
| 3.206 | DEL AMO ASSOC LLC | | PO BOX 30344 | | | TAMPA | FL | 33630 | | Various | 104956 | Rent | | | | No | $2,706.19 |
| 3.207 | DELCO DEV CO OF HKM, INC | C/O FREMONT BANK | PO BOX 5000 | | | NEWARK | NJ | 07101-7855 | | Various | 104878 | Rent | | | | No | $38,002.29 |
| 3.208 | DELCO DEV CO OF HKV, INC | C/O FREMONT BANK | PO BOX 5000 | | | NEWARK | NJ | 07101-7855 | | Various | 135135 | Rent | | | | No | $8,000.00 |
| 3.209 | DELL COMPUTER CORP | | PO BOX 910916 | | | PASADENA | CA | 91110-0916 | | Various | 170789 | IT contracts | | | | No | $155.16 |
| 3.210 | DENA ORAVSKY | | 4610 WEST WIND DR | | | PLANO | TX | 75093 | | 4/21/2023 | 170784 | Employee Expense Reports | | | | No | $539.17 |
| 3.211 | DESIREE PRATTIS ROGER MARSHALL VS JC USA, INC | C/O RAINIER ROUPINIAN LLP | 3 PARK AVENUE, 29TH FLOOR | | | NEW YORK | NY | 10016 | | Various | | Litigation | x | x | x | No | Undetermined |
| 3.212 | DEUSENBERRY TOPANGA LLC | | PO BOX 511343 | | | LOS ANGELES | CA | 90051-7898 | | 4/1/2023 | 168411 | Rent | | | | No | $33,532.91 |
| 3.213 | DEX IMAGING | | PO BOX 17454 | | | CLEARWATER | FL | 33762 | | Various | 170719 | Office Equipment | | | | No | $8,734.80 |
| 3.214 | DIAMOND HEAD PLAZA | | 9350 EXCELSIOR BLVD | STE 700 | | HOPKINS | MN | 55343 | | Various | 170719 | Rent | | | | No | $19,455.34 |

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3,215 | DISTILLATA | | 1608 EAST 24TH ST | | | CLEVELAND | OH | 44144-4212 | | Various | 167515 | R&M-Equipment | | | | No | $103.64 |
| 3,216 | DNG MANAGEMENT, INC. | DBA JENNY CRAIG WLC | 2524 W 41ST | | | SIOUX FALLS | SD | 57105 | | Various | 152337 | JENNY Franchisees | | | | No | $1,213.98 |
| 3,217 | DOLLINGER-GLENDALE ASSOC | | 555 TWIN DOLPHIN DR #600 | | | REDWOOD CITY | CA | 94065 | | Various | 121384 | Rent | | | | No | $16,048.80 |
| 3,218 | DONNELLEY FINANCIAL, LLC | | 35 WEST WACKER DR | | | CHICAGO | IL | 60601 | | 4/13/2023 | 170983 | Professional Fees | | | | No | $20,243.93 |
| 3,219 | DOORDASH, INC. | | 303 Second Street | | South Tower, 800 | San Francisco | CA | 94107 | | Various | 170251 | Freight Carrier | | | | No | $382,398.48 |
| 3,220 | Doormann, Dotti | | 1323 Fox Hunt Drive | | | Cheswick | PA | 15024 | | 4/27/2023 | 162536 | Employee Expense Reports | | | | No | $356.32 |
| 3,221 | DOS LAGOS ASSET DARDENNE SPE LLC | C/O EQUIMAX MANAGEMENT | 3415 S SEPULVEDA BLVD #400 | | | LOS ANGELES | CA | 90034 | | Various | 168870 | Rent | | | | No | $11,611.55 |
| 3,222 | DOT FOODS, INC | | 1 DOT WAY, PO BOX 192 | | | ST STERLING | IL | 62353 | | Various | 170353 | Freight Carrier | | | | No | $85,843.72 |
| 3,223 | DOWLESS, ELISBETH | | 5107 N. SPRING DR. | | | ROANOKE | VA | 24019 | | 4/22/2023 | 127037 | Employee Expense Reports | | | | No | $230.56 |
| 3,224 | DSM MB II LLC | | PO BOX 419030 | | | BOSTON | MA | 02241-9030 | | Various | 165383 | Rent | | | | No | $21,853.57 |
| 3,225 | DT PRADO LLC | DEPT 372922 25601 76955 | PO BOX 735208 | | | CHICAGO | IL | 60673-4208 | | 4/1/2023 | 168853 | Rent | | | | No | $2,546.97 |
| 3,226 | DUNNING FARMS | C/O CHASE ENTERPRISES | 225 ASLYUM ST, 29TH FLOOR | | | HARTFORD | CT | 06103 | | Various | 168154 | Rent | | | | No | $16,380.15 |
| 3,227 | E.L. HARVEY & SONS,INC | | 68 HOPKINTON ROAD | | ROUTE 135 | WESTBORO | MA | 01581 | | Various | 144894 | Rubbish | | | | No | $2,252.74 |
| 3,228 | EAST PRAIRIE COMMONS,LLC | | 4700 BERGAMOT WAY | | | MIDDLETON | WI | 53562 | | Various | 145425 | Rent | | | | No | $5,235.94 |
| 3,229 | EASTLAKE COMMONS ASSOCIATES LLC | | 330 HAMILTON ROW STE 300 | | | BIRMINGHAM | MI | 48009 | | Various | 160619 | Rent | | | | No | $22,185.36 |
| 3,230 | ECA ELLE NORTHWOOD PARTNERS LLC | | PO BOX 865606 | | | ORLANDO | FL | 32886-5806 | | 4/1/2023 | 166402 | Rent | | | | No | $5,701.58 |
| 3,231 | ECOVA ACH PMNTS | | 1313 N ATLANTIC STE 5000 | | | SPOKANE | WA | 99201 | | Various | 163948 | Utilities | | | | No | $297,566.93 |
| 3,232 | EISENBERG, JEAN | | 5-18 EUGENE ST | | | FAIR LAWN | NJ | 07410 | | Various | 163758 | Employee Expense Reports | | | | No | $55.94 |
| 3,233 | ELERI EVER PHOTOGRAPHER | | 153 W 27TH ST | | | NEW YORK | NY | 10001 | | 4/5/2023 | 170979 | Advertising-non-media | | | | No | $3,500.00 |
| 3,234 | EMPLOYEE LIABILITIES (WAGES,PTO,SEVERENCE) | | | | | | | | | Various | | Employee Liabilities | | | | No | Undetermined |
| 3,235 | ENERGYSOFT PROPERTIES | | 1025 5TH ST   SUITE A | | | NOVATO | CA | 94945 | | Various | 168233 | Rent | | | | No | $32,122.50 |
| 3,236 | ERICKSON IMMIGRATION GROUP | | 2101 WILSON BLVD #1100 | | | ARLINGTON | VA | 22201 | | Various | 166133 | Professional Fees | | | | No | $2,140.00 |
| 3,237 | ESLP I LLC | C/O NORTHSTAR PROP LLC | 150 EAST 58TH ST STE 2001 | | | NEW YORK | NY | 10155 | | Various | 136600 | Rent | | | | No | $21,747.80 |
| 3,238 | ESPLANADE MEDICAL CENTER | | 470 BILTMORE WY #100 | | | CORAL GABLES | FL | 33134 | | Various | 104060 | Rent | | | | No | $8,335.95 |
| 3,239 | ESPLANADE PLAZA COMPANY LLC | | 3501 SEVERN AVENUE Suite 21 | | | METAIRIE | LA | 70002 | | Various | 166262 | Rent | | | | No | $13,358.16 |
| 3,240 | EUCLID ROMENEYA CO | ATTN:REBECCA FISHMAN | 4228 BEULAH DRIVE | | | LA CANADA | CA | 91011 | | 12/1/2022 | 134669 | Rent | | | | No | $3,703.10 |
| 3,241 | EXPRESS SCRIPTS HOLDING COMPANY | | 100 PARISON POND DRIVE | | | FRANKLIN LAKES | NJ | 074117 | | 4/23/2023 | 170338 | Insurance | | | | No | $1,266.69 |
| 3,242 | FAC NEBO SHOPPING CENTER, LLC | C/O PEARSON REALTY SERVICES | 630 FIFTH AVE, STE 2820 | | | NEW YORK | NY | 10111 | | Various | 167552 | Rent | | | | No | $27,035.33 |
| 3,243 | FAIRVIEW HGTS IMPROVEMENTS LLC | C/O DLC MGMT CORP acct 083-000569 | PO BOX 5122 | | | WHITE PLAINS | NY | 10602 | | Various | 133605 | Rent | | | | No | $12,717.25 |
| 3,244 | FEDERAL REALTY INVT TRUST PROP#1520 | | LOCKBOX #9320 | | PO BOX 8500 | PHILADELPHIA | PA | 19178-9320 | | 4/1/2023 | 168570 | Rent | | | | No | $5,797.66 |
| 3,245 | FEDEX | | PO BOX 7221 | | | PASADENA | CA | 91109-7321 | | Various | 169987 | Freight Carrier | | | | No | $464,859.00 |
| 3,246 | FESTIVAL OF HYANNIS LLC | | PO BOX 30344 | | | TAMPA | FL | 33630 | | Various | 135376 | Rent | | | | No | $39,028.50 |
| 3,247 | FIESTA CROSSING LLC | | 5051 JOURNAL CENTER BLVD | STE 200 | | ALBUQUERQUE | NM | 87109 | | Various | 169934 | Rent | | | | No | $18,706.80 |
| 3,248 | FIRESERV, INC. | | 255 40TH STREET | | | BROOKLYN | NY | 11232 | | Various | 155079 | R&M-Premises | | | | No | $12,637.65 |
| 3,249 | FL EQUITIES LLC | C/O HAUPPAUGE PROPERTIES LLC | 1975 HEMPSTEAD TPKE, STE 309 | | | EAST MEADOW | NY | 11554 | | Various | 168065 | Rent | | | | No | $26,768.92 |
| 3,250 | F-MAC ROSS PLAZA, LLC | | 14410 BEL-RED ROAD | | | BELLEVUE | WA | 98007 | | Various | 164497 | Rent | | | | No | $25,399.65 |
| 3,251 | FOLLANSBEE, HEATHER | | 808 SUTTON DRIVE | | | EAGLE | WI | 53119 | | 4/19/2023 | 169507 | Advertising-non-media | | | | No | $300.00 |
| 3,252 | FORSTA WORLDWIDE, INC. | | 7 RIVER PARK PL E, STE 110 | | | FRESNO | CA | 93720 | | 3/30/2023 | 170272 | Advertising-non-media | | | | No | $21,250.00 |
| 3,253 | FORTERRA,INC | | PO BOX 7508 | | | OLYMPIA | WA | 98507 | | 3/31/2023 | 168775 | Insurance | | | | No | $244.27 |
| 3,254 | FORTIS TIMERE, LLC | | 611 N BULLMOOSE DR | | | CHANDLER | AZ | 85224 | | Various | 167941 | JENNY Franchisees | | | | No | $1,090.55 |
| 3,255 | FORUM LONE STAR,LP | | PO BOX 8000,DEPT #882 | | | BUFFALO | NY | 14267 | | 4/1/2021 | 149135 | Rent | | | | No | $4,711.30 |
| 3,256 | FOXFIELD COMMONS, LLC | | 423 S 2ND ST | | | ST CHARLES | IL | 60174 | | Various | 161797 | Rent | | | | No | $4,247.45 |
| 3,257 | FPA SANDY MALL ASSOC, LLC | | PO BOX 1410 | | | SUISUN | CA | 94585-1410 | | Various | 141988 | Rent | | | | No | $16,552.80 |
| 3,258 | FR CROW CANYON LLC | C/O FEDERAL REALTY OP LP | PO BOX 846073 | | | LOS ANGELES | CA | 90084-6073 | | 4/1/2023 | 147516 | Rent | | | | No | $11,242.24 |
| 3,259 | FRANKLIN TOWNE PLAZA LLC | | 855 W BROAD,#300 | | | BOISE | ID | 83702 | | 4/1/2023 | 124473 | Rent | | | | No | $4,403.05 |
| 3,260 | GAITWAY PLAZA | | 1656 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | | Various | 141514 | Rent | | | | No | $32,282.17 |
| 3,261 | GARONE, SARAH | | 1843 W NARANJA AVE | | | MESA | AZ | 85202 | | 4/20/2023 | 170474 | Advertising-non-media | | | | No | $350.00 |
| 3,262 | GATOR SWANSEA PARTNERS,LP | Attn: Yesenia Bonilla | 7850 NW 146th St, 4th Floor | | | Miami Lakes | FL | 33016 | | Various | 138893 | Rent | | | | No | $13,833.89 |
| 3,263 | GBP INC | | PO BOX 4508 | | | WARREN | NJ | 07059 | | Various | 122856 | Rent | | | | No | $13,691.64 |
| 3,264 | GENESYS CLOUD SERVICES, INC. | | 1302 EL CAMINO REAL | SUITE 300 | | MENLO PARK | CA | 94025 | | 3/31/2023 | 170565 | IT contracts | | | | No | $40,318.00 |
| 3,265 | GEROLI, SANDRA | | 697 E 143RD ST | | | BURNSVILLE | MN | 55337 | | 4/6/2023 | 170422 | Employee Expense Reports | | | | No | $110.00 |
| 3,266 | GKP INVESTMENTS, INC | C/O MDC REALTY | 1700 BROADWAY, SUITE 650 | | | DENVER | CO | 80290 | | 2/1/2023 | 167737 | Rent | | | | No | $3,717.43 |
| 3,267 | GLIMCHER GROUP INC., AGENT | ATTN: MARYBETH FREUND | 40 W. 4TH STREET | | | PITTSBURGH | PA | 15219 | | Various | 165189 | Rent | | | | No | $9,566.08 |
| 3,268 | GLOWACKI, ALYSSA | | 6111 SPRINGFORD DR | APT K13 | | HARRISBURG | PA | 17111 | | 4/14/2023 | 171008 | Employee Expense Reports | | | | No | $158.60 |
| 3,269 | GLUE IQ LLC | | 13052 ZAMBRANA STREET | | | CORAL GABLES | FL | 33156 | | 8/23/2022 | 170094 | Advertising-non-media | | | | No | $80,368.50 |
| 3,270 | GOAL TO GO | | 4811 E Grant RD #127 | | | TUCSON | AZ | 85712 | | Various | 121254 | JENNY Franchisees | | | | No | $913.25 |
| 3,271 | GOOD FEAR MGMT, LLC | | 9100 WILSHIRE BLVD SUITE 1000W | | | BEVERLY HILLS | CA | 90212 | | Various | 170641 | Advertising-non-media | | | | No | $10,000.00 |
| 3,272 | GOODWIN, SHANNON | | 1350 ORANGE GROVE RD | | | EL CAJON | CA | 92021 | | 4/11/2023 | 152356 | Employee Expense Reports | | | | No | $116.06 |
| 3,273 | GOOGLE | | POBOX 883654 | | | LOS ANGELES | CA | 90088 | | Various | 133953 | Advertising-Media | | | | No | $1,140,009.02 |
| 3,274 | GORDON & REES, LLP | | 1111 BROADWAY, STE 1700 | | | OAKLAND | CA | 94607 | | Various | 149769 | Professional Fees | | | | No | $13,169.90 |
| 3,275 | GORDON FOOD SERVICES | | 1300 GEZON PARKWAY SW | | | WYOMING | MI | 49509 | | Various | | Litigation | | | | No | Undetermined |
| 3,276 | GORDON, BARBARA | | 1206 N KNOLLWOOD DRIVE | | | PALATINE | IL | 60067 | | 4/12/2023 | 161867 | Employee Expense Reports | | | | No | $28.59 |
| 3,277 | GOVDOCS, INC. | VB BOX 167 | PO BOX 9202 | | | MINNEAPOLIS | MN | 55480-9202 | | Various | 168525 | Other | | | | No | $39.70 |
| 3,278 | GRAIN MILLERS, INC | | 315 MADISON ST #5634 | | | EUGENE | OR | 97402 | | 4/11/2023 | 166340 | Inventory-Food | | | | No | $8,689.67 |
| 3,279 | GRANADA VILLAGE SHOPPING CENTER | | PO BOX 31001-1563 | | | PASADENA | CA | 91110-1063 | | Various | 163940 | Rent | | | | No | $37,014.94 |
| 3,280 | GRANITE PLAZA LTD PARTNER | | 400 FRANKLIN ST PO BOX 9059 | | | BRAINTREE | MA | 02184 | | Various | 104719 | Rent | | | | No | $17,638.49 |
| 3,281 | GRANT, JOSEPH | | 223 CHESTNUT AVE | | | ARDMORE | PA | 19003 | | Various | 170986 | Employee Expense Reports | | | | No | $423.44 |
| 3,282 | GREENRIDGE PLAZA 074,LLC | ATTN ACCT 10674G-018301 | PO BOX 30344 | | | TAMPA | FL | 33630 | | Various | 133467 | Rent | | | | No | $51,395.38 |
| 3,283 | GREENWOOD PLACE COMMONS, LP | C/O THE BROADBENT COMPANY INC | 117 E WASHINGTON ST STE 300 | | | INDIANAPOLIS | IN | 46204 | | Various | 167557 | Rent | | | | No | $21,147.29 |
| 3,284 | GREENWOOD, NIESHA | | 3852 E ALAMOS AVE | #109 | | FRESNO | CA | 93726 | | 4/11/2023 | 170403 | Employee Expense Reports | | | | No | $210.29 |
| 3,285 | GSO PRADISAVI COLONIAL COMMONS, LLC | | PO BOX 200804 | | | DALLAS | TX | 75320 | | Various | 170875 | Rent | | | | No | $26,048.87 |
| 3,286 | H.I.G. CAPITAL MANAGEMENT, LLC | | 1450 BRICKELL AVE, 31ST FLOOR | | | MIAMI | FL | 33131 | | Various | 170426 | Professional Fees | | | | No | $87,209.75 |
| 3,287 | HAECKEL, DEBORAH | | 397 EL RANCHO TERR NE | | | PALM BAY | FL | 32907 | | 4/28/2023 | 170335 | Employee Expense Reports | | | | No | $88.60 |
| 3,288 | HAMMOND AIRE, LP | | 845 HEIGHTS BOULEVARD | | | HOUSTON | TX | 77008 | | Various | 169984 | Rent | | | | No | $16,341.51 |
| 3,289 | HANOVER COLD STORAGE,INC. | | 52 INDUSTRIAL RD | | | ELIZABETHTOWN | PA | 17022 | | Various | 149781 | Freight Carrier | | | | No | $137,578.78 |
| 3,290 | HANOVER INSURANCE CO. | | 440 LINCOLN STREET | | | WORCESTER | MA | 01653 | | | | Weight Reduction Center Bond Insurance Policy | x | x | | No | Undetermined |
| 3,291 | HANOVER INSURANCE CO. | | 440 LINCOLN STREET | | | WORCESTER | MA | 01653 | | | | Customs Bond Importer Bond 3 Year Bond Insurance Policy | x | x | | No | Undetermined |
| 3,292 | HANOVER INSURANCE CO. | | 440 LINCOLN STREET | | | WORCESTER | MA | 01653 | | | | Canadian Bond Goods and Svcs Tax Bond Insurance Policy | x | x | | No | Undetermined |
| 3,293 | HANOVER INSURANCE CO. | | 440 LINCOLN STREET | | | WORCESTER | MA | 01653 | | | | Special Deposit Bond Insurance Policy | x | x | | No | Undetermined |
| 3,294 | HANOVER INSURANCE CO. | | 440 LINCOLN STREET | | | WORCESTER | MA | 01653 | | | | Health Bond Salons Insurance Policy | x | x | | No | Undetermined |
| 3,295 | HANOVER INSURANCE CO. | | 440 LINCOLN STREET | | | WORCESTER | MA | 01653 | | | | Health Bond Nashua Insurance Policy | x | x | | No | Undetermined |
| 3,296 | HANOVER INSURANCE CO. | | 440 LINCOLN STREET | | | WORCESTER | MA | 01653 | | | | Health Bond Manchester Insurance Policy | x | x | | No | Undetermined |
| 3,297 | HANOVER INSURANCE CO. | | 440 LINCOLN STREET | | | WORCESTER | MA | 01653 | | | | Retail Bond Insurance Policy | x | x | | No | Undetermined |
| 3,298 | HARRIS INSIGHTS & ANALYTICS LLC | | 300 N LASALLE DRIVE SUITE # 5675 | | | CHICAGO | IL | 60654 | | Various | 170905 | Advertising-non-media | | | | No | $36,750.00 |
| 3,299 | HC ATLANTIC DEVELOPMENT LP | C/O HAROLD COHEN ASSOCIATES | 393 TOTTEN POND RD,STE 203 | | | WALTHAM | MA | 02451-2013 | | Various | 154569 | Rent | | | | No | $30,686.81 |
| 3,300 | HEALTHY OUTLOOK,INC | | 1109 TOWN CENTER DR | | | LEAGUE CITY | TX | 77573 | | Various | 170097 | JENNY Franchisees | | | | No | $467.73 |
| 3,301 | HEALTHY YOU, INC | | 14650 SW 26TH ST | | | BEAVERTON | OR | 97007 | | Various | 170098 | JENNY Franchisees | | | | No | $348.00 |
| 3,302 | HEAVENLY WEIGHT LOSS INC | C/O HEATHER WILLIS | 321 FOX POINT ROAD | | | NEWINGTON | NH | 03801 | | Various | 169510 | JENNY Franchisees | | | | No | $1,573.96 |
| 3,303 | HERSHDON, TRON OF | | PO BOX 427 | | | PROVO | UT | 84603 | | Various | 170103 | JENNY Franchisees | | | | No | $1,073.02 |
| 3,304 | HHH FAIR CITY LLC | c/o HHH Properties Corp | 450 PLYMOUTH RD SUITE 305 | | | Plymouth Meeting | PA | 19462 | | Various | 170611 | Rent | | | | No | $32,925.24 |
| 3,305 | HIGHLEN CLOTHER SHOP LLC | | 450 PLYMOUTH RD SUITE 305 | | | PLYMOUTH MEETING | PA | 19462 | | Various | 167565 | Rent | | | | No | $40,565.83 |
| 3,306 | HIMPOSSIBLE LIFE CHOICES LLP | | 1401 2ND AVE N | STE 105 | | GREAT FALLS | MT | 59401 | | Various | 153111 | Rent | | | | No | $9,098.00 |
| 3,307 | HINES VANCE LLC | | PO BOX 840341 | | | DALLAS | TX | 75284-0341 | | Various | 167370 | R&M-Equipment | | | | No | $40,107.46 |
| 3,308 | HODGES-MACE, LLC | | 5775-E GLENRIDGE DRIVE | SUITE 500 | | ATLANTA | GA | 30328 | | 3/15/2023 | 165107 | Insurance | | | | No | $5,001.12 |
| 3,309 | HOLLI, MICHELLE | | 3720 S LOCUST ST | | | PUEBLO | CO | 81005 | | 4/24/2023 | 170911 | Employee Expense Reports | | | | No | $62.50 |
| 3,310 | HORMEL FOODS SALES LLC | | 1 HORMEL PLACE | | | AUSTIN | MN | 55912 | | Various | 170261 | Inventory-Food | | | | No | $6,677.01 |
| 3,311 | HORIZON GROUP LLC | C/O 3D INVESTMENTS LLC | 468 NORTH CAMDEN DR ST 300 | | | BEVERLY HILLS | CA | 90210 | | 4/1/2023 | 137956 | Rent | | | | No | $9,257.60 |
| 3,312 | HORIZON MEDIA, INC. | | 75 VARICK STREET | | | NEW YORK | NY | 10013 | | Various | 159417 | Advertising-Media | | | | No | $6,298,186.25 |
| 3,313 | HUNTER-DAVIDSON INC | | 1500 SANTA RITA ROAD | | | PLEASANTON | CA | 94566 | | Various | 170566 | R&M-Premises | | | | No | $1,811.50 |
| 3,314 | HUNTINGTON PARK PLAZA LLC | | 7900 XERXES AVE S, STE 1800 | | | BLOOMINGTON | MN | 55431 | | Various | 170568 | Rent | | | | No | $25,240.48 |
| 3,315 | HYATT LEGAL PLANS, INC | | 1111 SUPERIOR AVE | SUITE 800 | | CLEVELAND | OH | 44114 | | 4/25/2023 | 162364 | Insurance | | | | No | $375.45 |
| 3,316 | HYDE PARK PLAZA | C/O REGENCY CENTERS LP | PO BOX 644019 | | | PITTSBURGH | PA | 15264 | | Various | 123519 | Rent | | | | No | $37,418.09 |
| 3,317 | I ACCOMPLISHED, LLC | | 1364 CONVOY COURT | | | DEPEW | NY | 14043 | | Various | 168871 | JENNY Franchisees | | | | No | $175.00 |
| 3,318 | IA ATLANTA BUCKHEAD, L.L.C VS. JC USA, INC. | IA ATLANTA BUCKHEAD, LLC | C/O KITCHENS KELLEY GAYNES, P.C.; ATTN: S. NATHANIEL GLENRIDGE HIGHLANDS ONE, 5555 GLENRIDGE CONN | | | ATLANTA | GA | 30342 | | Various | | Litigation | x | x | | No | Undetermined |
| 3,319 | IACOVONE, Maria | | 19 EMILY ST | | | Worcester | MA | 01604 | | 5/1/2023 | 165638 | Employee Expense Reports | | | | No | $225.00 |
| 3,320 | ICE HOLDING LLC | | PO BOX 28021 | | | GOLETA | CA | 93118-8021 | | Various | 150718 | Rent | | | | No | $22,348.75 |

