# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JENNY C HOLDINGS, LLC,<br><br>               Debtor. | Chapter 7<br><br>Case No. 23-10580 (JKS)<br><br>**Related D.I. 14** |
| In re:<br><br>JENNY C INTERMEDIATE, INC,<br><br>               Debtor. | Chapter 7<br><br>Case No. 23-10581 (JKS)<br><br>**Related D.I. 12** |
| In re:<br><br>JENNY C ACQUISITION, INC,<br><br>               Debtor. | Chapter 7<br><br>Case No. 23-10582 (JKS)<br><br>**Related D.I. 12** |
| In re:<br><br>CRAIG HOLDINGS, INC.,<br><br>               Debtor. | Chapter 7<br><br>Case No. 23-10583 (JKS)<br><br>**Related D.I. 10** |
| In re:<br><br>JC FRANCHISING, INC.,<br><br>               Debtor. | Chapter 7<br><br>Case No. 23-10584 (JKS)<br><br>**Related D.I. 12** |
| In re:<br><br>JC USA, INC.,<br><br>               Debtor. | Chapter 7<br><br>Case No. 23-10585 (JKS)<br><br>**Related D.I. 28** |

**ORDER DIRECTING JOINT ADMINISTRATION OF**
**<u>CHAPTER 7 CASES</u>**

      This matter coming before the Court on the Chapter 7 Trustee's Motion for an Order Providing for Joint Administration of the above-captioned Chapter 7 Cases (the "<u>Motion</u>"); and

the Court having reviewed the Motion and the Declaration of Don A. Beskrone filed in support thereof; the Court having found it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, venue is proper in this District pursuant to 28 U.S.C. §§1408 and 1409, and this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A); and the Court having determined the legal and factual basis set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. In accordance with section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1, the above captioned Chapter 7 Cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

3. The caption of the jointly administered Chapter 7 Cases shall read as follows (footnote included):

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JC USA, Inc. d/b/a Jenny Craig, *et al.*[1] | ) | Case No. 23-10585 (JKS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), Craig Holdings, Inc. (1506), Jenny C Acquisition, Inc. (2395), Jenny C Intermediate Holdings, Inc. (3621) and Jenny C Holdings, LLC (4170).

4. Other than the information set forth immediately above, no party shall be required to list in filings made in these Chapter 7 Cases any further case caption information regarding the Debtors and their respective case numbers.

5.	All original docket entries shall be made in the case of *In re: JC USA, Inc., et al.*, Case No. 23-10585 (JKS), and the Clerk of this Court is directed to forthwith make a separate docket entry in each of the Chapter 7 Cases substantially as follows:

> In accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, an order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 7 Cases commenced by chapter 7 debtors Jenny C. Holdings, LLC, Jenny C Intermediate, Inc., Jenny C Acquisition, Inc., Craig Holdings, Inc., JC Franchising, Inc. and JC USA, Inc. All further filings of motions, applications, objections, pleadings, and other papers and all further docket entries shall be made only in Case No. 23-10585 (JKS).

6.	Nothing contained in the Motion or in this Order shall be construed to cause substantive consolidation of the Chapter 7 Cases.

7.	The Chapter 7 Trustee is hereby authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.	The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.	The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: May 16th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE