SIGN-IN SHEET

CASE NAME: JC USA, Inc.

COURTROOM #6

CASE NUMBER: 23-10585 JKS

DATE: 6/2/2023

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| _[signature]_ Corttreu Cunn | YCS) | Enaina Xivaao Credr SV |
| Justin Rawlins | Paul Hastings | " |
| RICARDO PALACIO | ASHBY & GEDDES | Don A. Boskrone, CHAPTER 7 Trustee |
| Don A. Boskrone | " | " |
| Morgaret Vesper | Ballard Spahr LLP | Certain Landlords |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGN-IN SHEET

CASE NAME: JC USA, Inc.

CASE NUMBER: 23-10585 JKS

COURTROOM #6

DATE: 6/2/2023

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Susan Kaufman | Law Office of Susan Kaufman | WPG Legacy, LLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

JC USA, Inc. d/b/a Jenny Craig
23-10585 1:30

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Ravi | Vohra | Certain Landlords | Kelley Drye & Warren LLP |
| David | Hurst | Debtors | McDermott Will & Emery LLP |
| Reorg | Research | Reorg Research | |
| Bradley | Giordano | JC USA, Inc. | McDermott Will & Emery LLP |
| Michael | Sobkowiak | Del Amo Associates, LLC and Lakewood Associates, LLC | Friedman Law Group, P.C. |
| Gordon | Toering | Request Foods, Inc. | Warner Norcross + Judd LLP |
| Mark | Bogdanowicz | Kite Realty Group | Spencer Fane LLP |
| Anna | Landa | Cabet Properties LP | Margulies Faith LLP |
| Karen | Bifferato | Landlord for Shreveport, LA premises | Connolly Gallagher LLP |
| Michael | Busenkell | Dot Foods, Inc. | Gellert Scali Busenkell & Brown, LLC |
| Jessica | Simon | Various landlords | Ballard Spahr LLP |
| Linda | Richenderfer | UST | |
| Bryan | Sisto | WPG Legacy, LLC f/k/a Washington Prime Group Inc. | Frost Brown Todd LLP |
| Ronald | Gold | WPG Legacy, LLC f/k/a Washington Prime Group Inc. | Frost Brown Todd LLP |
| Scott | Fleischer | RPT Realty, LP, DLC Management Corp., and National Realty & Development Corp. | Barclay Damon LLP |
| Abigale | Schloth | A Schloth | |
| Leslie | Yeast | Franchisees | |
| Jamie | Smith | Jamie Giffen | Jenny Craig |
| Kirsten | Johannson | Kirsten Johannson | |
| Rob | McMahon | Encina Private Credit | Rob McMahon |
| Krista | Durrenberger | Goal to Go dba Jenny Craig | |
| Patti | Powers | Jenny Craig | Jenny Craig |
| Jennifer | Hildebrandt | Encina Private Credit SPV, LLC | Paul Hastings LLP |
| Gayle | Craik | Myself, a Franchisee | |
| Jeanene | Volmert | Franchise Owner 9 stores | Angel Fire Inc, Sobella L.L.C |
| Chele | Hawks | Weigh of Life, Inc. | |
| Scott | Shelley | Encina Private Credit SPV, LLC | Paul Hastings LLP |
| Michelle | Payton | CV Weight Loss Centers, Inc | |
| Terri | Helmle | Myself-Franchisee | |
| Klady | Lamb | Allison Allen Inc. | |
| John | Ryan | Encina Private Credit | |
| Julie | Parsons | Denton & Williamson Counties | McCreary Veselka Bragg & Allen PC |
| Elizabeth | Archerd | APG Gross Point Road, LLC | Patzik, Frank & Samotny Ltd. |
| Garrett | Anderson | Forum Lone Star, LP | |
| Patrick | Barrowclough | Ruby Commercial Properties, LLC | |
| Amish | Doshi | Oracle America, Inc. | Doshi Legal Group PC |
| Ivan | Gold | 7510 Hazard, LLC and Combined Properties, Inc. | Allen Matkins Leck Gamble Mallory & Natsis LLP |
| Sally | McCash | Largo Limited Liability Company | Carrollton Enterprises |
| Jennifer | Pruski | DS Lakeshore LP and DS Antioch LP | Trainor Fairbrook |
| Jack | Lundstedt | Sysco | JCorbitt Advisors |
| Michelle | Shriro | GSD Pradsavi Colonial Commons, LLC | Singer & Levick, PC |
| Erin | Severini | WPG Legacy, LLC | Frost Brown Todd LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Jonathan | Fortman | Elita Flores, Jenny Craig franchisee | FortmanSpann, LLC |
| Uday | Gorrepati | N/A (ABI Project) | |