UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| JC USA, Inc. d/b/a Jenny Craig, *et al.*,[1] | ) ) ) | Case No. 23-10585 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | **Obj. Deadline: June 8, 2023 at 10:00 a.m. (ET)**<br>**Hearing Date: June 12, 2023 at 1:00 p.m. (ET)** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on May 31, 2023, the Chapter 7 Trustee, Don A. Beskrone (the "Trustee"), for the estates of JC USA, Inc. and affiliates (the "Estates" or the "Debtors"), filed the following Motions (the "Motions")[2] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **If you have not received a copy of the Motion and would like to receive one, you may request a copy from the Trustee's undersigned counsel**:

- First Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief;
- Second Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief;
- Third Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief; and
- Fourth Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), Craig Holdings, Inc. (1506), Jenny C Acquisition, Inc. (2395), Jenny C Intermediate Holdings, Inc. (3621) and Jenny C Holdings, LLC (4170).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{01912262;v1 }

**PLEASE TAKE FURTHER NOTICE**, that on June 2, 2023, the Court entered the *Order Granting Motion to Shorten Notice and For Expedited Hearing on the Omnibus Motions* (the "Order") [D.I. 111].

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be (a) in writing and served on or before **June 8, 2023 at 10:00 a.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JUNE 12, 2023 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY COURT JUDGE, UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: June 2, 2023 | **ASHBY & GEDDES, P.A.** |
| | |
| | */s/     Ricardo Palacio* |
| | Ricardo Palacio (DE Bar No. 3765) |
| | Benjamin W. Keenan (DE Bar No. 4724) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, Delaware 19899 |
| | Telephone: (302) 654-1888 |
| | Email: RPalacio@ashbygeddes.com |
| |         BKeenan@ashbygeddes.com |
| | |
| | *(Proposed) Counsel to the Chapter 7 Trustee* |