IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JC USA, Inc. d/b/a Jenny Craig, *et al.*[1] | ) | Case No. 23-10585 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ENTRY OF ORDER (A) AUTHORIZING THE PRIVATE SALE OF
CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS,
AND ENCUMBRANCES, (B) AUTHORIZING ASSUMPTION AND
ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
(C) AUTHORIZING AND APPROVING THE SHARING
AGREEMENT, AND (D) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on May 31, 2023, the Chapter 7 Trustee, Don A. Beskrone (the "Trustee"), for the estates of JC USA, Inc. and affiliates (the "Estates" or the "Debtors"), filed the *Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Authorizing and Approving the Sharing Agreement, and (D) Granting Related Relief* [DI 66] with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that on June 2, 2023, the Court entered the *Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Authorizing and Approving the Sharing Agreement, and (D) Granting Related Relief* [DI 115]. **A COPY OF THE ORDER MAY BE REQUESTED FROM THE UNDERSIGNED COUNSEL.**

Dated: June 5, 2023

**ASHBY & GEDDES, P.A.**

*/s/     Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
Benjamin W. Keenan (DE Bar No. 4724)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Email: RPalacio@ashbygeddes.com
          BKeenan@ashbygeddes.com

*(Proposed) Counsel to the Chapter 7 Trustee*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), Craig Holdings, Inc. (1506), Jenny C Acquisition, Inc. (2395), Jenny C Intermediate Holdings, Inc. (3621) and Jenny C Holdings, LLC (4170).

{01912529;v1 }