| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| William | McDonald | ShopCore Properties | |
| Rachel | Mersky | Kimco | Monzack Mersky and Browder |
| David | Hurst | Debtors | McDermott Will & Emery LLP |
| Michael | Sobkowiak | Lakewood Associates, LLC and Del Amo Associates, LLC | Friedman Law Group, P.C. |
| Leslie | Yeast | Franchisee | Jeny Craig |
| Zhao (Ruby) | Liu | Hill Management Services, Inc. | The Rosner Law Group LLC |
| Jennifer | Pruski | DS Antioch LP and DS Lakeshore LP | Trainor Fairbrook |
| Julie | Parsons | The County of Williamson, Texas; The County of Denton, Texas | McCreary, Veselka, Bragg & Allen |
| Chele | Hawks | Weigh of Life., Inc. | |
| Jessica | Simon | Various Landlords | |
| Terri | Helmle | Franchise owner | |
| Anna | Landa | Cabet Properties, LP | Margulies Faith, LLP |
| Michael | Tomback | NA | |
| Ronald | Gold | WPG Legacy, LLC | Frost Brown Todd LLP |
| Jennifer | Hoover | CPT Arlington Highlands 1, LP | Benesch, Friedlander, Coplan & Aronoff LLP |
| Juan | Martinez | CPT Arlington Highlands 1, LP | Benesch, Friedlander, Coplan & Aronoff LLP |
| Sherrel | Knighton | Texas Taxing Authorities | Linebarger Goggan Blair & Sampson, LLP |
| Gordon | Toering | Request Foods, Inc. | Warner Norcross + Judd LLP |
| Lindsi | Weber | Arrowhead Legends South | The Burgess Law Group |
| Mark | Powers | HC Atlantic Development LP | Bowditch & Dewey, LLP |
| Patrick | Barrowclough | Ruby Commercial Properties, LLC | Atkinson, Hamill & Barrowclough, P.C. |
| James | Lynch | F-Mac Ross Plaza LLC | Murray Franklyn |
| Erin | Severini | WPG Legacy LLC | Frost Brown Todd LLP |
| Menaka | Abel | Menaka Abel | Request Foods Inc |
| Paula | Subda | USBC | USBC |
| Holly | Godinez | Holly Godinez | |
| Abigale | Schloth | As | |
| JaKayla | DaBera | CPT Arlington Highlands 1, LP | Kane Russell Coleman Logan PC |
| Kathy Franson | | Vernco 156, LLC | Vernco 156, LLC |
| Drew | Speth | Twin Peaks Holdings LLC | MId-America Real Estate |
| Walter | Pena | QUAIL HILL CENTER LLC | Bewley, Lassleben & Miller, LLP |
| Shelley | Kinsella | 601 Baltimore Pike (Springfield) | Armstrong Teasdale |
| Audrey | Hornisher | Vestar LTV LLC | Clark Hill PLC |
| Karen | Grivner | Vestar LTV LLC | Clark Hill PLC |
| Nick | Robertson | 3850 South Hill Plaza, LLC | |
| Barry | Zelickson | Ridge Square North LLP | |
| Ivan | Gold | Coldwater Center, LLC; 7510 Hazard, LLC | Allen Matkins Leck Gamble Mallory & Natsis LLP |

| | | | |
|---|---|---|---|
| Michelle | Shriro | GSD Pradsavi Colonial Commons, LLC | Singer & Levick, PC |
| Ravi | Vohra | Certain Landlords | Kelley Drye & Warren LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Garrett | Anderson | Forum Lone Star, L.P. | |
| Nathan | Haynes | Valenti Communications Corp. | Greenberg Traurig |
| Andrea | Chase | Kite Realty Group | Spencer Fane |
| Mark | Bogdanowicz | Kite Realty Group | Spencer Fane LLP |
| Aimee | Sanders | Walgreens | Wargo French & Singer |
| Scott | Fleischer | RPT Realty, LP, DLC Management Corp., National Realty & Development Corp. | Barclay Damon LLP |
| Elizabeth | Archerd | APG Gross Point | Patzik Frank & Samotny Ltd |
| Karen | Bifferato | Inland Commercial Real Estate Services LLC | Connolly Gallagher LLP |
| Susan | Kaufman | Various Landlords | Law Office of Susan E. Kaufman, LLC |
| William | Hazeltine | Waldorf Shoppers' World | Sullivan Hazeltine Allinson LLC |
| Ricardo | Palacio | Counsel to Don A. Beskrone, Chapter 7 Trustee | Ashby & Geddes |
| Bryan | Sisto | WPG Legacy | Frost Brown Todd |
| Hannah | McCollum | U.S. Trustee | U.S. Trustee |
| Don | Beskrone | (Proposed) Counsel to the Chapter 7 Trustee | ASHBY & GEDDES, P.A. |
| Michael | Busenkell | Lakewood Associates and Del Amo Associates | Gellert Scali Busenkell & Brown, LLC |