**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JC USA, Inc. d/b/a Jenny Craig, *et al*.,[1] | ) | Case No. 23-10585 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 27, 2023 AT 1:00 P.M. (ET)**
**BEFORE THE HONORABLE J. KATE STICKLES**[2]

---

**This hearing will be conducted in person.** Parties wishing to observe or participate in accordance with the Court's chambers procedures may attend remotely over Zoom.

**Please Note:** All individuals participating by video must register at least two hours prior to the hearing at the provided link.

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
Please use the following link to register for this hearing

https://debuscourts.zoomgov.com/meeting/register/vJIscOChrT4oEu8opxB9iI8jC3dmV8Mci5M

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

---

I. **MATTERS GOING FORWARD**

1. First Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 86; 5/31/2023]

    **Objection Deadline**:         June 9, 2023 at 10:00 a.m. ET (extended by agreement)

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), Craig Holdings, Inc. (1506), Jenny C Acquisition, Inc. (2395), Jenny C Intermediate Holdings, Inc. (3621) and Jenny C Holdings, LLC (4170).

[2] The hearing with take place at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

**Objections/Informal Responses**: The Trustee received informal comments and objections from certain landlords.

A. Limited Objection of Kimco Realty Corp. to Estate Debtors Motion to Reject Leases and Abandon Property Before Removal of Confidential or Medical Sensitive Material [D.I. 135; 6/8/2023]

B. Limited Objection of CPT Arlington Highlands 1, LP to the First Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) The Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 140; 6/8/2023]

C. Limited Objection of ARC CLORLFL001, LLC; ARG DCDARIL001, LLC; ARC SMWMBFL001, LLC; Brixmor Operating Partnership L.P.; CSHV Quarry, LLC; Danada Square West Shopping Center, LLC; EDENS; Federal Realty OP LP; FR Georgetowne, LLC; ICE Holdings LLC; ROF IV OTCC, LLC; RPT Providence Square, LLC; RREEF America REIT II Corp. GG; SCG Pinole Valley Shopping Center LLC; Star-West Parkway Mall, LP; and, Sunset Hills Owner LLC to the First Omnibus Motions of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of any Remaining Property at the Rejected Locations and (II) Granting Related Relief [D.I. 142; 6/9/2023]

D. Response Joinder of 7510 Hazard, LLC and Coldwater Center, LLC to Objection of DS ANTIOCH LP and DS LAKESHORE LP to Omnibus Motions of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 156; 6/12/2023]

**Related Pleadings:**

A. Notice of Hearing On The Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief [D.I. 114; 6/2/2023]

B. Certificate of Service regarding the (i) Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief ; and (ii) Motion to Shorten Notice and for Expedited Hearing [D.I. 118; 6/5/2023]

    C.    Certificate of Service regarding (i) Notice of Hearing On The Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief; and (ii) Notice of Entry of Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Authorizing and Approving the Sharing Agreement, and (D) Granting Related Relief [D.I. 119; 6/5/2023]

    D.    Omnibus Reply and Supplemental Brief of Chapter 7 Trustee in Support of Omnibus Motions for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 170; 6/23/2023]

    **Witnesses:**    Don A. Beskrone, Trustee

    **Status:**    At the direction of the Court, the Trustee undertook a sampling of records from various locations to gauge the nature of the documents on site and their contents and submitted additional briefing. This matter is going forward.

2. Second Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 87; 5/31/2023]

    **Objection Deadline**:    June 9, 2023 at 10:00 a.m. ET (extended by agreement)

    **Objections/Informal Responses**:    The Trustee received informal comments and objections from certain landlords.

    A.    Objection of Inland Commercial Real Estate Services LLC To Second Omnibus Motion of the Chapter 7 Trustee For Entry Of An Order (1) Authorizing (A) The Rejection of Certain Unexpired Leases NUNC PRO TUNC To The Date of The Rejection Motion and (B) The Abandonment of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief [D.I. 132; 6/8/2023]

    B.    Objection of DS ANTIOCH LP and DS LAKESHORE LP to Second Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of any Remaining Property at the Rejected Locations, and (II) Granting Related Relief; and Joinder and Reservation of Rights [D.I. 133; 6/8/2023]

Case 23-10585-JKS    Doc 173    Filed 06/23/23    Page 4 of 8

C. Limited Objection of Kimco Realty Corp. to Estate Debtors Motion to Reject Leases and Abandon Property Before Removal of Confidential or Medical Sensitive Material [D.I. 135; 6/8/2023]

D. Limited Objection Of Lakewood Associates, LLC and Del Amo Associates, LLC To Second Omnibus Motion Of The Chapter 7 Trustee For Entry Of An Order (1) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations And (II) Granting Related Relief; And Joinder And Reservations Of Rights [D.I. 138; 6/8/2023]

E. Response Joinder of 7510 Hazard, LLC and Coldwater Center, LLC to Objection of DS ANTIOCH LP and DS LAKESHORE LP to Omnibus Motions of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 156; 6/12/2023]

