**Fill in this information to identify the case:**

Debtor 1: JC USA, Inc.

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Delaware

Case Number: 23-10585

FILED
2023 JUL 31 AM 11: 24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# Request for Payment of Administrative Expense

THIS FORM SHOULD ONLY BE USED FOR CLAIMS THAT ARE ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. § 503(b)(1) through § 503(b)(8), and should **not** be used to assert a claim entitled to priority under 11 U.S.C. § 503(b)(9).

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

## Part 1: Identify the Administrative Expense

**1. Who is the current claimant?**
San Diego County Treasurer-Tax Collector
Name of the current claimant (the person or entity to be paid for this claim)

Other names the claimant used with the debtor _____

**2. Has this administrative expense claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the claimant be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the claimant be sent?
San Diego County Treasurer-Tax Collector
Name
1600 Pacific Highway, Rm 162 Attn: BK Desk
Number   Street
San Diego, CA 92101
City      State    ZIP Code

Contact phone: 619.531.5639
Contact email: Edward.king@sdcounty.ca.gov

Where should payments to the claimant be sent? (if different)
Name _____
Number   Street _____
City      State    ZIP Code _____
Contact phone _____
Contact email _____

**4. Does this request for payment amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___ MM/DD/YYYY

**5. Do you know if anyone else has filed a request for payment for this expense?**
☑ No
☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Administrative Expense

**6. Do you have any number you use to identify the debtor?**
- ☐ No
- ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: **4170**

**7. How much is the administrative expense?** $ **27,726.65**

** Fees attach pursuant to California Revenue and Taxation Code Sections 2704, 2705, 2706, 4103, 4103(b) or 2922.

CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this request for payment. In filing this request for payment, claimant has deducted all amounts that claimant owes to debtor.

**8. What is the basis of the administrative expense?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**Property Taxes**

## Part 3: Sign Below

The person completing this request for payment of this administrative expense must sign and date it. FRBP 9011(b).

If you file this request for payment electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:
- ☐ I am the claimant.
- ☑ I am the claimant's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Request for Payment of Administrative Expense serves as an acknowledgment that when calculating the amount of the claim, the claimant gave the debtor credit for any payments received toward the debt.

I have examined the information in this Request for Payment of Administrative Expense and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date **07/24/2023** (mm/dd/yyyy)

**/S/ Edward King**
Signature

Print the name of the person who is completing and signing this request for payment:

| | | |
|---|---|---|
| Name | Edward | King |
| | First name    Middle name | Last name |

Title: **Senior Specialist**

Company: **San Diego County Treasurer-Tax Collector**
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: **1600 Pacific Highway, Rm 162 Attn: BK Desk**
Number    Street
**San Diego, CA 92101**
City    State    ZIP Code

Contact phone: **619.531.5639**    Email: **Edward.king@sdcounty.ca.gov**

ANY QUESTIONS   IA5D
ABOUT THE      07/24/23
ASSESSED VALUES
OR TO WHOM THIS TAX
BILL SHOULD BE ASSESSED
SHOULD BE ADDRESSED TO:

COUNTY ASSESSOR
ROOM 103,
1600 PACIFIC HWY.
SAN DIEGO, CA 92101

TELEPHONE NUMBERS:

ASSESSMENTS:
Boats and Aircraft    (858) 505-6200
Business              (858) 505-6100
Realty                (858) 505-6262

EXEMPTIONS:
Homeowner             (619) 531-5772
Institutional         (619) 531-5763

CREDIT CARD PAYMENTS:
Pay by phone:         (855) 829-3773
Pay online:           www.sdttc.com

QUESTIONS ABOUT TAX PAYMENTS,
AND REFUNDS, PENALTIES OR
COLLECTION PROCEDURES SHOULD
BE DIRECTED TO THE TREASURER-
TAX COLLECTOR
TOLL FREE:            (877) 829-4732
Hearing Impaired:     (877) 735-2929
                      www.sdttc.com

**2023**
UNSECURED PROPERTY TAX BILL
COUNTY OF SAN DIEGO STATE OF CALIFORNIA

**DAN McALLISTER**
TREASURER-TAX COLLECTOR
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO, CA 92101-2477
TEL (877) 829-4732

| Year | Bill Number | Tax Rate Area |
|------|-------------|---------------|
| 23   | 025878      | 009000        |

Account Number: 743-0092979

STATUS: OPEN

### PROPERTY VALUES AND EXEMPTIONS

| Description | Assessed Values |
|-------------|-----------------|
| LAND | |
| IMPROVEMENTS | 541 |
| TOTAL L & I | 541 |
| PERSONAL PROPERTY | 41,706 |
| EXEMPTIONS | |
| HOMEOWNERS' | |
| OTHER | |
| NET TAXABLE VALUE | 42,247 |

Mail **STUB** with your **PAYMENT**. Put Tax Bill Number on your **CHECK**.
Your **Cancelled Check** is your best **RECEIPT** and Proof of Payment.

