# Notice Recipients

District/Off: 0311−1          User: admin                  Date Created: 7/31/2023
Case: 23−10585−JKS         Form ID: van439             Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| intp | San Diego County Treasurer − Tax Collector | Attn: BK Desk | 1600 Pacific Highway, Rm 162 | San Diego, CA 92101 |
| 18220563 | SAN DIEGO COUNTY TREASURER TAX COLLECTOR | | PO BOX 129009 | SAN DIEGO, CA 92112 |

TOTAL: 2