Dear Una O'Boyle,                    August 2, 2023

I spoke with Cheryl Hallis on August 2, 2023.

Case # 23-10585-JKS - Cheryl was very informative + suggested I request "please remove me from the mailing list".

I am not owed any money as a creditor. Only my 401K distributions in "which" are handled by a different Lawyer.

Thank You

Christine Utter
274 Wilton Road
Westport, CT
06880