## CERTIFICATE OF SERVICE

      I, Ricardo Palacio, hereby certify that, on August 10, 2023, I caused one copy of the foregoing *Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order Authorizing Sale of a Certain 2020 Chevrolet Traverse Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 105, and 363(b) and (f)* to be served upon (i) all parties of record via CM/ECF and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: August 10, 2023　　　　　　　　　　/s/ *Ricardo Palacio*
　　　　　　　　　　　　　　　　　　　　　Ricardo Palacio (DE Bar No. 3765)

{01929260;v1 }

**VIA EMAIL & FIRST-CLASS MAIL**

OFFICE OF THE UNITED STATES TRUSTEE
Attn: Linda Richenderfer
844 N King St., #2207
Lockbox #35
Wilmington, DE 19801
Email: Linda.richenderfer@usdoj.gov

David R. Hurst, Esq.
MCDERMOTT WILL & EMERY LLP
The Nemours Building, 1007 North Orange Street, 4th Floor
Wilmington, DE 19801
Email: dhurst@mwe.com

Don Stecker, Esq.
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
Email: sanantonio.bankruptcy@lgbs.com

*Counsel for Bexar County*

Karen C. Bifferato, Esq.
CONNOLLY GALLAGHER LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
Email: kbifferato@connollygallagher.com

*Counsel for Inland Commercial Real Estate Services LLC*

Sherrel K. Knighton, Esq.
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
Email: dallas.bankruptcy@lgbs.com

*Counsel for Dallas County, Tarrant County and Lewisville ISD*

Jennifer L. Pruski, Esq.
TRAINOR FAIRBROOK
PO Box 255824
Sacramento, CA 95865
Email: jpruski@trainorfairbrook.com

*Counsel for DS Antioch LP and DS Lakeshore LP*

Dana S. Plon, Esq.
SIRLIN LESSER & BENSON, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
Email: dplon@sirlinlaw.com

*Counsel for WG Town & Country, L.P., ARD MAC Commons, LLC, Highglen Clover Square, LLC, CPW GRAT Trust Dated U/A 4/14/99*

Sherrel K. Knighton, Esq.
GRIMES & LINEBARGER , LLP
120 W. Main, Suite 201
Mesquite, TX 75149
Email: dallas.bankruptcy@lgbs.com

*Counsel for City of Mesquite*

Fred B. Ringel, Esq.
LEECH TISHMAN ROBINSON BROG, PLLC
875 Third Avenue, 9th Floor
New York, New York 10022
Email: fringel@leechtishman.com

*Counsel for Commack Shopping Center Associates*

Julie Anne Parsons, Esq.
MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269
Email: jparsons@mvbalaw.com

*Counsel for The County of Williamson, Texas*

Diane W. Sanders, Esq.
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 17428
Austin, TX 78760-7428
Email: austin.bankruptcy@lgbs.com

*Counsel for Nueces County, City of McAllen and Hidalgo County*

Edward L. Shendell
General Counsel
Email: ed@rpmcny.com

{01929260;v1 }

| | |
|---|---|
| Rachel B. Mersky, Esq.<br>MONZACK MERSKY and BROWDER, PA<br>1201 Orange Street, Suite 400<br>Wilmington, DE  19801<br>Email:  rmersky@monlaw.com<br><br>*Counsel for Kimco Realty Corporation* | Gordon J. Toering, Esq.<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Avenue, NW, Suite 1500<br>Grand Rapids, Michigan 49503<br>Email:  gtoering@wnj.com<br><br>*Counsel for Request Foods, Inc.* |
| Dustin P. Branch, Esq.<br>Jessica M. Simon, Esq.<br>Nahal Zarnighian, Esq.<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, California 90067-2915<br>Email: branchd@ballardspahr.com;<br>simonjm@ballardspahr.com; zarnighiann@ballardspahr.com<br><br>*Counsel for the Landlords* | Leslie C. Heilman, Esq.<br>Laurel D. Roglen, Esq.<br>Margaret A. Vesper, Esq.<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Email: heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com; vesperm@ballardspahr.com<br><br>*Counsel for the Landlords* |
| William F. McDonald III, Esq.<br>10920 Via Frontera, Suite 220<br>San Diego, CA 92127<br>Email: wmcdonald@shopcore.com<br><br>*Counsel for ShopCore Properties and its related entities* | Michael Deitch, Esq.<br>The Deitch Law Office<br>800 Rio Grande<br>Austin, Texas 78701<br>Email: mike@deitchlaw.com; mary@deitchlaw.com;<br>lois@deitchlaw.com<br><br>*Counsel for 1431 SC, Ltd.* |
| Melissa E. Valdez, Esq.<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>1235 North Loop West, Suite 600<br>Houston, TX  77008<br>Email:  mvaldez@pbfcm.com<br><br>*Counsel for Spring Branch Independent School District, City of Houston, Clear Creek Independent School District and Klein Independent School District* | Weigh of Life, Inc. DBA Jenny Craig<br>Attn:  Collee M. Hawks, President<br>890 24 Road<br>Grand Junction, CO 81505<br>Email:  hawkscattle@msn.com<br><br>*Franchise Owner of the Grand Junction, Colorado JC* |
| Eboney Cobb, Esq.<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>500 E. Border Street, Suite 640<br>Arlington, Texas 76010<br>Email: emccain@pbfcm.com<br><br>*Counsel for Crowley ISD, Frisco ISD, Plano ISD* | Monique B. DiSabatino, Esq.<br>SAUL EWING LLP<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Email: monique.disabatino@saul.com<br><br>*Counsel for Lively Love, Inc., Alameda Crossing Station LLC, Fairfield Stations LLC and Phillips Edison & Company* |

