**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| JC USA, Inc. d/b/a Jenny Craig, *et al*.,[1] | ) ) ) | Case No. 23-10585 (JKS) |
| Debtors. | ) ) | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 15, 2023 AT 2:00 P.M. (ET)**
**BEFORE THE HONORABLE J. KATE STICKLES[3]**

---

**This hearing will be conducted in person.** Parties wishing to observe or participate in accordance with the Court's chambers procedures may attend remotely over Zoom.

**PLEASE NOTE: ALL PARTICIPANTS APPEARING REMOTELY MUST REGISTER THEIR ZOOM APPEARANCE NO LATER THAN 4:00 P.M. ON AUGUST 14, 2023.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
**Please use the following link to register for this hearing**

https://debuscourts.zoomgov.com/meeting/register/vJItd-Grpz0rEhqB_HqMjNeaDrxVXqOK5LA

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

I. **RESOLVED MATTERS**

    1. Motion of Don A. Beskrone, Chapter 7 Trustee, to Change Names of Debtors and Caption of Case [D.I. 220; 7/25/2023]

    **Objection Deadline**:        August 8, 2023 at 4:00 p.m. ET

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) and JC Hold, LLC (4170).
[2] **Items amended to the agenda have been marked in bold.**
[3] The hearing with take place at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

**Objections/Informal Responses**:   None.

**Related Pleadings:**

    A.  Certificate of No Objection regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Change Names of Debtors and Caption of Case [D.I. 228; 8/9/2023]

    B.  Order Approving Motion Of The Debtors to Change Names And Caption Of Case [D.I. 231; 8/10/2023]

**Status:**   The Order has been entered.

2. Supplemental Application to Retain Bederson LLP as Accountant for Trustee [D.I. 221; 7/25/2023]

    **Objection Deadline**:   August 8, 2023 at 4:00 p.m. ET

    **Objections/Informal Responses**:   None.

    **Related Pleadings:**

    A.  Certificate of No Objection regarding Supplemental Application to Retain Bederson LLP as Accountant for Trustee [D.I. 229; 8/9/2023]

    B.  **Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1, Authorizing Supplemental Employment and Retention of Bederson LLP as Accountants, to Don A. Beskrone, Chapter 7 Trustee, nunc pro tunc to May 8, 2023 [D.I. 237; 8/15/2023]**

    **Status:**   The Order has been entered.

II. **MATTERS GOING FORWARD**

    C.  Application to Retain Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee [D.I. 222; 7/25/2023]

    **Objection Deadline**:   August 8, 2023 at 4:00 p.m. ET

    **Objections/Informal Responses**:   None.

    **Related Pleadings:**

    A.  Certificate of No Objection regarding Application to Retain Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee [D.I. 230; 8/9/2023]

**Status:** A Certificate of No Objection has been filed. No hearing is necessary, unless otherwise required by the Court.

Dated: August 15, 2023
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
Benjamin W. Keenan (DE Bar No. 4724)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email:  RPalacio@ashbygeddes.com
          BKeenan@ashbygeddes.com

*Counsel to the Chapter 7 Trustee*