IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| JC USA, Inc. d/b/a Jenny Craig, *et al.*,[1] | ) ) ) | Case No. 23-10585 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

### TRUSTEE'S REPORT REGARDING SALE OF ESTATE PROPERTY

Don A. Beskrone, Chapter 7 Trustee in the above-captioned case, files this Report pursuant to Bankruptcy Rule 6004(f) setting forth the results of the sale of certain assets pursuant to the *Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Authorizing and Approving the Sharing Agreement, and (D) Granting Related Relief* [D.I. 66]. (the "Sale Motion"), filed on May 25, 2023.

1. On June 2, 2023, the Court entered the *Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Authorizing and Approving the Sharing Agreement, and (D) Granting Related Relief* [Docket No. 115] (the "Sale Order").

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), Craig Holdings, Inc. (1506), Jenny C Acquisition, Inc. (2395), Jenny C Intermediate Holdings, Inc. (3621) and Jenny C Holdings, LLC (4170).

{01922767;v1 }

2. On June 14, 2023, the sale closed consistent with the terms approved by the Sale Order.

Dated:  August 29, 2023

/s/ *Don A. Beskrone*
Don A. Beskrone, Esquire (#4380)
Chapter 7 Panel Trustee
P. O. Box 272
Wilmington, DE  19899
Telephone: (302) 654-1888
Email: dbeskronetrustee@gmail.com