Debtor: JC USA Inc

Case Number: 23-10585

Creditor: Keelin J Murphy

Claim 318


Please withdraw claim 318


Thankyou

Keelin J Murphy

Kmurphy897@aol.com