UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| JC USA, Inc. d/b/a Jenny Craig, *et al.*,[1] | Case No. 23-10585 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 29, 2023 AT 3:30 P.M. (ET)
BEFORE THE HONORABLE J. KATE STICKLES**

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT, AS NO MATTERS ARE GOING FORWARD.**

**MATTERS UNDER CNO**

1. First Interim Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Don A. Beskrone, Chapter 7 Trustee, for the Period From May 9, 2023 through September 30, 2023 and Waiver of Del. Bankr. L.R. 2016-2 [D.I. 273; 11/6/2023]

   **Objection Deadline**:       November 20, 2023 at 4:00 p.m. ET

   **Objections/Informal Responses**:   Informal inquiry from the Office of the United States Trustee.

   **Related Pleadings:**

   A. Notice of Supplemental Exhibit to the First Interim Application of Ashby & Geddes, P.A., for Compensation for Services Rendered and Reimbursement of Expenses, as Counsel to Don A. Beskrone, Chapter 7 Trustee, for the Period from May 9, 2023 through September 30, 2023 and Waiver of Del. Bankr. L.R. 2016-2 [D.I. 276; 11/27/2023]

   B. Certificate of No Objection regarding First Interim Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Don A. Beskrone, Chapter 7 Trustee, for the Period From

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) and JC Hold, LLC (4170).

{01961643;v1 }

    May 9, 2023 through September 30, 2023 and Waiver of Del. Bankr. L.R. 2016-2 [D.I. 277; 11/27/2023]

    **Status:**    A Certificate of No Objection has been filed. No hearing is necessary, unless otherwise required by the Court.

2. First Interim Application of Bederson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants Counsel to Don A. Beskrone, Chapter 7 Trustee, for the Period From May 8, 2023 through September 30, 2023 and Waiver of Del. Bankr. L.R. 2016-2 [D.I. 274; 11/6/2023]

    **Objection Deadline**:    November 20, 2023 at 4:00 p.m. ET

    **Objections/Informal Responses**:    None.

    **Related Pleadings:**

    A. Certificate of No Objection regarding First Interim Application of Bederson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants Counsel to Don A. Beskrone, Chapter 7 Trustee, for the Period From May 8, 2023 through September 30, 2023 and Waiver of Del. Bankr. L.R. 2016-2 [D.I. 278; 11/27/2023]

    **Status:**    A Certificate of No Objection has been filed. Therefore, the Court has cancelled this hearing.

Dated: November 27, 2023  
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*  
Ricardo Palacio (DE Bar No. 3765)  
Benjamin W. Keenan (DE Bar No. 4724)  
500 Delaware Avenue, 8th Floor  
Wilmington, Delaware 19899-1150  
Tel: (302) 654-1888  
Fax: (302) 654-2067  
Email:  RPalacio@ashbygeddes.com  
          BKeenan@ashbygeddes.com

*Counsel to the Chapter 7 Trustee*