**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JC USA, Inc., d/b/a Jenny Craig, *et al.*,[1] | ) | Case No. 23-10585 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline:  January 24, 2024 at 4:00 p.m. (ET)** |
| _____ | ) | **Hearing Date:  February 15, 2024 at 1:00 p.m. (ET)** |

**NOTICE OF HEARING REGARDING MOTION OF**
**DON A. BESKRONE, CHAPTER 7 TRUSTEE, FOR AN ORDER**
**(I) AUTHORIZING ABANDONMENT AND DESTRUCTION OF CERTAIN OF THE**
**DEBTORS' RECORDS AND (II) APPROVING SETTLEMENT WITH IRON**
**MOUNTAIN INFORMATION MANAGEMENT, INC.**

**PLEASE TAKE NOTICE** that on January 9, 2024, Don A. Beskrone, in his capacity as the duly appointed Chapter 7 trustee (the "Trustee") in the above-captioned cases and for the above-referenced debtors (collectively, the "Debtors"), by and through his undersigned counsel, Ashby & Geddes, P.A., filed the *Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order (I) Authorizing Abandonment and Destruction of Certain of the Debtors' Records and (II) Approving Settlement with Iron Mountain Information Management, Inc.* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be (a) in writing and served on or before **January 24, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 15, 2024 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DE 19801.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) and JC Hold, LLC (4170).

{01974534;v1 }

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 9, 2024

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*

Ricardo Palacio (DE Bar No. 3765)
Benjamin W. Keenan (DE Bar No. 4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: RPalacio@ashbygeddes.com
　　　BKeenan@ashbygeddes.com

*Counsel for Don A. Beskrone,*
*Chapter 7 Trustee*