**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br>JC USA, INC., <br><br>        Debtor. | Chapter 7 <br><br> Case No. 23-10585-JKS |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING STIPULATION TO TERMINATE EXECUTORY CONTRACT BETWEEN AMAZON WEB SERVICES, INC. AND JC USA, INC.**

I, Matthew B. Goeller, counsel for Amazon Web Services, Inc. ("AWS") in the above-captioned case, certify as follows:

1. Don A. Beskrone, in his capacity as Chapter 7 Trustee for Debtor JC USA, Inc. (the "Trustee") and AWS have entered into the *Stipulation to Terminate Executory Contract Between Amazon Web Services, Inc. and JC USA, Inc.* (the "Stipulation"). A copy of the Stipulation memorializing the agreement of the parties is attached as Exhibit 1 to the Order.

2. The Trustee has reviewed the Proposed Order, and agrees to its entry. Accordingly, AWS respectfully requests that the Court enter the order attached hereto as Exhibit A at the convenience of the Court.

Dated: January 10, 2024

                                               **K&L GATES LLP**

                                               */s/ Matthew B. Goeller*
                                               Matthew B. Goeller (No. 6283)
                                               600 N. King St., Suite 901
                                               Wilmington, Delaware  19801
                                               Tel: (302) 416-7080
                                               Email: matthew.goeller@klgates.com

                                               *Counsel for Amazon Web Services, Inc.*