# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| JC USA, INC., | Case No. 23-10585-JKS |
| Debtor. | |

**ORDER APPROVING STIPULATION TO TERMINATE**
**EXECUTORY CONTRACT BETWEEN**
**AMAZON WEB SERVICES, INC. AND JC USA, INC.**

Upon consideration of the *Stipulation to Terminate Executory Contract Between Amazon Web Services, Inc. and JC USA, Inc.* (the "Stipulation") between Don A. Beskrone, in his capacity as Chapter 7 Trustee for Debtor JC USA, Inc. (the "Trustee") and Amazon Web Services, Inc. ("AWS") attached hereto as Exhibit 1; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

IT IS HEREBY ORDERED THAT:

A. The Stipulation is Approved.

B. The Agreement is terminated without further notice.

C. AWS shall have no obligations of performance under the Agreement and in connection with the AWS Account.

D. AWS may delete the AWS Account and all data stored in connection therewith, without further notice.

# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| JC USA, INC., | Case No. 23-10585-JKS |
| Debtor. | |

**STIPULATION TO TERMINATE EXECUTORY CONTRACT BETWEEN
AMAZON WEB SERVICES, INC. AND JC USA, INC.**

Amazon Web Services, Inc. ("AWS") and Chapter 7 Trustee Don A. Beskrone (the "Trustee") hereby stipulate and agree as follows:

**RECITALS**

1. On May 5, 2023, (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et. seq.* in the United States Bankruptcy Court for the District of Delaware. Thereafter, the Trustee was appointed as the chapter 7 Trustee in the bankruptcy for the Estate.

2. AWS is a worldwide leader in the provision of cloud computing and storage services. AWS provides cloud computing and storage services to the Debtor according to the terms of an AWS Customer Agreement (the "Agreement"). The Debtor's cloud computing and storage account with AWS is identified by account number ending in numbers "77005" (the "AWS Account").

3. AWS asserts that the Debtor owes AWS a total of $128,131.92 for services that AWS provided on a prepetition basis in connection with the AWS Account. In addition, AWS asserts that charges continue to accrue on the AWS Account, and that a total of $195,870.04 in postpetition charges have accrued as of October 2, 2023.

4. Pursuant to 11 U.S.C. § 365(d)(1), the Agreement was deemed rejected sixty days from the date of the voluntary petition filed in this case (July 4, 2023).

5. The Trustee asserts that the Estate has not used or otherwise benefitted from the services AWS provides in connection with the AWS Account on a postpetition basis. The Trustee has no intention or desire to use the AWS Account or any data being stored in connection therewith.

6. Pursuant to the terms of the Stipulation, AWS and the Trustee have agreed to terminate the Agreement according to the terms set forth below.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

A. The Agreement is terminated without further notice.

B. AWS shall have no obligations of performance under the Agreement and in connection with the AWS Account.

C. AWS may delete the AWS Account and all data stored in connection therewith, without further notice.

Dated: January 10, 2024

| **ASHBY & GEDDES, P.A.** | **K&L GATES LLP** |
|---|---|
| By: */s/ Ricardo Palacio* | By: */s/ Matthew B. Goeller* |
| Ricardo Palacio (#3765) | Matthew B. Goeller (#6283) |
| 500 Delaware Avenue, 8th Floor | 600 N. King St, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 654-1888 | Tel: (302) 416-7080 |
| Email: RPalacio@ashbygeddes.com | Email: matthew.goeller@klgates.com |
| *Counsel for Chapter 7 Trustee* | *Counsel for Amazon Web Services, Inc.* |