# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| JC USA, Inc. d/b/a Jenny Craig, *et al.*,[1] | Case No. 23-10585 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING AWS CUSTOMER AGREEMENT

I, Matthew B. Goeller, counsel for Amazon Web Services, Inc. ("AWS") in the above-captioned case, certify as follows:

1. Don A. Beskrone, in his capacity as Chapter 7 Trustee for Debtor JC USA, Inc. (the "Trustee") and AWS have entered into the *Stipulation to Terminate Executory Contract Between Amazon Web Services, Inc. and JC USA, Inc.* (D.I. 289).

2. On January 16, 2024, the Court requested the parties submit a copy of the contract between AWS and JC USA, Inc.

3. Attached hereto as Exhibit A is a copy of the form contract, the AWS Customer Agreement, which is also located at https://aws.amazon.com/agreement/.

Dated: January 17, 2024

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, Delaware 19801
Tel: (302) 416-7080
Email: matthew.goeller@klgates.com

*Counsel for Amazon Web Services, Inc.*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), Craig Holdings, Inc. (1506), Jenny C Acquisition, Inc. (2395), Jenny C Intermediate Holdings, Inc. (3621) and Jenny C Holdings, LLC (4170).