IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JC USA, Inc., *et al.*[1] | ) | Case No. 23-10585 (JKS) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Related D.I. 287 |

**ORDER GRANTING MOTION OF DON A. BESKRONE, CHAPTER 7 TRUSTEE, FOR AN ORDER (I) AUTHORIZING ABANDONMENT AND DESTRUCTION OF CERTAIN OF THE DEBTORS' RECORDS AND (II) APPROVING SETTLEMENT WITH IRON MOUNTAIN INFORMATION MANAGEMENT, INC.**

The Court having considered the *Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order (I) Authorizing Abandonment and Destruction of Certain of the Debtors' Records and (II) Approving Settlement With Iron Mountain Information Management, Inc.* (the "Motion");[2] the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Trustee is authorized to abandon and destroy the Documents.

3. The settlement with Iron Mountain and the Iron Mountain Agreement are approved, and the Trustee is authorized to pay Iron Mountain the fees and expenses as provided in the Iron Mountain Agreement for the destruction of the Documents and such other services as Iron Mountain may provide thereunder.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) JC Hold, LLC (4170).

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

4. The Trustee and Iron Mountain are authorized and empowered (i) to destroy the Documents and (ii) to take all such actions as may be contemplated under the Iron Mountain Agreement.

5. The Court shall retain jurisdiction to interpret and enforce the terms of this Order.

Dated: February 1st, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE