**CERTIFICATE OF SERVICE**

I, Ricardo Palacio, hereby certify that, on April 22, 2024, I caused one copy of the *Motion of Don A. Beskrone, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 105(a) and 363(b), Fed. R. Bankr. P. 6004 and Local Rule 6004-1, For An Order Authorizing the Private Sale of Certain Visa/Mastercard Litigation Claims* to be served upon (i) all parties of record via CM/ECF and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: April 22, 2024

/s/ *Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)

OFFICE OF THE UNITED STATES TRUSTEE
Attn: Linda Richenderfer
844 N King St., #2207
Lockbox #35
Wilmington, DE 19801
Email: Linda.richenderfer@usdoj.gov

David R. Hurst, Esq.
MCDERMOTT WILL & EMERY LLP
The Nemours Building, 1007 North Orange Street, 4th Floor
Wilmington, DE 19801
Email: dhurst@mwe.com

Don Stecker, Esq.
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
Email: sanantonio.bankruptcy@lgbs.com

*Counsel for Bexar County*

Karen C. Bifferato, Esq.
CONNOLLY GALLAGHER LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
Email: kbifferato@connollygallagher.com

*Counsel for Inland Commercial Real Estate Services LLC*

Sherrel K. Knighton, Esq.
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
Email: dallas.bankruptcy@lgbs.com

*Counsel for Dallas County, Tarrant County and Lewisville ISD*

Jennifer L. Pruski, Esq.
TRAINOR FAIRBROOK
PO Box 255824
Sacramento, CA 95865
Email: jpruski@trainorfairbrook.com

*Counsel for DS Antioch LP and DS Lakeshore LP*

Dana S. Plon, Esq.
SIRLIN LESSER & BENSON, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
Email: dplon@sirlinlaw.com

*Counsel for WG Town & Country, L.P., ARD MAC Commons, LLC, Highglen Clover Square, LLC, CPW GRAT Trust Dated U/A 4/14/99*

Sherrel K. Knighton, Esq.
GRIMES & LINEBARGER , LLP
120 W. Main, Suite 201
Mesquite, TX 75149
Email: dallas.bankruptcy@lgbs.com

*Counsel for City of Mesquite*

Fred B. Ringel, Esq.
LEECH TISHMAN ROBINSON BROG, PLLC
875 Third Avenue, 9th Floor
New York, NY 10022
Email: fringel@leechtishman.com

*Counsel for Commack Shopping Center Associates*

Julie Anne Parsons, Esq.
MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269
Email: jparsons@mvbalaw.com

*Counsel for The County of Williamson, Texas*

Diane W. Sanders, Esq.
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 17428
Austin, TX 78760-7428
Email: austin.bankruptcy@lgbs.com

*Counsel for Nueces County, City of McAllen and Hidalgo County*

Edward L. Shendell
General Counsel
Email: ed@rpmcny.com

Rachel B. Mersky, Esq.
MONZACK MERSKY and BROWDER, PA
1201 Orange Street, Suite 400
Wilmington, DE  19801
Email:  rmersky@monlaw.com

*Counsel for Kimco Realty Corporation*

Gordon J. Toering, Esq.
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue, NW, Suite 1500
Grand Rapids, MI 49503
Email:  gtoering@wnj.com

*Counsel for Request Foods, Inc.*

Dustin P. Branch, Esq.
Jessica M. Simon, Esq.
Nahal Zarnighian, Esq.
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Email: branchd@ballardspahr.com;
simonjm@ballardspahr.com; zarnighiann@ballardspahr.com

*Counsel for the Landlords*

Leslie C. Heilman, Esq.
Laurel D. Roglen, Esq.
Margaret A. Vesper, Esq.
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Email: heilmanl@ballardspahr.com;
roglenl@ballardspahr.com; vesperm@ballardspahr.com

*Counsel for the Landlords*

William F. McDonald III, Esq.
10920 Via Frontera, Suite 220
San Diego, CA 92127
Email:  wmcdonald@shopcore.com

*Counsel for ShopCore Properties and its related entities*

Michael Deitch, Esq.
THE DEITCH LAW OFFICE
800 Rio Grande
Austin, TX 78701
Email: mike@deitchlaw.com; mary@deitchlaw.com;
lois@deitchlaw.com

