IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> JC USA, INC. <br><br> Debtor. | ) Chapter 7 <br> ) <br> ) Case No. 23-10585-JKS <br> ) <br> ) Objection Deadline: May 6, 2024 at 4:00 p.m. (ET) <br> ) <br> ) Hearing Date: May 14, 2024 at 1:00 p.m. (ET) |

### ORDER TERMINATING EXECUTORY CONTRACT BETWEEN AMAZON WEB SERVICES, INC. AND JC USA, INC.

Upon the *Motion of Amazon Web Services, Inc. to Terminate Executory Contract with JC USA, Inc.* (the "Motion"), in which Amazon Web Services, Inc. ("AWS") requests entry of an order terminating the Agreement[1] with JC USA, Inc. and relieving AWS from further performance in connection therewith, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion, the Agreement, and the Beranek Decl.; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; **NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

---

[1] Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

1. The Motion is granted.

2. The Agreement is hereby deemed terminated without further notice.

3. AWS shall have no obligations of performance under the Agreement and the Debtor's associated AWS Account.

4. AWS may delete the Debtor's AWS Account and all data stored in connection therewith, without further notice.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: May 9th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE