## SIGN-IN SHEET

| CASE NAME:   JC USA, Inc. – | COURTROOM #6 |
|---|---|
| CASE NUMBER:  23-10585 JKS | DATE:  5/14/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ricardo Palacio | Ashby & Geddes, P.A. | Don A. Beskrone, Chapter 7 Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| First Name | Last Name | State | Rep | Via |
|---|---|---|---|---|
| Don | Beskrone | DE | Estate of JC USA | Video and Audio |
| Chele | Hawks | CO | Weigh of Life, In | Video and Audio |
| Michelle | Sklover | CA | self | Video and Audio |
| Becky | Yerak | DE | News Corp | Audio Only |
| Gregory | Zink | FL | BNKRPT LLC | Video and Audio |