# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) Chapter 7 |
|---|---|
| In re: | ) |
| | ) Case No. 23-10585 (JKS) |
| JC USA, Inc. d/b/a Jenny Craig, *et al.*[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related D.I. 323** |

## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on August 2, 2024, I caused one copy of the *Order Pursuant to 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014 and 2016 and Local Rule 2014-1 Authorizing the Retention and Employment of Berger Montague, PC as Special Litigation Counsel to Don A. Beskrone, Chapter 7 Trustee* to be served upon (i) all parties of record via CM/ECF and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: August 2, 2024

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email:  RPalacio@ashbygeddes.com

*Counsel for Don A. Beskrone, Chapter 7 Trustee*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), Craig Holdings, Inc. (1506), Jenny C Acquisition, Inc. (2395), Jenny C Intermediate Holdings, Inc. (3621) and Jenny C Holdings, LLC (4170).

{01906055;v1 }

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>Attn: Linda Richenderfer<br>844 N King St., #2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Email: Linda.richenderfer@usdoj.gov | David R. Hurst, Esq.<br>MCDERMOTT WILL & EMERY LLP<br>The Nemours Building, 1007 North Orange Street, 4th Floor<br>Wilmington, DE 19801<br>Email: dhurst@mwe.com |
| Don Stecker, Esq.<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205<br>Email: sanantonio.bankruptcy@lgbs.com<br><br>*Counsel for Bexar County* | Karen C. Bifferato, Esq.<br>CONNOLLY GALLAGHER LLP<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE 19801<br>Email: kbifferato@connollygallagher.com<br><br>*Counsel for Inland Commercial Real Estate Services LLC* |
| Sherrel K. Knighton, Esq.<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207<br>Email: dallas.bankruptcy@lgbs.com<br><br>*Counsel for Dallas County, Tarrant County and Lewisville ISD* | Jennifer L. Pruski, Esq.<br>TRAINOR FAIRBROOK<br>PO Box 255824<br>Sacramento, CA 95865<br>Email: jpruski@trainorfairbrook.com<br><br>*Counsel for DS Antioch LP and DS Lakeshore LP* |
| Dana S. Plon, Esq.<br>SIRLIN LESSER & BENSON, P.C.<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109<br>Email: dplon@sirlinlaw.com<br><br>*Counsel for WG Town & Country, L.P., ARD MAC Commons, LLC, Highglen Clover Square, LLC, CPW GRAT Trust Dated U/A 4/14/99* | Sherrel K. Knighton, Esq.<br>GRIMES & LINEBARGER , LLP<br>120 W. Main, Suite 201<br>Mesquite, TX 75149<br>Email: dallas.bankruptcy@lgbs.com<br><br>*Counsel for City of Mesquite* |
| Fred B. Ringel, Esq.<br>LEECH TISHMAN ROBINSON BROG, PLLC<br>875 Third Avenue, 9th Floor<br>New York, NY 10022<br>Email: fringel@leechtishman.com<br><br>*Counsel for Commack Shopping Center Associates* | Julie Anne Parsons, Esq.<br>MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269<br>Email: jparsons@mvbalaw.com<br><br>*Counsel for The County of Williamson, Texas* |
| Diane W. Sanders, Esq.<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO Box 17428<br>Austin, TX 78760-7428<br>Email: austin.bankruptcy@lgbs.com<br><br>*Counsel for Nueces County, City of McAllen and Hidalgo County* | Edward L. Shendell<br>General Counsel<br>Email: ed@rpmcny.com |

Rachel B. Mersky, Esq.
MONZACK MERSKY and BROWDER, PA
1201 Orange Street, Suite 400
Wilmington, DE 19801
Email: rmersky@monlaw.com

*Counsel for Kimco Realty Corporation*

Gordon J. Toering, Esq.
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue, NW, Suite 1500
Grand Rapids, MI 49503
Email: gtoering@wnj.com

*Counsel for Request Foods, Inc.*

Dustin P. Branch, Esq.
Jessica M. Simon, Esq.
Nahal Zarnighian, Esq.
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Email: branchd@ballardspahr.com;
simonjm@ballardspahr.com; zarnighiann@ballardspahr.com

*Counsel for the Landlords*

Leslie C. Heilman, Esq.
Laurel D. Roglen, Esq.
Margaret A. Vesper, Esq.
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Email: heilmanl@ballardspahr.com;
roglenl@ballardspahr.com; vesperm@ballardspahr.com

*Counsel for the Landlords*

William F. McDonald III, Esq.
10920 Via Frontera, Suite 220
San Diego, CA 92127
Email: wmcdonald@shopcore.com

