# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JC USA, Inc. d/b/a Jenny Craig, *et al.*[1] | ) | Case No. 23-10585 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned cases as follows:

| **Date & Time** | **Location** |
|---|---|
| April 30, 2025 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 N. Market Street, 5th Floor, Courtroom No. 6<br>Wilmington, DE  19801 |

**Dated: March 20th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) and JC Hold, LLC (4170).

{01913292;v1 }