March 25, 2025

RECEIVED
2025 MAR 31   AM 10: 26
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

U S Bankruptcy Court Clerk
District of Delaware
824 N Market St N
3rd Floor
Wilmington, DE 19801

TO WHOM IT MAY CONCERN:

This is a request for an address change/update for Weigh of Life, Inc., David and Colleen Hawks. We were franchisees when Jenny Craig claimed Bankruptcy JC, USA. Case No. 23-10585. Can you please change our address from 890 24 Road, Grand Junction, CO 81505 to:

**2341 Meridian Court**
**Grand Junction, CO 81507**

We have filed a Proof of Claim No. 407 and would like the address updated on it and so we continue receiving correspondence in regards to Jenny Craig's Chapter 7 Bankruptcy.

Thank you for your help in this matter.

Regards,

*[signature]*
Colleen Hawks
President, Weigh of Life, Inc.