IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| JC USA, Inc., *et al.*[1] | Case No. 23-10585 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related D.I. 358** |

# ORDER APPROVING STIPULATED PROTECTIVE ORDER

The Court having considered the *Stipulated Protective Order by and Between the Chapter 7 Trustee and Anthem Blue Cross Life and Health Insurance Company* (the "Stipulated Protective Order"), a copy which is attached hereto as **Exhibit 1,** and the Court having determined that good cause exists for approval of the Stipulated Protective Order,

IT IS HEREBY ORDERED THAT:

1. The Stipulated Protective Order is hereby APPROVED as set forth herein.

2. The terms of the Stipulated Protective Order are incorporated in full as if set forth herein.

3. This Court retains jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulated Protective Order.

Dated: April 28th, 2025
Wilmington, Delaware

KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (5069), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) JC Hold LLC (4170).

{02105382;v2 }