**ERICK ROESER**
AUDITOR-CONTROLLER
TREASURER-TAX COLLECTOR

585 FISCAL DRIVE, SUITE 100
SANTA ROSA, CA 95403
PHONE (707) 565-2631
FAX (707) 565-3489



**AMANDA RUCH, CPA**
ASSISTANT AUDITOR-CONTROLLER
TREASURER-TAX COLLECTOR

**BROOKE KOOP, CPA**
ASSISTANT AUDITOR-CONTROLLER
TREASURER-TAX COLLECTOR

**KATHLEEN PARNELL**
ASSISTANT AUDITOR-CONTROLLER
TREASURER-TAX COLLECTOR

## UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:
Debtor's Name(s)

Case No:  23-10585
Court Claim No.  117

Withdrawal of Proof of Claim

JC USA INC

---

Creditor, **SONOMA COUNTY TAX COLLECTOR**, hereby notifies the Court and the Trustee that

Claim No. 117 filed on 07/26/2023 is hereby withdrawn.

By: _____

Heather Devine Arnold

Sonoma County Tax Collector
585 Fiscal Dr Ste 100
Santa Rosa, CA 95403
(707) 565-2817
centralcollections@sonoma-county.org

Date: 04/23/2025