**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) Chapter 7 |
| JC USA, Inc. d/b/a Jenny Craig, *et al.*,[1] | ) ) Case No. 23-10585 (JKS) |
| Debtors. | ) ) (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 17, 2025 AT 11:00 A.M. (ET)
BEFORE THE HONORABLE J. KATE STICKLES**

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT,
AS NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTERS**

1. Third Interim Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Don A. Beskrone, Chapter 7 Trustee, for the Period From October 1, 2024 through March 31, 2025 and Waiver of Del. Bankr. L.R. 2016-2 **[D.I. 357; 4/23/2025]**

   **Objection Deadline**:  May 7, 2025 at 4:00 p.m. ET

   **Objections/Informal Responses**:  None.

   **Related Pleadings:**

   A. Certificate of No Objection regarding Third Interim Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Don A. Beskrone, Chapter 7 Trustee, for the Period From October 1, 2024 through March 31, 2025 and Waiver of Del. Bankr. L.R. 2016-2 [D.I. 539; 5/9/2025]

   B. Order Approving Third Interim Application of Asby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses, for the Period From October 1, 2024 through March 31, 2025 and Waiver of Del. Bankr. L.R. 2016-2 [D.I. 540; 5/9/2025]

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) and JC Hold, LLC (4170).

{02131915;v1 }

**Status:**    The Order has been entered.

2. Third Interim Fee Application of Bederson, LLP for Compensation for Services Rendered as Accountants to Chapter 7 Trustee for the Period September 30, 2024 through March 31, 2025 and Waiver of Del. Bankr. L.R. 2016-1 **[D.I. 542; 5/23/2025]**

    **Objection Deadline**:    June 6, 2025 at 4:00 p.m. ET

    **Objections/Informal Responses**:    None.

    **Related Pleadings:**

    B. Certificate of No Objection regarding Third Interim Fee Application of Bederson, LLP for Compensation for Services Rendered as Accountants to Chapter 7 Trustee for the Period September 30, 2024 through March 31, 2025 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 549; 6/9/2025]

    B. Order Granting Third Interim Fee Application of Bederson, LLP for Compensation for Services Rendered as Accountants to Chapter 7 Trustee for the Period October 1, 2024 Through March 31, 2025 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 551; 6/10/2025]

    **Status:**    The Order has been entered.

Dated: June 13, 2025

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (I.D. #3765)
Benjamin W. Keenan (I.D. #4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
rpalacio@ashbygeddes.com
bkeenan@ashbygeddes.com

*Counsel to Don A. Beskrone, as Chapter 7 Trustee*