# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JC USA, Inc., *et al.,* [1]<br><br>  Debtors. | Chapter 7<br><br>Case No. 23-10585 (JKS)<br>(Jointly Administered)<br><br>**New Hearing Date: August 12, 2025 at 2:00 p.m. (ET)** |
| Don A. Beskrone, Chapter 7 Trustee for JC USA, Inc., *et al.*,<br><br>  Plaintiff,<br><br>v.<br><br>**Adversary Proceedings on Exhibit A hereto** | |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the hearing scheduled for July 29, 2025 at 11:00 a.m. (ET) (the "Original Hearing Date") has been rescheduled by the Court to **August 12, 2025 at 3:00 p.m. (ET)** (the "Rescheduled Hearing Date"). All matters previously scheduled to be heard on this Original Date shall now be heard on the Rescheduled Hearing Date.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that, as set forth above, those parties wishing to participate in the hearing will be provided with zoom information on the agenda filed prior to the Rescheduled Hearing Date.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) JC Hold, LLC (4170).

{02137143;v1 }

Dated: July 9, 2025                      **ASHBY & GEDDES, P.A.**

*/s/ Benjamin W. Keenan*
Ricardo Palacio (DE Bar No. 3765)
Benjamin W. Keenan (DE Bar No. 4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email(s): rpalacio@ashbygeddes.com
              bkeenan@ashbygeddes.com

*Counsel for Don A. Beskrone,*
*Chapter 7 Trustee*

**EXHIBIT A**

| | |
|---|---|
| 23rd Group | Adv. Proc. No. 25-50637 |
| 601 Baltimore Pike Associates, LP | Adv. Proc. No. 25-50639 |
| ACS Investment Group Inc. | Adv. Proc. No. 25-50640 |
| Chris Adair | Adv. Proc. No. 25-50641 |
| Aetna Life Insurance Company | Adv. Proc. No. 25-50642 |
| Amazon Web Services, Inc. | Adv. Proc. No. 25-50643 |
| American Express Travel Related Services Co., Inc. | Adv. Proc. No. 25-50644 |
| American Service Industries, Inc. | Adv. Proc. No. 25-50645 |
| Anaheim Hills Village Center | Adv. Proc. No. 25-50646 |
| AON Risk Services | Adv. Proc. No. 25-50647 |
| APG Gross Point Road, LLC | Adv. Proc. No. 25-50648 |
| Old AGT, Inc. fka Aqua-Gulf Transport Inc. | Adv. Proc. No. 25-50649 |
| ARC CLORFL001, LLC | Adv. Proc. No. 25-50650 |
| Ares Holdings LLC | Adv. Proc. No. 25-50651 |
| Consolidated Maintenance Solutions, LLC d/b/a Authority HVAC | Adv. Proc. No. 25-50652 |
| Avid Floor Maintenance, Inc. | Adv. Proc. No. 25-50653 |
| B Comm Realty LLC | Adv. Proc. No. 25-50654 |
| Big Money Brandi Management, Inc. | Adv. Proc. No. 25-50656 |
| Bluestone Real Estate Services | Adv. Proc. No. 25-50657 |
| Bounteous, Inc. | Adv. Proc. No. 25-50658 |
| Rhombus Services d/b/a Brandpoint Services, Inc. | Adv. Proc. No. 25-50659 |
| Burlington Crossroads E&A LLC | Adv. Proc. No. 25-50661 |
| Caledge Investments LLC | Adv. Proc. No. 25-50662 |
| Calstrs/CHSV Quarry, LLC | Adv. Proc. No. 25-50663 |
| Camino Village LLC | Adv. Proc. No. 25-50664 |
| Carlsbad Plaza LLC | Adv. Proc. No. 25-50665 |
| Catalin Dragu dba One Bold Team | Adv. Proc. No. 25-50666 |
| CC Park Place, LLC | Adv. Proc. No. 25-50667 |
| JPMorgan Chase Bank, N.A. | Adv. Proc. No. 25-50669 |
| Allendale KOP Investments, L.P. f/k/a CMW Investments Ltd. | Adv. Proc. No. 25-50670 |
| Concord Willingham, LP | Adv. Proc. No. 25-50671 |
| Forsta f/k/a Confirmit, Inc. | Adv. Proc. No. 25-50672 |
| Countryside Plaza, Ltd. | Adv. Proc. No. 25-50673 |
| DC Ltd./Coventry Commons LLC | Adv. Proc. No. 25-50674 |
| CPT Arlington Highlands 1, LP | Adv. Proc. No. 25-50675 |
| Cybersource Corporation | Adv. Proc. No. 25-50677 |
| Danada Square West | Adv. Proc. No. 25-50678 |
| DDR Southeast Foundtains, LLC | Adv. Proc. No. 25-50679 |