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.320 | InCLOUD, LLC | | 456 MONTGOMERY ST STE 750 | | | SAN FRANCISCO | CA | 94104-1268 | | 4/1/2023 | 170962 | Professional Fees | | | | No | $7,650.00 |
| 3.321 | INDEED,INC. | | MAIL CODE 5160 | PO BOX 660367 | | DALLAS | TX | 75266-0367 | | Various | 168913 | Consulting Fees | | | | No | $11,520.00 |
| 3.322 | INDEPENDENCE PLAZA CENTER,LP | C/O BOLLER PROPERTIES | 3201 CHERRY RIDGE, SUITE B-209 | | | SAN ANTONIO | TX | 78230 | | Various | 163292 | Rent | | | | No | $9,600.00 |
| 3.323 | INFORMROR, INC. | | 7001 N SCOTTSDALE RD | SUITE 2020 | | SCOTTSDALE | AZ | 85253 | | 4/30/2023 | 167440 | Insurance | | | | No | $583.20 |
| 3.324 | INGRIDA YOUNG, ET.AL. VS JENNY CRAIG, INC. | | [ADDRESS UNKNOWN] | | | | | | | | | Litigation | x | x | x | No | Undetermined |
| 3.325 | INHEALTH | | 1801 CENTURY PARK E, 24TH FLOOR | | | LOS ANGELES | CA | 90067 | | Various | | Litigation | | | | No | Undetermined |
| 3.326 | INLAND COMMERCIAL REAL ESTATE SVCS | RE: BLDG.75044 | 62903 COLLECTION CENTER DR | | | CHICAGO | IL | 60693-0629 | | Various | 167139 | Rent | | | | No | $50,603.49 |
| 3.327 | INLAND WESTERN SEATTLE NORTH, LLC | | 30 SOUTH MERIDIAN STREET, SUITE 1100 | | | INDIANAPOLIS | IN | 46204 | | Various | 170776 | Rent | | | | No | $45,450.39 |
| 3.328 | INNOVATIVE FIBER | | 5390 W Ashland Way | | | Franklin | WI | 53132 | | Various | 170158 | Inventory-Non-Food | | | | No | $23,889.59 |
| 3.329 | INSIGHT INC | | PO BOX 78825 | | | PHOENIX | AZ | 85062-8825 | | Various | 121019 | IT contracts | | | | No | $80,767.10 |
| 3.330 | INTEGRITY SOLUTIONS US LLC | | 2805 VETRANS MEMORIAL HIGHWAY | SUITE 27 | | RONKONKOMA | NY | 11779 | | Various | 170760 | Janitorial | | | | No | $35,326.19 |
| 3.331 | INTERSTATE WASTE SERVICES OF NEW JERSEY | | PO BOX 554744 | | | DETROIT | MI | 48255-4744 | | Various | 152495 | Rubbish | | | | No | $414.00 |
| 3.332 | INVENTRUST PROPERTY MANAGEMENT | | 3025 HIGHLAND PARKWAY, SUITE 350 | | | DOWNERS GROVE | IL | 60515 | | Various | 170500 | Rent | | | | No | $20,133.82 |
| 3.333 | INVISION POWER SERVICES INC | | 700 12th Street Suite 42 | | | Lynchburg | VA | 24504 | | Various | 160521 | Advertising-non-media | | | | No | $4,500.00 |
| 3.334 | IRC RETAIL CENTERS INC | LEASE #1764 | 75 REMITTANCE DR DEPT 3128 | | | CHICAGO | IL | 60675-3128 | | Various | 166880 | Rent | | | | No | $20,018.91 |
| 3.335 | IRIS SLONIN | | 5429 E CENTRALIA ST | | | LONG BEACH | CA | 90808 | | 4/28/2023 | 170567 | Employee Expense Reports | | | | No | $36.56 |
| 3.336 | IRON MOUNTAIN RECORDS MGT | | PO BOX 601002 | | | PASADENA | CA | 91189-1002 | | Various | 150795 | R&M-Premises | | | | No | $50,830.20 |
| 3.337 | IRVINE TECHNOLOGY CORPORATION | | 2850 REDHILL AVENUE SUITE # 230 | | | SANTA ANA | CA | 92705 | | Various | 170896 | IT contracts | | | | No | $76,500.00 |
| 3.338 | ISLAND AIR HEATING & COOLING INC | | 1170 Lincoln Ave Unit 12 | | | Holbrook | NY | 11741 | | Various | 168923 | R&M-Freezers | | | | No | $4,374.00 |
| 3.339 | IVELISSE PAGAN | | 7932 WESTWOOD DR | | | ELMWOOD PARK | IL | 60707 | | 4/21/2023 | 170914 | Employee Expense Reports | | | | No | $66.60 |
| 3.340 | J&L BELMONT PLAZA | | 843 MALCOLM AVE | | | BURLINGAME | CA | 94010 | | 4/1/2023 | 162952 | Rent | | | | No | $2,789.77 |
| 3.341 | JACQUELINE NEWBY VS JC USA, INC. | | [ADDRESS UNKNOWN] | | | | | | | | | Litigation | x | x | x | No | Undetermined |
| 3.342 | JAMAICA ASH & RUBBISH REMOVAL CO. | | 172 SCHOOL ST | PO BOX 833 | | WESTBURY | NY | 11590 | | Various | 141028 | Rubbish | | | | No | $736.74 |
| 3.343 | JANI-KING INTERNATIONAL, INC | | 16885 DALLAS PARKWAY | | | ADDISON | TX | 75001 | | Various | 170921 | Janitorial | | | | No | $306,751.04 |
| 3.344 | JANUARY DIGITAL | | 4833 OVERTON WOODS DR | | | FT. WORTH | TX | 76109 | | Various | 170333 | Advertising-Media | | | | No | $902,112.43 |
| 3.345 | JASPER PRODUCTS | | PO BOX 503776 | | | ST. LOUIS | MO | 63150 | | Various | 164869 | Inventory-Food | | | | No | $29,386.34 |
| 3.346 | JEANINE HAYES | | [ADDRESS UNKNOWN] | | | | | | | | 4/27/2023 | 167067 | Employee Expense Reports | | | | No | $61.57 |
| 3.347 | JEFFREY MAT INC | | 7 PENN PLAZA SUITE 618 | | | NEW YORK | NY | 10001 | | Various | 105012 | Rent | | | | No | $36,128.88 |
| 3.348 | JEMAL'S CAYRE SHOPS OF CHEVY CHASE LLC | c/o Douglas Development Corporation | Attn: Norman Jemal | 655 New York Ave NW Suite 830 | | Washington | DC | 20001 | | Various | 104952 | Rent | | | | No | $46,145.48 |
| 3.349 | JESSIE ALLEN | | 17129 PERINCHIEF STREET | | | FREDRICKSBURG | VA | 22546 | | 4/24/2023 | 150029 | Employee Expense Reports | | | | No | $62.92 |
| 3.350 | JOHN C.B. SMITH JR | C/O WILSON KIBLER | PO BOX 11312 | | | COLUMBIA | SC | 29211 | | Various | 166263 | Rent | | | | No | $23,522.45 |
| 3.351 | JONES, JOHN PAUL | | [ADDRESS UNKNOWN] | | | | | | | | Various | 171001 | Employee Expense Reports | | | | No | $4,354.00 |
| 3.352 | JUDGE ENTERPRISES LLC | C/O RICHTER RLTY&INVSMT INC | 18650 WEST CORPORATE DR #103 | | | BROOKFIELD | WI | 53045 | | Various | 121133 | Rent | | | | No | $20,625.32 |
| 3.353 | JUDGE ENTERPRISES, LLC US, JC USA, INC. | JUDGE ENTERPRISES, LLC | 18650 W. CORPORATE DRIVE, UNIT #103 | | | BROOKFIELD | WI | 53045 | | | | Litigation | | | | No | Undetermined |
| 3.354 | JUDGE ENTERPRISES, LLC VS. JC USA, INC. | JUDGE ENTERPRISES, LLC | ATTN: JOSHUA D. TAGGATZ | 22 E. MIFFLIN STREET, SUITE 700 | | MADISON | WI | 53703 | | | | Litigation | x | x | x | No | Undetermined |
| 3.355 | KAATS WATER CONDITIONING INC | | 750 Country Rd K-K | | | KAUKAUNA | WI | 54130 | | Various | 167174 | R&M-Equipment | | | | No | $111.76 |
| 3.356 | KAISER FOUNDATION HEALTH PLAN INC | | ONE KAISER PLAZA 15L | | | OAKLAND | CA | 94612 | | 4/30/2023 | 167437 | Insurance | | | | No | $18,238.82 |
| 3.357 | KAISER FOUNDATION HEALTH PLAN INC SOUTH | | ONE KAISER PLAZA 15L | | | OAKLAND | CA | 94612 | | 4/30/2023 | 167438 | Insurance | | | | No | $43,178.58 |
| 3.358 | KANE COUNTY HEALTH | | 1240 N. HIGHLAND AVE | | | AURORA | IL | 60506 | | 12/27/2022 | 103590 | Taxes and Licenses | | | | No | $646.00 |
| 3.359 | KANTOLA TRAINING SOLUTIONS, LLC | | 55 SUMATRA ST | | | MILL VALLEY | CA | 94941 | | 12/8/2022 | 170314 | Other | | | | No | $9,900.00 |
| 3.360 | KATHY BROWN | | [ADDRESS UNKNOWN] | | | | | | | | Various | 349569 | Client Refunds | | | | No | $16,274.92 |
| 3.361 | KATIE HOLLEBACK | | 5649 GOODWIN STREET | | | SAN DIEGO | CA | 92111 | | Various | 170741 | Consulting Fees | | | | No | $13,005.00 |
| 3.362 | KENTWOOD SPRINGS | | PO BOX 660579 | | | DALLAS | TX | 75266-0579 | | Various | 166473 | R&M-Equipment | | | | No | $179.33 |
| 3.363 | KETER ENVIROMENTAL SERVICES INC | | PO BOX 417468 | | | BOSTON | MA | 02241-7468 | | Various | 166068 | Rubbish | | | | No | $286.54 |
| 3.364 | KEY WEST AIR LLC | | PO BOX 383 | | | SPRING LAKE | NJ | 07762 | | Various | 166937 | R&M-Freezers | | | | No | $55,806.76 |
| 3.365 | KF REALTY ASSOCIATES,LLC | C/O UNITED PROPERTIES GROUP,INC | 1330 BOYLSTON ST #608 | | | CHESTNUT HILL | MA | 02467 | | 4/1/2023 | 140331 | Rent | | | | No | $5,842.27 |
| 3.366 | Kilishek, Sheila | | W2377 US Hwy 10 Lot 58 | | | Forest Junction | WI | 54123 | | Various | 165084 | Employee Expense Reports | | | | No | $29.02 |
| 3.367 | KIMBERLY NAVIS VS JC USA, INC. | | [ADDRESS UNKNOWN] | | | | | | | | | | Litigation | x | x | x | No | Undetermined |
| 3.368 | KIMBERLY R. STILLMAKER REVOCABLE TRUST | | PO BOX 9440 | | | FRESNO | CA | 93792 | | Various | 170657 | Rent | | | | No | $21,301.11 |
| 3.369 | KIMCO LAKELAND 123,INC. | | PO BOX 30344 | | | TAMPA | FL | 33630 | | Various | 146521 | Rent | | | | No | $21,469.39 |
| 3.370 | KING, RENE | | 192 ZENO CROCKER ROAD | | | CENTERVILLE | MA | 02632 | | 4/15/2023 | 170987 | Employee Expense Reports | | | | No | $91.05 |
| 3.371 | KINGS MALL PARTNERS, LLC | C/O COLLIERS | 425 WALNUT STREET, SUITE 120 | | | MINNEAPOLIS | MN | 55485-5783 | | Various | 163196 | Rent | | | | No | $18,673.70 |
| 3.372 | KIOP BRANFORD LLC | | PO BOX 30344 | | | TAMPA | FL | 33630 | | 4/1/2023 | 152051 | Rent | | | | No | $8,737.50 |
| 3.373 | KIOP MEADOWBROOK LP | ATTN:ACCT 100270-022591 | PO BOX 62045 | | | NEWARK | NJ | 07101 | | Various | 152052 | Rent | | | | No | $18,664.52 |
| 3.374 | KITCHENER, CITY | LICENSING SECTION-CORP SVCS. | PO BOX 1118 | | | KITCHENER | ON | N2G 4G7 | | 4/19/2023 | 150384 | Taxes and Licenses | | | | No | $48.00 |
| 3.375 | KITE REALTY GROUP | ACCOUNT #002413 | PO BOX 847552 | | | DALLAS | TX | 75284 | | Various | 164797 | Rent | | | | No | $31,860.58 |
| 3.376 | KOLSKY, ERSILIA | | 6223 BYRON | | | ROSEMONT | IL | 60018 | | 4/17/2023 | 153590 | Employee Expense Reports | | | | No | $36.68 |
| 3.377 | KRCX WR6 HOLDINGS, LLC | RE: ACCOUNT #118160-033064 | PO BOX 30344 | | | TAMPA | FL | 33630 | | Various | 170846 | Rent | | | | No | $33,370.56 |
| 3.378 | KRG CEDAR HILL PLAZA | ACCOUNT #000268 | PO BOX 847552 | | | DALLAS | TX | 75284 | | Various | 136779 | Rent | | | | No | $28,676.00 |
| 3.379 | KRG GATEWAY VILLAGE, LLC | | 2405 YORK RD #201 | | | TINONIUM | MD | 21093 | | 4/1/2023 | 170963 | Rent | | | | No | $7,871.13 |
| 3.380 | KRG PEBBLE MARKETPLACE, LLC | | 30 SOUTH MERIDIAN STREET | | | INDIANAPOLIS | IN | 46204 | | Various | 170736 | Rent | | | | No | $19,975.98 |
| 3.381 | KRG SOUTHLAKE CORNERS KIMBALL, LLC | | 30 S MERIDIAN ST | SUITE 1100 | | INDIANAPOLIS | IN | 46204 | | 4/1/2023 | 170962 | Rent | | | | No | $2,233.64 |
| 3.382 | KRG WOODINVILLE PLAZA, LLC | | 13068 COLLECTION CENTER DRIVE | | | CHICAGO | IL | 60693 | | Various | 170774 | Rent | | | | No | $22,128.06 |
| 3.383 | KRISTINA SLONE-HOLT | | 1137 HIGHRIDGE AVE | | | DAYTON | OH | 45420 | | 4/24/2023 | 163949 | Employee Expense Reports | | | | No | $391.70 |
| 3.384 | Kruse, Connie | | 12620 Ross Street | | | Oregon City | OR | 97045 | | 4/1/2023 | 126020 | Employee Expense Reports | | | | No | $100.00 |
| 3.385 | KTM GROUP LLC | C/O METRO PROPERTY SERVICES | 2946 Fairview Ave E | | | SEATTLE | WA | 98102 | | 4/1/2023 | 154929 | Rent | | | | No | $6,561.10 |
| 3.386 | KTM INDUSTRIES INC | | 2325 JARCO DR | | | HOLT | MI | 48842 | | Various | 169213 | Inventory-Non-Food | | | | No | $83,476.64 |
| 3.387 | La Valle, Robert | | 75 DONALD STREET APT # 3 | | | WEYMOUTH | MA | 02188 | | 4/17/2023 | 129965 | Employee Expense Reports | | | | No | $577.59 |
| 3.388 | LAKE OSWEGO TOWN SQUARE | C/O RREEF AMERICA REIT CORP.GG | PO BOX 209268 | | | AUSTIN | TX | 78720-9268 | | Various | 131900 | Rent | | | | No | $42,699.50 |
| 3.389 | LAKEFRONT 17 LLC | C/O ORR PARTNERS | 11180 SUNRISE VALLEY DR #200 | | | RESTON | VA | 20191 | | 4/1/2023 | 137998 | Rent | | | | No | $6,080.97 |
| 3.390 | LAKESIDE CENTER | C/O STANDARD MGMT COMPANY | 2245 CAMPUS DRIVE | | | EL SEGUNDO | CA | 90245 | | Various | 166270 | Rent | | | | No | $58,779.00 |
| 3.391 | LAKEWOOD ASSOCIATES LLC | | PO BOX 300237 | | | SAN FRANCISCO | CA | 94137-0237 | | Various | 164348 | Rent | | | | No | $35,900.36 |
| 3.392 | LAKSHMIKANTH PANGANI | | 75 HOCKANUM BLVD UNIT 2322 | | | VERNON | CT | 06066 | | 4/21/2023 | 170975 | Employee Expense Reports | | | | No | $325.96 |
| 3.393 | LANGHORNE SQUARE SHOPPING CTR | C/O FEDERAL RLTY INV TRUST 500-1441 | PO BOX 8500-9320 | | | PHILADELPHIA | PA | 19178 | | 4/1/2023 | 104631 | Rent | | | | No | $2,603.50 |
| 3.394 | LARGO LTD LIAB PARTNERSHI | | 11795 BELTSVILLE DR #1600 | | | BELTSVILLE | MD | 20705 | | Various | 107228 | Rent | | | | No | $13,731.55 |
| 3.395 | LARSON, KAREN | | 777 ASTON AVE | APT 27 | | SANTA ROSA | CA | 95404 | | 4/17/2023 | 153960 | Employee Expense Reports | | | | No | $26.12 |
| 3.396 | LASER SAVER, INC. | | 555 BRYANT ST # 815 | | | PALO ALTO | CA | 94301 | | Various | 120771 | Office Supplies | | | | No | $93.34 |
| 3.397 | LAURA GRECO VS JC USA | | [ADDRESS UNKNOWN] | | | | | | | | 3/28/2023 | 101205 | Litigation | x | x | x | No | Undetermined |
| 3.398 | LBX DEPTFORD 7XJ LLC | | PO BOX 86358 | | | NEWARK | NJ | 07101-4757 | | 4/1/2023 | 170942 | Rent | | | | No | Undetermined |
| 3.399 | LDC COUGAR, LLC | | 1156 N MOUNTAIN AVE | | | UPLAND | CA | 91786 | | Various | 169627 | Rent | | | | No | $20,549.80 |
| 3.400 | LEE PLAZA WEST, LLC | C/O STC MANAGEMENT | 10722 BEVERLY BLVD #P-B | | | WHITTIER | CA | 90601 | | Various | 132586 | Rent | | | | No | $31,068.85 |
| 3.401 | LEE, BRENDA | | 2129 CHERRY COVE CT | | | MARYLAND HEIGHTS | MO | 63043 | | 4/28/2023 | 125346 | Employee Expense Reports | | | | No | $32.74 |
| 3.402 | LEMONLIGHT MEDIA, INC. | | 226 S GLASGOW AVE | | | INGLEWOOD | CA | 90301 | | 4/10/2023 | 170800 | Advertising-non-media | | | | No | $10,450.00 |
| 3.403 | LEXI, INC | | 1400 7TH AVE | | | MARION | IA | 52302-3409 | | Various | 163884 | JENNY Franchises | | | | No | $942.67 |
| 3.404 | LHY WEIGHT MANAGEMENT, LLC | | 2009 RICHMOND RD | | | LEXINGTON | KY | 40502 | | Various | 170866 | JENNY Franchises | | | | No | $4,060.70 |
| 3.405 | LIBERTY ASHES INC | | 94-02 150TH STREET | | | JAMAICA | NY | 11435 | | Various | 163486 | Rubbish | | | | No | $3,552.60 |
| 3.406 | LIBERTY DISTRIBUTORS, INC | C/O PARAMOUNT REALTY SERVICES | PO Box 6206 | | | Hicksville | NY | 11802 | | 4/1/2023 | 160527 | Rent | | | | No | $9,010.54 |
| 3.407 | LIGHTNING EXPRESS INC | | PO BOX 12424 | | | SAN DIEGO | CA | 92112 | | Various | 101016 | Freight Carrier | | | | No | $2,630.00 |
| 3.408 | LIMITLESS HOLDINGS LLC | | 3223 SE 30TH ST | | | MORGANTOWN | WV | 26508 | | Various | 170922 | Advertising-non-media | | | | No | $9,600.00 |
| 3.409 | LINCOLN PROPERTIES | | 374 LINCOLN CENTER | | | STOCKTON | CA | 95207 | | 4/1/2023 | 113207 | Rent | | | | No | $5,410.56 |
| 3.410 | LINCOLN-WAY CHECK CASHERS VS JC USA | | [ADDRESS UNKNOWN] | | | | | | | | | | Litigation | x | x | x | No | Undetermined |
| 3.411 | LINDA WILSON | | 39959 N BARTLETT LN | | | WADSWORTH | IL | 60083 | | 4/13/2023 | 170908 | Employee Expense Reports | | | | No | $26.74 |
| 3.412 | LISA FRANKLIN | | [ADDRESS UNKNOWN] | | | | | | | | 4/27/2023 | 171007 | Employee Expense Reports | | | | No | $38.38 |
| 3.413 | LISA RIVERA-GEER | | 213 WHITING HILL LANE | | | RICHMOND | VA | 23229 | | 4/21/2023 | 150999 | Employee Expense Reports | | | | No | $75.73 |
| 3.414 | LOCKE, LUIS | | [ADDRESS UNKNOWN] | | | | | | | | Various | 156844 | Client Refunds | | | | No | $40.00 |
| 3.415 | LOCKSIDE VENTURE LLC | C/O SWANSON PROPERTIES, LTD | PO BOX 720 | | | DENVER | CO | 80201 | | Various | 160971 | Rent | | | | No | $5,241.66 |
| 3.416 | LONGFISH IMPORT/EXPORT LLC | C/O DLC MGMT CORP | 580 WHITE PLAINS RD | | | TARRYTOWN | NY | 10591 | | Various | 163485 | Rent | | | | No | $8,177.60 |
| 3.417 | LUKE, SHERRY | | [ADDRESS UNKNOWN] | | | | | | | | 4/28/2023 | 125035 | Employee Expense Reports | | | | No | $73.62 |
| 3.418 | LUMALSO CALIFORNIA, LLC | C/O DLC MANAGEMENT | 580 WHITE PLAINS RD | | | TARRYTOWN | NY | 10591 | | Various | 163484 | Rent | | | | No | $26,576.81 |
| 3.419 | M&J DESIGNS LLC | | 8 LORANTE WAY | | | OAK BROOK | IL | 60523 | | Various | 149024 | Advertising-non-media | | | | No | $17,910.00 |
| 3.420 | MA OWNERS INC | | 400 POST AVE #307 | | | WESTBURY | NY | 11590 | | Various | 142062 | Rent | | | | No | $10,812.80 |
| 3.421 | MADELYN ORTIZ | | [ADDRESS UNKNOWN] | | | | | | | | 4/17/2023 | 161712 | Employee Expense Reports | | | | No | $28.52 |
| 3.422 | MADISON COUNTY SALES TAX DEPT | | [ADDRESS UNKNOWN] | | | HUNTSVILLE | AL | 35801 | | Various | 102534 | Taxes and Licenses | | | | No | $22.52 |
| 3.423 | MADISON SUNRISE ASSOC LLC | | 1155 VALLEY BROOK AVE | | | LYNDHURST | NJ | 07071 | | 4/1/2023 | 142058 | Rent | | | | No | $32,622.61 |
| 3.424 | MAIN STREET CROSSING CENTER LLC | C/O REGENCY CENTERS LP | 526 ENGLEWOOD AVE | | | PALO ALTO | CA | 94301 | | Various | 162705 | Rent | | | | No | $19,125.00 |
| 3.425 | MAIN STREET SHOPPING CENTER,LLC | | 115 RIVER RD | | | EDGEWATER | NJ | 07020 | | 4/1/2023 | 170768 | Rent | | | | No | $15,000.00 |
| 3.426 | MARKET @ NOYOV ROCK | C/O SPA FARMACY #002442 | 3200 WEST END AVE SUITE 500 | | | NASHVILLE | TN | 37203 | | 4/1/2023 | 170924 | Rent | | | | No | $5,524.72 |
| 3.427 | MARKET PLACE II | | 655 REDWOOD HWY STE 177 | | | MILL VALLEY | CA | 94941 | | Various | 169500 | Rent | | | | No | $21,132.00 |
| 3.428 | MARKET PLACE ASSOCIATES, LLP | C/O SD-BRIXMOR PROPERTY GROUP LLC LEASE #4240000 | PO BOX 645324 | | | CINCINNATI | OH | 45264-5324 | | Various | 170780 | Rent | | | | No | $20,732.40 |
| 3.429 | MAROUN, JEAN | | 6383 SW 53rd Place | | | OCALA | FL | 34474 | | Various | 163883 | Employee Expense Reports | | | | No | $59.15 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.429 | MARY ANN DUPRE | | 70 ALPINE KNL | | | FAIRPORT | NY | 14450 | | 4/28/2023 | 164448 | Employee Expense Reports | | | | No | $108.73 |
| 3.430 | MARYLAND, STATE OF | | WAYNE A ROBEY CLERK OF CIRCUIT COURT | 9250 JUDICIAL WAY, STE 1900 | | ELLICOTT CITY | MD | 21043 | | Various | various | Taxes and Licenses | | | | No | $352.97 |
| 3.431 | MASSACHUSETTS DEPT OF REV | | PO BOX 7035 | | | BOSTON | MA | 02204 | | 1/19/2023 | 103211 | Taxes and Licenses | | | | No | $28.49 |
| 3.432 | MASSAPEQUA CENTER OWNERS LLC | | 99 SEAVIEW BLVD, SUITE 100 | | | PORT WASHINGTON | NY | 11050 | | 4/1/2023 | 170345 | Rent | | | | No | $5,336.31 |
| 3.433 | MAV CANADIAN TRANSPORT LLC | | PO BOX 666 | | | LOS ALAMITOS | CA | 90720 | | 3/15/2023 | 167428 | Freight Carrier | | | | No | $2,650.00 |
| 3.434 | MCDERMOTT WILL & EMERY LLP | | 444 W LAKE STREET, SUITE 4000 | | | CHICAGO | IL | 60606-0029 | | 4/26/2023 | 170933 | Professional Fees | | | | No | $150,000.00 |
| 3.435 | MCDONALD INVESTMENT REALTY TRUST | | 152 CENTRE STREET | | | HOLBROOK | MA | 02343 | | Various | 167789 | Rent | | | | No | $29,122.87 |
| 3.436 | MCHENRY MODESTO LP | C/O STANDARD MANAGEMENT CO | 2245 CAMPUS DRIVE | | | EL SEGUNDO | CA | 90245 | | Various | 121047 | Rent | | | | No | $25,990.01 |
| 3.437 | McKINSEY & COMPANY, INC.- USA | | 3 WORLD TRADE CENTER | 175 GREENWICH STREET | | NEW YORK | NY | 10007 | | 2/3/2023 | 170981 | Professional Fees | | | | No | $1,000,000.00 |
| 3.438 | MED COR | | PO BOX 75570 | | | CLEVELAND | OH | 44101 | | 4/4/2023 | 163912 | Other | | | | No | $630.42 |
| 3.439 | MEGACORP LOGISTICS | | 7040 WRIGHTSVILLE AVE | | | WILMINGTON | NC | 28403 | | Various | 163407 | Freight Carrier | | | | No | $69,102.66 |
| 3.440 | MEMORIAL TEXAS LLC | C/O WESTWOOD FINANCIAL CORP | PO BOX 31080 | | | TAMPA | FL | 33630 | | 4/1/2023 | 167206 | Rent | | | | No | $6,561.86 |
| 3.441 | MEREDITH CORPORATION | | 225 LIBERTY ST | 4TH FLOOR | | NEW YORK | NY | 10281 | | 12/30/2022 | 168910 | Advertising-non-media | | | | No | $90,000.00 |
| 3.442 | META PLATFORMS, INC | ATTN ACCOUNTS RECEIVABLE | 15161 COLLECTIONS CENTER DR | | | CHICAGO | IL | 60693 | | Various | 163237 | Advertising-Media | | | | No | $566,440.33 |
| 3.443 | METCALF DEVELOP LLC | | 4400 SHAWNEE MISSION PARKWAY, SUITE 209 | | | FAIRWAY | KS | 66205 | | Various | 105051 | Rent | | | | No | $24,444.84 |
| 3.444 | METZNER'S CULLIGAN QUALITY WATER | | 310 SOUTH ONEIDA STREET | | | GREEN BAY | WI | 54303 | | Various | 166929 | R&M-Equipment | | | | No | $127.50 |
| 3.445 | MGP IX PROPERTIES LLC | C/O MERLONE GEIER | 425 CALIFORNIA ST 10TH FLR | | | SAN FRANCISCO | CA | 94104 | | 4/1/2023 | 167422 | Rent | | | | No | $882.11 |
| 3.446 | MHS II | DEPT JC-01 | PO BOX 844571 | | | BOSTON | MA | 02284 | | 4/1/2023 | 167291 | Rent | | | | No | $2,238.58 |
| 3.447 | MICROSOFT ONLINE INC | | 6100 NEIL RD | STE 100 | | RENO | NV | 89511 | | Various | 168983 | Advertising-Media | | | | No | $42,025.59 |
| 3.448 | MIDLAND SOUTHPOINT DEV CO LLC | CASTO | PO BOX 1450 | | | COLUMBUS | OH | 43216 | | Various | 150292 | Rent | | | | No | $23,223.57 |
| 3.449 | MITCO SHENANDOAH LLC | ATTN: MICHAEL AVERY | 124 PARK ST SE, STE201 | | | VIENNA | VA | 22180 | | 4/1/2023 | 169331 | Rent | | | | No | $3,792.83 |
| 3.450 | MK TOWNE CROSSING ASSOCIATES LLC | C/O FIDELIS REALTY PARTNERS DEPT 831 | PO BOX 225527 | | | DALLAS | TX | 75222 | | 4/1/2023 | 168764 | Rent | | | | No | $7,582.51 |
| 3.451 | MLB ENTERPRISES INC | | 8114 SAND PIPER CIRCLE | STE 110 | | BALTIMORE | MD | 21236 | | 4/26/2023 | 170223 | QH3 & Dual Brand Franchisees | | | | No | $49.00 |
| 3.452 | MO SALEM, LLC | C/O MIDLAND ATLANTIC PROPERTIES | PO BOX 645495 | | | CINCINNATI | OH | 45264 | | Various | 170510 | Rent | | | | No | $21,703.97 |
| 3.453 | MOBILE COUNTY | | PO BOX 161009 | | | BIRMINGHAM | AL | 36616 | | 4/19/2023 | 163883 | Taxes and Licenses | | | | No | $15.49 |