**Related Pleadings:**

A. Notice of Hearing On The Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief [D.I. 114; 6/2/2023]

B. Certificate of Service regarding the (i) Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief ; and (ii) Motion to Shorten Notice and for Expedited Hearing [D.I. 118; 6/5/2023]

C. Certificate of Service regarding (i) Notice of Hearing On The Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief; and (ii) Notice of Entry of Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Authorizing and Approving the Sharing Agreement, and (D) Granting Related Relief [D.I. 119; 6/5/2023]

D. Omnibus Reply and Supplemental Brief of Chapter 7 Trustee in Support of Omnibus Motions for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the

{01914180;v1 }    4

      Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 170; 6/23/2023]

      **Witnesses:**   Don A. Beskrone, Trustee

      **Status:**   At the direction of the Court, the Trustee undertook a sampling of records from various locations to gauge the nature of the documents on site and their contents and submitted additional briefing. This matter is going forward.

3. Third Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 88; 5/31/2023]

      **Objection Deadline:**   June 9, 2023 at 10:00 a.m. ET (extended by agreement)

      **Objections/Informal Responses:**   The Trustee received informal comments and objections from certain landlords.

    A. Limited Objection of Kimco Realty Corp. to Estate Debtors Motion to Reject Leases and Abandon Property Before Removal of Confidential or Medical Sensitive Material [D.I. 135; 6/8/2023]

    B. Response Joinder of 7510 Hazard, LLC and Coldwater Center, LLC to Objection of DS ANTIOCH LP and DS LAKESHORE LP to Omnibus Motions of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 156; 6/12/2023]

      **Related Pleadings:**

    A. Notice of Hearing On The Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief [D.I. 114; 6/2/2023]

    B. Certificate of Service regarding the (i) Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief ; and (ii) Motion to Shorten Notice and for Expedited Hearing [D.I. 118; 6/5/2023]

    C.    Certificate of Service regarding (i) Notice of Hearing On The Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief; and (ii) Notice of Entry of Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Authorizing and Approving the Sharing Agreement, and (D) Granting Related Relief [D.I. 119; 6/5/2023]

    D.    Omnibus Reply and Supplemental Brief of Chapter 7 Trustee in Support of Omnibus Motions for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 170; 6/23/2023]

**Witnesses:** Don A. Beskrone, Trustee

**Status:** At the direction of the Court, the Trustee undertook a sampling of records from various locations to gauge the nature of the documents on site and their contents and submitted additional briefing. This matter is going forward.

4. Fourth Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 89; 5/31/2023]

    **Objection Deadline:** June 9, 2023 at 10:00 a.m. ET (extended by agreement)

    **Objections/Informal Responses:** The Trustee received informal comments and objections from certain landlords.

    A.    Objection of Waldorf Shoppers World, LLC to Fourth Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 128; 6/7/2023]

    B.    Limited Objection of Kimco Realty Corp. to Estate Debtors Motion to Reject Leases and Abandon Property Before Removal of Confidential or Medical Sensitive Material [D.I. 135; 6/8/2023]

    C.    Response Joinder of 7510 Hazard, LLC and Coldwater Center, LLC to Objection of DS ANTIOCH LP and DS LAKESHORE LP to Omnibus Motions of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the

Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 156; 6/12/2023]

**Related Pleadings:**

A. Notice of Hearing On The Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief [D.I. 114; 6/2/2023]

B. Certificate of Service regarding the (i) Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief ; and (ii) Motion to Shorten Notice and for Expedited Hearing [D.I. 118; 6/5/2023]

C. Certificate of Service regarding (i) Notice of Hearing On The Omnibus Motions Of The Chapter 7 Trustee For Entry Of An Order (I) Authorizing (A) The Rejection Of Certain Unexpired Leases Nunc Pro Tunc To The Date Of The Rejection Motion And (B) The Abandonment Of Any Remaining Property At The Rejected Locations, And (II) Granting Related Relief; and (ii) Notice of Entry of Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Authorizing and Approving the Sharing Agreement, and (D) Granting Related Relief [D.I. 119; 6/5/2023]

D. Omnibus Reply and Supplemental Brief of Chapter 7 Trustee in Support of Omnibus Motions for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of Any Remaining Property at the Rejected Locations, and (II) Granting Related Relief [D.I. 170; 6/23/2023]

**Witnesses:**    Don A. Beskrone, Trustee

**Status:**    At the direction of the Court, the Trustee undertook a sampling of records from various locations to gauge the nature of the documents on site and their contents and submitted additional briefing. This matter is going forward.

Dated: June 23, 2023  
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*

Ricardo Palacio (DE Bar No. 3765)  
Benjamin W. Keenan (DE Bar No. 4724)

{01914180;v1 }    7

500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email:  RPalacio@ashbygeddes.com

*(Proposed) Counsel to the Chapter 7 Trustee*