NOTICE: This Tax Bill is Payable on Demand    IA5D
**UNSECURED PROPERTY TAXES** Send this **STUB** with your **PAYMENT**
Make remittance Payable To: San Diego County Treasurer-Tax Collector

**BALANCE DUE: $457.42**

| Year - Bill Number |
|--------------------|
| 23   025878        |

2023

JC USA INC
DBA JENNY CRAIG
WEIGHT LOSS CENTER #30
5770 FLEET ST #200
CARLSBAD CA 92008

05000045742230258780050000457422302587800 78

## IMPORTANT DEMAND DATE
## PAY BY → AT ONCE

JC USA INC
DBA JENNY CRAIG
WEIGHT LOSS CENTER #30
5770 FLEET ST #200
CARLSBAD CA 92008

Description of Property: 1-PERSONAL PROPERTY/FIXTURES
Property Location: 5760 FLEET ST 000200

### DETAIL OF TAX INFORMATION

| Rates and Descriptions | Tax Amounts |
|-------------------------|-------------|
| RATE   1.08274   NET TAX | 457.42 |
|                  TOT DUE | 457.42 |
| TOTAL DUE | 457.42 |
| TOTAL PAID | .00 |
| BALANCE DUE | 457.42 |

UNSECURED (REV. 10/12)

| Bill Number | Balance Due |
|---|---|
| 23-015519 | 413.08 |
| 23-015560 | 552.90 |
| 23-025465 | 303.85 |
| 23-015242 | 317.43 |
| 23-015543 | 545.22 |
| 23-015682 | 24,630.71 |

All bills:
NOTICE: This Tax Bill is Payable on Demand    IA5D
UNSECURED PROPERTY TAXES    Send this STUB with your PAYMENT
Make Check Payable To: San Diego County Treasurer Tax Collector

JC USA INC
DBA JENNY CRAIG
WEIGHT LOSS CENTER #11 (bills 015519, 015560, 025465, 015242, 015543)
WEIGHT LOSS CENTER #10 (bill 015682)
5770 FLEET ST
CARLSBAD CA 92008

Year: 23

MICR lines:
05000041308230155190050000413082301551900074
05000055290230155600050000552902301556000082
05000030385230254650050000303852302546500017
05000031743230152420050000317432301524200018
05000054522230155430050000545222301554300074
05000246307123015682005002463071230156820075

PROOF OF SERVICE BY MAIL

I am a United States citizen and employed in the County of San Diego. I am over eighteen years old and not a party to the action; my business address is 1600 Pacific Highway, Room 162, San Diego, CA 92101.

On July 24, 2023, I served the within REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed to those parties indicated below:

David R. Hurst
McDermott Will & Emery LLP
The Nemours Building
1007 North Orange Street
4th Floor
Wilmington, DE 19801

Don A. Beskrone
Ashby & Geddes
P.O. Box 272
Wilmington, DE 19899

U.S. Bankruptcy Court
District of Delaware
824 N Market St # 500
Wilmington, DE 19801

☒ BY REGULAR MAIL: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

☐ BY FACSIMILE TRANSMISSION: I transmitted the above-listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Edward King, declare that I am employed in the office at whose direction this mailing is made. Executed on July 24, 2023, in San Diego, California.

/S/Edward King
Edward King (Senior Specialist)

DAN McALLISTER
TREASURER-TAX COLLECTOR
ATTENTION: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, California 92101
Telephone (619) 531-5209
Facsimile (619) 685-2589

## Attachment

1. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim based on any further assessment of property taxes or investigation/audit of property taxes associated with the named debtor(s) in this bankruptcy case.

2. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim in accordance with any applicable federal and state law, including, but not limited to, modifying the claim as an administrative expense under 11 U.S.C. § 503, as a secured claim under 11 U.S.C. § 506, and as a priority unsecured claim under 11 U.S.C. § 507 throughout the administration of this bankruptcy case.

3. The San Diego County Treasurer-Tax Collector reserves the right to amend this claim to state its unsecured non-priority claim and its unsecured priority claim under 11 U.S.C. § 507(a)(8)(B) in the event that the value of the collateral, to which secures the San Diego County Treasurer-Tax Collector's claim, be determined to be less than the amount of the secured claim or should the San Diego County Treasurer-Tax Collector's lien be avoided in whole or in part.

4. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim to add additional penalties and interest if legally permissible under the California Revenue & Tax Code, Bankruptcy Code, and other applicable state and federal law.

5. The San Diego County Treasurer-Tax Collector reserves the right to assess legal fees and costs incurred after this proof of claim is filed, if such fees and costs are legally permissible under applicable state and federal law.

6. This attachment shall not be deemed as a waiver of any rights or remedies which are not expressly reserved.

1