| | |
|---|---|
| FERGUSON BRASWELL FRASER KUBASTA P.C.<br>Rachael L. Smiley, Esq.<br>2500 Dallas Parkway, Suite 600<br>Plano, TX 75093<br>Email: rsmiley@fbfk.law<br><br>*Counsel for Lively Love, Inc.* | FRIEDMAN LAW GROUP, P.C.<br>c/o J. Bennett Friedman, Esq.<br>1900 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br>Email:  jfriedman@flg-law.com; msobkowiak@flg-law.com; jmartinez@flg-law.com; cbryant@flg-law.com<br><br>*Counsel for Lakewood Associates, LLC and Del Amo Associates, LLC* |
| Welltech Corp.<br>Barbara Wellman Tribble<br>1 Callavance Court<br>Savannah, GA  31411-2888<br>Email:  btribble2@bellsouth.net<br><br>*Owners of 8 Jenny Craig Franchises in Puerto Rico* | Leslie Hall-Yeast<br>2256 Sunningdale Drive<br>Lexington, KY  40509<br>Email:  leslie.yeast@gmail.com<br><br>*President-LHY Weight Management LLC* |
| Red River Health and Nutrition, Inc.<br>DBA Jenny Craig<br>1650 45th Street S<br>Fargo, ND  58103<br>Email:  kjohannson@aol.com<br><br>*President Red River Health and Nutrition, Inc.* | Julie Anne Parsons, Esq.<br>MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.<br>P.O. Box 1269<br>Round Rock, TX  78680-1269<br>Email: jparsons@mvbalaw.com<br><br>*Counsel to The County of Denton, Texas* |
| Patrick R. Barrowclough, Esq.<br>ATKINSON, HAMILL & BARROWCLOUGH, P.C.<br>3550 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85012<br>Email: pbarrowclough@ahblawfirm.com<br><br>*Counsel to Ruby Commercial Properties, LLC and Ruby II Commercial Properties, LLC* | Aaron S. Applebaum, Esq.<br>DLA PIPER LLP (US)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Email: aaron.applebaum@us.dlapiper.com<br><br>*Counsel to Ridgeport Limited Partnership* |
| Richard M. Kremen, Esq.<br>Virginia Callahan, Esq.<br>DLA PIPER LLP (US)<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>Email: richard.kremen@us.dlapiper.com, virginia.callahan@us.dlapiper.com<br><br>*Counsel to Ridgeport Limited Partnership* | Jennifer B. Hildebrandt, Esq.<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>Email: jenniferhildebrandt@paulhastings.com<br><br>*Counsel to Encina Private Credit SPV, LLC* |

<div style="display: flex;">
<div>

Justin Rawlins, Esq.
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
Email: justinrawlins@paulhastings.com

*Counsel to Encina Private Credit SPV, LLC*

Edmon L. Morton, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
CM/ECF Noticing: bankfilings@ycst.com
Email: emorton@ycst.com

*Counsel to Encina Private Credit SPV, LLC*

Richard J. McCord, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Email: rmccord@certilmanbalin.com

*Counsel to 655 Montauk, LLC*

Dan McGuire, Esq.
Christina Tate, Esq.
Laura Krucks, Esq.
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Email: DMcguire@winston.com; CTate@winston.com;
LKrucks@winston.com