*Counsel for 1431 SC, Ltd.*

Melissa E. Valdez, Esq.
PERDUE BRANDON FIELDER COLLINS & MOTT, LLP
1235 North Loop West, Suite 600
Houston, TX  77008
Email:  mvaldez@pbfcm.com

*Counsel for Spring Branch Independent School District, City of Houston, Clear Creek Independent School District and Klein Independent School District*

WEIGH OF LIFE, INC. DBA JENNY CRAIG
Attn:  Collee M. Hawks, President
890 24 Road
Grand Junction, CO 81505
Email:  hawkscattle@msn.com

*Franchise Owner of the Grand Junction, Colorado JC*

Eboney Cobb, Esq.
PERDUE BRANDON FIELDER COLLINS & MOTT, LLP
500 E. Border Street, Suite 640
Arlington, TX  76010
Email: emccain@pbfcm.com

*Counsel for Crowley ISD, Frisco ISD, Plano ISD*

Monique B. DiSabatino, Esq.
SAUL EWING LLP
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Email: monique.disabatino@saul.com

*Counsel for Lively Love, Inc., Alameda Crossing Station LLC, Fairfield Stations LLC and Phillips Edison & Company*

FERGUSON BRASWELL FRASER KUBASTA P.C.
Rachael L. Smiley, Esq.
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Email: rsmiley@fbfk.law

*Counsel for Lively Love, Inc.*

FRIEDMAN LAW GROUP, P.C.
c/o J. Bennett Friedman, Esq.
1900 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Email: jfriedman@flg-law.com; msobkowiak@flg-law.com; jmartinez@flg-law.com; cbryant@flg-law.com

*Counsel for Lakewood Associates, LLC and Del Amo Associates, LLC*

WELLTECH CORP.
Barbara Wellman Tribble
1 Callavance Court
Savannah, GA 31411-2888
Email: btribble2@bellsouth.net

*Owners of 8 Jenny Craig Franchises in Puerto Rico*

Leslie Hall-Yeast
2256 Sunningdale Drive
Lexington, KY 40509
Email: leslie.yeast@gmail.com

*President-LHY Weight Management LLC*

RED RIVER HEALTH AND NUTRITION, INC.
DBA Jenny Craig
1650 45th Street S
Fargo, ND 58103
Email: kjohannson@aol.com

*President Red River Health and Nutrition, Inc.*

Julie Anne Parsons, Esq.
MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269
Email: jparsons@mvbalaw.com

*Counsel to The County of Denton, Texas*

Patrick R. Barrowclough, Esq.
ATKINSON, HAMILL & BARROWCLOUGH, P.C.
3550 N. Central Avenue, Suite 1150
Phoenix, AZ 85012
Email: pbarrowclough@ahblawfirm.com

*Counsel to Ruby Commercial Properties, LLC and Ruby II Commercial Properties, LLC*

Aaron S. Applebaum, Esq.
DLA PIPER LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Email: aaron.applebaum@us.dlapiper.com

*Counsel to Ridgeport Limited Partnership*

Richard M. Kremen, Esq.
Virginia Callahan, Esq.
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, MD 21209-3600
Email: richard.kremen@us.dlapiper.com, virginia.callahan@us.dlapiper.com

*Counsel to Ridgeport Limited Partnership*

Jennifer B. Hildebrandt, Esq.
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Email: jenniferhildebrandt@paulhastings.com

*Counsel to Encina Private Credit SPV, LLC*

Justin Rawlins, Esq.
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
Email: justinrawlins@paulhastings.com

*Counsel to Encina Private Credit SPV, LLC*

Scott C. Shelley, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: scottshelley@paulhastings.com

*Counsel to Encina Private Credit SPV, LLC*

Edmon L. Morton, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
CM/ECF Noticing: bankfilings@ycst.com
Email: emorton@ycst.com

*Counsel to Encina Private Credit SPV, LLC*

Ronald E. Gold, Esq.
FROST BROWN TODD LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Email: rgold@fbtlaw.com

*Counsel to WPG Legacy, LLC*

Richard J. McCord, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Email: rmccord@certilmanbalin.com

*Counsel to 655 Montauk, LLC*

TEXAS DIET CLINIC, INC.
9901 N. Ware Road
McAllen, TX 78504
Email: horiv@aol.com

Dan McGuire, Esq.
Christina Tate, Esq.
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Email: DMcguire@winston.com; CTate@winston.com;