*Counsel for ShopCore Properties and its related entities*

Michael Deitch, Esq.
THE DEITCH LAW OFFICE
800 Rio Grande
Austin, TX 78701
Email: mike@deitchlaw.com; mary@deitchlaw.com;
lois@deitchlaw.com

*Counsel for 1431 SC, Ltd.*

Melissa E. Valdez, Esq.
PERDUE BRANDON FIELDER COLLINS & MOTT, LLP
1235 North Loop West, Suite 600
Houston, TX 77008
Email: mvaldez@pbfcm.com

*Counsel for Spring Branch Independent School District, City of Houston, Clear Creek Independent School District and Klein Independent School District*

WEIGH OF LIFE, INC. DBA JENNY CRAIG
Attn: Collee M. Hawks, President
890 24 Road
Grand Junction, CO 81505
Email: hawkscattle@msn.com

*Franchise Owner of the Grand Junction, Colorado JC*

Eboney Cobb, Esq.
PERDUE BRANDON FIELDER COLLINS & MOTT, LLP
500 E. Border Street, Suite 640
Arlington, TX 76010
Email: emccain@pbfcm.com

*Counsel for Crowley ISD, Frisco ISD, Plano ISD*

Monique B. DiSabatino, Esq.
SAUL EWING LLP
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Email: monique.disabatino@saul.com

*Counsel for Lively Love, Inc., Alameda Crossing Station LLC, Fairfield Stations LLC and Phillips Edison & Company*

| | |
|---|---|
| FERGUSON BRASWELL FRASER KUBASTA P.C.<br>Rachael L. Smiley, Esq.<br>2500 Dallas Parkway, Suite 600<br>Plano, TX 75093<br>Email: rsmiley@fbfk.law<br><br>*Counsel for Lively Love, Inc.* | FRIEDMAN LAW GROUP, P.C.<br>c/o J. Bennett Friedman, Esq.<br>1900 Avenue of the Stars, Suite 1000<br>Los Angeles, CA 90067<br>Email: jfriedman@flg-law.com; msobkowiak@flg-law.com;<br>jmartinez@flg-law.com; cbryant@flg-law.com<br><br>*Counsel for Lakewood Associates, LLC and Del Amo Associates, LLC* |
| WELLTECH CORP.<br>Barbara Wellman Tribble<br>1 Callavance Court<br>Savannah, GA  31411-2888<br>Email:  btribble2@bellsouth.net<br><br>*Owners of 8 Jenny Craig Franchises in Puerto Rico* | Leslie Hall-Yeast<br>2256 Sunningdale Drive<br>Lexington, KY  40509<br>Email:  leslie.yeast@gmail.com<br><br>*President-LHY Weight Management LLC* |
| RED RIVER HEALTH AND NUTRITION, INC.<br>DBA Jenny Craig<br>1650 45th Street S<br>Fargo, ND  58103<br>Email:  kjohannson@aol.com<br><br>*President Red River Health and Nutrition, Inc.* | Julie Anne Parsons, Esq.<br>MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.<br>P.O. Box 1269<br>Round Rock, TX  78680-1269<br>Email: jparsons@mvbalaw.com<br><br>*Counsel to The County of Denton, Texas* |
| Patrick R. Barrowclough, Esq.<br>ATKINSON, HAMILL & BARROWCLOUGH, P.C.<br>3550 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85012<br>Email: pbarrowclough@ahblawfirm.com<br><br>*Counsel to Ruby Commercial Properties, LLC and Ruby II Commercial Properties, LLC* | Aaron S. Applebaum, Esq.<br>DLA PIPER LLP (US)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Email: aaron.applebaum@us.dlapiper.com<br><br>*Counsel to Ridgeport Limited Partnership* |
| Richard M. Kremen, Esq.<br>Virginia Callahan, Esq.<br>DLA PIPER LLP (US)<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>Email: richard.kremen@us.dlapiper.com, virginia.callahan@us.dlapiper.com<br><br>*Counsel to Ridgeport Limited Partnership* | Jennifer B. Hildebrandt, Esq.<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>Email: jenniferhildebrandt@paulhastings.com<br><br>*Counsel to Encina Private Credit SPV, LLC* |

Justin Rawlins, Esq.
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
Email: justinrawlins@paulhastings.com

*Counsel to Encina Private Credit SPV, LLC*

Scott C. Shelley, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: scottshelley@paulhastings.com

*Counsel to Encina Private Credit SPV, LLC*

Edmon L. Morton, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
CM/ECF Noticing: bankfilings@ycst.com
Email: emorton@ycst.com

*Counsel to Encina Private Credit SPV, LLC*

Ronald E. Gold, Esq.
FROST BROWN TODD LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Email: rgold@fbtlaw.com

*Counsel to WPG Legacy, LLC*

Richard J. McCord, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Email: rmccord@certilmanbalin.com