| | |
|---|---|
| DDRTC River Ridge LLC | Adv. Proc. No. 25-50680 |
| Delco Development Company of Hicksville, LP | Adv. Proc. No. 25-50681 |
| Dex Imaging LLC | Adv. Proc. No. 25-50682 |
| DK-Bell Holding Company, LLC | Adv. Proc. No. 25-50683 |
| Holleback Consulting, LLC | Adv. Proc. No. 25-50684 |
| Stretto, Inc. | Adv. Proc. No. 25-50685 |
| Salesforce.com, Inc. | Adv. Proc. No. 25-50686 |
| Paul Hastings LLP | Adv. Proc. No. 25-50687 |
| Horizon Media, Inc. | Adv. Proc. No. 25-50688 |
| Dollinger-Glendale Assoc. | Adv. Proc. No. 25-50689 |
| Insight Direct USA, Inc. | Adv. Proc. No. 25-50690 |
| Doordash, Inc. | Adv. Proc. No. 25-50691 |
| Federal Express Corporation | Adv. Proc. No. 25-50692 |
| DOT Foods, Inc. | Adv. Proc. No. 25-50693 |
| Ice Holding LLC | Adv. Proc. No. 25-50694 |
| ECA Elle Northwood Partners LLC | Adv. Proc. No. 25-50696 |
| Illinois Dept. of Revenue | Adv. Proc. No. 25-50697 |
| Indeed, Inc. | Adv. Proc. No. 25-50699 |
| Entisys Solutions, Inc. | Adv. Proc. No. 25-50700 |
| Esplanade Medical Center | Adv. Proc. No. 25-50701 |
| Innovative Fiber, LLC | Adv. Proc. No. 25-50702 |
| Everett 2022 LLC | Adv. Proc. No. 25-50703 |
| Irvine Technology Corporation | Adv. Proc. No. 25-50704 |
| Express Scripts d/b/a Evernorth Health, Inc. | Adv. Proc. No. 25-50705 |
| Fairfield Station LLC | Adv. Proc. No. 25-50706 |
| J&L Belmont Plaza | Adv. Proc. No. 25-50707 |
| January Digital, LLC | Adv. Proc. No. 25-50708 |
| Kaiser Foundation Health Plan, Inc. North | Adv. Proc. No. 25-50710 |
| Fireserv Inc. | Adv. Proc. No. 25-50712 |
| Kaiser Foundation Health Plan, Inc. South | Adv. Proc. No. 25-50713 |
| Forum Lone Star | Adv. Proc. No. 25-50714 |
| Foxfield Commons, LLC | Adv. Proc. No. 25-50715 |
| Kansas Dept. of Revenue | Adv. Proc. No. 25-50718 |
| Franklin Towne Plaza LLC | Adv. Proc. No. 25-50719 |
| Gong Investments LLC | Adv. Proc. No. 25-50721 |
| Google LLC | Adv. Proc. No. 25-50723 |
| Key West Air LLC | Adv. Proc. No. 25-50725 |
| Gordon & Rees, LLP | Adv. Proc. No. 25-50733 |
| Greentree Road Shopping Center | Adv. Proc. No. 25-50734 |
| Liberty Distributors, Inc | Adv. Proc. No. 25-50737 |
| Lincoln Properties, Ltd. | Adv. Proc. No. 25-50738 |
| Main Street Shopping Center LLC | Adv. Proc. No. 25-50739 |
| Mainfreight Inc. | Adv. Proc. No. 25-50740 |