| 3.454 | MOBILE PROGRAMMING LLC | | 30300 AGOURA ROAD STE 140 | | | AGOURA HILLS | CA | 91301 | | Various | 163487 | IT contracts | | | | No | $21,780.00 |
| 3.455 | MONE, JOANNE | | 2252 SW 17TH ST | | | MIAMI | FL | 33145 | | 4/15/2023 | 170989 | Employee Expense Reports | | | | No | $42.68 |
| 3.456 | MONTGOMERY COUNTY | | [ADDRESS UNKNOWN] | | | | | | | 4/13/2023 | 169246 | Taxes and Licenses | | | | No | $102.74 |
| 3.457 | Morgan, Kate | | 37 CENTERVILLE DRIVE | | | SALEM | NH | 03079 | | Various | 146474 | Employee Expense Reports | | | | No | $326.56 |
| 3.458 | MOUNT OLYMPUS | | PO BOX 660579 | | | DALLAS | TX | 75266-0579 | | Various | 167356 | R&M-Equipment | | | | No | $243.48 |
| 3.459 | MOUNTAIN GLACIER, LLC | | PO BOX 3652 | | | EVANSVILLE | IN | 47735 | | Various | 170393 | R&M-Equipment | | | | No | $323.88 |
| 3.460 | MSA MONTROSE L.P. | | Lookbox #78169ı | PO Box 8500 | | Philadelphia | PA | 19178-1691 | | Various | 164571 | Rent | | | | No | $14,970.30 |
| 3.461 | MURRAY HILL 32 LLC | | 319 LAFAYETTE ST SUITE 165 | | | NEW YORK | NY | 10012 | | Various | 168234 | Rent | | | | No | $70,726.66 |
| 3.462 | NATIONAL DIST SERV INC | | 616 TRADE CENTER BLVD | | | CHESTERFIELD | MO | 63005 | | Various | 121433 | R&M-Equipment | | | | No | $81,813.74 |
| 3.463 | NATIONAL LEASE ADVISORS, INC. | | PO BOX 28047 | | | SAN DIEGO | CA | 92128 | | Various | 170709 | Consulting Fees | | | | No | $33,610.50 |
| 3.464 | NATIONAL WASTE SERVICES | | 1 Jem Court | | | BAYSHORE | NY | 11706 | | Various | 137161 | Rubbish | | | | No | $969.00 |
| 3.465 | NAVISITE, LLC | | LOCK BOX 5138 | PO BOX 7247 | | PHILADELPHIA | PA | 19170-5138 | | 3/31/2023 | 170375 | IT contracts | | | | No | $3,150.00 |
| 3.466 | NC SECRETARY OF STATE | | PO BOX 29622 | | | RALEIGH | NC | 27626 | | 4/12/2023 | 168948 | Taxes and Licenses | | | | No | $20.00 |
| 3.467 | NEESVIG'S INC. | | PO BOX 288 | | | WINDSOR | WI | 53598-0288 | | Various | 155374 | Freight Carrier | | | | No | $86,365.24 |
| 3.468 | NELSON NUTRACEUTICAL LLC | | 5115 E LA PALMA AVE | | | ANAHEIM | CA | 92807 | | Various | 101365 | Inventory-Food | | | | No | $31,874.17 |
| 3.469 | NE-MO'S BAKERY INC | | 75 REMITTANCE DR,#6434 | | | CHICAGO | IL | 60675-6434 | | Various | 101450 | Inventory-Food | | | | No | $1,241.81 |
| 3.470 | NESTLE USA INC. | | PO BOX 3637 | | | BOSTON | MA | 02241 | | Various | 170037 | R&M-Premises | | | | No | $326.67 |
| 3.471 | NEW MARKET OVERLOOK, LLC | | PO BOX 27324 | | | SAN DIEGO | CA | 92198-1324 | | Various | 166592 | Rent | | | | No | $29,877.03 |
| 3.472 | NEWTON, SANDY BERNICE | | [ADDRESS UNKNOWN] | | | | | | | 4/20/2023 | 170996 | Employee Expense Reports | | | | No | $230.56 |
| 3.473 | NGUYEN,LISA | | [ADDRESS UNKNOWN] | | | | | | | 4/24/2023 | 169231 | Employee Expense Reports | | | | No | $64.39 |
| 3.474 | NICOLE TURNER-RAVANA | | 2712 WILLIAMSBURG COURT | | | FORT COLLINS | CO | 80521 | | 4/6/2023 | 154041 | Consulting Fees | | | | No | $1,487.50 |
| 3.475 | NORRIDGE PLAZA, LLC | | PO BOX 407 | | | DEERFIELD | IL | 60015 | | Various | 164055 | Rent | | | | No | $52,506.65 |
| 3.476 | NORTH HILLS TOWN CENTER | c/o REGENCY CENTERS, LP | PO BOX 676473 | | | DALLAS | TX | 75267-6473 | | 4/1/2023 | 152691 | Rent | | | | No | $7,323.80 |
| 3.477 | NORTH LOS ALTOS SHOPPING CENTER | | 541 S SPRING ST #204 | | | LOS ANGELES | CA | 90013 | | Various | 104664 | Rent | | | | No | $25,637.78 |
| 3.478 | NORTHCROSS II,LLC | | PO BOX 602066 | | | CHARLOTTE | NC | 28260 | | Various | 150574 | Rent | | | | No | $2,018.62 |
| 3.479 | NORTHSIGHT CROSSINGS AZ LLC | C/O MEB COMMERCIAL MANAGEMENT GROUP | 3030 N CENTRAL AVE, #110 | | | PHOENIX | AZ | 85012 | | Various | 170672 | Rent | | | | No | $9,503.82 |
| 3.480 | NU WAY/TINLEY PARK DISPOSAL SERV | | PO BOX 9 | | | MOKENA | IL | 60448 | | 4/1/2023 | 124706 | Rubbish | | | | No | $215.44 |
| 3.481 | OGLETREE, DEAKINS, NASH | SMOAK & STEWART | PO BOX 89 | | | COLUMBIA | SC | 29202 | | Various | 153325 | Professional Fees | | | | No | $82,739.42 |
| 3.482 | O'KEEFE GROUP HEALTH LLC | | PO BOX 1240 | | | ATTLEBORO | MA | 02703 | | Various | 167819 | Rent | | | | No | $223.09 |
| 3.483 | OLYMPIA SQUARE SOUTH LLC | C/O FIRST WESTERN PROPERTIES | 2940 FAIRVIEW AVE E | | | SEATTLE | WA | 98109 | | 4/1/2023 | 170851 | Rent | | | | No | $4,459.25 |
| 3.484 | ONE TOUCH POINT MOUNTAIN STATE LLC | | 5280 JOLIET STREET | | | DENVER | CO | 80239 | | Various | 170224 | Advertising-non-media | | | | No | $39,495.17 |
| 3.485 | ORANGE IMPROVEMENTS PTNRSP | C/O DLC MANAGEMENT 001-000310 | PO BOX 5122 | | | WHITE PLAINS | NY | 10602 | | Various | 134018 | Rent | | | | No | $27,369.44 |
| 3.486 | OTTAVIANO & TEHRANI LLC | | 838 HIGH RIDGE ROAD | | | STAMFORD | CT | 06905 | | 4/1/2023 | 163438 | Rent | | | | No | $5,973.38 |
| 3.487 | P & A ASSOCIATES LLC | C/O MONARCH RLTY CORP | 106 GRAND AVENUE, STE 475 | | | ENGLEWOOD | NJ | 07631 | | 4/1/2023 | 109315 | Rent | | | | No | $6,540.48 |
| 3.488 | P & N ENTERPRISES, LLC | | PO BOX 888708 | | | LOS ANGELES | CA | 90088-8788 | | Various | 121563 | Rent | | | | No | $21,226.80 |
| 3.489 | PACIFIC CASTLE PORTOLA LLC | | PO BOX 514652 | | | LOS ANGELES | CA | 90074-5652 | | 4/1/2023 | 163443 | Rent | | | | No | $8,509.55 |
| 3.490 | PAGEROUTY INC. | DEPT 3617 | PO BOX 123817 | | | DALLAS | TX | 75312-3817 | | 12/29/2022 | 169594 | IT contracts | | | | No | $14,148.00 |
| 3.491 | PANDADOC, INC | | 3739 BALBOA ST #1083 | | | SAN FRANCISCO | CA | 94121 | | Various | 170233 | IT contracts | | | | No | $50,000.00 |
| 3.492 | PARAMOUNT FASHION AT ATTLEBORO LLC | C/O PARAMOUNT REALTY SERVICE | PO BOX 6296 | | | HICKSVILLE | NY | 11802 | | Various | 162707 | Rent | | | | No | $39,376.90 |
| 3.493 | PARK HILL PLAZA LLC | | PO BOX 1494 | | | NORTHBROOK | IL | 60065 | | 4/1/2023 | 168939 | Rent | | | | No | $4,540.00 |
| 3.494 | PARK PLACE MEMPHIS LLC | C/O LOEB PROPERTIES | 825 VALLEYBROOK DR | | | MEMPHIS | TN | 38120 | | 4/1/2023 | 170370 | Rent | | | | No | $4,268.15 |
| 3.495 | PARK PLACE TECHNOLOGIES, LLC | | PO BOX 78000 DEPT 781156 | | | DETROIT | MI | 48278-1156 | | 3/10/2023 | 166706 | IT contracts | | | | No | $4,369.08 |
| 3.496 | Parkway Plaza Management PR, LLC | | PO BOX 844767 | | | LOS ANGELES | CA | 90084-4767 | | 4/1/2023 | 163941 | Rent | | | | No | $29,254.15 |
| 3.497 | PARRON HALL OFFICE INTERIORS | | 9655 GRANITE RIDGE DRIVE | SUITE 100 | | SAN DIEGO | CA | 92123 | | Various | 162905 | R&M-Premises | | | | No | $39,592.24 |
| 3.498 | PEBBLEPOST, INC. | | 442 5TH AVENUE # 1942 | | | NEW YORK | NY | 10018 | | Various | 170906 | Advertising-non-media | | | | No | $32,917.07 |
| 3.499 | PENFIELD TX OWNER LLC | C/O JADD MANAGEMENT LLC | 415 PARK AVE | | | ROCHESTER | NY | 14607 | | Various | 163306 | Rent | | | | No | $19,577.73 |
| 3.500 | PEAB REALTY CORP. | | 275 ROUTE 22 EAST | | | SPRINGFIELD | NJ | 07081 | | 4/1/2023 | 170950 | Rent | | | | No | $9,573.33 |
| 3.501 | PICKENS, MELODIE | | 2630 OHIO STREET | | | MICHIGAN CITY | IN | 46360 | | 4/6/2023 | 169462 | JENNY Franchisees | | | | No | $171.90 |
| 3.502 | PILARCZYK, SANDRA | | 675 CEDAR BARK DR | | | AURORA | OH | 44202 | | 4/22/2023 | 169889 | Employee Expense Reports | | | | No | $33.92 |
| 3.503 | PINEBROOK PARK COMPLEX | C/O COMMERCIAL PROP. MGMT SVCS | 5050 QUORUM DR STE 700 | | | FT MYERS | FL | 33907 | | Various | 104960 | Rent | | | | No | $16,904.54 |
| 3.504 | PINK PAMPLEMOUSSE LLC | | 6250 COMMONS BLVD STE 500 | | | COLORADO SPRINGS | CO | 80908 | | 4/24/2023 | 170374 | Advertising-non-media | | | | No | $150.00 |
| 3.505 | PIVOTING PRODUCTIONS LLC | | 3231 BEVELIERING HILLCREST | | | LITTLETON | CO | 80126 | | Various | 171022 | Advertising-non-media | | | | No | $4,250.00 |
| 3.506 | PLAZA 7 LEO (ATLANTA) | ATTN: RENEE FORREST | 675 E 2100 SOUTH, STE 100 | | | SALT LAKE CITY | UT | 84106 | | Various | 163897 | Rent | | | | No | $22,793.73 |
| 3.507 | PLAZA FOOD SYSTEMS LLC | | CARR #1 KM 270.BO RIO CANAS | | | CAGUAS | PR | 00725 | | Various | 170687 | Freight Carrier | | | | No | $16,069.55 |
| 3.508 | POR LP | | PO BOX 203832 | | | DALLAS | TX | 75320-3832 | | Various | 168890 | Rent | | | | No | $24,364.47 |
| 3.509 | POSITIVE OUTLOOK INC. | | 975 AIRPORT RD SW | SUITE Q | | HUNTSVILLE | AL | 35802 | | Various | 170096 | Professional Fees | | | | No | $8,425.00 |
| 3.510 | POST BENSON GROUP | % ALBERT PHELPS INC | 9298 1ST VIEW ST, APT A | | | NORFOLK | VA | 23503 | | Various | 109718 | Rent | | | | No | $4,467.55 |
| 3.511 | POSTMA,VICTORIA | | 9258 1ST VIEW ST, APT A | | | NORFOLK | VA | 23503 | | 4/24/2023 | 169297 | Employee Expense Reports | | | | No | $4,484.59 |
| 3.512 | POWAY CITY S.C.,LP | | PO BOX 30344 | | | TAMPA | FL | 33630 | | Various | 164515 | Rent | | | | No | $11,944.71 |
| 3.513 | POWELL, NELLIE | | 845 SERAJ PLACE | | | RENO | NV | 89521 | | 4/17/2023 | 170979 | Employee Expense Reports | | | | No | $99.20 |
| 3.514 | POWER DIGITAL MARKETING | | 2251 SAN DIEGO AVE STE A250 | | | SAN DIEGO | CA | 92110 | | Various | 167616 | Advertising-non-media | | | | No | $61,250.00 |
| 3.515 | POWERS-GROAT ENT. INC | DBA JENNY CRAIG WLC | 74075 EL PASEO STE 01 | | | PALM DESERT | CA | 92260-4118 | | 4/26/2023 | 138283 | JENNY Franchisees | | | | No | $80.00 |
| 3.516 | PRECISELY SOFTWARE INC. | | 1700 DISTRICT AVE STE 300 | | | BURLINGTON | MA | 01803-5231 | | 4/18/2023 | 170718 | IT contracts | | | | No | $2,750.00 |
| 3.517 | PROVEN SOLUTIONS LLC | | 1720 REGAL ROW | | | DALLAS | TX | 75235 | | 3/13/2023 | 146617 | R&M-Equipment | | | | No | $832.00 |
| 3.518 | PRUDENTIAL OVERALL SUPPLY | | 555 W SEQUOIA AVE | | | ORANGE | CA | 92668 | | 4/20/2023 | 106671 | Uniforms | | | | No | $42.47 |
| 3.519 | PRUDENTIAL OVERALL SUPPLY | | 55 WATER ST | | | NEW YORK | NY | 10041 | | 4/20/2023 | 106671 | Insurance | | | | No | $42,959.49 |
| 3.520 | QC OUTPARCEL LLC | | 3275 TOWER RD | | | ORCHARD PARK | NY | 14127 | | Various | 170689 | Rent | | | | No | $1,874.50 |
| 3.521 | QUADIENT LEASING USA, INC. | | DEPT 3682 PO BOX 123682 | | | DALLAS | TX | 75312-3682 | | 3/31/2023 | 170381 | IT contracts | | | | No | $4,943.28 |
| 3.522 | QUAIL HILL CENTER, LLC | C/O THE IRVINE COMPANY LLC | PO BOX 84-2724 | | | LOS ANGELES | CA | 90084-2724 | | 4/1/2023 | 170971 | Rent | | | | No | $48,534.58 |
| 3.523 | QUATTRO BUSINESS SUPPORT SERVICE | | 1850 PARKWAY PLACE SUITE 1100 | | | MARIETTA | GA | 30067 | | Various | 170694 | Professional Fees | | | | No | $8,300.00 |
| 3.524 | RAINSTRETCH BRANDED BY MAGE INC | | 9007-3 OPERATIONS CENTER | 7H FL | | LOS ANGELES | CA | 90189 | | Various | 170689 | Rent | | | | No | $17,860.85 |
| 3.525 | RANDSTAD TECHNOLOGIES L.P. | C/O NEW LINK MANAGEMENT GROUP | 15910 COLLECTIONS CENTER DR | | | CHICAGO | IL | 60693 | | Various | 163677 | IT contracts | | | | No | $134,563.60 |
| 3.526 | RCC PRESENTS | C/O NEW WAVE ENTERTAINMENT | PO BOX 17710 | | | CLEARWATER | FL | 33762 | | Various | 170380 | Advertising-non-media | | | | No | $56,250.00 |
| 3.527 | RDS HOLDINGS LLC | DBA NATIONAL CONTRACTS SERVICES | 14000 COMMERCE PARKWAY STE D | | | LOUISVILLE | KY | 40220 | | Various | 170380 | R&M-Equipment | | | | No | $32,180.00 |
| 3.528 | READY REFRESH BY NESTLE | | PO BOX 856158 | | | LOUISVILLE | KY | 40285-6158 | | Various | 170037 | R&M-Equipment | | | | No | $328.19 |
| 3.529 | RED RIVER HEALTH & NUTRITION | RED RIVER HEALTH & NUTRITION | 1650 45TH ST S SUITE 111 | | | FARGO | ND | 58104 | | Various | 166728 | JENNY Franchisees | | | | No | $87.50 |
| 3.530 | RENE VAN | | 2465 AGATE LANE | | | LOS ANGELES | CA | 90077 | | Various | 170909 | Litigation | | | | No | Undetermined |
| 3.531 | REGENCY CENTERS L.P. | C/O EQUIMAX BUILDING BLVD 400 | 3415 SESPUYES VALUED | PO BOX 740462 | | ATLANTA | GA | 30374 | | Various | 163391 | Rent | | | | No | $29,353.99 |
| 3.532 | REGENCY CENTERS #046 | PMC C/O REGENCY | PO BOX 536852 | | | ATLANTA | GA | 30374 | | Various | 164046 | Rent | | | | No | $22,461.44 |
| 3.533 | REPUBLIC SERVICES #047 | | PO BOX 9001099 | | | LOUISVILLE | KY | 40290-1099 | | Various | 132406 | Rubbish | | | | No | $148.04 |
| 3.534 | REPUBLIC SERVICES #729 | | PO BOX 99917 | | | CHICAGO | IL | 60696-7917 | | Various | 104931 | Rubbish | | | | No | $95.09 |
| 3.535 | REPUBLIC SERVICES #729 | | PO BOX 99917 | | | CHICAGO | IL | 60696-7917 | | Various | 165603 | Rubbish | | | | No | $155.27 |
| 3.536 | REQUEST FOODS | | PO BOX 2577 | | | HOLLAND | MI | 49422 | | 2/14/2023 | 164330 | Inventory-Food | | | | No | $52,120.00 |
| 3.537 | REYES, THERESA | | 2565 E. RIVERSIDE AVE | | | ROSEMEAD | MN | 55068 | | 4/11/2023 | 170968 | Employee Expense Reports | | | | No | $62.50 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.538 | RHEES NORTH WALES LP | C/O Archer Tax & Financial Group | 252 N RADNOR CHESTER ROAD | | | St Davids | PA | 19087 | | Various | 136595 | Rent | | | | No | $17,724.95 |
| 3.539 | RHINO HOLDINGS BLUE OAKS, LLC | | 3005 DOUGLAS BOULEVARD, SUITE 200 | | | ROSEVILLE | CA | 95661 | | 4/1/2023 | 170762 | Rent | | | | No | $6,041.07 |
| 3.540 | RIDGE SQUARE NORTH LLP | | 13033 RIDGEDALE DRIVE, #269 | | | MINNETONKA | MN | 55305 | | Various | 107063 | Rent | | | | No | $26,996.90 |
| 3.541 | RIDGEPORT LIMITED PARTNERSHIP | C/O CONTINENTAL REALTY CORP | 1427 CLARKVIEW RD,#500 | | | BALTIMORE | MD | 21209 | | Various | 146169 | Rent | | | | No | $39,022.46 |
| 3.542 | RIO SEO | PRESS GANEY ASSOCIATES LLC | 1173 IGNITION DRIVE | | | SOUTH BEND | IN | 46601 | | Various | 170841 | Advertising-non-media | | | | No | $12,500.00 |
| 3.543 | RIVERSIDE, CITY OF | | 8095 LINCOLN AVE | | | RIVERSIDE | CA | 92504 | | Various | 134596 | Rent | | | | No | $19,827.50 |
| 3.544 | RIVERVIEW ASSOCIATES LTD | | 3300 COBB PARKWAY SE #120 | | | ATLANTA | GA | 30339 | | 4/1/2023 | 166817 | Rent | | | | No | $8,762.42 |
| 3.545 | ROBBIE YOUNG | | 4033 WILMINGTON | | | SOUTH EUCLID | OH | 44124 | | 4/21/2023 | 170819 | Employee Expense Reports | | | | No | $34.63 |
| 3.546 | ROBIN SHERMAN VS JC USA, INC. | | ATTN: JAMES HAWKINS & SAMANTHA SMITH | 9880 RESEARCH DR, SUITE 200 | | IRVINE | CA | 92618 | | | Litigation | | x | x | x | No | Undetermined |
| 3.547 | ROCKVILLE PIKE JOINT VENTURE LIMITED | C/O FORDHAM DEVELOPMENT CO | 7910 WOODMONT AVE#1060 | | | BETHESDA | MD | 20814 | | Various | 105069 | Rent | | | | No | $22,416.91 |
| 3.548 | Rodriguez, Ofelia | | S Buchanan Circle | | | Newark | DE | 19702 | | 4/26/2023 | 130886 | Employee Expense Reports | | | | No | $79.90 |
| 3.549 | ROF IV OTCC, LLC | C/O REGENT PROPERTY MNGMT SERVICES | PO BOX 92339 | | | LAS VEGAS | NV | 89193-2339 | | Various | 166562 | Rent | | | | No | $152,961.22 |
| 3.550 | ROIC BOUQUET CENTER, LLC | | MS 631099 | PO BOX 3953 | | SEATTLE | WA | 98124-3953 | | 4/1/2023 | 166911 | Rent | | | | No | $10,223.95 |
| 3.551 | Romano, Joanne | | 2418 STONYBROOK DR | | | Wellington | FL | 33414 | | 4/24/2023 | 137434 | Employee Expense Reports | | | | No | $80.23 |
| 3.552 | ROMARC TRUST | c/o US BANK | 1153 FAIR OAKS AVE | | | SOUTH PASADENA | CA | 91030 | | Various | 152209 | Rent | | | | No | $23,327.62 |
| 3.553 | ROMAX PROPERTIES LLC | | 10213 E BUCKEYE LANE | | | SPOKANE VALLEY | WA | 99206 | | Various | 168620 | Rent | | | | No | $19,671.37 |
| 3.554 | ROSEDALE COMMONS LP | c/o US BANK | PO BOX 809207 | | | Chicago | IL | 60680-9201 | | 4/1/2023 | 136587 | Rent | | | | No | $7,525.64 |
| 3.555 | ROYAL CARTING SERVICE | | DRAWER 1209 | | | HOPEWELL JUNCTN | NY | 12533 | | 3/31/2023 | 104288 | Rubbish | | | | No | $274.78 |
| 3.556 | RPAI US MANAGEMENT LLC | | 13068 COLLECTIONS CENTER DR | BLDG 36028, LEASE 4687 | | CHICAGO | IL | 60693 | | Various | 162495 | Rent | | | | No | $28,599.16 |
| 3.557 | RPT PROVIDENCE SQUARE LLC | | PO BOX 209266 | | | AUSTIN | TX | 78720-9266 | | 4/1/2023 | 169494 | Rent | | | | No | $4,064.43 |
| 3.558 | RPT REALTY LP | RLV HUNTER'S SQUARE LP | PO BOX 350018 | | | BOSTON | MA | 02241-0518 | | 4/1/2023 | 163281 | Rent | | | | No | $7,878.70 |
| 3.559 | RPT Realty, L.P. | | OLENTANGY PLAZA | PO BOX 350018 | | BOSTON | MA | 02241-0518 | | Various | 166246 | Rent | | | | No | $11,261.94 |
| 3.560 | RREEF AMERICA REIT II CORP BBB | | PO BOX 209266 | | | AUSTIN | TX | 78720-9266 | | 12/1/2022 | 136413 | Rent | | | | No | $17,088.18 |
| 3.561 | RREEF AMERICA REIT II PORTFOLIO, LP | | PO BOX 209237 | | | AUSTIN | TX | 78720-9237 | | 4/1/2023 | 151752 | Rent | | | | No | $7,668.97 |
| 3.562 | RUDY COMMERCIAL PROPERTIES LLC | | 2633 EAST INDIAN SCHOOL RD | SUITE 160 | | PHOENIX | AZ | 85014 | | Various | 168338 | Rent | | | | No | $19,965.01 |
| 3.563 | RUDY LANDRY | | 9564 GLACIER LANE NORTH | | | MAPLE GROVE | MN | 55369 | | Various | 165746 | Advertising-non-media | | | | No | $4,275.00 |
| 3.564 | RWS FACILITY SERVICES | DEPT # 40299 | PO BOX 740209 | | | ATLANTA | GA | 30374-0209 | | Various | 169921 | Rubbish | | | | No | $686.07 |
| 3.565 | RYAN LLC | | THREE GALLERIA TOWER | 13155 NOEL ROAD, SUITE 100 | | DALLAS | TX | 75240-5090 | | 3/30/2023 | 170988 | Professional Fees | | | | No | $15,067.50 |
| 3.566 | S.T. AT RT. 10, INC | c/o David Tammaro | 46 Batteridge Rd | | | MORRIS PLAINS | NJ | 07950 | | Various | 163195 | Rent | | | | No | $30,194.15 |
| 3.567 | SAFECO ALARM SYSTEMS | | 642 BROADWAY | PO BOX 1849 | | KINGSTON | NY | 12402 | | 3/27/2023 | 168169 | Other | | | | No | $318.97 |
| 3.568 | SALESFORCE.COM,INC | | PO BOX 203141 | | | DALLAS | TX | 75320-3141 | | Various | 137774 | IT contracts | | | | No | $1,735,499.34 |
| 3.569 | SAN BRUNO TOWNE CENTER VS JC USA, INC. | | [ADDRESS UNKNOWN] | | | | | | | | | Litigation | | x | x | No | Undetermined |
| 3.570 | SANTA MONICA,CITY OF | PARKING OPERATIONS | 1685 Main Street | | | SANTA MONICA | CA | 90401 | | Various | 145084 | Rent | | x | x | No | $1,320.00 |
| 3.571 | SAPIENT CORPORATION | | 40 WATER ST | | | BOSTON | MA | 02109 | | Various | 170742 | IT contracts | | | | No | $2,469,602.46 |
| 3.572 | SARAH FRAZIER | | 212 S NEW BALLAS | | | ST LOUIS | MO | 63141 | | 4/28/2023 | 167935 | Employee Expense Reports | | | | No | $127.40 |
| 3.573 | SARATOGA SQUARE | | 5855 IVANHOE AVENUE, SUITE 333 | | | LA JOLLA | CA | 92037 | | Various | 169499 | Rent | | | | No | $39,005.68 |
| 3.574 | SCHERER, CAROLYN | | 10256 BERKSHIRE RD | | | BLOOMINGTON | MN | 55437 | | 4/13/2023 | 142217 | Employee Expense Reports | | | | No | $75.98 |
| 3.575 | SCOTTSDALE LP | C/O A&R MANAGEMENT | 3175 COMMERCIAL AVE | | | NORTHBROOK | IL | 60062 | | Various | 107607 | Rent | | | | No | $20,217.59 |
| 3.576 | SEA ISLAND RETAIL PARTNERS,LTD. | | 10010 SAN PEDRO, STE 650 | | | SAN ANTONIO | TX | 78216 | | Various | 149137 | Rent | | | | No | $9,462.13 |
| 3.577 | SECURITAS SECURITY SERV USA INC | | FILE 57220 | | | LOS ANGELES | CA | 90074-7220 | | 3/31/2023 | 142447 | R&M-Premises | | | | No | $4,776.40 |
| 3.578 | SEGAR, DEBRA | | 4208 TARA CIR | | | UPPER CHICHESTER | PA | 19061 | | 4/19/2023 | 171005 | Employee Expense Reports | | | | No | $107.42 |
| 3.579 | SELBE, DEBRA | | 11704 WALSH CT | | | FREDERICKSBURG | VA | 22408 | | Various | 160294 | Employee Expense Reports | | | | No | $94.18 |
| 3.580 | SELF INSURANCE LIABILITY | | | | | | | | | Various | | Self Insurance Liability | | | x | | Undetermined |
| 3.581 | SETTER PARTNERS, LLC | ATTN: GUY TUVIA | 244 West 39th St, 4th Flr | | | NEW YORK | NY | 10018 | | Various | 166058 | Rent | | | | No | $33,787.93 |
| 3.582 | SHAKER LOUDON ASSOCIATES | | PO Box #823201 | | | PHILADELPHIA | PA | 19182-3201 | | Various | 164145 | Rent | | | | No | $19,523.49 |
| 3.583 | SHELBY COUNTY BUSINESS REVENUE OFFICE | | PO BOX 800 | | | COLUMBIANA | AL | 35051 | | 4/19/2023 | 152680 | Taxes and Licenses | | | | No | $164.50 |
| 3.584 | SHI INTERNATIONAL | | PO BOX 952121 | | | DALLAS | TX | 75395-2121 | | Various | 167584 | IT contracts | | | | No | $57,261.23 |
| 3.585 | SHIPLEY VENTURES PRIVATE LIMITED | | A 905 SHIPRA NEO VAIBHAV KHAND INDI | | | GHAZIABAD | UP | 201010 | | Various | 170424 | IT contracts | | | | No | $6,356.00 |
| 3.586 | SIERRACONSTELLATION PARTNERS LLC | | 355 S GRAND AVE, SUITE 1450 | | | LOS ANGELES | CA | 90071 | | 4/27/2023 | 170934 | Professional Fees | | | | No | $66,454.20 |
| 3.587 | SIG MECHANICAL SVCS LTD | | 518 ESNA PARK DRIVE | | | MARKHAM | ON | L3R 1C9 | | 2/28/2023 | 131623 | R&M-Equipment | | | | No | $1,092.83 |
| 3.588 | SILVER SPUR SHOPPING CENTER,LLC | | 9229 Sunset Blvd, Ste 618 | | | West Hollywood | CA | 90069 | | Various | 142466 | Rent | | | | No | $27,711.76 |
| 3.589 | SIMSBURY COMMONS LLC | C/O LINCOLN PROPERTY COMPANY | 75 HOLLY HILL LANE, STE303 | | | GREENWICH | CT | 06830 | | Various | 170821 | Rent | | | | No | $45,304.87 |