*Counsel to JCR Holdings II, LLC*

Orla M. McCoy, Partner
Timothy Sackar
Mikhail Glavac
Clayton Utz
Level 15, 1 Bligh Street,
Sydney NSW 2000 Australia
Email: omccoy@claytonutz.com; tsackar@claytonutz.com;
mglavac@claytonutz.com

*Counsel to the Australian administrators*

</div>
<div>

Scott C. Shelley, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: scottshelley@paulhastings.com

*Counsel to Encina Private Credit SPV, LLC*

Ronald E. Gold, Esq.
FROST BROWN TODD LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Email: rgold@fbtlaw.com

*Counsel to WPG Legacy, LLC*

Texas Diet Clinic, Inc.
9901 N. Ware Road
McAllen, TX 78504
Email: horiv@aol.com

David A. Greer, Esquire
The Law Offices of David A. Greer PLC
500 East Main Street, Suite 1225
Norfolk, VA 23510
Email: dgreer@davidgreerlaw.com

*Counsel to Brenneman Farm Retail Associates, LLC*

Mushfique Shams Billah
HUGHES, HUBBARD & REED, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482
Email: mushfique.billah@hugheshubbard.com

*Counsel for Queens Court Capital Management*

</div>
</div>

| | |
|---|---|
| Julia Philips Roth, Esq.<br>Anthony Grossi, Esq.<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Email: Julia.roth@sidley.com; agrossi@sidley.com<br><br>*Counsel for Golo* | Dan Zavorotny<br>Nutrisense<br>222 West Merchandise Mart Plaza<br>Chicago, IL<br>Email: dan@nutrisense.io |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street, Suite 2900<br>San Francisco, California 94105-3493<br>Email: schristianson@buchalter.com<br><br>*Counsel for Oracle America, Inc.* | Bryan O'Connell<br>Lady Moon Entertainment<br>Email: boconnell@ladymoonent.com |
| Robert L. LeHane, Esq.<br>Ravi Vohra, Esq.<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street New York, NY 10007<br>Email: Rlehane@kelleydrye.com; rvohra@kelleydrye.com;<br>kdwbankruptcydepartment@kelleydrye.com<br><br>*Counsel for DDRTC River Ridge, LLC, DDR Southeast Fountains, LLC, DT Prado LLC, NPMC Retail, LLC, DDRM Shoppes of Ellenwood LLC, Delco Development Company of Hicksville, L.P., FW CA Granada Village, LLC, Equity One (Florida Portfolio) LLC, Hyde Park Plaza, Regency Centers, LP, and USRP Willow East, LLC* | Alan J. Taylor, Esq.<br>Segal McCambridge Singer & Mahoney<br>29100 Northwestern Highway, Suite 240<br>Southfield, MI 48034<br>Email: ataylor@smsm.com<br><br>*Counsel for Coventry Commons, LLC* |
| Robert J. Sproul, Esq.<br>Assistant County Attorney<br>County of Loudoun, Virginia<br>One Harrison Street, S.E., 5th Floor<br>P.O. Box 7000<br>Leesburg, Virginia 20177-7000<br>Email: Robert.Sproul@Loudoun.gov | Robert P. Franke, Esq.<br>Audrey L. Hornisher, Esq.<br>CLARK HILL PLC<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202-3794<br>Emails: bfranke@clarkhill.com; ahornisher@clarkhill.com<br><br>*Counsel for Vestar LTV LLC* |
| Bryan J. Sisto, Esq.<br>FROST BROWN TODD LLP<br>400 W. Market Street, 32nd Floor<br>Louisville, Kentucky 40202<br>Email: bsisto@fbtlaw.com<br><br>*Counsel for WPG Legacy, LLC* | Urstadt Biddle Properties, Inc.<br>321 Railroad Avenue<br>Greenwich, CT 06830<br>Attn: Miyun Sung<br>Emails: msung@ubproperties.com; hkostuk@ubproperties.com |