*Counsel to JCR Holdings II, LLC*

David A. Greer, Esquire
THE LAW OFFICES OF DAVID A. GREER PLC
500 East Main Street, Suite 1225
Norfolk, VA 23510
Email: dgreer@davidgreerlaw.com

*Counsel to Brenneman Farm Retail Associates, LLC*

Jamie Kirk
Assistant Attorney General
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, TX 75251
Email: jamie.kirk@oag.texas.gov

*Attorneys for the Texas Comptroller of Public Account*

Mushfique Shams Billah
HUGHES, HUBBARD & REED, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482
Email: mushfique.billah@hugheshubbard.com

*Counsel for Queens Court Capital Management*

Julia Philips Roth, Esq.
Anthony Grossi, Esq.
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Email: Julia.roth@sidley.com; agrossi@sidley.com

*Counsel for Golo*

Dan Zavorotny
Nutrisense
222 West Merchandise Mart Plaza
Chicago, IL
Email: dan@nutrisense.io

Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, CA 94105-3493
Email: schristianson@buchalter.com

*Counsel for Oracle America, Inc.*

Bryan O'Connell
Lady Moon Entertainment
Email: boconnell@ladymoonent.com

Robert L. LeHane, Esq.
Ravi Vohra, Esq.
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street, New York, NY 10007
Email: Rlehane@kelleydrye.com; rvohra@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com

*Counsel for DDRTC River Ridge, LLC, DDR Southeast Fountains, LLC, DT Prado LLC, NPMC Retail, LLC, DDRM Shoppes of Ellenwood LLC, Delco Development Company of Hicksville, L.P., FW CA Granada Village, LLC, Equity One (Florida Portfolio) LLC, Hyde Park Plaza, Regency Centers, LP, and USRP Willow East, LLC*

Alan J. Taylor, Esq.
Segal McCambridge Singer & Mahoney
29100 Northwestern Highway, Suite 240
Southfield, MI 48034
Email: ataylor@smsm.com

*Counsel for Coventry Commons, LLC*

Robert J. Sproul, Esq.
Assistant County Attorney
County of Loudoun, Virginia
One Harrison Street, S.E., 5th Floor
P.O. Box 7000
Leesburg, VA 20177-7000
Email: Robert.Sproul@Loudoun.gov

Robert P. Franke, Esq.
Audrey L. Hornisher, Esq.
CLARK HILL PLC
901 Main Street, Suite 6000
Dallas, TX 75202-3794
Emails: bfranke@clarkhill.com; ahornisher@clarkhill.com

*Counsel for Vestar LTV LLC*

Bryan J. Sisto, Esq.
FROST BROWN TODD LLP
400 W. Market Street, 32nd Floor
Louisville, KY 40202
Email: bsisto@fbtlaw.com

*Counsel for WPG Legacy, LLC*

Urstadt Biddle Properties, Inc.
321 Railroad Avenue
Greenwich, CT 06830
Attn: Miyun Sung
Emails: msung@ubproperties.com; hkostuk@ubproperties.com

Christopher D. Loizides
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Email: loizides@loizides.com

*Counsel for Desiree Pirozzi and Roger Marshall*

Jack A. Raisner
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, NY 10010
Email: jar@raisnerroupinian.com

*Counsel for Desiree Pirozzi and Roger Marshall*

René S. Roupinian
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, NY 10010
Email: rsr@raisnerroupinian.com

*Counsel for Desiree Pirozzi and Roger Marshall*

Trevor R. Pincock
Court A. Hall
LUNKINS & ANNIS, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Email: tpincock@lukins.com; chall@lukins.com

*Counsel for Romax Properties, LLC*

Abigale Schloth, President
ALLISON ALLEN, INC. DBA JENNY CRAIG
1891 Capital Circle NE Suite 1
Tallahassee, FL 32308
Email: aschloth8173@gmail.com

*Franchise Owner*

Barry A. Solodky
SAXTON & STUMP
280 Granite Run Drive, Suite 300
Lancaster, PA 7601
Email: bso@saxtonstump.com

*Counsel to Creditor, Rhombus Services, LLC d/b/a BrandPoint Services*

Amish R. Doshi, Esq.
DOSHI LEGAL GROUP, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Email: amish@doshilegal.com