*Counsel to 655 Montauk, LLC*

TEXAS DIET CLINIC, INC.
9901 N. Ware Road
McAllen, TX 78504
Email: horiv@aol.com

Dan McGuire, Esq.
Christina Tate, Esq.
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Email: DMcguire@winston.com; CTate@winston.com;

*Counsel to JCR Holdings II, LLC*

David A. Greer, Esquire
THE LAW OFFICES OF DAVID A. GREER PLC
500 East Main Street, Suite 1225
Norfolk, VA 23510
Email: dgreer@davidgreerlaw.com

*Counsel to Brenneman Farm Retail Associates, LLC*

Jamie Kirk
Assistant Attorney General
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, TX 75251
Email: jamie.kirk@oag.texas.gov

*Attorneys for the Texas Comptroller of Public Account*

Mushfique Shams Billah
HUGHES, HUBBARD & REED, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482
Email: mushfique.billah@hugheshubbard.com

*Counsel for Queens Court Capital Management*

| | |
|---|---|
| Julia Philips Roth, Esq.<br>Anthony Grossi, Esq.<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Email: Julia.roth@sidley.com; agrossi@sidley.com<br><br>*Counsel for Golo* | Dan Zavorotny<br>Nutrisense<br>222 West Merchandise Mart Plaza<br>Chicago, IL<br>Email: dan@nutrisense.io |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street, Suite 2900<br>San Francisco, CA 94105-3493<br>Email: schristianson@buchalter.com<br><br>*Counsel for Oracle America, Inc.* | Bryan O'Connell<br>Lady Moon Entertainment<br>Email: boconnell@ladymoonent.com |
| Robert L. LeHane, Esq.<br>Ravi Vohra, Esq.<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street, New York, NY 10007<br>Email: Rlehane@kelleydrye.com; rvohra@kelleydrye.com;<br>kdwbankruptcydepartment@kelleydrye.com<br><br>*Counsel for DDRTC River Ridge, LLC, DDR Southeast Fountains, LLC, DT Prado LLC, NPMC Retail, LLC, DDRM Shoppes of Ellenwood LLC, Delco Development Company of Hicksville, L.P., FW CA Granada Village, LLC, Equity One (Florida Portfolio) LLC, Hyde Park Plaza, Regency Centers, LP, and USRP Willow East, LLC* | Alan J. Taylor, Esq.<br>Segal McCambridge Singer & Mahoney<br>29100 Northwestern Highway, Suite 240<br>Southfield, MI 48034<br>Email: ataylor@smsm.com<br><br>*Counsel for Coventry Commons, LLC* |
| County of Loudoun, Virginia<br>One Harrison Street, S.E., 5th Floor<br>P.O. Box 7000<br>Leesburg, VA 20177-7000<br>Email: attorney@Loudoun.gov | Robert P. Franke, Esq.<br>Audrey L. Hornisher, Esq.<br>CLARK HILL PLC<br>901 Main Street, Suite 6000<br>Dallas, TX 75202-3794<br>Emails: bfranke@clarkhill.com; ahornisher@clarkhill.com<br><br>*Counsel for Vestar LTV LLC* |
| Bryan J. Sisto, Esq.<br>FROST BROWN TODD LLP<br>400 W. Market Street, 32nd Floor<br>Louisville, KY 40202<br>Email: bsisto@fbtlaw.com<br><br>*Counsel for WPG Legacy, LLC* | Urstadt Biddle Properties, Inc.<br>321 Railroad Avenue<br>Greenwich, CT  06830<br>Attn:  Miyun Sung<br>Emails:  msung@ubproperties.com; hkostuk@ubproperties.com |