| | |
|---|---|
| Massapequa Center Owners LLC | Adv. Proc. No. 25-50741 |
| MBI Benefits, Inc./Medi-i- Bank, Inc. | Adv. Proc. No. 25-50742 |
| KIOP Meadowbrook LP | Adv. Proc. No. 25-50743 |
| KTM Group LLC | Adv. Proc. No. 25-50744 |
| MegaCorp Logistics, LLC | Adv. Proc. No. 25-50745 |
| Memorial Texas LLC | Adv. Proc. No. 25-50746 |
| Meridian IT Inc. | Adv. Proc. No. 25-50747 |
| Mesa Pavilion South LLC | Adv. Proc. No. 25-50748 |
| Microsoft Online, Inc. | Adv. Proc. No. 25-50749 |
| Miller Buckfire & Co., LLC | Adv. Proc. No. 25-50750 |
| Mitco Shenandoah LLC | Adv. Proc. No. 25-50751 |
| MK Towne Crossing Associates LLC | Adv. Proc. No. 25-50752 |
| MLB Enterprises, Inc. | Adv. Proc. No. 25-50753 |
| Mobile Programming LLC | Adv. Proc. No. 25-50754 |
| Monday.Com Ltd. | Adv. Proc. No. 25-50755 |
| Murray Hill 32 LLC | Adv. Proc. No. 25-50756 |
| National Distribution Service, Inc | Adv. Proc. No. 25-50757 |
| National Lease Advisors, Inc. | Adv. Proc. No. 25-50758 |
| Navisite LLC | Adv. Proc. No. 25-50759 |
| Neesvig's Inc. | Adv. Proc. No. 25-50760 |
| Nellson Nutraceutical, LLC | Adv. Proc. No. 25-50761 |
| Ogletree, Deakins, Nash Smoak & Stewart | Adv. Proc. No. 25-50762 |
| Olympia Square South, LLC | Adv. Proc. No. 25-50763 |
| Pop Realty Corporation dba P&B Realty | Adv. Proc. No. 25-50764 |
| Pacific Castle Portola, LLC | Adv. Proc. No. 25-50765 |
| Queens Blvd Assoc. LLC | Adv. Proc. No. 25-50766 |
| Park Hill Plaza LLC | Adv. Proc. No. 25-50767 |
| Park Place Memphis LLC | Adv. Proc. No. 25-50768 |
| Park, Carolina | Adv. Proc. No. 25-50769 |
| Randstad Technologies L.P. | Adv. Proc. No. 25-50770 |
| Pebblepost, Inc. | Adv. Proc. No. 25-50771 |
| Request Foods | Adv. Proc. No. 25-50772 |
| Rhino Holdings Blue Oaks, LLC | Adv. Proc. No. 25-50773 |
| Press Gainey d/b/a Rio Seo | Adv. Proc. No. 25-50774 |
| ROF IV OTCC, LLC | Adv. Proc. No. 25-50775 |
| ROIC Bouquet Center, LLC | Adv. Proc. No. 25-50776 |
| Plaza Food Systems LLC | Adv. Proc. No. 25-50777 |
| POR LP | Adv. Proc. No. 25-50778 |
| Post Benson Corp. | Adv. Proc. No. 25-50779 |
| Rosedale Commons LP | Adv. Proc. No. 25-50780 |
| Power Digital Marketing | Adv. Proc. No. 25-50781 |
| Principal Life Insurance Company | Adv. Proc. No. 25-50782 |
| Proven Solutions, LLC | Adv. Proc. No. 25-50783 |
| QBE Insurance Corporation | Adv. Proc. No. 25-50784 |

| | |
|---|---|
| RPT Realty, L.P. | Adv. Proc. No. 25-50786 |
| Rreef America REIT II Portfolio, L.P. | Adv. Proc. No. 25-50787 |
| Rudy Landry | Adv. Proc. No. 25-50788 |
| Spectrotel Holding Company LLC | Adv. Proc. No. 25-50789 |
| SRS Broadway Associates, LLC | Adv. Proc. No. 25-50790 |
| SVF Alexandria Commons LLC | Adv. Proc. No. 25-50791 |
| Sygma Network Inc. | Adv. Proc. No. 25-50792 |
| Sapient Corporation | Adv. Proc. No. 25-50793 |
| SCG Pinole Valley Shopping Center, LLC | Adv. Proc. No. 25-50794 |
| Sea Island Retail Partners, Ltd. | Adv. Proc. No. 25-50795 |
| SHI International Corp. | Adv. Proc. No. 25-50796 |
| Shirts Without Buttons, LLC | Adv. Proc. No. 25-50798 |
| Slalom, LLC | Adv. Proc. No. 25-50799 |
| Socialdeviant, LLC | Adv. Proc. No. 25-50800 |
| Somerset Shoppes FLA LLC | Adv. Proc. No. 25-50801 |
| TCWGlobal f/k/a TargetCW | Adv. Proc. No. 25-50803 |
| TDIndustries, Inc. | Adv. Proc. No. 25-50804 |
| Temperature Service Company, Inc. | Adv. Proc. No. 25-50805 |
| The Lincoln National Life Insurance Company | Adv. Proc. No. 25-50806 |
| The Plaza at Burr Corners LLC | Adv. Proc. No. 25-50807 |
| Thrive Frozen Nutrition, Inc | Adv. Proc. No. 25-50808 |
| Tik Tok, Inc. | Adv. Proc. No. 25-50809 |
| TRPF Promenade Plaza LLC | Adv. Proc. No. 25-50810 |
| UKG, Inc. f/k/a Ultimate Software Group, Inc. | Adv. Proc. No. 25-50812 |
| University Town Center 1640, LLC | Adv. Proc. No. 25-50813 |
| Unlimited Retail Services Inc. | Adv. Proc. No. 25-50814 |
| Vestar LTV, LLC | Adv. Proc. No. 25-50815 |
| Virginia Dept. of Tax | Adv. Proc. No. 25-50816 |
| Kimco Realty Corporation f/k/a Weingarten Realty Investors | Adv. Proc. No. 25-50817 |
| 15030 Whittier Center LLC | Adv. Proc. No. 25-50818 |
| YMC Janitorial Services, Inc. | Adv. Proc. No. 25-50819 |
| Zurich American Insurance Company | Adv. Proc. No. 25-50820 |
| KIOP Branford LLC | Adv. Proc. No. 25-50831 |