| 3.590 | SK FOOD GROUP | | 4600 37TH AVE SW | | | SEATTLE | WA | 98126 | | 8/10/2022 | 166381 | Inventory-Food | | | | No | $10,835.50 |
| 3.591 | SLALOM, LLC | | 821 2ND AVENUE | SUITE 1900 | | SEATTLE | WA | 98104 | | Various | 170696 | IT contracts | | | | No | $213,240.00 |
| 3.592 | SMITH, TRACI | | 930 BENSE DR | | | ARLINGTON | TX | 76013 | | Various | 170048 | Employee Expense Reports | | | | No | $139.53 |
| 3.593 | SNAK KING | | PO BOX 748200 | | | LOS ANGELES | CA | 90074-8200 | | Various | 128426 | Inventory-Food | | | | No | $7,650.68 |
| 3.594 | SOBELLA, LLC | | 373 HOLDER ROAD | | | CLEVER | MO | 65631 | | Various | 166469 | JENNY Franchisees | | | | No | $783.53 |
| 3.595 | SOCIALDEVIANT, LLC | | 1143 RUNDELL PLACE | SUITE 201 | | CHICAGO | IL | 60607 | | Various | 170853 | Advertising-non-media | | | | No | $270,327.28 |
| 3.596 | SOIX REALTY INC | | 212-07 33RD ROAD | | | BAYSIDE | NY | 11361 | | Various | 170751 | Rent | | | | No | $16,859.60 |
| 3.597 | SOLARWINDS.NET | | PO BOX 730720 | | | DALLAS | TX | 75373-0720 | | 12/22/2022 | 144341 | IT contracts | | | | No | $1,214.00 |
| 3.598 | SOMERSET SHOPPES FLA LLC | | 420 LEXINGTON AVENUE, SUITE 1639 | | | NEW YORK | NY | 10170 | | 4/1/2023 | 132370 | Rent | | | | No | $12,938.55 |
| 3.599 | SONIA SERRATO VS JENNY CRAIG, INC. | | [ADDRESS UNKNOWN] | | | | | | | | | Litigation | | x | x | x | No | Undetermined |
| 3.600 | SORBARO COMPANY | C/O THOMAS R. HEASLIP, JR. | PO BOX 752 | | | HARRISON | NY | 10528 | | Various | 122574 | Rent | | | | No | $9,500.00 |
| 3.601 | Sotomayor, Lizzette | | 17304 Madison Green Dr | | | Tampa | FL | 33647 | | Various | 145834 | Employee Expense Reports | | | | No | $49.21 |
| 3.602 | Southbridge 2009 I, LLC | C/O HJ Development | 2655 Cheshire Lane North | | | Plymouth | MN | 55447 | | Various | 168656 | Rent | | | | No | $24,085.83 |
| 3.603 | SOUTHEAST JENNY CRAIG INC | DBA Jenny Craig HFLC | 10360 San Jose Blvd #68 | | | Jacksonville | FL | 32257 | | Various | 101590 | JENNY Franchisees | | | | No | $3,028.40 |
| 3.604 | SOVOS COMPLIANCE, LLC | | 200 BALLARDVALE STREET | | | WILMINGTON | MA | 01887 | | Various | 170428 | Professional Fees | | | | No | $5,924.62 |
| 3.605 | SP 35 L P | c/o National Realty & Development Corp | Attn: Property Operations | 225 Liberty Street, 31st floor | | New York | NY | 10281-1058 | | Various | 105029 | Rent | | | | No | $30,879.68 |
| 3.606 | SPEED PRO IMAGING | | PO BOX 860579 | | | SAN DIEGO | CA | 92186 | | 3/21/2023 | 164011 | R&M-Equipment | | | | No | $226.15 |
| 3.607 | SPEED PRO IMAGING | | 6384 RIVERDALE | | | SAN DIEGO | CA | 92120 | | 3/21/2023 | 164011 | R&M-Equipment | | | | No | $1,691.70 |
| 3.608 | SPG COON RAPIDS, LLC | C/O MID-AMERICA REAL ESTATE-MN LLC | 5353 WAYZATA BLVD, SUITE 650 | | | MINNEAPOLIS | MN | 55416 | | Various | 170550 | Rent | | | | No | $32,135.50 |
| 3.609 | SPLUNK, INC. | | 270 BRANNAN STREET | | | SAN FRANCISCO | CA | 94107 | | 4/4/2023 | 170822 | IT contracts | | | | No | $6,182.57 |
| 3.610 | SPRINGBEE LLC | C/O KADEN MANAGEMENT CO. | PO BOX 1001 | | | PROSPECT | KY | 40059 | | Various | 169631 | Rent | | | | No | $13,393.33 |
| 3.611 | SPRINGS MOUNTAIN WATER | | 4120 N NEVADA AVE | | | COLORADO SPRINGS | CO | 80907 | | Various | 167717 | R&M-Equipment | | | | No | $40.85 |
| 3.612 | SRS BROADWAY ASSOCIATES | | 101 YGNACIO VLY RD #303 | | | WALNUT CREEK | CA | 94596 | | 4/1/2023 | 104791 | Rent | | | | No | $18,542.55 |
| 3.613 | STAPLES - CHASE VISA | | 500 STAPLES DR | | | FRAMINGHAM | MA | 01702 | | Various | 170644 | P-Card | | | | No | $11,545.56 |
| 3.614 | STATE OF ARIZONA | DEPARTMENT OF FINANCE AND ADM | PO BOX 6123 | | | TUCSON | AZ | 85703 | | 4/19/2023 | 107413 | Taxes and Licenses | | | | No | $716.00 |
| 3.615 | STATE OF ARKANSAS | | PO BOX 8093 | | | LITTLE ROCK | AR | 72203 | | 4/19/2023 | 107413 | Taxes and Licenses | | | | No | $716.00 |
| 3.616 | STONE MANSKY VILLAGE I (EDENS), LLC | | PO BOX 536856 | | | ATLANTA | GA | 30353-6856 | | Various | 170861 | Rent | | | | No | $43,398.10 |
| 3.617 | SUN BASKET, INC | | 5215 HELLYER AVE | SUITE 250 | | SAN JOSE | CA | 95138 | | Various | 170919 | Inventory-Food | | | | No | $454,840.85 |
| 3.618 | SUNBELT RENTALS | | PO BOX 409211 | | | ATLANTA | GA | 30384-9211 | | 3/3/2023 | 146963 | R&M-HVAC | | | | No | $3,782.17 |
| 3.619 | SUNSET HILLS OWNER LLC | C/O SANSONE GROUP | 120 S CENTRAL AVE, SUITE 500 | | | ST LOUIS | MO | 63105 | | Various | 170852 | Rent | | | | No | $35,593.28 |
| 3.620 | SUNSET PLAZA SHOPPING CTR LLC | C/O CHOSID MANAGEMENT | 89 EAST LONG LAKE RD | | | TROY | MI | 48085 | | Various | 105223 | Rent | | | | No | $26,829.64 |
| 3.621 | Suzanne DeRosa | | 2283 HOLLY MANOR DR | | | TROY | MI | 48098 | | 4/26/2023 | 170827 | Employee Expense Reports | | | | No | $200.43 |
| 3.622 | SWEENEY,JOANN | | 19224 WELLHAVEN ST | | | CANYON COUNTRY | CA | 91351 | | 4/27/2023 | 169034 | Employee Expense Reports | | | | No | $34.99 |
| 3.623 | SWGMT ASSOCIATES | | 2629 MANHATTAN AVE | | | HERMOSA BEACH | CA | 90254 | | 4/1/2023 | 170857 | Rent | | | | No | $6,648.15 |
| 3.624 | SYLVAN PINNACLE GARAGE CORP | | 112-41 QUEENS BLVD #202 | | | FOREST HILLS | NY | 11375 | | Various | 170829 | Rent | | | | No | $14,775.00 |
| 3.625 | T WESTWIND CROSSINGS II, LLC | | PO BOX 209277 | | | AUSTIN | TX | 78720 | | 4/1/2023 | 169585 | Rent | | | | No | $21,254.18 |
| 3.626 | TALX | | 4076 PAYSHERE CIRCLE | | | CHICAGO | IL | 60674 | | Various | 136424 | Consulting Fees | | | | No | $14,023.79 |
| 3.627 | TAMMY RIFKIN | | 1825 INCE ST, UNIT 1 | | | VIRGINIA BEACH | VA | 23464 | | 4/18/2023 | 170830 | Employee Expense Reports | | | | No | $264.60 |
| 3.628 | TANGOE | | 35 EXECUTIVE BLVD | | | ORANGE | CT | 06477 | | Various | 159855 | IT contracts | | | | No | $17,666.51 |
| 3.629 | TANGOE LLC | | 169 LACKAWANNA AVE | SUITE 2B | | PARSIPPANY | NJ | 07054 | | 12/31/2022 | 170832 | IT contracts | | | | No | $95.06 |
| 3.630 | TANURB BURNHVILLE ASSOCIATES | c/o US BANK | PO BOX 809397 | | | Chicago | IL | 60680-9397 | | 4/1/2023 | 168648 | Rent | | | | No | $6,725.14 |
| 3.631 | TAX MITCHELL-SPENCER & JC USA, INC. | | [ADDRESS UNKNOWN] | | | | | | | | | Litigation | | x | x | No | Undetermined |
| 3.632 | TARGET.COM | | 9475 CHESAPEAKE DR | | | SAN DIEGO | CA | 92123 | | Various | 143715 | Franchise Fees | | | | No | $1,089,982.15 |
| 3.633 | TAYLOR SQUARE OWNER LLC | C/O CASTRO | 250 HUDSON STREET, 7TH FLOOR | | | NEW YORK | NY | 10013 | | Various | 163104 | Consulting Fees | | | | No | $14,899.95 |
| 3.634 | TD INDUSTRIES, INC. | | PO BOX 300008 | | | DALLAS | TX | 75303-0008 | | Various | 170741 | R&M-HVAC | | | | No | $1,119.31 |
| 3.635 | TDI, COMMUNICATIONS, LLC | | PO BOX 1575 #177 | | | MINNEAPOLIS | MN | 55480 | | Various | 165742 | Other | | | | No | $4,008.90 |
| 3.636 | TEAMVIEWER GMBH | | 5741 RIO VISTA DRIVE | | | CLEARWATER | FL | 33760 | | Various | 170740 | IT contracts | | | | No | $3,500.00 |
| 3.637 | TERMINAL 4 MANAGEMENT | c/o TMS MANAGEMENT | 360 West 31ST STREET | | | NEW YORK | NY | 10001 | | Various | 170833 | Rent | | | | No | $15,448.00 |
| 3.638 | TERMINIX INT'L | | PO BOX 1003, DEPT 916 | | | MEMPHIS | TN | 38148 | | Various | 107494 | R&M-Premises | | | | No | $6,299.25 |
| 3.639 | TERNO REALTY COMPANY | C/O TERNO REALTY CO | 2820 CAMINO DEL RIO S #300 | SUITE 111 | | SAN DIEGO | CA | 92108 | | 4/1/2023 | 146542 | Rent | | | | No | $10,146.73 |
| 3.640 | TERRA NOVA GROUP | C/O NEWMARK MERRILL COMPANIES | 24025 PARK SORRENTO, SUITE 300 | | | CALABASAS | CA | 91302 | | Various | 170819 | Rent | | | | No | $14,123.33 |
| 3.641 | TERWILLIGER PARK | Holly Godinez | 3901 N 2300 E | | | LAYTON | UT | 84040 | | Various | 170834 | Rent | | | | No | $13,788.66 |
| 3.642 | TEXAS DEPT CONSUMER PROTECTION | | PO BOX 12548 | | | AUSTIN | TX | 78711 | | 4/19/2023 | 107413 | Taxes and Licenses | | | | No | $716.00 |
| 3.643 | THE AMES COMPANY | | 3901 NW Stop Road | | | MCALLEN | TX | 78504 | | Various | 170835 | R&M-Premises | | | | No | $1,468.45 |
| 3.644 | THE COMMONS RENO LLC | | PO BOX 10030 | | | RENO | NV | 89510 | | 4/1/2023 | 170738 | Rent | | | | No | $9,285.78 |
| 3.645 | THE CUMMINGS PROPERTIES | | 200 WEST CUMMINGS PARK | | | WOBURN | MA | 01801 | | Various | 168663 | Rent | | | | No | $11,951.40 |
| 3.646 | THRIVE FROZEN NUTRITION, INC | | 200 QUEENS WAY ST | STE B | | SEARCY | AR | 72143 | | Various | 170229 | Inventory-Food | | | | No | $23,258.50 |
| 3.647 | TI ACQUISITION LLC | | 3801 WILSHIRE BLVD | | | LOS ANGELES | CA | 90010 | | Various | 170229 | Rent | | | | No | $9,150.00 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3,647 | TIFFANY AND COMPANY | | PO Box 734451 | | | | DALLAS | TX | 75373-4451 | | Various | 103341 | Travel-Concur | | | | No | $6,585.52 |
| 3,648 | TIK TOK INC. | | 5800 BRISTOL PKWY, SUITE 100 | | | | CULVER CITY | CA | 90230 | | Various | 170956 | Advertising-Media | | | | No | $105,108.36 |
| 3,649 | TIM'S SPA SERVICE | | 10865 OBSIDIAN CT | | | | FOUNTAIN VALLEY | CA | 92708 | | 12/1/2022 | 167524 | R&M-Premises | | | | No | $2,529.51 |
| 3,650 | TINUITI INC. | | 121 S13TH STREET, 3RD FLOOR | | | | PHILADELPHIA | PA | 19107 | | Various | 170901 | Advertising-non-media | | | | No | $47,560.00 |
| 3,651 | TITAN TECHNOLOGY | | 400 N ASHLEY DR STE 1900 | | | | TAMPA | FL | 33602 | | Various | 170029 | IT contracts | | | | No | $17,140.00 |
| 3,652 | TMD SOUTHGLEN II, LLC | | 1707 N WATERFRONT PKWY | | | | WICHITA | KS | 67206 | | Various | 166271 | Rent | | | | No | $7,480.90 |
| 3,653 | TOP LOCK LOCKSMITHS & SECURITY INC | | 11 SHEER PLAZA | | | | PLAINVIEW | NY | 11803 | | Various | 167785 | R&M-Premises | | | | No | $2,011.12 |
| 3,654 | TOWN OF SMITHTOWN | SOLID WASTE DISPOSAL CAPACITY | PO BOX 2532 | | | | HICKSVILLE | NY | 11802-2532 | | Various | 104355 | Rubbish | | | | No | $655.10 |
| 3,655 | TOWNE POINTE ASSOC,LLC | c/o EDGEWOOD PROPERTIES | ATTN: ANDREA | 1260 STELTON ROAD | | | PISCATAWAY | NJ | 08854 | | Various | 105024 | Rent | | | | No | $20,947.64 |
| 3,656 | TRACE3, LLC | | 7505 IRVINE CENTER DR #100 | | | | IRVINE | CA | 92618 | | 1/3/2023 | 132936 | IT contracts | | | | No | $24,531.30 |
| 3,657 | Tracy, Mary | | 321 AMBER LANE | | | | NEVADA | TX | 75173 | | 4/24/2023 | 144653 | Employee Expense Reports | | | | No | $163.75 |
| 3,658 | TRANSPERFECT INC | | 1250 Broadway, 32nd Floor | | | | NEW YORK | NY | 10001 | | 3/24/2023 | 163770 | Advertising-non-media | | | | No | $312.50 |
| 3,659 | TRAVELERS | C/O BANK OF AMERICA | 91287 COLLECTIONS CENTER DR | | | | CHICAGO | IL | 60693-1287 | | Various | 165499 | Insurance | | | | No | $45,492.00 |
| 3,660 | TRAVIS COUNTY TAX OFFICE | | 2433 RIDGEPOINT DR | | | | AUSTIN | TX | 78754-5231 | | Various | 153760 | Taxes and Licenses | | | | No | $1,503.40 |
| 3,661 | TREA WESTON,LLC | | PO BOX 743662 | | | | ATLANTA | GA | 30374-3662 | | Various | 144164 | Rent | | | | No | $56,526.93 |
| 3,662 | TRIDEN GROUP CORP | | 7220 TRADE ST SUITE 255 | | | | SAN DIEGO | CA | 92121 | | Various | 168429 | IT contracts | | | | No | $163,429.56 |
| 3,663 | TRINTECH | | PO BOX 205367 | | | | DALLAS | TX | 75320-5367 | | Various | 129508 | IT contracts | | | | No | $956.35 |
| 3,664 | TRIVISTA INC. | | 116 MARKET PLACE | | | | ESCONDIDO | CA | 92029 | | 2/28/2023 | 152121 | R&M-Premises | | | | No | $565.95 |
| 3,665 | TSCA -224 LIMITED PARTNERSHIP | C/O QUINE & ASSOC INC | PO BOX 833009 | | | | RICHARDSON | TX | 75083-3009 | | Various | 163927 | Rent | | | | No | $9,372.00 |
| 3,666 | TUSTIN PLAZA CTR LP | C/O AMERICA WEST PROPERTIES, INC. | 2254 ASPAN, ST, SUITE H | | | | LAKE FOREST | CA | 92630 | | Various | 121390 | Rent | | | | No | $37,661.60 |
| 3,667 | TW ASSOCIATES LLC | C/O BIANCO PROPERTIES | PO BOX 411273 | | | | CREVE COEUR | MO | 63141 | | 4/1/2023 | 169496 | Rent | | | | No | $8,742.30 |
| 3,668 | TW LRW HOLDINGS,LLC | | 1900 AVENUE OF THE STARTS, SUITE 1600 | | | | LOS ANGELES | CA | 90067 | | 12/7/2022 | 170898 | Advertising-non-media | | | | No | $65,000.00 |
| 3,669 | TWIN CITY REALTY LLC | | 975 MERRIAM AVE, SUITE 213 | | | | LEOMINSTER | MA | 01453 | | Various | 167019 | Rent | | | | No | $13,008.45 |
| 3,670 | TWIN PEAKS HOLDING LLC | | 600 N PLANKINTON AVE, SUITE 301 | | | | MILWAUKEE | WI | 53203 | | Various | 170511 | Rent | | | | No | $14,125.37 |
| 3,671 | UG2 SOLON OH,LP | | 1000 FOURTH STREET, SUITE # 290 | | | | SAN RAFAEL | CA | 94901 | | Various | 170536 | Rent | | | | No | $22,422.37 |
| 3,672 | ULTIMATE SOFTWARE GROUP INC. | | PO BOX 930953 | | | | ATLANTA | GA | 31193-0953 | | Various | 165017 | Consulting Fees | | | | No | $17,723.01 |
| 3,673 | UNIQUE SANITATION CO | | 35 DALE STREET | | | | WEST BABYLON | NY | 11704-1117 | | Various | 104267 | Rubbish | | | | No | $872.26 |
| 3,674 | UNIVERSITY TOWN CENTER 1640, LLC | ATTN:ACCT 116400-019433 | PO BOX 62045 | | | | NEWARK | NJ | 07101 | | 4/1/2023 | 168202 | Rent | | | | No | $4,156.29 |
| 3,675 | UNLIMITED RETAIL SERVICES,INC | | 555 BROAD HOLLOW RD STE 202 | | | | MELVILLE | NY | 11747 | | Various | 164073 | R&M-Premises | | | | No | $170,338.74 |
| 3,676 | US FOOD SERVICE, INC. | | PO BOX 100131 | | | | PASADENA | CA | 91189-0131 | | Various | 152877 | Inventory-Food | | | | No | $824.83 |
| 3,677 | USA HAULING & RECYCLING | | PO BOX 808 | | | | EAST WINDSOR | CT | 06088 | | Various | 104249 | Rubbish | | | | No | $892.58 |
| 3,678 | USRP WILLOW EAST, LLC | | 3055 SOLUTIONS CENTER | | | | CHICAGO | IL | 60677-3000 | | Various | 170704 | Rent | | | | No | $25,517.75 |
| 3,679 | VALENTI NEW ROCHELLE CORP | | 111 SOUTH RIDGE ST STE100 | | | | RYE BROOK | NY | 10573 | | Various | 151888 | Rent | | | | No | $28,473.14 |
| 3,680 | VALERIE BARLOWE | | 3584 DELL CT | | | | WARRENTON | VA | 20187 | | 4/27/2023 | 170601 | Employee Expense Reports | | | | No | $345.84 |
| 3,681 | VALINTRY | | 5115 MARYLAND WAY | SUITE 212 | | | BRENTWOOD | TN | 37027 | | Various | 170438 | IT contracts | | | | No | $49,750.00 |
| 3,682 | VENMINDER | | 400 RING RD #131 | | | | ELIZABETHTOWN | KY | 42701 | | 1/3/2023 | 170923 | IT contracts | | | | No | $5,000.00 |
| 3,683 | VERNCO 156, LLC | | 70 WASHINGTON ST, STE 310 | | | | SALEM | MA | 01972 | | Various | 155864 | Rent | | | | No | $25,192.80 |
| 3,684 | VESTAR LTV LLC | RE: LEASE ID 01147150003 | PO BOX 30412 | | | | TAMPA | FL | 33630 | | 4/1/2023 | 170844 | Rent | | | | No | $5,818.09 |
| 3,685 | VILLAGE GREEN ASSOC, LLC | | 152 Liberty Corner Rd, Suite 203 | | | | Warren | NJ | 07059-6794 | | Various | 122468 | Rent | | | | No | $16,412.10 |
| 3,686 | VISION SERVICE PLAN | | 3333 QUALITY DR | | | | RANCHO CORDOVA | CA | 95670 | | 4/30/2023 | 135946 | Insurance | | | | No | $4,771.14 |
| 3,687 | VitaCore,Inc | DBA Jenny Craig WLC | 200 N 66TH ST STE 206 | | | | Lincoln | NE | 68505 | | Various | 170929 | JENNY Franchisees | | | | No | $5,892.25 |
| 3,688 | WAKE COUNTY REVENUE DEPT | | PO BOX 580084 | | | | CHARLOTTE | NC | 28258 | | 1/3/2023 | 105433 | Taxes and Licenses | | | | No | $2.02 |
| 3,689 | WALD AND FISHER MGT | | 3311 RICHMOND RD, STE 200 | | | | BEACHWOOD | OH | 44122-4160 | | Various | 104727 | Rent | | | | No | $18,134.65 |
| 3,690 | WALDORF SHOPPERS WORLD | C/O RICHARD H RUBIN MGT CO | 6001 MONTROSE RD STE 700 | | | | ROCKVILLE | MD | 20852 | | Various | 107095 | Rent | | | | No | $4,282.07 |
| 3,691 | WALGREEN CO. | Re: Jenny Craig | PO BOX 5111 | | | | WHITE PLAINS | NY | 10602-5111 | | Various | 169654 | Rent | | | | No | $1,116,500.00 |
| 3,692 | WALGREENS | | PO BOX 5111 | | | | WHITE PLAINS | NY | 10602-5111 | | | | Litigation | x | x | x | No | Undetermined |
| 3,693 | WARN ACT LIABILITIES | | | | | | | | | | Various | | Warn Act Liabilities | x | x | x | No | Undetermined |
| 3,694 | WASHINGTON POINT LENNANE 04 LLC | | 12411 VENTURA BLVD | | | | STUDIO CITY | CA | 91604 | | 4/1/2023 | 167801 | Rent | | | | No | $4,018.50 |
| 3,695 | WASHINGTON POINT LENNANE 04, LLC, A COLORADO LIMITED LIABILITY COMPANY VS. JC USA, INC. | WASHINGTON POINT LENNANE 04, LLC | C/O MOYE WHITE LLP; ATTN: DAVID A. LAIRD AND ERIN L. SCOTT | 1400 16TH STREET, 6TH FLOOR | | | DENVER | CO | 80202 | | | | Litigation | x | x | x | No | Undetermined |
| 3,696 | WASTE CONNECTIONS | | 120 WOOD AVE SOUTH, STE 302 | | | | ISELIN | NJ | 08830-2709 | | Various | 146084 | Rubbish | | | | No | $4,753.92 |
| 3,697 | WASTE CONNECTIONS OF TX, LLC | HOUSTON DISTRICT | PO BOX 660654 | | | | HUMBLE | TX | 77347-1598 | | Various | 162205 | Rubbish | | | | No | $3,705.55 |
| 3,698 | WASTE MANAGEMENT NATIONAL SERVICES,INC. | | PO BOX 740023 | | | | ATLANTA | GA | 30374-0023 | | Various | 168684 | Rubbish | | | | No | $31,008.97 |
| 3,699 | WATAUGA TOWNE CROSSING LLC | | 301 SOUTH SHERMAN STE 100 | | | | RICHARDSON | TX | 75081 | | 4/1/2023 | 161625 | Rent | | | | No | $3,619.00 |
| 3,700 | WAXIE SANITARY SUPPLY | | PO BOX 748802 | | | | LOS ANGELES | CA | 90074-8802 | | 3/24/2023 | 152879 | Janitorial | | | | No | $3,245.10 |
| 3,701 | WAY-LESS INC | | 10973 CASCADE DR | | | | DUBUQUE | IA | 52003 | | Various | 107671 | JENNY Franchisees | | | | No | $720.05 |
| 3,702 | WEBSTER SQUARE 1763,INC | ATTN:ACCT 117630-021855 | PO BOX 62045 | | | | NEWARK | NJ | 07101 | | 4/1/2023 | 168601 | Rent | | | | No | $4,584.86 |
| 3,703 | WEGMANS FOOD MARKETS INC | REAL ESTATE ACCT:G-L-00392 | PO BOX 24470 | | | | ROCHESTER | NY | 14624-0470 | | Various | 164174 | Rent | | | | No | $18,630.82 |
| 3,704 | WEIGH OF LIFE | DBA JENNY CRAIG WLC | 890 24 RD | | | | GRAND JCT | CO | 81505-9634 | | Various | 169961 | JENNY Franchisees | | | | No | $558.53 |
| 3,705 | WEINGARTEN REALTY INVESTORS | | PO Box 30344 | | | | TAMPA | FL | 33630 | | 4/1/2023 | 165532 | Rent | | | | No | $7,323.87 |
| 3,706 | WELLINGTON CIR PLAZA TRUST IV | C/O BIERBRIER DEV. INC | 420 BEDFORD ST STE 335 | | | | LEXINGTON | MA | 02173 | | Various | 107080 | Rent | | | | No | $46,307.13 |
| 3,707 | WELLTEK CORP(PUERTO RICO) | DBA JENNY CRAIG WLC | 87 AVE DE DIEGO | PLAZA II #215 | | | RIO PIEDRAS | PR | 00927 | | Various | 101582 | JENNY Franchisees | | | | No | $1,174.33 |
| 3,708 | WELLTEK TULSA,INC | DBA JENNY CRAIG WLC | 7725 S ERIE AVE | | | | TULSA | OK | 74136 | | Various | 102377 | JENNY Franchisees | | | | No | $1,992.85 |
| 3,709 | WEST THIRD STREET GROUP LLC | | 7707 SUNSET BLVD | | | | LOS ANGELES | CA | 90046 | | Various | 167665 | Rent | | | | No | $36,069.68 |
| 3,710 | WESTBROOK YORK, LLC | | 49 Papworth Ave | | | | METAIRIE | LA | 70005-4203 | | Various | 166270 | Rent | | | | No | $3,400.00 |
| 3,711 | WG TOWN & COUNTRY LP | C/O BRANDOLINI PROP MGMT INC | 1301 LANCASTER AVE | | | | BERWYN | PA | 19312 | | 4/1/2023 | 131591 | Rent | | | | No | $3,957.86 |
| 3,712 | WHITE OAKS INVESTORS LLC | | 5600 W 95TH STREET, Suite 307 | | | | OVERLAND PARK | KS | 66207 | | Various | 170761 | Rent | | | | No | $7,377.68 |
| 3,713 | WHY WT ,INC. | | 10377 E LYNCHBURG SALEM TPK | | | | FOREST | VA | 24551 | | 4/6/2023 | 170498 | JENNY Franchisees | | | | No | $821.91 |
| 3,714 | WILLOW LAKE SHOPPING CENTER | | 2402 LAKE CIRCLE DRIVE | | | | INDIANAPOLIS | IN | 46268 | | 4/1/2023 | 104756 | Rent | | | | No | $474.60 |
| 3,715 | WINTER BROS HAULING OF LI LLC | | PO BOX 5279 | | | | NEW YORK | NY | 10008-5279 | | Various | 165856 | Rubbish | | | | No | $1,104.51 |
| 3,716 | WIRI FIESTA TRAILS,LP | | PO BOX 30344 | | | | TAMPA | FL | 33630 | | Various | 149136 | Rent | | | | No | $26,415.67 |
| 3,717 | WIRI GREENHOUSE, LP | | PO Box 30344 | | | | TAMPA | FL | 33630 | | Various | 162825 | Rent | | | | No | $39,232.98 |
| 3,718 | XIANG TIAN LOS ALAMITOS, LLC | C/O LAWRENCE ALLEN & ASSOC. | 2549 EASTBLUFF DR #382 | | | | NEWPORT BEACH | CA | 92660 | | Various | 167663 | Rent | | | | No | $25,035.81 |
| 3,719 | YALCIN,BONNIE | | 2709 VIA CIPRIANI #535 B | | | | CLEARWATER | FL | 33764 | | 4/28/2023 | 169282 | Employee Expense Reports | | | | No | $533.76 |
| 3,720 | YMC JANITORIAL SERVICES,INC. | | 3861 ARMSTRONG ST | | | | SAN DIEGO | CA | 92111 | | Various | 144339 | Janitorial | | | | No | $10,481.60 |
| 3,721 | ZEISLER MORGAN PROPERTIES LTD | | 30000 CHAGRIN BLVD, STE 100 | | | | CLEVELAND | OH | 44124 | | 4/1/2023 | 158467 | Rent | | | | No | $3,967.25 |
| 3,722 | ZL PRPERTIES, LLC | C/O 1ST COMMERCIAL REALTY GROUP, INC. | 2009 PORTERFIELD WAY, SUITE P | | | | UPLAND | CA | 91786 | | Various | 170842 | Rent | | | | No | $27,698.71 |
| 3,723 | ZURICH AMERICAN INSURANCE CO | | 1299 ZURICH WAY | | | | SCHAUMBURG | IL | 60196 | | 3/12/2023 | 170429 | Insurance | | | | No | $4,892.44 |
| | | | | | | | | | | | | | | | | Total: | $39,603,110.70 |