| | |
|---|---|
| Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Email: loizides@loizides.com<br><br>*Counsel for Desiree Pirozzi and Roger Marshall* | Jack A. Raisner<br>RAISNER ROUPINIAN LLP<br>270 Madison Avenue, Suite 1801<br>New York, New York 10010<br>Email:  jar@raisnerroupinian.com<br><br>*Counsel for Desiree Pirozzi and Roger Marshall* |
| René S. Roupinian<br>RAISNER ROUPINIAN LLP<br>270 Madison Avenue, Suite 1801<br>New York, New York 10010<br>Email:  rsr@raisnerroupinian.com<br><br>*Counsel for Desiree Pirozzi and Roger Marshall* | Trevor R. Pincock<br>Court A. Hall<br>LUNKINS & ANNIS, P.S.<br>717 W. Sprague Avenue, Suite 1600<br>Spokane, WA  99201<br>Email:  tpincock@lukins.com; chall@lukins.com<br><br>*Counsel for Romax Properties, LLC* |
| Abigale Schloth, President<br>ALLISON ALLEN, INC. DBA JENNY CRAIG<br>1891 Capital Circle NE Suite 1<br>Tallahassee, FL  32308<br>Email:  aschloth8173@gmail.com<br><br>*Franchise Owner* | Barry A. Solodky<br>SAXTON & STUMP<br>280 Granite Run Drive, Suite 300<br>Lancaster, PA  7601<br>Email:  bso@saxtonstump.com<br><br>*Counsel to Creditor, Rhombus Services, LLC d/b/a BrandPoint Services* |
| Amish R. Doshi, Esq.<br>DOSHI LEGAL GROUP, P.C.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042<br>Email: amish@doshilegal.com<br><br>*Counsel for Oracle America, Inc.* | Craig G. Margulies, Esq.<br>Anna Landa, Esq.<br>MARGULIES FAITH LLP<br>16030 Ventura Blvd., Suie 470<br>Encino, CA  91436<br>Email: craig@marguliesfaithlaw.com;<br>anna@marguliesfaithlaw.com<br><br>*Counsel for Cabet Properties, LP* |
| Michelle E. Shriro, Esq.<br>SINGER & LEVICK, P.C.<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>Email: mshriro@singerlevick.com<br><br>*Counsel for GSD Pradsavi Colonial Commons, LLC* | William A. Hazeltine, Esq.<br>SULLIVAN, HAZELTINE, ALLINSON, LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE  19801<br>Email:  whazeltine@sha-llc.com<br><br>*Counsel for Waldorf Shoppers' World, LLC* |

Nicole C. Kenworthy
MEYERS, RODBELL & ROSENBAUM, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385
Email: bdept@mrrlaw.net

*Counsel to Prince George's County, Maryland*

Mark W. Powers, Esq.
BOWDITCH & DEWEY
311 Main Street
Worcester, MA 01608
Email: mpowers@bowditch.com

*Counsel to HC Atlantic Development LP*

Brian M. Rothschild, Esq.
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Email: BRothschild@parsonsbehle.com

*Counsel to Plaza 7-21, LLC*

Danial Jordan, Esq.
Tigran Samvelyan
GLASER WEIL FINK HOWARD AVCHEN
& SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Email: djordan@glaserweil.com
tsamvelyan@glaserweil.com

*Counsel to Cherry Knolls, LLC*

Catherine Schlomann Robertson, Esq.
PAHL & McCAY
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113-1752
Email: crobertson@pahl-mccay.com

*Counsel to Main Street Shopping Center, LLC*

William J. Levant, Esquire
KAPLIN STEWART MELOFF REITER & STEIN, P.C.
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
Email: wlevant@kaplaw.com

*Counsel to FNRP Realty Advisors, LLC*

Kimberly A. Brown, Esq.
Howard W. Robertson IV, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Emails: brown@lrclaw.com; robertson@lrclaw.com

*Counsel to HC Atlantic Development LP*

Thomas S. Onder, Esquire
STARK & STARK, P.C.
P.O. Box 5315
Princeton, NJ 08543
Email: tonder@stark-stark.com

*Counsel to Marketplace St. Petersburg LLC*

Michael Busenkell, Esq.
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Email: mbusenkell@gsbblaw.com

Patrick C. McGarrigle, Esq.
McGarrigle, Kenney & Zampiello, APC
9600 Topanga Canyon Boulevard, Suite 200
Chatsworth, California 91311
Email: thefirm@mkzlaw.com

*Counsel to Duesenberg Investment Company, LLC*

| | |
|---|---|
| STARK & STARK, P.C.<br>Attn: Joseph H. Lemkin, Esquire<br>P.O. Box 5315<br>Princeton, NJ 08543<br>Email: jlemkin@stark-stark.com<br><br>*Counsel for Gator Investments* | Amanda H. Halstead<br>Mills Halstead & Zaloudek, LLC<br>600 17th Street, Suite 2800S<br>Denver, CO 80202<br>Email:  ahh@mhzlegal.com<br><br>*Counsel to 8085 Red Bug LLP* |
| TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207<br>Email: AGBankDelaware@ag.tn.gov | Robert Mitchell & Blair Mitchell<br>2169 Alta Vista Drive<br>Vista, CA  92084-7020<br>Email:  web.mitchell@gmail.com |