*Counsel for Oracle America, Inc.*

Craig G. Margulies, Esq.
Anna Landa, Esq.
MARGULIES FAITH LLP
16030 Ventura Blvd., Suie 470
Encino, CA 91436
Email: craig@marguliesfaithlaw.com; anna@marguliesfaithlaw.com

*Counsel for Cabet Properties, LP*

Michelle E. Shriro, Esq.
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
Email: mshriro@singerlevick.com

*Counsel for GSD Pradsavi Colonial Commons, LLC*

William A. Hazeltine, Esq.
SULLIVAN, HAZELTINE, ALLINSON, LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
Email: whazeltine@sha-llc.com

*Counsel for Waldorf Shoppers' World, LLC*

Nicole C. Kenworthy
MEYERS, RODBELL & ROSENBAUM, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385
Email: bdept@mrrlaw.net

*Counsel to Prince George's County, Maryland*

William J. Levant, Esquire
KAPLIN STEWART MELOFF REITER & STEIN, P.C.
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
Email: wlevant@kaplaw.com

*Counsel to FNRP Realty Advisors, LLC*

Mark W. Powers, Esq.
BOWDITCH & DEWEY
311 Main Street
Worcester, MA 01608
Email: mpowers@bowditch.com

*Counsel to HC Atlantic Development LP*

Kimberly A. Brown, Esq.
Howard W. Robertson IV, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Emails: brown@lrclaw.com; robertson@lrclaw.com

*Counsel to HC Atlantic Development LP*

Brian M. Rothschild, Esq.
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Email: BRothschild@parsonsbehle.com

*Counsel to Plaza 7-21, LLC*

Thomas S. Onder, Esquire
STARK & STARK, P.C.
P.O. Box 5315
Princeton, NJ 08543
Email: tonder@stark-stark.com

*Counsel to Marketplace St. Petersburg LLC*

Danial Jordan, Esq.
Tigran Samvelyan
GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Email: djordan@glaserweil.com
tsamvelyan@glaserweil.com

*Counsel to Cherry Knolls, LLC*

Michael Busenkell, Esq.
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Email: mbusenkell@gsbblaw.com

Catherine Schlomann Robertson, Esq.
PAHL & McCAY
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113-1752
Email: crobertson@pahl-mccay.com

*Counsel to Main Street Shopping Center, LLC*

Patrick C. McGarrigle, Esq.
MCGARRIGLE, KENNEY & ZAMPIELLO, APC
9600 Topanga Canyon Boulevard, Suite 200
Chatsworth, CA 91311
Email: thefirm@mkzlaw.com

*Counsel to Duesenberg Investment Company, LLC*

STARK & STARK, P.C.
Attn: Joseph H. Lemkin, Esquire
P.O. Box 5315
Princeton, NJ 08543
Email: jlemkin@stark-stark.com

*Counsel for Gator Investments*

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207
Email: AGBankDelaware@ag.tn.gov

Frank F. McGinn
Jacqueline M. Price
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
E-mail: jmp@bostonbusinesslaw.com

*Counsel for Iron Mountain Information Management, LLC*

Tamara A. White
Holzman Law, PLLC
28366 Franklin Road
Southfield, MI 48034
Email: bankruptcy@holzmanlaw.com

*Counsel for Credit Union Solutions Group*

Amanda H. Halstead
MILLS HALSTEAD & ZALOUDEK, LLC
600 17th Street, Suite 2800S
Denver, CO 80202
Email: ahh@mhzlegal.com

*Counsel to 8085 Red Bug LLP*

ABERNATHY, ROEDER, BOYD & HULLETT PC
Paul M. Lopez, Larry R. Boyd and Emily M. Hahn
1700 Redbud Blvd., Ste. 300
McKinney, TX 75069
Email: plopez@abernathy-law.com
lboyd@abernathy-law.com
ehahn@abernathy-law.com

*Counsel to Collin County Tax Assessor/Collector*

Matthew B. Goeller
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
Email: matthew.goeller@klgates.com

*Counsel for Amazon Web Services, Inc.*

David Goldin
Allen Shusterman
BNKRPT
2980 NE 207th Street, Suite 345
Aventura, FL 33180
Email: dgoldin@bnkrpt.biz; ashusterman@bnkrpt.biz