{01905530;v1 }

| | |
|---|---|
| Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Email: loizides@loizides.com<br><br>*Counsel for Desiree Pirozzi and Roger Marshall* | Jack A. Raisner<br>RAISNER ROUPINIAN LLP<br>270 Madison Avenue, Suite 1801<br>New York, NY 10010<br>Email: jar@raisnerroupinian.com<br><br>*Counsel for Desiree Pirozzi and Roger Marshall* |
| René S. Roupinian<br>RAISNER ROUPINIAN LLP<br>270 Madison Avenue, Suite 1801<br>New York, NY 10010<br>Email: rsr@raisnerroupinian.com<br><br>*Counsel for Desiree Pirozzi and Roger Marshall* | Trevor R. Pincock<br>Court A. Hall<br>LUNKINS & ANNIS, P.S.<br>717 W. Sprague Avenue, Suite 1600<br>Spokane, WA 99201<br>Email: tpincock@lukins.com; chall@lukins.com<br><br>*Counsel for Romax Properties, LLC* |
| Abigale Schloth, President<br>ALLISON ALLEN, INC. DBA JENNY CRAIG<br>1891 Capital Circle NE Suite 1<br>Tallahassee, FL 32308<br>Email: aschloth8173@gmail.com<br><br>*Franchise Owner* | Barry A. Solodky<br>SAXTON & STUMP<br>280 Granite Run Drive, Suite 300<br>Lancaster, PA 7601<br>Email: bso@saxtonstump.com<br><br>*Counsel to Creditor, Rhombus Services, LLC d/b/a BrandPoint Services* |
| Amish R. Doshi, Esq.<br>DOSHI LEGAL GROUP, P.C.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042<br>Email: amish@doshilegal.com<br><br>*Counsel for Oracle America, Inc.* | Craig G. Margulies, Esq.<br>MARGULIES FAITH LLP<br>16030 Ventura Blvd., Suie 470<br>Encino, CA 91436<br>Email: craig@marguliesfaithlaw.com;<br><br>*Counsel for Cabet Properties, LP* |
| Michelle E. Shriro, Esq.<br>SINGER & LEVICK, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>Email: mshriro@singerlevick.com<br><br>*Counsel for GSD Pradsavi Colonial Commons, LLC* | William A. Hazeltine, Esq.<br>SULLIVAN, HAZELTINE, ALLINSON, LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Email: whazeltine@sha-llc.com<br><br>*Counsel for Waldorf Shoppers' World, LLC* |

Nicole C. Kenworthy
MEYERS, RODBELL & ROSENBAUM, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385
Email: bdept@mrrlaw.net

*Counsel to Prince George's County, Maryland*

Mark W. Powers, Esq.
BOWDITCH & DEWEY
311 Main Street
Worcester, MA 01608
Email: mpowers@bowditch.com

*Counsel to HC Atlantic Development LP*

Brian M. Rothschild, Esq.
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Email: BRothschild@parsonsbehle.com

*Counsel to Plaza 7-21, LLC*

Danial Jordan, Esq.
Tigran Samvelyan
GLASER WEIL FINK HOWARD AVCHEN
& SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Email: djordan@glaserweil.com
tsamvelyan@glaserweil.com

*Counsel to Cherry Knolls, LLC*

Catherine Schlomann Robertson, Esq.
PAHL & McCAY
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113-1752
Email: crobertson@pahl-mccay.com

*Counsel to Main Street Shopping Center, LLC*

William J. Levant, Esquire
KAPLIN STEWART MELOFF REITER & STEIN, P.C.
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
Email: wlevant@kaplaw.com

*Counsel to FNRP Realty Advisors, LLC*

Kimberly A. Brown, Esq.
Howard W. Robertson IV, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Emails: brown@lrclaw.com; robertson@lrclaw.com

*Counsel to HC Atlantic Development LP*

Thomas S. Onder, Esquire
STARK & STARK, P.C.
P.O. Box 5315
Princeton, NJ 08543
Email: tonder@stark-stark.com

*Counsel to Marketplace St. Petersburg LLC*

Michael Busenkell, Esq.
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Email: mbusenkell@gsbblaw.com

Patrick C. McGarrigle, Esq.
MCGARRIGLE, KENNEY & ZAMPIELLO, APC
9600 Topanga Canyon Boulevard, Suite 200
Chatsworth, CA 91311
Email: thefirm@mkzlaw.com

*Counsel to Duesenberg Investment Company, LLC*

{01905530;v1 }

STARK & STARK, P.C.
Attn: Joseph H. Lemkin, Esquire
P.O. Box 5315
Princeton, NJ 08543
Email: jlemkin@stark-stark.com

*Counsel for Gator Investments*

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207
Email: AGBankDelaware@ag.tn.gov

Frank F. McGinn
Jacqueline M. Price
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
E-mail: jmp@bostonbusinesslaw.com

*Counsel for Iron Mountain Information Management, LLC*

Tamara A. White
Holzman Law, PLLC
28366 Franklin Road
Southfield, MI 48034
Email: bankruptcy@holzmanlaw.com

*Counsel for Credit Union Solutions Group*

Amanda H. Halstead
MILLS HALSTEAD & ZALOUDEK, LLC
600 17th Street, Suite 2800S
Denver, CO 80202
Email: ahh@mhzlegal.com

*Counsel to 8085 Red Bug LLP*

ABERNATHY, ROEDER, BOYD & HULLETT PC
Paul M. Lopez, Larry R. Boyd and Emily M. Hahn
1700 Redbud Blvd., Ste. 300
McKinney, TX 75069
Email: plopez@abernathy-law.com
lboyd@abernathy-law.com
ehahn@abernathy-law.com

*Counsel to Collin County Tax Assessor/Collector*

Matthew B. Goeller
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
Email: matthew.goeller@klgates.com

*Counsel for Amazon Web Services, Inc.*