**Fill in this information to identify the case:**

Debtor name: JC USA, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10585

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:    Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** — Lease Agreement - Store #3003 <br> **State the term remaining** — 06/30/2025 <br> **List the contract number of any government contract** | 4 DALLAS W TOURNEY, INC., 7961 SHAFFER PARKWAY, SUITE 6, DENVER, CO, 80127 |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** — Phone system agreement for Carlsbad office. <br> **State the term remaining** — 2/7/18 - 9/30/23 <br> **List the contract number of any government contract** | 8X8 MSA & SOW, 7515 IRVINE CENTER DR., IRVINE, CA, 92618 |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** — Lease Agreement - Store #2224 <br> **State the term remaining** — 04/30/2023 <br> **List the contract number of any government contract** | 25TH STREET PLAZA, LLC, PO BOX 930972, ATLANTA, GA, 31193-0972 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2011 | 237 W 72ND STREET OWNER LLC, PO BOX 141, EMERSON, NJ, 07630 |
| | State the term remaining | 07/31/2027 | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3413 | 301 MALL DR, LLC, ATTN: THONY TRAN, 1240 N. PERKINS ST., APPLETON, WI, 54914 |
| | State the term remaining | 02/28/2025 | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2028 | 555 PASSAIC MANAGEMENT LLC, C/O REALTY MGMT SYSTEM LLC, 97 MAIN STREET, SUITE 201, CHATHAM, NJ, 07928 |
| | State the term remaining | 10/31/2024 | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3107 | 565 HOWE AVENUE PARTNERS,LLC, C/O BOULDIN & ENGLISH, INC, 10411 OLD PLACERVILLE RD,#215, SACRAMENTO, CA, 95827 |
| | State the term remaining | 07/31/2027 | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2210 | 601 BALTIMORE PIKE ASSOCIATES, LP, C/O BERGER REAL ESTATE SVS, 1275 DRUMMERS LN, STE 220, WAYNE, PA, 19087 |
| | State the term remaining | 02/28/2026 | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2005 | 655 MONTAUK LLC, 70 E SUNRISE HWY #610, TENANT ID#3416ROS, VALLEY STREEM, NY, 11581-1260 |
| | State the term remaining | 05/31/2025 | |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #663 | 933 SOUTH WILLOW STREET LLC, C/O RUBICON REAL ESTATE LLC, ONE WASHINGTON STREET, SUITE 300, WELLESLEY, MA, 02481 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1700 | 1431 SC LTD, PO BOX 208539, DALLAS, TX, 75320-8539 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2019 | 1900 R70 ASSOCIATES LLC, C/O STEINER EQUITIES LLC, 75 EISENHOWER PARKWAY, ROSELAND, NJ, 07068-1696 |
| | State the term remaining | 11/30/2023 | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #606 | 1998 HERITAGE SQUARE LTD, C/O JAMES A SAMMONS CO, 4200 S HULEN ST #530, FORT WORTH, TX, 76109 |
| | State the term remaining | 03/31/2025 | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1822 | 3300 RUTHERFORD DEVELOPMENTS INC., 3300 RUTHERFORD ROAD, CONCORD, ON, L4K 5Z2 |
| | State the term remaining | 12/14/2027 | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #620 | 3503 RP SOUTHLAKE CORNERS LP, 15105 COLLECTION CENTER DRIVE, PROPERTY#35134, CHICAGO, IL, 60693-5105 |
| | State the term remaining | 01/31/2024 | |
| | List the contract number of any government contract | | |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #417 | 3850 SOUTH HILL PLAZA,LLC, C/O KIDDER MATHEWS, PO BOX 60081, CITY OF INDUSTRY, CA, 91716 |
| | State the term remaining | 10/31/2024 | |
| | List the contract number of any government contract | | |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3181 | 7208-7890 LAKE MEAD BLVD HOLDINGS, C/O TRIGILD, 9339 GENESEE AVE STE 130, SAN DIEGO, CA, 92121 |
| | State the term remaining | 05/31/2027 | |
| | List the contract number of any government contract | | |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1002 | 8085 RED BUG LLP, 1615 CALIFORNIA ST #707, DENVER, CO, 80202 |
| | State the term remaining | 09/20/2024 | |
| | List the contract number of any government contract | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #119 | 15030 WHITTIER CENTER LLC, 3663 W. 6TH ST #111, LOS ANGELES, CA, 90020 |
| | State the term remaining | 05/31/2026 | |
| | List the contract number of any government contract | | |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1805 | 17310 YONGE INVESTMENT INC., 216 VALLEYMEDE DRIVE, RICHMOND HILL, ON, L4B 2A6 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1030 | 3934381 CANADA INC, C/O CUSHMAN & WAKEFIELD SVCS ULC, DOME TOWER, CALGARY, AB, T2P 2Z1 |
| | State the term remaining | 09/30/2027 | |
| | List the contract number of any government contract | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1032 | 6914861 CANADA INC, #277-8180 11TH ST SE, CALGARY, AB, T2H 3B5 |
| | State the term remaining | 02/29/2032 | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2001 | ACARI REALTY CORP, 69 72ND ST., BROOKLYN, NY, 11209 |
| | State the term remaining | 07/31/2026 | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Pre-employment background checks | ACCURATE BACKGROUD , 120 MONUMENT CIRCLE, INDIANAPOLIS, IN, 46204-4903 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1056 | ACCURATE EFFECTIVE BAILIFFS LTD, 6139 TRAPP AVE., BURNABY, BC, V3N 2V3 |
| | State the term remaining | 08/31/2026 | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #656 | ACS INVESTMENT GROUP INC, 397 MAIN ST, WOBURN, MA, 01801 |
| | State the term remaining | 07/27/2027 | |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3209 | ALAMEDA CROSSING LLC, PO BOX 888700, LOS ANGELES, CA, 90088-8700 |
| | State the term remaining | 01/31/2026 | |
| | List the contract number of any government contract | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #157 | ALISO VIEJO INVESTORS LLC, C/O SMITH CENTER DEVELOPMENT, 5318 E 2ND ST., #519, LONG BEACH, CA, 90803 |
| | State the term remaining | 04/30/2024 | |
| | List the contract number of any government contract | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Umbrella Insurance Policy | AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, 1299 ZURICH WAY, SCHAUMBURG, IL, 60196 |
| | State the term remaining | 01/01/2024 | |
| | List the contract number of any government contract | AUC 2516799-.1 | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Workers Compensation Insurance Policy | AMERICAN ZURICH INSURANCE COMPANY, 1299 ZURICH WAY, SCHAUMBURG, IL, 60196 |
| | State the term remaining | 01/01/2024 | |
| | List the contract number of any government contract | WC 3902011 - 02 | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #607 | AMREIT SSPF PRESTON TOWNE CROSSING, DEPARTMENT #2628, PO BOX 95440, GRAPEVINE, TX, 76099-9734 |
| | State the term remaining | 05/31/2025 | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #154 | ANAHEIM HILLS VILLAGE CENTER,LP, 8383 WILSHIRE BLVD #532, BEVERLY HILLS, CA, 90211 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Medical and dental insurance | ANTHEM, PO BOX 955816, ST. LOUIS, MO, 63195-5816 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Combined Specialty Insurance (Federal Insurance Company) | AON RISK SERVICES CENTRAL INC (FSG MM CHI), 200 E. RANDOLPH ST. FL 8, CHICAGO, IL, 60601 |
| | State the term remaining | 06/01/2023 | |
| | List the contract number of any government contract | 82581501 | |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Cyber liability - Premium Finance Agreement | AON RISK SERVICES INC OF FLORIDA, 1001 BRICKELL BAY DR STE 1100, MIAMI, FL, 33131 |
| | State the term remaining | 03/31/2024 | |
| | List the contract number of any government contract | 080768865 | |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Cyber liability - Premium Finance Agreement | AON RISK SERVICES INC OF FLORIDA, 1001 BRICKELL BAY DR STE 1100, MIAMI, FL, 33131 |
| | State the term remaining | 03/31/2024 | |
| | List the contract number of any government contract | 080768865 | |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Directors & Officers-Excess Insurance Policy (Everest National Insurance Co) | AON RISK SERVICES, INC OF FLORIDA, 1001 BRICKELL BAY DR STE 1100, MIAMI, FL, 33131 |
| | State the term remaining | 06/01/2023 | |
| | List the contract number of any government contract | PC8EX00037221 | |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Directors & Officers-Excess Insurance Policy (Allianz Global Risks US Insurance Co.) | AON RISK SERVICES, INC OF FLORIDA, 1001 BRICKELL BAY DR STE 1100, MIAMI, FL, 33131 |
| | State the term remaining | 06/01/2023 | |
| | List the contract number of any government contract | USF00945722 | |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Directors & Officers-Excess Insurance Policy (AXIS Insurance Company) | AON RISK SERVICES, INC OF FLORIDA, 1001 BRICKELL BAY DR STE 1100, MIAMI, FL, 33131 |
| | State the term remaining | 06/01/2023 | |
| | List the contract number of any government contract | P00100013632303 | |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Directors & Officers-Excess Insurance Policy (Everest National Insurance Co) | AON RISK SERVICES, INC OF FLORIDA, 1001 BRICKELL BAY DR STE 1100, MIAMI, FL, 33131 |
| | State the term remaining | 06/01/2023 | |
| | List the contract number of any government contract | PC8EX00037221 | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | 401K/Benefit Broker Services | AON, 2100 MANCHESTER RD SUITE 1750, WHEATON, IL, 60187 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #215 | APG GROSS POINT ROAD, LLC, C/O NORTHCO, LLC, 180 N. WACKER DRIVE, SUITE 301, CHICAGO, IL, 60606 |
| | State the term remaining | 10/31/2029 | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1005 | ARC CLORFL001, LLC, ATTN: RTL ACCOUNTING, 38 WASHINGTON SQUARE, NEWPORT, RI, 02840 |
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2219 | ARD MAC COMMONS LLC, PO BOX 784461, PHILADELPHIA, PA, 19178-4461 |
| | State the term remaining | 10/31/2023 | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #213 | ARG DCDARIL001, LLC, C/O THE NECESSITY RETAIL REIT, 38 WASHINGTON SQUARE, NEWPORT, RI, 02840 |
| | State the term remaining | 05/31/2025 | |
| | List the contract number of any government contract | | |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3208 | ARROWHEAD LEGENDS SOUTH,LLC, 3131 E CAMELBACK RD #310, PHOENIX, AZ, 85016 |
| | State the term remaining | 08/31/2024 | |
| | List the contract number of any government contract | | |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Umbrella Insurance Policy | ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES INC., 1900 WEST LOOP S STE 1600, HOUSTON, TX, 77027 |
| | State the term remaining | 01/01/2024 | |
| | List the contract number of any government contract | AUC 2516799-.1 | |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Workers Compensation Insurance Policy | ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES INC., 1900 WEST LOOP S STE 1600, HOUSTON, TX, 77027 |
| | State the term remaining | 01/01/2024 | |
| | List the contract number of any government contract | WC 3902011 - 02 | |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #591 | ASHLEY SQUARE PROPERTIES LLC, 2851 LAKEWOOD VILLAGE DR., NORTH LITTLE ROCK, AR, 72116 |
| | State the term remaining | 03/31/2023 | |
| | List the contract number of any government contract | | |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1302 | B COMM REALTY LLC, P.O. BOX 803, KATONAH, NY, 10536 |
| | State the term remaining | 09/30/2024 | |
| | List the contract number of any government contract | | |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2014 | B33 CENTEREACH II LLC, PO BOX 6304, HICKSVILLE, NY, 11802-6304 |
| | State the term remaining | 02/29/2024 | |
| | List the contract number of any government contract | | |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1401 | B33 GREAT NORTHERN SOUTH II LLC, PO BOX 6304, HICKSVILLE, NY, 11802-6304 |
| | State the term remaining | 02/28/2025 | |
| | List the contract number of any government contract | | |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1255 | BARRY L STEIN COMPANY, ONE BIGALOW SQUARE, PITTSBURG, PA, 15219 |
| | State the term remaining | 08/31/2024 | |
| | List the contract number of any government contract | | |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #115 | BCORE RETAIL GOLDENWEST WARNER LLC, C/O BCORE RETAIL NORTHWOOD TOWN CENTER, PO BOX 841315, LOS ANGELES, CA, 90084-1315 |
| | State the term remaining | 06/30/2023 | |
| | List the contract number of any government contract | | |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3115 | BEL AIR VILLAGE II LC, PO BO 30344, TAMPA, FL, 33630 |
| | State the term remaining | 04/30/2024 | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1458 | BENDERSON PROPERTIES INC, P.O BOX 823201, PHILADELPHIA, PA, 19182 |
| | State the term remaining | 01/31/2024 | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1059 | BENTALLGREENOAK(CANADA)LP, ITF VALLEY PROPERTIES LTD, E204-20159 88TH AVE., LANGLEY, BC, V1M 0A4 |
| | State the term remaining | 10/31/2026 | |
| | List the contract number of any government contract | | |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #217 | BERTSCH PROPERTIES, LLC, 4554 N MAPLEWOOD AV GDN STE, CHICAGO, IL, 60625 |
|---|---|---|---|
| | State the term remaining | 03/31/2027 | |
| | List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #352 | BLOCK INVESTMENTS INC, 4220 E FIFTH AVE, COLUMBUS, OH, 43219 |
|---|---|---|---|
| | State the term remaining | 11/30/2023 | |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #236 | BLOOMINGDALE COURT LLC, PO BOX 867625, CHICAGO, IL, 60686 |
|---|---|---|---|
| | State the term remaining | 06/30/2027 | |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Google analytics | BOUNTEOUS, 330 WEST 34TH ST, 18TH FLOOR, NEW YORK, NY, 10001 |
|---|---|---|---|
| | State the term remaining | 01/31/2024 | |
| | List the contract number of any government contract | | |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2222 | BRANDYWINE DEV. GROUP LLC, 105 FAULK RD, WILMINGTON, DE, 19803 |
|---|---|---|---|
| | State the term remaining | 08/31/2024 | |
| | List the contract number of any government contract | | |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Customer Engagement Platform (email and text) | BRAZE, 2612 OBELISCO PLACE, CARLSBAD, CA, 92009 |
|---|---|---|---|
| | State the term remaining | 01/20/2024 | |
| | List the contract number of any government contract | | |

**2.64**
State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - Store #722

State the term remaining — 07/31/2032

List the contract number of any government contract —

BREMER & KOLB LLC, C/O KOLB PROPERTIES, PO BOX 6850, JEFFERSON CITY, MO, 65102

**2.65**
State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - Store #5551

State the term remaining — 07/15/2032

List the contract number of any government contract —

BRENNEMAN FARM RETAIL ASSOCIATES, C/O THALHIMER COMMERCIAL ACCOUNTING, PO BOX 5160, GLEN ALLEN, VA, 23058

**2.66**
State what the contract or lease is for and the nature of the debtor's interest — Co-Man Agreement

State the term remaining — 05/28/2025

List the contract number of any government contract —

BRITE WAY FOODS, 2612 OBELISCO PLACE, CARLSBAD, CA 92009

**2.67**
State what the contract or lease is for and the nature of the debtor's interest — Influencer Agreement

State the term remaining — Unknown

List the contract number of any government contract —

BRITTNAY COLDWELL, [ADDRESS UNKNOWN]

**2.68**
State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - Store #231

State the term remaining — 03/31/2026

List the contract number of any government contract —

BRIXMOR CRYSTAL LAKE LLC, LEASE #4156033, P.O BOX 645349, CINCINNATI, OH, 45264-5349

**2.69**
State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - Store #136

State the term remaining — 06/30/2023

List the contract number of any government contract —

BRIXMOR GA SAN DIMAS LP, C/O BRIXMOR PROPERTY GROUP, LEASE #5194038, CINCINNATI, OH, 45264-5341

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3008 | BRIXMOR ROSE PAVILION LP, C/O BRIXMOR PROPERTY GROUP, L#1291102, PO BOX 645646, CINCINNATI, OH, 45264-5346 |
| | State the term remaining | 09/30/2023 | |
| | List the contract number of any government contract | | |

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3252 | BRIXMOR SPE 4 LP, C/O BRIXMOR PROPERTY GROUP, LEASE 4129005, CINCINNATI, OH, 45264-4549 |
| | State the term remaining | 04/30/2026 | |
| | List the contract number of any government contract | | |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2016 | BRIXMOR SPE 6 LLC, C/O BRIXMOR PROP. GRP LEASE #4115011, PO BOX 645344, CINCINNATI, OH, 45264-5344 |
| | State the term remaining | 09/30/2025 | |
| | List the contract number of any government contract | | |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #4421 | BULL RUN PLAZA LLC, PO BOX 456, EMERSON, NJ, 07630 |
| | State the term remaining | 12/31/2032 | |
| | List the contract number of any government contract | | |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #659 | BURLINGTON CROSSROADS E&A LLC, C/O BURLINGTON CROSSROADS (E&A), LLC, DEPARTMENT # 2144/T#23935, ATLANTA, GA, 30353-6856 |
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1055 | BURRARD PACIFIC REALTY & MGMT. INC, UNIT 202-2112 BORADWAY W, VANCOUVER, BC, V6K 2C8 |
| | State the term remaining | 01/31/2024 | |
| | List the contract number of any government contract | | |

**2.76**  State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #122

CABET PROPERTIES, LP, C/O LAKE STREET ASSOCIATES, 440 WESTERN AVE STE 202, GLENDALE, CA, 91201

State the term remaining — 04/30/2025

List the contract number of any government contract

**2.77**  State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #101

CALEDGE INVESTMENTS LLC, PO BOX 85, BLAIR, WI, 54616

State the term remaining — 02/29/2024

List the contract number of any government contract

**2.78**  State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #168

CALLENS CORNER (EDENS),LLC, PO BOX 536856, ATLANTA, GA, 30353-6856

State the term remaining — 10/31/2026

List the contract number of any government contract

**2.79**  State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #1931

CALLOWAY REIT-KENASTON, 700 APPLEWOOD CRESCENT, STE 200, VAUGHAN, ON, L4K 5X3

State the term remaining — 11/11/2027

List the contract number of any government contract

**2.80**  State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #232

CALSTRS/CSHV QUARRY, LLC, 70542 NETWORK PLACE, CHICAGO, IL, 60673-1705

State the term remaining — 03/31/2027

List the contract number of any government contract

**2.81**  State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #2007

CAMARK REALTY INC, PO BOX 8180, GARDEN CITY, NY, 11530

State the term remaining — 06/30/2025

List the contract number of any government contract

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3004 | CAMDEN PARK LLC, PO BOX 1041, SANTA CRUZ, CA, 95061 |
| | State the term remaining | 06/30/2024 | |
| | List the contract number of any government contract | | |

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1158 | CAMINO VILLAGE LLC, RE: PROPERTY 623/LEASE HO6195, PO BOX 840459, LOS ANGELES, CA, 90084-0459 |
| | State the term remaining | 12/31/2022 | |
| | List the contract number of any government contract | | |

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1036 | CANDEREL ITF PALISADES, C/O CANDEREL MANAGEMENT, 300-10050 112 STREET, EDMONTON, AB, T5K 2J1 |
| | State the term remaining | 05/15/2024 | |
| | List the contract number of any government contract | | |

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1153 | CARLSBAD PLZA LLC**SEE ALSO V135480, C/O HUGHES INVESTMENTS, PO BOX 8700, NEWPORT BEACH, CA, 92658-8700 |
| | State the term remaining | 05/31/2026 | |
| | List the contract number of any government contract | | |

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #219 | CC PARK PLACE, LLC, C/O NORTH AMERIAN REAL ESTATE, 27 N. GREEN STREET, CHICAGO, IL, 60607 |
| | State the term remaining | 02/28/2026 | |
| | List the contract number of any government contract | | |

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3157 | CENTERGATE PROPERTIES, LLC, C/O RMC PROPERTY GROUP, 8902 N DALE MABRY HWY, TAMPA, FL, 33614 |
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #4409 | CH RETAIL FND II/DC METRO HERNDON, PO BOX 674383, DALLAS, TX, 75267-4383 |
| | State the term remaining | 11/30/2023 | |
| | List the contract number of any government contract | | |

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3052 | CHAMPIONS VILLAGE LLC, C/O FIRST NATIONAL PROPERTY MANAGEMENT, 151 BODMAN PLACE, SUITE 201, RED BANK, NJ, 07701 |
| | State the term remaining | 04/30/2024 | |
| | List the contract number of any government contract | | |

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3456 | CHERRY KNOLLS, LLC, PO BOX 11295, DENVER, CO, 80211 |
| | State the term remaining | 11/30/2027 | |
| | List the contract number of any government contract | | |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3311 | CHESAPEAKE SQUARE SHOPPING CENTER, 10096 RED RUN BOULEVARD, SUITE 300, OWINGS MILLS, MD, 21117 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #716 | CHIKASAWA TRUST, C/O KANSAS COMMERCIAL REAL ESTATE, 435 S KANSAS AVE. STE 200, TOPEKA, KS, 66603 |
| | State the term remaining | 09/30/2026 | |
| | List the contract number of any government contract | | |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Co-Man Agreement | CHUCKANUT FOODS; [ADDRESS UNKNOWN] |
| | State the term remaining | 08/30/2024 | |
| | List the contract number of any government contract | | |

**2.94**

State what the contract or lease is for and the nature of the debtor's interest   Lease Agreement - Store #2227

CMW INVESTMENTS LTD, C/O WILLNER PROPERTIES, 150 ALLENDALE RD, KING OF PRUSSIA, PA, 19406

State the term remaining   05/31/2026

List the contract number of any government contract

**2.95**

State what the contract or lease is for and the nature of the debtor's interest   Lease Agreement - Store #110

COLDWATER CENTER LLC, PO BOX 744717, ATLANTA, GA, 30374-4717

State the term remaining   12/31/2024

List the contract number of any government contract

**2.96**

State what the contract or lease is for and the nature of the debtor's interest   Lease Agreement - Store #6651

COLEMAN PARTNERS, 3030 SIDCO DRIVE, NASHVILLE, TN, 37204

State the term remaining   09/30/2027

List the contract number of any government contract

**2.97**

State what the contract or lease is for and the nature of the debtor's interest   Lease Agreement - Store #216

COMAR PROPERTIES, 17W220 22ND ST, SUITE 350, OAKBROOK TERRACE, IL, 60181

State the term remaining   03/31/2027

List the contract number of any government contract

**2.98**

State what the contract or lease is for and the nature of the debtor's interest   Lease Agreement - Store #1974

COMINAR REAL ESTATE INVESTMENT TRUS, 1799 PIERRE-PELADEAU AVENUE, LAVAL, QC, H7T 2Y5

State the term remaining   07/31/2027

List the contract number of any government contract

**2.99**

State what the contract or lease is for and the nature of the debtor's interest   Lease Agreement - Store #3204

COMM 2014-LC17 NORTH TATUM BLVD, C/O WILSON PROPERTY SERVICES INC., 8120 E. CACTUS RD, SUITE 300, SCOTTSDALE, AZ, 85260

State the term remaining   03/31/2023

List the contract number of any government contract

**2.100** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #2051

COMMERCE PLAZA ASSOC., C/O HAWLEY MANAGEMENT, 30 GERMANTOWN RD, DANBURY, CT, 06810

**State the term remaining** 02/29/2024

**List the contract number of any government contract**

**2.101** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #619

CONCORD WILLINGHAM, LP, C/O WESTWAY REALTY, 7015 SNIDER PLAZA STE 205, DALLAS, TX, 75205

**State the term remaining** 02/28/2025

**List the contract number of any government contract**

**2.102** **State what the contract or lease is for and the nature of the debtor's interest**

GPO for small parcel shipping

CORETRUST, P.O. BOX 7410095, CHICAGO, IL, 60674-5095

**State the term remaining** 01/07/2024

**List the contract number of any government contract**

**2.103** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #4415

COSNER MANAGEMENT LLC, C/O WAYNE COSNER, PO BOX 1097, FREDERICKSBURG, VA, 22402-1097

**State the term remaining** 05/31/2026

**List the contract number of any government contract**

**2.104** **State what the contract or lease is for and the nature of the debtor's interest**

Commercial lease portfolio mnagement software

COSTAR, P.O. BOX 7410095, CHICAGO, IL 60674-5095

**State the term remaining** 09/29/2024

**List the contract number of any government contract**

**2.105** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #1704

COUNTRYSIDE PLAZA,LTD., C/O JEFFERSON STATE BANK, ACCT: 10171875, SAN ANTONIO, TX, 78201-1445

**State the term remaining** 08/14/2023

**List the contract number of any government contract**

**2.106**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1510 | COVENTRY COMMONS LLC, 6960 ORCHARD LAKE RD STE 307, WEST BLOOMFIELD, MI, 48322 |
| --- | --- | --- |
| State the term remaining | 01/31/2025 | |
| List the contract number of any government contract | | |

**2.107**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #604 | CPT ARLINGTON HIGHLANDS 1, LP, PO BOX 206250, DALLAS, TX, 75320-6250 |
| --- | --- | --- |
| State the term remaining | 10/31/2026 | |
| List the contract number of any government contract | | |

**2.108**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1060 | CREIT MANAGEMENT (B.C.) LTD IN TRST, 1185 WEST GEORGIA ST #1040, VANCOUVER, BC, V6E 4E6 |
| --- | --- | --- |
| State the term remaining | 09/30/2027 | |
| List the contract number of any government contract | | |

**2.109**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2013 | CRK REALTY LLC, C/O MILBROOK PROP LTD, 42 BAYVIEW AVE, MANHASSET, NY, 11030-1806 |
| --- | --- | --- |
| State the term remaining | 04/30/2024 | |
| List the contract number of any government contract | | |

**2.110**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2216 | CROSS KEYS DEVELOPMENT, C/O RJ WATERS & ASSOC INC, 200 OLD FORGE LANE,#201, KENNETT SQUARE, PA, 19348 |
| --- | --- | --- |
| State the term remaining | 03/31/2028 | |
| List the contract number of any government contract | | |

**2.111**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2601 | CROSSROADS PLAZA 1743 LP, PO BOX 30344, TAMPA, FL, 33630 |
| --- | --- | --- |
| State the term remaining | 05/31/2027 | |
| List the contract number of any government contract | | |

| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Franchise E&O Insurance Policy | CRUM & FORSTER INSURANCE COMPANY, 305 MADISON AVENUE, MORRISTOWN, NJ, 07960 |
| | State the term remaining | 01/01/2024 | |
| | List the contract number of any government contract | EOL-240181 | |

| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Miscellaneous Professional Liability Insurance Policy | CRUM & FORSTER INSURANCE COMPANY, 305 MADISON AVENUE, MORRISTOWN, NJ, 07960 |
| | State the term remaining | 01/01/2024 | |
| | List the contract number of any government contract | EOL-240181 | |

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2232 | CSC COLONIAL COMMONS PARTNERSHIP,LP, C/O CEDAR REALTY TRUST PARTNERSHIP, LP, 928 CARMANS ROAD, MASSAPEQUA, NY, 11758 |
| | State the term remaining | 05/31/2022 | |
| | List the contract number of any government contract | | |

| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #677 | CSC FRANKLIN VILLAGE LP, PO BOX 411354, BOSTON, MA, 02241-1350 |
| | State the term remaining | 12/31/2027 | |
| | List the contract number of any government contract | | |

| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #116 | CULVER CITY BBT, LLC, C/O CHARLES DUNN RES, INC., 800 W. 6TH STREET, SUITE 600, LOS ANGELES, CA, 90017 |
| | State the term remaining | 07/31/2025 | |
| | List the contract number of any government contract | | |

| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1006 | DACA-ARC SMWMBFL001, LLC, PO BOX 74544, CLEVELAND, OH, 44194-4544 |
| | State the term remaining | 06/30/2023 | |
| | List the contract number of any government contract | | |

2.118 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #226

DANADA SQUARE WEST, P.O. BOX 730521, DALLAS, TX, 75373

**State the term remaining**

08/31/2032

**List the contract number of any government contract**

2.119 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #412

DAROM PLAZA ASSOC, C/O EILAT MANAGEMENT CO, 650 SOUTH ORCAS ST., #210, SEATTLE, WA, 98108

**State the term remaining**

06/30/2032

**List the contract number of any government contract**

2.120 **State what the contract or lease is for and the nature of the debtor's interest**

Severance agreement former employee (1 year salary)

DAVID PASTANA, 1042 VALLEY SIDE LANE, ENCINITAS, CA, 92024

**State the term remaining**

02/22/2024

**List the contract number of any government contract**

2.121 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #955

DDR SOUTHEAST FOUNTAINS, LLC, DEPT 103128 30352 30219, 26536 NETWORK PLACE, CHICAGO, IL, 60673-1265

**State the term remaining**

12/31/2025

**List the contract number of any government contract**

2.122 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #228

DDRM HIGHLAND GROVE LLC, PO BOX 534455, DEPT #369642-21250-30861, ATLANTA, GA, 30353-4455

**State the term remaining**

11/30/2024

**List the contract number of any government contract**

2.123 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #3152

DDRM NORTH POINTE PLAZA LLC, DEPT 375540 21547 82197, PO BOX 534461, ATLANTA, GA, 30353-4461

**State the term remaining**

12/31/2025

**List the contract number of any government contract**

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #585 | DDRTC RIVER RIDGE LLC, 730 3RD AVENUE, NEW YORK, NY, 10017 |
| | State the term remaining | 01/31/2024 | |
| | List the contract number of any government contract | | |

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #111 | DEL AMO ASSOC LLC, C/O FREMONT BANK, PO BOX 4795, HAYWARD, CA, 94540-4795 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2009 | DELCO DEV CO OF HKVL INC, C/O RUSH PROPERTIES, INC. RE: DDH-JENNY, PO BOX 27855, NEWARK, NJ, 07101-7855 |
| | State the term remaining | 09/30/2025 | |
| | List the contract number of any government contract | | |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #126 | DEUSENBERG TOPANGA LLC, PO BOX 511343, LOS ANGELES, CA, 90051-7898 |
| | State the term remaining | 09/30/2023 | |
| | List the contract number of any government contract | | |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #104 | DOLLINGER-GLENDALE ASSOC, 555 TWIN DOLPHIN DR #600, REDWOOD CITY, CA, 94065 |
| | State the term remaining | 03/31/2024 | |
| | List the contract number of any government contract | | |

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #763 | DOS LAGOS ASSET DARDENNE SPE LLC, C/O EQUIMAX MANAGEMENT, 3415 S SEPULVEDA BLVD #400, LOS ANGELES, CA, 90034 |
| | State the term remaining | 11/30/2032 | |
| | List the contract number of any government contract | | |

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Direct-ship fulfillment | DOT FOODS, INC., 1 DOT WAY, PO BOX 192, MT STERLING, IL, 62353 |
|---|---|---|---|
| | State the term remaining | Until terminated | |
| | List the contract number of any government contract | | |

| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3002 | DS ANTIOCH LP, C/O DONAHUE SCHRIBER REALTY GROUP, PO BOX 6275, HICKSVILLE, NY, 11802-6275 |
|---|---|---|---|
| | State the term remaining | 03/31/2025 | |
| | List the contract number of any government contract | | |

| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3018 | DS LAKESHORE LP, PO BOX 664001, DALLAS, TX, 75266-4001 |
|---|---|---|---|
| | State the term remaining | 09/30/2025 | |
| | List the contract number of any government contract | | |

| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #675 | DSM MB II LLC, PO BOX 419030, BOSTON, MA, 02241-9030 |
|---|---|---|---|
| | State the term remaining | 06/30/2024 | |
| | List the contract number of any government contract | | |

| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #565 | DT PRADO LLC, DEPT 372922 25601 76955, PO BOX 735208, CHICAGO, IL, 60673-4208 |
|---|---|---|---|
| | State the term remaining | 09/30/2024 | |
| | List the contract number of any government contract | | |

| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2032 | DUNNING FARMS, C/O CHASE ENTERPRISES, 225 ASLYUM ST, 29TH FLOOR, HARTFORD, CT, 06103 |
|---|---|---|---|
| | State the term remaining | 08/31/2023 | |
| | List the contract number of any government contract | | |

| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3410 | EAST PRAIRIE COMMONS,LLC, 4700 BERGAMOT WAY, MIDDLETON, WI, 53562 |
| | State the term remaining | 07/31/2032 | |
| | List the contract number of any government contract | | |

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1512 | EASTLAKE COMMONS ASSOCIATES LLC, 330 HAMILTON ROW STE 300, BIRMINGHAM, MI, 48009 |
| | State the term remaining | 01/31/2033 | |
| | List the contract number of any government contract | | |

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3153 | ECA ELLE NORTHWOOD PARTNERS LLC, PO BOX 865806, ORLANDO, FL, 32886-5806 |
| | State the term remaining | 07/31/2024 | |
| | List the contract number of any government contract | | |

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3027 | ENERGYSOFT PROPERTIES, 1025 5TH ST SUITE A, NOVATO, CA, 94945 |
| | State the term remaining | 08/31/2024 | |
| | List the contract number of any government contract | | |

| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1101 | ESLP I LLC, C/O NORTHSTAR PROP LLC, 150 EAST 58TH ST. STE 2001, NEW YORK, NY, 10155 |
| | State the term remaining | 10/31/2023 | |
| | List the contract number of any government contract | | |

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #954 | ESPLANADE MEDICAL CENTER, 470 BILTMORE WY #100, CORAL GABLES, FL, 33134 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #311 | ESPLANADE PLAZA COMPANY,LLC, 3501 SEVERN AVENUE SUITE 21, METAIRIE, LA, 70002
| **State the term remaining** | 02/15/2024 |
| **List the contract number of any government contract** | |

2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #407 | EVERETT 2022 LLC, C/O PACIFIC ASSET ADVISORS, INC., 14205 SE 36TH STREET, SUITE 215, BELLEVUE, WA, 98006
| **State the term remaining** | 12/31/2025 |
| **List the contract number of any government contract** | |

2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmacy benefits management | EXPRESS SCRIPTS, 100 PARSON POND DRIVE, FRANKLIN LAKES, NJ, 074117
| **State the term remaining** | 12/31/2024 |
| **List the contract number of any government contract** | |

2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #405 | F-MAC ROSS PLAZA, LLC., 14410 BEL-RED ROAD, BELLEVUE, WA, 98007
| **State the term remaining** | 03/03/2027 |
| **List the contract number of any government contract** | |

2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #1251 | FAC NEBO SHOPPING CENTER, LLC, C/O PEARSON REALTY SERVICES, 630 FIFTH AVE, STE 2820, NEW YORK, NY, 10111
| **State the term remaining** | 10/31/2023 |
| **List the contract number of any government contract** | |

2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #6607 | FAIRFIELD STATION, P.O. BOX 645414, PITTSBURGH, PA, 15264-5414
| **State the term remaining** | 05/31/2027 |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #751 |
| | State the term remaining | 01/31/2026 |
| | List the contract number of any government contract | |

FAIRVIEW HGTS IMPROVEMENTS LLC, C/O DLC MGMT CORP ACCT 083-000569, PO BOX 5122, WHITE PLAINS, NY, 10602

| | | |
|---|---|---|
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Ocean Marine Cargo Insurance Policy |
| | State the term remaining | 01/01/2024 |
| | List the contract number of any government contract | 257046 |

FEDERAL INSURANCE / CHUBB, PO BOX 1600, WHITEHOUSE STATION, NJ, 08889

| | | |
|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2008 |
| | State the term remaining | 08/31/2023 |
| | List the contract number of any government contract | |

FEDERAL REALTY INVESTMENT TRUST, LOCKBOX #9320 PROP GEORGETOWNE, PO BOX 8500, PHILADELPHIA, PA, 19178-9320

| | | |
|---|---|---|
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2206 |
| | State the term remaining | 12/31/2023 |
| | List the contract number of any government contract | |

FEDERAL REALTY INVT TRUST, LOCKBOX #9320, P.0. BOX 8500, PHILADELPHIA, CA, 19178-9320

| | | |
|---|---|---|
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #671 |
| | State the term remaining | 05/31/2026 |
| | List the contract number of any government contract | |

FESTIVAL OF HYANNIS LLC, PO BOX 30344, TAMPA, FL, 33630

| | | |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | 401K |
| | State the term remaining | 12/31/2023 |
| | List the contract number of any government contract | |

FIDELITY, 135 S LA SALLE ST, DEPARTMENT 8003, CHICAGO, IL, 60674-8003

2.154 **State what the contract or lease is for and the nature of the debtor's interest**  Lease Agreement - Store #322

FIESTA CROSSING LLC, 5051 JOURNAL CENTER BLVD, STE 200, ALBUQUERQUE, NM, 87109

**State the term remaining**  07/31/2027

**List the contract number of any government contract**

2.155 **State what the contract or lease is for and the nature of the debtor's interest**  Lease Agreement - Store #121

FIREHOUSE PLAZA PARTNERS, C/O PRISKE JONES CO, 4520 SPICEWOOD SPRINGS RD, STE 100, AUSTIN, TX, 78759-8506

**State the term remaining**  10/31/2027

**List the contract number of any government contract**

2.156 **State what the contract or lease is for and the nature of the debtor's interest**  Lease Agreement - Store #1803

FIRST CAPITAL HOLDINGS (ON) CORP, 85 ELLESMERE RD, UNIT 227, TORONTO, ON, M1R4B8

**State the term remaining**  08/31/2023

**List the contract number of any government contract**

2.157 **State what the contract or lease is for and the nature of the debtor's interest**  Lease Agreement - Store #1972

FIRST CAPITAL INC, PLACE VIAU, 7600, BOUL. VIAU, SUITE 304, ST-LEONARD, QC, H1S 2P3

**State the term remaining**  03/31/2025

**List the contract number of any government contract**

2.158 **State what the contract or lease is for and the nature of the debtor's interest**  Lease Agreement - Store #1911

FIRST CAPITAL(FAIRWAY EAST) CORP, C/O FCR MANAMGEMENT SERVICES LP, 589 FARIWAY ROAD SOUTH UNIT #6, KITCHNER, ON, N2C 1X4

**State the term remaining**  09/30/2027

**List the contract number of any government contract**

2.159 **State what the contract or lease is for and the nature of the debtor's interest**  Lease Agreement - Store #1007

FL EQUITIES LLC, C/O HAUPPAUGE PROPERTIES LLC, 1975 HEMPSTEAD TPKE, STE 309, EAST MEADOW, NY, 11554

**State the term remaining**  10/31/2026

**List the contract number of any government contract**

2.160 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1705 | FORUM LONE STAR,LP, PO BOX 8000,DEPT #882, BUFFALO, NY, 14267
| State the term remaining | 09/30/2024 |
| List the contract number of any government contract | |

2.161 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #244 | FOXFIELD COMMONS, LLC, C/O COMPLEX MANAGEMENT, 423 S 2ND ST, ST CHARLES, IL, 60174
| State the term remaining | 04/30/2032 |
| List the contract number of any government contract | |

2.162 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #503 | FPA SANDY MALL ASSOC.,LLC, PO BOX 1410, SUISUN, CA, 94585-1410
| State the term remaining | 09/30/2026 |
| List the contract number of any government contract | |

2.163 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3033 | FR CROW CANYON LLC, C/O FEDERAL REALTY OP LP, PO BOX 846073, LOS ANGELES, CA, 90084-6073
| State the term remaining | 07/31/2025 |
| List the contract number of any government contract | |

2.164 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #491 | FRANKLIN TOWNE PLAZA LLC, 855 W BROAD,#300, BOISE, ID, 83702
| State the term remaining | 09/30/2026 |
| List the contract number of any government contract | |

2.165 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2031 | G B P INC, PO BOX 4508, WARREN, NJ, 07059
| State the term remaining | 02/29/2024 |
| List the contract number of any government contract | |

| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1008 | GAITWAY PLAZA, 1656 PAYSPHERE CIRCLE, CHICAGO, IL, 60674 |
|---|---|---|---|
| | State the term remaining | 07/31/2027 | |
| | List the contract number of any government contract | | |

| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1102 | GATOR SWANSEA PARTNERS,LP, ATTN: YESENIA BONILLA, 7850 NW 146TH ST, 4TH FLOOR, MIAMI LAKES, FL, 33016 |
|---|---|---|---|
| | State the term remaining | 02/28/2026 | |
| | List the contract number of any government contract | | |

| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Chat support | GENESYS, 1302 EL CAMINO REAL, SUITE 300, MENLO PARK, CA, 94025 |
|---|---|---|---|
| | State the term remaining | 03/31/2024 | |
| | List the contract number of any government contract | | |

| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1408 | GLIMCHER GROUP INC., AGENT, ATTN: MARYBETH FREUND, 500 GRANT ST., SUITE 2000, PITTSBURGH, PA, 15219 |
|---|---|---|---|
| | State the term remaining | 07/31/2024 | |
| | List the contract number of any government contract | | |

| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3105 | GONG INVESTMENTS LLC, 48924 RUSTYLEAF TER, FREMONT, CA, 94539 |
|---|---|---|---|
| | State the term remaining | 05/31/2023 | |
| | List the contract number of any government contract | | |

| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Legal services | GORDON REES, 1111 BROADWAY, STE 1700, OAKLAND, CA, 94607 |
|---|---|---|---|
| | State the term remaining | Until terminated | |
| | List the contract number of any government contract | | |

2.172 **State what the contract or lease is for and the nature of the debtor's interest**

Co-Man Agreement

GRAIN MILLERS, INC.. [ADDRESS UNKNOWN]

**State the term remaining** 05/07/2023

**List the contract number of any government contract**

2.173 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #114

GRANADA VILLAGE SHOPPING CENTER, P.O BOX 31001-1063, PASADENA, CA, 91110-1063

**State the term remaining** 07/31/2024

**List the contract number of any government contract**

2.174 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #658

GRANITE PLAZA LTD PARTNER, 400 FRANKLIN ST PO BOX 9059, BRAINTREE, MA, 02184

**State the term remaining** 09/30/2024

**List the contract number of any government contract**

2.175 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #2035

GREENRIDGE PLAZA 674,LLC, ATTN:ACCT 106740-018301, PO BOX 30344, TAMPA, FL, 33630

**State the term remaining** 10/31/2024

**List the contract number of any government contract**

2.176 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #1253

GREENTREE RD SHPPG CTR, C/O NEWMARK KNIGHT FRANK, 210 SIXTH AVE. STE 600, PITTSBURGH, PA, 15222

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

2.177 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #5505

GREENWOOD PLACE COMMONS, LP, C/O THE BROADBENT COMPANY INC., 117 E WASHINGTON ST STE 300, INDIANAPOLIS, IN, 46204

**State the term remaining** 02/28/2027

**List the contract number of any government contract**

| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #341 | HAMMOND AIRE, LP, 945 HEIGHTS BOULEVARD, HOUSTON, TX, 77008 |
|---|---|---|---|
| | **State the term remaining** | 03/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Weight Reduction Center Bond Insurance Policy | HANOVER INSURANCE CO., 440 LINCOLN STREET, WORCESTER, MA, 01653 |
|---|---|---|---|
| | **State the term remaining** | 02/13/2024 | |
| | **List the contract number of any government contract** | 1026887 | |

| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Customs Bond/ Importer Bond 3 Year Bond Insurance Policy | HANOVER INSURANCE CO., 440 LINCOLN STREET, WORCESTER, MA, 01653 |
|---|---|---|---|
| | **State the term remaining** | 03/27/2023 | |
| | **List the contract number of any government contract** | 9914B6973 | |

| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | Canadian Bond Goods and Srvcs Tax Bond Insurance Policy | HANOVER INSURANCE CO., 440 LINCOLN STREET, WORCESTER, MA, 01653 |
|---|---|---|---|
| | **State the term remaining** | 03/14/2023 | |
| | **List the contract number of any government contract** | BLCD201740 | |

| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Deposit Bond Insurance Policy | HANOVER INSURANCE CO., 440 LINCOLN STREET, WORCESTER, MA, 01653 |
|---|---|---|---|
| | **State the term remaining** | 01/13/2024 | |
| | **List the contract number of any government contract** | 1035969 | |

| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | Health Bond Salem Insurance Policy | HANOVER INSURANCE CO., 440 LINCOLN STREET, WORCESTER, MA, 01653 |
|---|---|---|---|
| | **State the term remaining** | 02/13/2024 | |
| | **List the contract number of any government contract** | 1026885 | |

| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Health Bond Nashua Insurance Policy | HANOVER INSURANCE CO., 440 LINCOLN STREET, WORCESTER, MA, 01653 |
|---|---|---|---|
| | State the term remaining | 11/18/2023 | |
| | List the contract number of any government contract | 1058270 | |

| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Health Bond Manchester Insurance Policy | HANOVER INSURANCE CO., 440 LINCOLN STREET, WORCESTER, MA, 01653 |
|---|---|---|---|
| | State the term remaining | 11/18/2023 | |
| | List the contract number of any government contract | 1058269 | |

| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Health Bond Insurance Policy | HANOVER INSURANCE CO., 440 LINCOLN STREET, WORCESTER, MA, 01653 |
|---|---|---|---|
| | State the term remaining | 02/13/2024 | |
| | List the contract number of any government contract | 1026884 | |

| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1053 | HATHSTAUWK HOLDINGS LTD, ITF 1940 HOLDINGS LTD., 12831 HORSESHOE PL, RICHMOND, BC, V7A 4X5 |
|---|---|---|---|
| | State the term remaining | 05/31/2024 | |
| | List the contract number of any government contract | | |

| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #655 | HC ATLANTIC DEVELOPMENT LP, C/O HAROLD COHEN ASSOCIATES, 393 TOTTEN POND RD,STE 203, WALTHAM, MA, 02451-2013 |
|---|---|---|---|
| | State the term remaining | 09/30/2024 | |
| | List the contract number of any government contract | | |

| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1815 | HERITAGE GREEN DEVELOPEMENT CORP, C/O WEISZ, ROCCHI & SCHOLES, 242 MAIN ST EAST, HAMILTON, ON, L8N1H5 |
|---|---|---|---|
| | State the term remaining | 10/31/2027 | |
| | List the contract number of any government contract | | |

Debtor    JC USA, Inc.
         Name

Case number *(if known)* 23-10585

| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #4405 | HHH FAIR CITY LLC, PO BOX 781213, C/O HHH PROPERTIES CORP, PHILADELPHIA, PA, 19178-1213 |
|---|---|---|---|
| | State the term remaining | 04/30/2032 | |
| | List the contract number of any government contract | | |

| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2223 | HIGHGLEN CLOVER SQUARE, LLC, 450 PLYMOUTH RD SUITE 305, PLYMOUTH MEETING, PA, 19462 |
|---|---|---|---|
| | State the term remaining | 11/30/2024 | |
| | List the contract number of any government contract | | |

| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3301 | HILL MANAGEMENT SERV INC, PO BOX 22317, TAMPA, FL, 33622 |
|---|---|---|---|
| | State the term remaining | 09/30/2027 | |
| | List the contract number of any government contract | | |

| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | Earthquake Insurance Policy | HOMESITE INSURANCE COMPANY, PO BOX 5300, BINGHAMTON, NY, 13902 |
|---|---|---|---|
| | State the term remaining | 01/01/2024 | |
| | List the contract number of any government contract | VH342302887 | |

| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Co-Man Agreement | HORIZON FOOD GROUP' [ADDRESS UNKNOWN] |
|---|---|---|---|
| | State the term remaining | Until terminated | |
| | List the contract number of any government contract | | |

| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #159 | HORIZON GROUP LLC, C/O 3D INVESTMENTS LLC, 468 NORTH CAMDEN DR ST 300, BEVERLY HILLS, CA, 90210 |
|---|---|---|---|
| | State the term remaining | 10/31/2025 | |
| | List the contract number of any government contract | | |

| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Linear and Digital TV media agency | HORIZON MEDIA/HORIZON NEXT, 75 VARICK STREET, NEW YORK, NY, 10013 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |

| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2045 | HUNTINGTON PLAZA SHOPPING CTR LLC, PO BOX 30344, TAMPA, FL, 33630 |
| | State the term remaining | 10/31/2023 | |
| | List the contract number of any government contract | | |

| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1205 | HYDE PARK PLAZA, C/O REGENCY CENTERS LP, PO BOX 644019, PITTSBURGH, PA, 15264 |
| | State the term remaining | 09/30/2024 | |
| | List the contract number of any government contract | | |

| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #102 | ICE HOLDING LLC, IMPERIAL CENTER EAST, PO BOX 82551, GOLETA, CA, 93118-2551 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #611 | INDEPENDENCE PLAZA CENTER,LP, C/O BOLLER PROPERTIES, 3201 CHERRY RIDGE, SUITE B-209, SAN ANTONIO, TX, 78230 |
| | State the term remaining | 01/31/2028 | |
| | List the contract number of any government contract | | |

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Minimum viable product trial of doctor coach collaboration and acceptance of insurance. | INHEALTH, 1801 CENTURY PARK E, 24TH FLOOR, LOS ANGELES, CA, 90067 |
| | State the term remaining | 08/21/2022 | |
| | List the contract number of any government contract | | |

**2.202**  **State what the contract or lease is for and the nature of the debtor's interest**   Lease Agreement - Store #669

INLAND COMMERCIAL REAL ESTATE SVCS, RE: BLDG 75044, 62903 COLLECTION CENTER DR., CHICAGO, IL, 60693-0629

**State the term remaining**   08/31/2024

**List the contract number of any government contract**

**2.203**  **State what the contract or lease is for and the nature of the debtor's interest**   Lease Agreement - Store #401

INLAND WESTERN SEATTLE NORTH, LLC, 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN, 46204

**State the term remaining**   03/31/2026

**List the contract number of any government contract**

**2.204**  **State what the contract or lease is for and the nature of the debtor's interest**   Lease Agreement - Store #551

INVENTRUST PROPERTY MANAGEMENT, 3025 HIGHLAND PARKWAY, SUITE 350, DOWNERS GROVE, IL, 60515

**State the term remaining**   06/30/2025

**List the contract number of any government contract**

**2.205**  **State what the contract or lease is for and the nature of the debtor's interest**   Lease Agreement - Store #3401

IRC RETAIL CENTERS INC, LEASE #1764, 75 REMITTANCE DR DEPT 3128, CHICAGO, IL, 60675-3128

**State the term remaining**   08/31/2023

**List the contract number of any government contract**

**2.206**  **State what the contract or lease is for and the nature of the debtor's interest**   Lease Agreement - Store #1071

JABS DEVELOPMENT, LTD, 200-1889 SPRINGIELD RD, KELOWNA, BC, V1Y 5V5

**State the term remaining**   12/31/2023

**List the contract number of any government contract**

**2.207**  **State what the contract or lease is for and the nature of the debtor's interest**   Digital marketing agency

JANUARY MEDIA/JANUARY DIGITAL, 4833 OVERTON WOODS DR, FT. WORTH, TX, 76109

**State the term remaining**   Until terminated

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Man Agreement |
| | | JASPAR PRODUCTS, P.O. BOX 503776, ST. LOUIS, MO, 63150 |
| | **State the term remaining** | 12/01/2023 |
| | **List the contract number of any government contract** | |
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #2004 |
| | | JEFFREY MAT INC, 7 PENN PLAZA SUITE 618, NEW YORK, NY, 10001 |
| | **State the term remaining** | 12/31/2025 |
| | **List the contract number of any government contract** | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #4406 |
| | | JEMAL'S SHOPS OF CHEVY CHASE, C/O DOUGLAS DEVELOPMENT CORPORATION, 655 NEW YORK AVE NW SUITE 830, WASHINGTON, DC, 20001 |
| | **State the term remaining** | 04/30/2024 |
| | **List the contract number of any government contract** | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #3355 |
| | | JOHN C.B. SMITH JR., C/O WILSON KIBLER, PO BOX 11312, COLUMBIA, SC, 29211 |
| | **State the term remaining** | 05/31/2026 |
| | **List the contract number of any government contract** | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #904 |
| | | JUDGE ENTERPRISES LLC, C/O RICHTER RLTY&INVSMT INC, 18650 WEST CORPORATE DR #103, BROOKFIELD, WI, 53045 |
| | **State the term remaining** | 10/31/2032 |
| | **List the contract number of any government contract** | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #1052 |
| | | K&L UNITY HOLDINGS, 2420 QUEENS AVE., WEST VANCOUVER, BC, V7V 2Y6 |
| | **State the term remaining** | 12/31/2027 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical insurance | KAISER, ONE KAISER PLAZA 15L, OAKLAND, CA, 94612 |
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #660 | KF REALTY ASSOCIATES,LLC, C/0 UNITED PROPERTIES GROUP,INC, 1330 BOYLSTON ST #608, CHESTNUT HILL, MA, 02467 |
| | **State the term remaining** | 06/30/2033 | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #3091 | KIMBERLY R. STILLMAKER REVOCABLE, PO BOX 9440, FRESNO, CA, 93792 |
| | **State the term remaining** | 06/30/2026 | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #3170 | KIMCO LAKELAND 123,INC., PO BOX 30344, TAMPA, FL, 33630 |
| | **State the term remaining** | 09/30/2026 | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #1202 | KINGS MALL PARTNERS, LLC, C/O COLLIERS, 425 WALNUT STREET, SUITE 120, MINNEAPOLIS, MN, 55485-5783 |
| | **State the term remaining** | 06/30/2026 | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #1362 | KIOP BRANFORD LLC, PO BOX 30344, TAMPA, FL, 33630 |
| | **State the term remaining** | 11/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2039 | KIOP MEADOWBROOK LP, ATTN:ACCT 100270-022591, PO BOX 62045, NEWARK, NJ, 07101 |
| | State the term remaining | 10/31/2025 | |
| | List the contract number of any government contract | | |

| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3063 | KITE REALTY GROUP, ACCOUNT #002413, PO BOX 847952, DALLAS, TX, 75284 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #951 | KRCX WRI HOLDINGS, LLC, RE: ACCOUNT #118160-033064, P.O. BOX 30344, TAMPA, FL, 33630 |
| | State the term remaining | 04/30/2026 | |
| | List the contract number of any government contract | | |

| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #608 | KRG CEDAR HILL PLAZA, ACCOUNT #000268, PO BOX 847952, DALLAS, TX, 75284 |
| | State the term remaining | 08/31/2026 | |
| | List the contract number of any government contract | | |

| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3182 | KRG PEBBLE MARKETPLACE, LLC, 30 SOUTH MERIDIAN STREET, INDIANAPOLIS, IN, 46204 |
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |

| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #402 | KRG WOODINVILLE PLAZA, LLC, 13068 COLLECTION CENTER DRIVE, CHICAGO, IL, 60693 |
| | State the term remaining | 09/30/2024 | |
| | List the contract number of any government contract | | |

| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #409 | KTM GROUP LLC, C/O METRO PROPERTY SERVICES, 2940 FAIRVIEW AVE. E, SEATTLE, WA, 98102 |
|---|---|---|---|
| | State the term remaining | 03/31/2024 | |
| | List the contract number of any government contract | | |

| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #457 | LAKE OWSEGO TOWN SQUARE, C/O RREEF AMERICA REIT CORP GG, P.O. BOX 209268, AUSTIN, TX, 78720-9268 |
|---|---|---|---|
| | State the term remaining | 10/31/2025 | |
| | List the contract number of any government contract | | |

| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3306 | LAKEFRONT 17 LLC, C/O ORR PARTNERS, 11180 SUNRISE VALLEY DR #200, RESTON, VA, 20191 |
|---|---|---|---|
| | State the term remaining | 02/28/2025 | |
| | List the contract number of any government contract | | |

| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #177 | LAKESIDE CENTER, C/O STANDARD MGMT COMPANY, 2245 CAMPUS DRIVE, EL SEGUNDO, CA, 90245 |
|---|---|---|---|
| | State the term remaining | 03/03/2032 | |
| | List the contract number of any government contract | | |

| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #105 | LAKEWOOD ASSOCIATES LLC, PO BOX 399237, SAN FRANCISCO, CA, 94137-9237 |
|---|---|---|---|
| | State the term remaining | 04/30/2024 | |
| | List the contract number of any government contract | | |

| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2207 | LANGHORNE SQUARE SHOPPING CTR, C/O FEDERAL RLTY INV TRUST 500-1441, PO BOX 8500-9320, PHILADELPHIA, PA, 19178-9320 |
|---|---|---|---|
| | State the term remaining | 03/31/2028 | |
| | List the contract number of any government contract | | |

| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2217 | LBX DEPTFORD TH LLC, PO BOX 67334, NEWARK, NJ, 07101-4007 |
| | State the term remaining | 10/31/2025 | |
| | List the contract number of any government contract | | |

| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #139 | LDC COUGAR, LLC., 1156 N. MOUNTAIN AVE, UPLAND, CA, 91785 |
| | State the term remaining | 05/31/2024 | |
| | List the contract number of any government contract | | |

| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #117 | LEE PAN MONTCLAIR LLC, C/O STC MANAGEMENT, 10722 BEVERLY BLVD.,#STE P, WHITTIER, CA, 90601 |
| | State the term remaining | 01/31/2024 | |
| | List the contract number of any government contract | | |

| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2023 | LIBERTY DISTRIBUTORS, INC., C/O PARAMOUNT REALTY SERVICES, PO BOX 6296, HICKSVILLE, NY, 11802 |
| | State the term remaining | 06/30/2026 | |
| | List the contract number of any government contract | | |

| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3111 | LINCOLN PROP LTD, 374 LINCOLN CENTER, STOCKTON, CA, 95207 |
| | State the term remaining | 10/31/2027 | |
| | List the contract number of any government contract | | |

| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1816 | LL PINNACLE CONSTRUCTION, 8901 WOODBINE AVE STE 103, MARKHAM, ON, L3R 9Y4 |
| | State the term remaining | 06/30/2024 | |
| | List the contract number of any government contract | | |

2.238 **State what the contract or lease is for and the nature of the debtor's interest**    Lease Agreement - Store #3455

LOCSAW VENTURE LLC, C/O SWANSON PROPERTIES, LTD, PO BOX 720, DENVER, CO, 80201-0720

**State the term remaining**    02/28/2023

**List the contract number of any government contract**

2.239 **State what the contract or lease is for and the nature of the debtor's interest**    Lease Agreement - Store #203

LUMAJO-BOLINGBROOK,LLC, 111 LIVERY CIRCLE, OAK BROOK, IL, 60523-2537

**State the term remaining**    02/28/2026

**List the contract number of any government contract**

2.240 **State what the contract or lease is for and the nature of the debtor's interest**    Lease Agreement - Store #2040

MA OWNERS INC, 400 POST AVE #307, WESTBURY, NY, 11590

**State the term remaining**    10/31/2023

**List the contract number of any government contract**

2.241 **State what the contract or lease is for and the nature of the debtor's interest**    Lease Agreement - Store #3112

MADISON SUNRISE ASSOC LLC, 5180 GOLDEN FOOTHILL PARKWAY, SUITE 210, EL DORADO HILLS, CA, 95762

**State the term remaining**    07/31/2024

**List the contract number of any government contract**

2.242 **State what the contract or lease is for and the nature of the debtor's interest**    Lease Agreement - Store #3001

MAIN STREET SHOPPING CENTER LLC, 529 ALMA STREET, PALO ALTO, CA, 94301

**State the term remaining**    08/31/2026

**List the contract number of any government contract**

2.243 **State what the contract or lease is for and the nature of the debtor's interest**    Influencer Agreement

MARI BURELLE, 329 E. 94TH ST., APT. 30, NEW YORK, NY, 10128

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.244**  State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - Store #1703

MARKET @ ROUND ROCK, C/O REGNECY CENTERS,LP, PO BOX 676473, DALLAS, TX, 75267-6473

State the term remaining — 06/30/2027

List the contract number of any government contract —

**2.245**  State what the contract or lease is for and the nature of the debtor's interest — Amazon management and advertising

MARKET DEFENSE, 3200 WEST END AVE SUITE 500, NASHVILLE, TN, 37203

State the term remaining — Until terminated

List the contract number of any government contract —

**2.246**  State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - Store #3154

MARKETPLACE-ST. PETERSBURG LLC, C/O JLL-PROPERTY #R0284200, 655 REDWOOD HWY.,STE.177, MILL VALLEY, CA, 94941

State the term remaining — 07/31/2025

List the contract number of any government contract —

**2.247**  State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - Store #2212

MARLTON PLAZA ASSOC II, LP, C/O BRIXMOR PROPERTY GRP LEASE #4240026, PO BOX 645324, CINCINNATI, OH, 45264-5324

State the term remaining — 08/31/2024

List the contract number of any government contract —

**2.248**  State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - Store #2012

MASSAPEQUA CENTER OWNERS LLC, 99 SEAVIEW BLVD, SUITE 100, PORT WASHINGTON, NY, 11050

State the term remaining — 09/30/2025

List the contract number of any government contract —

**2.249**  State what the contract or lease is for and the nature of the debtor's interest — Engagement Letter

MCDERMOTT WILL & EMERY, 444 W. LAKE STREET, SUITE 4000, CHICAGO, IL 60606-0029

State the term remaining — Unknown

List the contract number of any government contract —

2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #673 | MCDONALD INVESTMENT REALTY TRUST, 152 CENTRE STREET, HOLBROOK, MA, 02343
| **State the term remaining** | 09/18/2025 |
| **List the contract number of any government contract** | |

2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #3108 | MCHENRY MODESTO LP, C/O STANDARD MANAGEMENT CO, 2245 CAMPUS DRIVE, EL SEGUNDO, CA, 902045
| **State the term remaining** | 11/30/2024 |
| **List the contract number of any government contract** | |

2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #3056 | MEMORIAL TEXAS LLC, C/O WESTWOOD FINANCIAL CORP, PO BOX 31080, TAMPA, FL, 33630
| **State the term remaining** | 12/31/2023 |
| **List the contract number of any government contract** | |

2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #3207 | MESA PAVILLION SOUTH LLC, 2222 AVENUE OF THE STARS ST. 1802, LOS ANGELES, CA, 90067
| **State the term remaining** | 04/30/2026 |
| **List the contract number of any government contract** | |

2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #707 | METCALF DEVELOP LLC, 4400 SHAWNEE MISSION PARKWAY, SUITE 209, FAIRWAY, KS, 66205
| **State the term remaining** | 04/30/2032 |
| **List the contract number of any government contract** | |

2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #5585 | MHS II, DEPT JC-01, PO BOX 844571, BOSTON, MA, 02284
| **State the term remaining** | 01/31/2027 |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #2603 |
| | | MIDLAND SOUTHPOINT DEV CO LLC, CASTO, PO BOX 1450, COLUMBUS, OH, 43216 |
| | **State the term remaining** | 06/30/2024 |
| | **List the contract number of any government contract** | |
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | Investment banker in connection with sale, refinancing and/or bankruptcy |
| | | MILLER BUCKFIRE, 787 SEVENTTH AVENUE, 5TH FLOOR, NEW YORK, NY 10019 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #4418 |
| | | MITCO SHENANDOAH LLC, ATTN: MICHAEL AVERY, 124 PARK ST. SE, STE.201, VIENNA, VA, 22180 |
| | **State the term remaining** | 03/31/2026 |
| | **List the contract number of any government contract** | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #621 |
| | | MK TOWNE CROSSING ASSOCIATES LLC, C/O FIDELIS REALTY PARTNERS DEPT 831, P.O. BOX 225527, DALLAS, TX, 75222 |
| | **State the term remaining** | 03/31/2024 |
| | **List the contract number of any government contract** | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #5582 |
| | | MO SALEM, LLC, C/O MIDLAND ATLANTIC PROPERTIES, PO BOX 645495, CINCINNATI, OH, 45264 |
| | **State the term remaining** | 10/31/2026 |
| | **List the contract number of any government contract** | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | Project management tool |
| | | MONDAY.COM , 52 MENACHEM BEGIN ST., TEL AVIV, ZZ, 6713701 |
| | **State the term remaining** | 02/24/2024 |
| | **List the contract number of any government contract** | |

**2.262** | **State what the contract or lease is for and the nature of the debtor's interest** | Influencer Agreement | MONICA ORTEGA, [ADDRESS UNKNOWN]
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.263** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #1402 | MSA MONTROSE L.P., LOCKBOX #781691, P.O. BOX 8500, PHILADELPHIA, PA, 19178-1691
| **State the term remaining** | 09/30/2032 |
| **List the contract number of any government contract** | |

**2.264** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #2010 | MURRAY HILL 32 LLC, 319 LAFAYETTE ST SUITE 165, NEW YORK, NY, 10012
| **State the term remaining** | 04/30/2024 |
| **List the contract number of any government contract** | |

**2.265** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #654 | NAHATAN REALTY LLC, 300 POND ST., RANDOLPH, MA, 02368
| **State the term remaining** | 09/30/2024 |
| **List the contract number of any government contract** | |

**2.266** | **State what the contract or lease is for and the nature of the debtor's interest** | Ethics Point whistleblower hotline | NAVEX GLOBAL, PO BOX 60941, CHARLOTTE, NC, 28260-0941
| **State the term remaining** | 08/31/2023 |
| **List the contract number of any government contract** | |

**2.267** | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Man Agreement | NELLSON NUTRICETICALS, 5115 E LA PALMA AVE, ANAHEIM, CA, 92807
| **State the term remaining** | 06/26/2023 |
| **List the contract number of any government contract** | |

**2.268**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2452 | NEW MARKET OVERLOOK, LLC, PO BOX 27324, SAN DIEGO, CA, 92198-1324 |
| State the term remaining | 11/30/2023 | |
| List the contract number of any government contract | | |

**2.269**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1819 | NIAGRA GRP INVESTMENT INC, O/A WESTLAKE SHOPPING CTR, 2700 DUFFERIN ST UNIT 48, TORONTO, ON, M6B 4J3 |
| State the term remaining | 08/31/2024 | |
| List the contract number of any government contract | | |

**2.270**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #218 | NORRIDGE PLAZA, LLC, P.O BOX 407, DEERFIELD, IL, 60015 |
| State the term remaining | 09/30/2025 | |
| List the contract number of any government contract | | |

**2.271**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1702 | NORTH HILLS TOWN CENTER, C/O REGENCY CENTERS, LP, PO BOX 676473, DALLAS, TX, 75267-6473 |
| State the term remaining | 09/30/2027 | |
| List the contract number of any government contract | | |

**2.272**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #143 | NORTH LOS ALTOS SHOPPING CENTER, 541 S SPRING ST #204, LOS ANGELES, CA, 90013 |
| State the term remaining | 10/31/2025 | |
| List the contract number of any government contract | | |

**2.273**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3258 | NORTHCROSS II,LLC, PO BOX 602966, CHARLOTTE, NC, 28260 |
| State the term remaining | 04/30/2028 | |
| List the contract number of any government contract | | |

| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3205 | NORTHSIGHT CROSSINGS AZ LLC, C/O MEB COMMERCIAL MANAGEMENT GROUP, 3030 N. CENTRAL AVE, #110, PHOENIX, AZ, 85012 |
| | State the term remaining | 05/31/2024 | |
| | List the contract number of any government contract | | |

| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #558 | NPMC RETAIL, LLC, C/O CBRE GLOBAL INVESTORS LLC, PO BOX 101958, PASADENA, CA, 91189-1958 |
| | State the term remaining | 10/31/2025 | |
| | List the contract number of any government contract | | |

| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1806 | NUFORCE, INC, 1170 BAY STREET #115, TORONTO, ON, M5S 2B4 |
| | State the term remaining | 08/31/2024 | |
| | List the contract number of any government contract | | |

| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #415 | OLYMPIA SQUARE SOUTH LLC, C/O FIRST WESTERN PROPERTIES, 2490 FAIRVIEW AVE E, SEATTLE, WA, 98101 |
| | State the term remaining | 10/31/2026 | |
| | List the contract number of any government contract | | |

| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | Managed Cloud Storage and Software | ORACLE (HYPERION), 500. ORACLE PARKWAY, REDWOOD CITY, CA, 94065 |
| | State the term remaining | 01/00/1900 | |
| | List the contract number of any government contract | | |

| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1351 | ORANGE IMPROVEMENTS PTNRSP, C/O DLC MANAGEMENT 001-000310, PO BOX 5122, WHITE PLAINS, NY, 10602 |
| | State the term remaining | 03/31/2026 | |
| | List the contract number of any government contract | | |

| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Co-Man Agreement | ORION FOOD SYSTEMS, 2930 W MAPLE ST, SIOUX FALLS, SD, 57107 |
|---|---|---|---|
| | State the term remaining | 09/11/2024 | |
| | List the contract number of any government contract | | |

| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2059 | OTTAVIANO & TEHRANI LLC, 838 HIGH RIDGE ROAD, STAMFORD, CT, 06905 |
|---|---|---|---|
| | State the term remaining | 04/30/2023 | |
| | List the contract number of any government contract | | |

| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2018 | P & A ASSOCIATES LLC, C/O MONARCH RLTY CORP, 106 GRAND AVENUE, STE 475, ENGLEWOOD, NJ, 07631 |
|---|---|---|---|
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |

| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3010 | P & N ENTERPRISES, LLC, PO BOX 888708, LOS ANGELES, CA, 90088-8788 |
|---|---|---|---|
| | State the term remaining | 06/30/2023 | |
| | List the contract number of any government contract | | |

| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #163 | PACIFIC CASTLE PORTOLA LLC, P.O. BOX 745882, LOS ANGELES, CA, 90074-5882 |
|---|---|---|---|
| | State the term remaining | 10/31/2023 | |
| | List the contract number of any government contract | | |

| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1104 | PARAMOUNT FASHION AT ATTLEBORO LLC, C/O PARAMOUNT REALTY SERVICE, PO BOX 6296, HICKSVILLE, NY, 11802 |
|---|---|---|---|
| | State the term remaining | 07/31/2024 | |
| | List the contract number of any government contract | | |

| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #221 | PARK HILL PLAZA LLC, PO BOX 1494, NORTHBROOK, IL, 60065-1494 |
|---|---|---|---|
| | State the term remaining | 03/31/2024 | |
| | List the contract number of any government contract | | |

| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #6631 | PARK PLACE MEMPHIS LLC, C/O LOEB PROPERTIES, 825 VALLEYBROOK DR, MEMPHIS, TN, 38120 |
|---|---|---|---|
| | State the term remaining | 02/29/2024 | |
| | List the contract number of any government contract | | |

| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #657 | PARLMONT LTD PRTNSP, PO BOX 2350, ACTON, MA, 01720 |
|---|---|---|---|
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |

| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Direct mail marketing | PEBBLE POST, 442 5TH AVENUE # 1942, NEW YORK, NY, 10018 |
|---|---|---|---|
| | State the term remaining | 10/09/2023 | |
| | List the contract number of any government contract | | |

| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1656 | PENFIELD TK OWNER LLC, C/O JADD MANAGEMENT LLC, 415 PARK AVE, ROCHESTER, NY, 14607 |
|---|---|---|---|
| | State the term remaining | 08/31/2024 | |
| | List the contract number of any government contract | | |

| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2025 | PG&B REALTY CORP., 275 ROUTE 22 EAST, SPRINGFIELD, NJ, 07081 |
|---|---|---|---|
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |

2.292 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #3163

PINEBROOK PARK COMPLEX-LOWELL,HARRY, C/O COMMERCIAL PROP. MGMT SVCS, 5220 SUMMERLIN COMMONS BLVD, STE 500, FT MEYERS, FL, 33907

**State the term remaining**

10/31/2025

**List the contract number of any government contract**

2.293 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #501

PLAZA 7-21,LLC, ATTN: RENEE FORREST, 675 E 2100 SOUTH, STE 100, SALT LAKE CITY, UT, 84106

**State the term remaining**

12/31/2024

**List the contract number of any government contract**

2.294 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #3054

POR LP, PO BOX 203832, DALLAS, TX, 75320-3832

**State the term remaining**

03/31/2025

**List the contract number of any government contract**

2.295 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #2057

POST BENSON CORP, % ALBERT PHELPS INC, 911 POST ROAD, FAIRFIELD, CT, 06824

**State the term remaining**

11/30/2024

**List the contract number of any government contract**

2.296 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #1159

POWAY CITY S.C.,LP, PO BOX 30344, TAMPA, FL, 33630

**State the term remaining**

08/31/2023

**List the contract number of any government contract**

2.297 **State what the contract or lease is for and the nature of the debtor's interest**

SEO Agency

POWER DIGITAL MEDIA, 2251 SAN DIEGO AVE STE A250, SAN DIEGO, CA, 92110

**State the term remaining**

Aug. 2023

**List the contract number of any government contract**

| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1162 | PRINCIPAL LIFE INSURANCE CO., PROPERTY #022211, P.O. BOX 310300, DES MOINES, IA, 50331-0300 |
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |

| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | Stop loss insurance | QBE, 55 WATER STREET, NEW YORK, NY, 10041 |
| | State the term remaining | 01/00/1900 | |
| | List the contract number of any government contract | | |

| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1457 | QC OUTPARCEL LLC, 3275 N BENZING RD, ORCHARD PARK, NY, 14127 |
| | State the term remaining | 01/31/2024 | |
| | List the contract number of any government contract | | |

| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #106 | QUAIL HILL CENTER LLC, C/O THE IRVINE COMPANY LLC, PO BOX 84-2724, LOS ANGELES, CA, 90084-2724 |
| | State the term remaining | 11/30/2023 | |
| | List the contract number of any government contract | | |

| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1971 | QUARTIER DIX30 MANAGEMENT, 9120 BOUL LEDUC, STE 230, BROSSARD, QC, J4Y 0L3 |
| | State the term remaining | 04/30/2027 | |
| | List the contract number of any government contract | | |

| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | Accounting support | QUATTRO, 1850 PARKWAY PLACE SUITE 1100, MARIETTA, GA, 30067 |
| | State the term remaining | 02/01/2024 | |
| | List the contract number of any government contract | | |

**2.304** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #2006

QUEENS BLVD ASSOC LLC, 112-41 QUEENS BLVD #201, FOREST HILLS, NY, 11375

State the term remaining: 07/31/2025

List the contract number of any government contract

**2.305** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #2501

RCC MERCHANTS WALK LLC, C/O NEW LINK MANAGEMENT GROUP, PO BOX 17710, RICHMOND, VA, 23226

State the term remaining: 11/30/2025

List the contract number of any government contract

**2.306** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #134

REDLANDS EQUITY INVESTORS, LLC., C/O EQUIMAX MANAGEMENT, 3415 S. SEPULVEDA BLVD. 400, LOS ANGELES, CA, 90034

State the term remaining: 01/31/2025

List the contract number of any government contract

**2.307** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #953

REGENCY CENTERS LP, PMC C/O REGENCY, PO BOX 740462, ATLANTA, GA, 30374-0462

State the term remaining: 06/30/2026

List the contract number of any government contract

**2.308** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #2015

REGENCY CENTERS LP, PO BOX 844235, BOSTON, MA, 02284-4235

State the term remaining: 02/28/2026

List the contract number of any government contract

**2.309** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #1304

REGENCY CENTERS,LP, D/B/A WELLINGTON TOWN SQUARE, PO BOX 532937, ATLANTA, GA, 30353

State the term remaining: 06/30/2024

List the contract number of any government contract

2.310  **State what the contract or lease is for and the nature of the debtor's interest**    Co-Man Agreement

REQUEST GOODS, PO BOX 2577, HOLLAND, MI, 49424

**State the term remaining**    09/01/2023

**List the contract number of any government contract**

2.311  **State what the contract or lease is for and the nature of the debtor's interest**    Lease Agreement - Store #2203

RHEES NORTH WALES LP, C/O ARCHER TAX & FINANCIAL GROUP, 252 N RADNOR CHESTER ROAD, ST DAVIDS, PA, 19087

**State the term remaining**    10/31/2023

**List the contract number of any government contract**

2.312  **State what the contract or lease is for and the nature of the debtor's interest**    Lease Agreement - Store #3113

RHINO HOLDINGS BLUE OAKS, LLC, 3005 DOUGLAS BOULEVARD, SUTIE 200, ROSEVILLE, CA, 95561

**State the term remaining**    03/31/2027

**List the contract number of any government contract**

2.313  **State what the contract or lease is for and the nature of the debtor's interest**    Lease Agreement - Store #2108

RIDGE SQUARE NORTH LLP, 13033 RIDGEDALE DRIVE, #269, MINNETONKA, MN, 55305

**State the term remaining**    05/31/2024

**List the contract number of any government contract**

2.314  **State what the contract or lease is for and the nature of the debtor's interest**    Lease Agreement - Store #3168

RIDGEPORT LIMITED PARTNERSHIP, C/O CONTINENTAL REALTY CORP, 1427 CLARKVIEW RD,#500, BALTIMORE, MD, 21209

**State the term remaining**    05/31/2027

**List the contract number of any government contract**

2.315  **State what the contract or lease is for and the nature of the debtor's interest**    Lease Agreement - Store #1033

RIOCAN MANAGEMENT INC, 700 LAWRENCE AVE W, #315, TORONTO, ON, M6A 3B4

**State the term remaining**    05/31/2025

**List the contract number of any government contract**

| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #118 | RIVERSIDE, CITY OF, 8095 LINCOLN AVE, RIVERSIDE, CA, 92504 |
|---|---|---|---|
| | State the term remaining | 06/30/2025 | |
| | List the contract number of any government contract | | |

| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #552 | RIVERVIEW ASSOCIATES LTD, 3300 COBB PARKWAY S.E. #120, ATLANTA, GA, 30339 |
|---|---|---|---|
| | State the term remaining | 10/31/2024 | |
| | List the contract number of any government contract | | |

| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1035 | RMI-ITF-MAYFIELD COMMON, C/O RIOCAN MANAGEMENT INC., 15047A STONY PLAIN RD NW, EDMONTON, AB, T5P 4W1 |
|---|---|---|---|
| | State the term remaining | 05/31/2024 | |
| | List the contract number of any government contract | | |

| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #4410 | ROCKVILLE PIKE JOINT VENTURE LLLP, C/O FORDHAM DEVELOPMENT CO, 7910 WOODMONT AVE#1060, BETHESDA, MD, 20814 |
|---|---|---|---|
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #10077 | ROF IV OTCC, LCC, C/O REGENT PROPERTY MNGMT SERVICES, PO BOX 847248, LOS ANGELES, CA, 90084-72483 |
|---|---|---|---|
| | State the term remaining | 12/31/2030 | |
| | List the contract number of any government contract | | |

| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #30055 | ROF IV OTCC, LCC, C/O REGENT PROPERTY MNGMT SERVICES, PO BOX 847248, LOS ANGELES, CA, 90084-72483 |
|---|---|---|---|
| | State the term remaining | 12/31/2030 | |
| | List the contract number of any government contract | | |

| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #131 | ROIC BOUQUET CENTER, LLC, MS 631099, PO BOX 3953, SEATTLE, WA, 98124-3953 |
| | State the term remaining | 02/28/2025 | |
| | List the contract number of any government contract | | |

| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #170 | ROMARIC TRUST, C/O US BANK, 1153 FAIR OAKS AVE, SOUTH PASADENA, CA, 91030 |
| | State the term remaining | 10/31/2024 | |
| | List the contract number of any government contract | | |

| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #473 | ROMAX PROPERTIES LLC, 10213 E BUCKEYE LANE, SPOKANE VALLEY, WA, 99206 |
| | State the term remaining | 04/30/2028 | |
| | List the contract number of any government contract | | |

| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2109 | ROSEDALE COMMONS LP, C/O US BANK, PO BOX 809207, CHICAGO, IL, 60680-9201 |
| | State the term remaining | 07/31/2024 | |
| | List the contract number of any government contract | | |

| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3303 | RPAI US MANAGEMENT LLC, 13068 COLLECTIONS CENTER DR, BLDG 36028, LEASE 4687, CHICAGO, IL, 60693 |
| | State the term remaining | 04/30/2025 | |
| | List the contract number of any government contract | | |

| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #557 | RPT PROVIDENCE SQUARE LLC, P.O. BOX 209266, AUSTIN, TX, 78720-9266 |
| | State the term remaining | 10/31/2024 | |
| | List the contract number of any government contract | | |

| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1509 | RPT REALTY LP, RLV HUNTER'S SQUARE LP, P.O BOX 350018, BOSTON, MA, 02241-0518 |
|---|---|---|---|
| | State the term remaining | 07/31/2023 | |
| | List the contract number of any government contract | | |

| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #754 | RPT REALTY, L.P., HERITAGE PLACE, PO BOX 350018, BOSTON, MA, 02241-0518 |
|---|---|---|---|
| | State the term remaining | 06/30/2024 | |
| | List the contract number of any government contract | | |

| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #356 | RPT REALTY, L.P., OLENTANGY PLAZA, PO BOX 350018, BOSTON, MA, 02241-0518 |
|---|---|---|---|
| | State the term remaining | 04/30/2025 | |
| | List the contract number of any government contract | | |

| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1699 | RREEF AMERICA REIT II PORTFOLIO,LP, PO BOX 209237, AUSTIN, TX, 78720-9237 |
|---|---|---|---|
| | State the term remaining | 12/31/2026 | |
| | List the contract number of any government contract | | |

| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3211 | RUBY COMMERCIAL PROPERTIES LLC, 2633 EAST INDIAN SCHOOL RD, SUITE 160, PHOENIX, AZ, 85014 |
|---|---|---|---|
| | State the term remaining | 06/30/2023 | |
| | List the contract number of any government contract | | |

| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2021 | S.T. AT RT. 10, INC, C/O DAVID TAMMAM, 46 BATTLERIDGE RD., MORRIS PLAINS, NJ, 07950 |
|---|---|---|---|
| | State the term remaining | 10/31/2025 | |
| | List the contract number of any government contract | | |

| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales software | SALESFORCE, PO BOX 203141, DALLAS, TX, 75320-3141 |
|---|---|---|---|
| | **State the term remaining** | 6/29/2023 and 2/14/2025 | |
| | **List the contract number of any government contract** | | |

| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | IT and programming support | SAPIENT, 40 WATER ST., BOSTON, MA, 02109 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #3026 | SARATOGA SQUARE, 7855 IVANHOE AVE SUITE 333, LA JOLLA, CA, 92037 |
|---|---|---|---|
| | **State the term remaining** | 10/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #453 | SB HALL STREET CENTER, LLC, C/O CRITERIA PROPERTIES, 4915 SW GRIFFITH DR., SUITE 300, BEAVERTON, OR, 97005 |
|---|---|---|---|
| | **State the term remaining** | 04/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #3023 | SCG PINOLE VALLEY SHOP CNTR,LLC, P.O BOX 740127, LOS ANGELES, CA, 90074-0127 |
|---|---|---|---|
| | **State the term remaining** | 12/31/2031 | |
| | **List the contract number of any government contract** | | |

| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #201 | SCOTTSDALE LP, C/O A&R MANAGEMENT, 3175 COMMERCIAL AVE, NORTHBROOK, IL, 60062 |
|---|---|---|---|
| | **State the term remaining** | 03/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1707 | SEA ISLAND RETAIL PARTNERS,LTD., 10010 SAN PEDRO, STE 650, SAN ANTONIO, TX, 78216 |
|---|---|---|---|
| | State the term remaining | 03/31/2025 | |
| | List the contract number of any government contract | | |

| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2022 | SETTER PARTNERS, LLC, ATTN: GUY TUVIA, 244 WEST 39TH ST., 4TH FLR., NEW YORK, NY, 10018 |
|---|---|---|---|
| | State the term remaining | 02/28/2025 | |
| | List the contract number of any government contract | | |

| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2356 | SHAKER LOUDON ASSOCIATES, P.O. BOX #823201, PHILADELPHIA, PA, 19182-3201 |
|---|---|---|---|
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |

| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | Sierra Constellation Partners 355 S. Grand Avenue, Suite 1450 Los Angeles, CA 90071 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | SIERRA CONSTELLATION, 355. S. GRAND AVENUE , SUITE 1450, LOS ANGELES, CA, 90071 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #171 | SILVER SPUR SHOPPING CENTER,LLC, 9229 SUNSET BLVD., STE. 618, WEST HOLLYWOOD, CA, 90069 |
|---|---|---|---|
| | State the term remaining | 02/28/2027 | |
| | List the contract number of any government contract | | |

**2.346**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1361 |
| --- | --- |
| State the term remaining | 08/31/2027 |
| List the contract number of any government contract | |

SIMSBURY COMMONS LLC, C/O LINCOLN PROPERTY COMPANY, 75 HOLLY HILL LANE, STE.303, GREENWICH, CT, 06830

**2.347**

| State what the contract or lease is for and the nature of the debtor's interest | Co-Man Agreement |
| --- | --- |
| State the term remaining | 09/26/2023 |
| List the contract number of any government contract | |

SK FOOD GROUP, 4600 37TH AVE. SW, SEATTLE, WA, 98126

**2.348**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1901 |
| --- | --- |
| State the term remaining | 02/29/2032 |
| List the contract number of any government contract | |

SKYLINE RETAIL REAL ESTATE HOLDINGS, C/O SKYLINE COMMERCIAL MGMT, 70 FOUNTAIN ST EAST, GUELPH, ON, N1H 3N6

**2.349**

| State what the contract or lease is for and the nature of the debtor's interest | Benefits software system |
| --- | --- |
| State the term remaining | 01/00/1900 |
| List the contract number of any government contract | |

SMARTBEN, 576 SIGMAN RD NE #100TH,  CONYERS, GA, 30013

**2.350**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1039 |
| --- | --- |
| State the term remaining | 06/22/2027 |
| List the contract number of any government contract | |

SMARTREIT-LETHBRIDGE, 700 APPLEWOOD CRESCENT,STE 200, ATTN: ACCOUNTS PAYABLE, VAUGHAN, ON, L4K 5X3

**2.351**

| State what the contract or lease is for and the nature of the debtor's interest | Co-Man Agreement |
| --- | --- |
| State the term remaining | Until terminated |
| List the contract number of any government contract | |

SNAK KING, PO BOX 748200, LOS ANGELES, CA, 90074-8200

| | | | |
|---|---|---|---|
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Organic social meda | SOCIAL DEVIANT, 1143 RUNDELL PLACE, SUITE 201, CHICAGO, IL, 60607 |
| | State the term remaining | 07/30/2023 | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3601 | SOIX REALTY INC, 212-07 33RD ROAD, BAYSIDE, NY, 11361 |
| | State the term remaining | 07/31/2024 | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #962 | SOMERSET SHOPPES FLA LLC, 420 LEXINGTON AVENUE, SUITE 1639, NEW YORK, NY, 10170 |
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2033 | SORBARO COMPANY, C/O THOMAS R. HEASLIP, JR., PO BOX 752, HARRISON, NY, 10528 |
| | State the term remaining | 10/31/2023 | |
| | List the contract number of any government contract | | |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1034 | SOUTH EDMONTON COMMON WEST (JV), 10180-111 STREET, EDMONTON, AB, T5K 1K6 |
| | State the term remaining | 02/29/2028 | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2112 | SOUTHBRIDGE 2009I, LLC, C/O HJ DEVELOPMENT, 2655 CHESHIRE LANE NORTH, PLYMOUTH, MN, 55447 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |

| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1037 | SOUTHPOINTE COMMON CORP, C/O RANCHO REALTY (1975)LTD, 1,5528-1ST STREET SE, CALGARY, AB, T2H 2W9 |
|---|---|---|---|
| | State the term remaining | 07/31/2027 | |
| | List the contract number of any government contract | | |

| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2024 | SP 35 L.P., C/O NATIONAL REALTY & DEVELOPMENT CORP, 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY, 10281-1058 |
|---|---|---|---|
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2103 | SPG COON RAPIDS, LLC, C/O MID-AMERICA REAL ESTATE-MN LLC, 5353 WAYZATA BLVD., SUITE 650, MINNEAPOLIS, MN, 55416 |
|---|---|---|---|
| | State the term remaining | 07/31/2029 | |
| | List the contract number of any government contract | | |

| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1601 | SPRINGBEE LLC, C/O KADEN MANAGEMENT CO., PO BOX 1001, PROSPECT, KY, 40059 |
|---|---|---|---|
| | State the term remaining | 08/31/2027 | |
| | List the contract number of any government contract | | |

| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3029 | SRS BROADWAY ASSOCIATES, 101 YGNACIO VLY RD #303, WALNUT CREEK, CA, 94596 |
|---|---|---|---|
| | State the term remaining | 09/30/2027 | |
| | List the contract number of any government contract | | |

| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1157 | STAR WEST PARKWAY MALL LP, P.O BOX 844767, LOS ANGELES, CA, 90084-4767 |
|---|---|---|---|
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |

**2.364** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #1807 | STARBANK DEVELOPMENTS 285 CORP., 1918 AVENUE ROAD, TORONTO, ON, M5M 3Y3
| **State the term remaining** | 06/30/2026 |
| **List the contract number of any government contract** | |

**2.365** | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Man Agreement | STERLING BV, 40555 UTICA RD, P.O BOX 8009, STERLING HEIGHTS, MI, 48311
| **State the term remaining** | 10/04/2023 |
| **List the contract number of any government contract** | |

**2.366** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #3024 | STRAWBERRY VILLAGE I (EDENS), LLC, PO BOX 536856, ATLANTA, GA, 30353-6856
| **State the term remaining** | 12/31/2029 |
| **List the contract number of any government contract** | |

**2.367** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | STRETTO, INC., 410 EXCHANGE, STE 100, IRVINE, CA, 92602
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.368** | **State what the contract or lease is for and the nature of the debtor's interest** | Fresh meals | SUNBASKET, 5215 HELLYER AVE, SUITE 250, SAN JOSE, CA, 95138
| **State the term remaining** | 06/20/2025 |
| **List the contract number of any government contract** | |

**2.369** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #1814 | SUNLIFE ASSURANCE CO OF CANADA, C/O BENTALL KENNEDY, ATTN REBECCA BROWN, SCARBOROUGH, ON, M1L 2K1
| **State the term remaining** | 07/31/2026 |
| **List the contract number of any government contract** | |

| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #757 | SUNSET HILLS OWNER LLC, C/O SANSONE GROUP, 120 S CENTRAL, SUITE 500, ST. LOUIS, MO, 63105 |
| | State the term remaining | 07/31/2026 | |
| | List the contract number of any government contract | | |

| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1501 | SUNSET PLAZA SHOPPING CTR LLC, C/O CHOSID MANAGEMENT, 89 EAST LONG LAKE RD., TROY, MI, 48085-4738 |
| | State the term remaining | 07/31/2024 | |
| | List the contract number of any government contract | | |

| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | Co-Man Agreement | SUTER, 1015 BETHANY ROAD, SYCAMORE, IL, 60178 |
| | State the term remaining | 10/25/2023 | |
| | List the contract number of any government contract | | |

| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #4403 | SVF ALEXANDRIA COMMONS LLC, FILE 1450, 1801 W OLYMPIC BLVD, PASADENA, CA, 91199 |
| | State the term remaining | 01/31/2029 | |
| | List the contract number of any government contract | | |

| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | Distribution and fulfillment | SYGMA, 5550 BLAZER PARKWAY, SUITE 300, DUBLIN, OH, 43017 |
| | State the term remaining | 09/30/2024 | |
| | List the contract number of any government contract | | |

| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #130 | T PALMDALE MKT CA LLC, PO BOX 209277, AUSTIN, TX, 78720-9277 |
| | State the term remaining | 12/31/2027 | |
| | List the contract number of any government contract | | |

| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #209 | T WESTRIVER CROSSINGS IL, LLC, PO BOX 209277, AUSTIN, TX, 78720-9277 |
| | State the term remaining | 11/30/2023 | |
| | List the contract number of any government contract | | |

| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1951 | TANBAY HOLDING INC, 10 KING STREET EAST, STE 800, TORONTO, ON, M5C1C3 |
| | State the term remaining | 08/31/2028 | |
| | List the contract number of any government contract | | |

| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2102 | TANURB BURNSVILLE ASSOCIATES, C/O US BANK, PO BOX 809397, CHICAGO, IL, 60680-9397 |
| | State the term remaining | 04/30/2024 | |
| | List the contract number of any government contract | | |

| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | Payroll service/temp workers | TARGET CW, 9475 CHESAPEAKE DR, SAN DIEGO, CA, 92123 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #353 | TAYLOR SQUARE OWNER LLC, C/O CASTRO, 250 CIVIC CENTER DR STE 500, COLUMBUS, OH, 43215 |
| | State the term remaining | 02/28/2025 | |
| | List the contract number of any government contract | | |

| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #222 | TERRALINO,LTD, SARATOGA PARTNERS LTD, 5101 WASHINGTON ST, STE 14(REAR DOOR), GURNEE, IL, 60031 |
| | State the term remaining | 03/14/2023 | |
| | List the contract number of any government contract | | |

2.382 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #3177

THE COMMONS RENO, LLC, PO BOX 399033, SAN FRANCISCO, CA, 94139-9033

**State the term remaining** 06/30/2024

**List the contract number of any government contract**

2.383 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #1357

THE PLAZA AT BURR CORNERS LLC, C/O WINSTANLEY ENTERPRISES LLC, ATTN: CASH MANAGEMENT, CONCORD, MA, 01742

**State the term remaining** 11/30/2024

**List the contract number of any government contract**

2.384 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #1817

THICKSON PLACE JV, CEDARBRAE MALL, ATTN: NADIA IERACI, TORONTO, ON, M1H 1B3

**State the term remaining** 04/30/2024

**List the contract number of any government contract**

2.385 **State what the contract or lease is for and the nature of the debtor's interest**

Co-Man Agreement

THRIVE FROZEN NUTRITION, 200 QUEENSWAY ST, STE B, SEARCY, AR, 72143

**State the term remaining** 10/13/203

**List the contract number of any government contract**

2.386 **State what the contract or lease is for and the nature of the debtor's interest**

Marketing firm

TINUITI, 121 S.13TH STREET, 3RD FLOOR, PHILADELPHIA, PA, 19107

**State the term remaining** 05/31/2023

**List the contract number of any government contract**

2.387 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #331

TMD SOUTHGLEN II, LLC, 1707 N. WATERFRONT PKWY, WICHITA, KS, 67206

**State the term remaining** 09/30/2024

**List the contract number of any government contract**

**2.388** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #2020

TOWNE POINTE ASSOC,LLC, C/O EDGEWOOD PROPERTIES, 1260 STELTON ROAD, PISCATAWAY, NJ, 08854

State the term remaining
03/31/2027

List the contract number of any government contract

**2.389** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #961

TREA WESTON,LLC, PO BOX 743662, ATLANTA, GA, 30374-3662

State the term remaining
11/30/2026

List the contract number of any government contract

**2.390** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #1301

TRPF PROMENADE PLAZA LLC, PO BOX 744208, ATLANTA, GA, 30374-4208

State the term remaining
03/31/2023

List the contract number of any government contract

**2.391** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #614

TSCA -224 LIMITED PARTNERSHIP, C/O QUINE & ASSOC INC, P.O BOX 833009, RICHARDSON, TX, 75083-3009

State the term remaining
01/31/2027

List the contract number of any government contract

**2.392** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #167

TUSTIN PLAZA CTR LP, C/O AMERICA WEST PROPERTIES, INC., 22541 ASPAN, ST, SUITE H, LAKE FOREST, CA, 92630

State the term remaining
10/31/2024

List the contract number of any government contract

**2.393** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Store #410

TW ASSOCIATES LLC, C/O BIANCO PROPERTIES, PO BOX 411273, CREVE COEUR, MO, 63141

State the term remaining
04/30/2024

List the contract number of any government contract

2.394  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #674

TWIN CITY REALTY LLC, 975 MERRIAM AVE., SUITE 213, LEOMINSTER, MA, 01453

**State the term remaining**  06/30/2024

**List the contract number of any government contract**

2.395  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #3412

TWIN PEAKS HOLDING LLC, 600 N. PLANKINTON AVE, SUITE 301, MILWAUKEE, WI, 53203

**State the term remaining**  10/31/2024

**List the contract number of any government contract**

2.396  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #1411

UG2 SOLON OH,LP, 1000 FOURTH STREET, SUITE # 290, SAN RAFAEL, CA, 94901

**State the term remaining**  09/30/2024

**List the contract number of any government contract**

2.397  **State what the contract or lease is for and the nature of the debtor's interest**

HR System Software (payroll)

ULTIMATE SOFTWARE, P.O. BOX 930953, ATLANTA, GA, 31193-0953

**State the term remaining**  06/30/2024

**List the contract number of any government contract**

2.398  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #572

UNIVERSITY TOWN CENTER 1640, LLC, ATTN:ACCT 116400-019433, PO BOX 62045, NEWARK, NJ, 07101

**State the term remaining**  01/31/2023

**List the contract number of any government contract**

2.399  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Store #2027

URSTADT BIDDLE PROPERTIES INC, PO BOX 21075, NEW YORK, NY, 10286-2075

**State the term remaining**  05/31/2023

**List the contract number of any government contract**

| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #5502 | USRP WILLOW EAST, LLC, 3055 SOLUTIONS CENTER, CHICAGO, IL, 60677-3000 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2038 | VALENTI NEW ROCHELLE CORP, 111 SOUTH RIDGE ST. STE.100, RYE BROOK, NY, 10573 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #451 | VANCOUVER PARK PLACE LLC, C/O MK PROPERTY SVCS LLC, PO BOX 997, SNOQUALMIE, WA, 98065 |
| | State the term remaining | 02/28/2025 | |
| | List the contract number of any government contract | | |

| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #652 | VERNCO 156, LLC, 70 WASHINGTON ST, STE 310, SALEM, MA, 01972 |
| | State the term remaining | 01/31/2027 | |
| | List the contract number of any government contract | | |

| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3210 | VESTAR LTV LLC, RE: LEASE ID 011471S00D3, PO BOX 30412, TAMPA, FL, 33630 |
| | State the term remaining | 05/31/2027 | |
| | List the contract number of any government contract | | |

| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2029 | VILLAGE GREEN ASSOC LLC, 152 LIBERTY CORNER RD, SUITE 203, WARREN, NJ, 07059-6794 |
| | State the term remaining | 10/31/2023 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Vision insurance | VSP , 3333 QUALITY DR, RANCHO CORDOVA, CA, 95670 |
| | **State the term remaining** | 01/00/1900 | |
| | **List the contract number of any government contract** | | |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #1405 | WALD AND FISHER MGT, 3311 RICHMOND RD, STE 200, BEACHWOOD, OH, 44122-4166 |
| | **State the term remaining** | 05/31/2023 | |
| | **List the contract number of any government contract** | | |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #4417 | WALDORF SHOPPERS' WORLD, LLC, C/O RICHARD H RUBIN MGT CO, 6001 MONTROSE RD STE 700, ROCKVILLE, MD, 20852 |
| | **State the term remaining** | 06/30/2024 | |
| | **List the contract number of any government contract** | | |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease space in Walgreens stores and place product for sale in stores. Note we are not currently in possession. | WALGREENS, PO BOX 5111, WHITE PLAINS, NY, 10602-5111 |
| | **State the term remaining** | 01/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #3457 | WASHINGTON POINT LENNANE 04 LLC, 12411 VENTURA BLVD, STUDIO CITY, CA, 91604 |
| | **State the term remaining** | 02/28/2023 | |
| | **List the contract number of any government contract** | | |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #603 | WATAUGA TOWNE CROSSING LLC, 301 SOUTH SHERMAN STE 100, RICHARDSON, TX, 75081 |
| | **State the term remaining** | 07/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #678 |
| | | WEBSTER SQUARE 1763,INC, ATTN:ACCT 117630-021855, PO BOX 62045, NEWARK, NJ, 07101 |
| | State the term remaining | 01/31/2024 |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | Co-Man Agreement |
| | | WEETABIX (NOW POST), 20802 KENSINGTON BLVD, LAKEVILLE, MN, 55044 |
| | State the term remaining | 03/26/2023 |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2258 |
| | | WEGMANS FOOD MARKETS INC, REAL ESTATE ACCTG L-00392, P.O. BOX 24470, ROCHESTER, NY, 14624-0470 |
| | State the term remaining | 12/31/2023 |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3051 |
| | | WEINGARTEN REALTY INVESTORS, PO BOX 30344, TAMPA, FL, 33630 |
| | State the term remaining | 11/30/2023 |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #676 |
| | | WELLINGTON CIRCLE PLAZA TRUST IV, C/O BIERBRIER DEV. INC, 420 BEDFORD ST STE 335, LEXINGTON, MA, 02173 |
| | State the term remaining | 06/30/2023 |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #123 |
| | | WEST THIRD STREET GROUP LLC, 7707 SUNSET BLVD, LOS ANGELES, CA, 90046 |
| | State the term remaining | 10/31/2027 |
| | List the contract number of any government contract | |

Debtor   JC USA, Inc.
         Name

Case number *(if known)* 23-10585

| | | |
|---|---|---|
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #310 | WESTBROOK YORK, LLC, 49 PAPWORTH AVE, METAIRIE, LA, 70005-4203 |
| | **State the term remaining** | 10/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #3102 | WFC CAMERON PARK LLC, PO BOX 31080, TAMPA, FL, 33630 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #2213 | WG TOWN & COUNTRY LP, C/O BRANDOLINI PROP MGMT INC, 1301 LANCASTER AVE, BERWYN, PA, 19312 |
| | **State the term remaining** | 10/31/2032 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #714 | WHITE OAKS INVESTORS LLC, 5600 W. 95TH STREET, SUITE 307, OVERLAND PARK, KS, 66207 |
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #5503 | WINBROOK MANAGEMENT, LLC, CASTLETON PLAZA SHOPPING CTR, 370 SEVENTH AVE. STE. 1600, NEW YORK, NY, 10001 |
| | **State the term remaining** | 07/31/2025 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Store #1812 | WOOD SHOPPING CTR INC, C/O VENTAWOOD MANAGEMENT OFFICES, 2053 WILLIAMS PARKWAY, UNIT 49, BRAMPTON, ON, L6S 5T4 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #1706 | WRI FIESTA TRAILS,LP, PO BOX 30344, TAMPA, FL, 33630 |
|---|---|---|---|
| | State the term remaining | 07/31/2023 | |
| | List the contract number of any government contract | | |

| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #3021 | WRI GREENHOUSE, LP, P.O. BOX 30344, TAMPA, FL, 33630 |
|---|---|---|---|
| | State the term remaining | 09/30/2024 | |
| | List the contract number of any government contract | | |

| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #137 | XIANG TIAN LOS ALAMITOS, LLC, C/O LAWRENCE ALLEN & ASSOC., 2549 EASTBLUFF DR #362, NEWPORT BEACH, CA, 92660 |
|---|---|---|---|
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #2602 | ZEISLER MORGAN PROPERTIES LTD, 30000 CHAGRIN BLVD STE 100, CLEVELAND, OH, 44124 |
|---|---|---|---|
| | State the term remaining | 08/31/2023 | |
| | List the contract number of any government contract | | |

| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Store #174 | ZL PROPERTIES, LLC, C/O 1ST COMMERCIAL REALTY GROUP, INC., 2009 PORTERFIELD WAY, SUITE P, UPLAND, CA, 91786 |
|---|---|---|---|
| | State the term remaining | 07/31/2027 | |
| | List the contract number of any government contract | | |

| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | Package (Property, Auto &GL) Insurance Policy | ZURICH AMERICAN INSURANCE COMPANY, 1299 ZURICH WAY, SCHAUMBURG, IL, 60196 |
|---|---|---|---|
| | State the term remaining | 01/01/2024 | |
| | List the contract number of any government contract | CPO 2532101 - 01 | |

2.430 **State what the contract or lease is for and the nature of the debtor's interest**

Controlled Master Program Insurance Policy

ZURICH AMERICAN INSURANCE COMPANY, 1299 ZURICH WAY, SCHAUMBURG, IL, 60196

**State the term remaining**

01/01/2024

**List the contract number of any government contract**

ZE 3105636-01

2.431 **State what the contract or lease is for and the nature of the debtor's interest**

Workers compensation vendor

ZURICH, 1299 ZURICH WAY, SCHAUMBURG, IL, 60196

**State the term remaining**

Unknown

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name: JC USA, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10585

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Jenny C Intermediate Holdings, Inc. | 1450 Brickell Ave., 31st Fl., Miami FL 33131 | Brightwood Loan Services as Collateral and Administrative Agent | ☑ D ☐ E/F ☐ G |
| 2.2 Jenny C Acquisition, Inc. | 1450 Brickell Ave., 31st Fl., Miami FL 33131 | Brightwood Loan Services as Collateral and Administrative Agent | ☑ D ☐ E/F ☐ G |
| 2.3 Craig Holdings, Inc. | 5770 Fleet St., Carlsbad CA 92008 | Brightwood Loan Services as Collateral and Administrative Agent | ☑ D ☐ E/F ☐ G |
| 2.4 JC Franchising, Inc. | 5770 Fleet St., Carlsbad CA 92008 | Brightwood Loan Services as Collateral and Administrative Agent | ☑ D ☐ E/F ☐ G |

2.5
Jenny C Intermediate
Holdings, Inc.

1450 Brickell Ave., 31st Fl., Miami FL 33131

Encina Private Credit SPV, LLC

☑ D
☐ E/F
☐ G

2.6
Jenny C Acquisition, Inc.

1450 Brickell Ave., 31st Fl., Miami FL 33131

Encina Private Credit SPV, LLC

☑ D
☐ E/F
☐ G

2.7
Craig Holdings, Inc.

5770 Fleet St., Carlsbad CA 92008

Encina Private Credit SPV, LLC

☑ D
☐ E/F
☐ G

2.8
JC Franchising, Inc.

5770 Fleet St., Carlsbad CA 92008

Encina Private Credit SPV, LLC

☑ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: JC USA, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10585

☐ **Check if this is an amended filing**

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____ declaration

I declare under penalty of perjury that the foregoing is true and correct.

05/10/2023
_____
Executed on

_____
Signature of individual signing on behalf of debtor
Lawrence Perkins
_____
Printed name
Chief Restructuring Officer
_____
Position or relationship to debtor