IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> JC USA, Inc., *et al.,* [1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10585 (JKS) <br> (Jointly Administered) <br><br> **Related D.I. 578 & & 579** |
| Don A. Beskrone, Chapter 7 Trustee for JC USA, Inc., et al., <br><br> Plaintiff, <br><br> v. | |
| Forsta f/k/a Confirmit, Inc. | Adv. Pro. No. 25-50672 (JKS) <br> **Related Adv. D.I. 12 & 13** |
| Cybersource Corporation | Adv. Pro. No. 25-50677 (JKS) <br> **Related Adv. D.I. 14 & 15** |
| Everett 2022 LLC | Adv. Pro. No. 25-50703 (JKS) <br> **Related Adv. D.I. 9 & 10** |
| Navisite LLC | Adv. Pro. No. 25-50759 (JKS) <br> **Related Adv. D.I. 9 & 10** |
| National Lease Advisors, Inc. | Adv. Pro. No. 25-50758 (JKS) <br> **Related Adv. D.I. 10 & 11** |
| ROIC Bouquet Center, LLC | Adv. Pro. No. 25-50776 (JKS) <br> **Related Adv. D.I. 13 & 14** |

**ORDER APPROVING SETTLEMENT OF CERTAIN CHAPTER 5 CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The Court having considered the motion (the "Motion")[2] of Don A. Beskrone, the Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Rule 9019") for approval of settlement of certain claims (the "Claims") pursuant to Chapter 5 of the Bankruptcy Code for avoidance and recovery of allegedly preferential or fraudulent transfers as set forth in the Motion and the Settlement Agreements attached as **Exhibit A** - **Exhibit F** to the Motion, and the Court finding

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) JC Hold, LLC (4170).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{00982631;v1 }

that the Settlements are fair and reasonable, and the Court finding the Settlements satisfy the standards for approval of a compromise under Rule 9019, and are in the best interests of the Debtor's estate and creditors, NOW, **THEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Settlements set forth in the Settlement Agreements attached to the Motion as **Exhibit A** - **Exhibit F** with respect to the Trustee's Claims against Forsta f/k/a Confirmit, Inc., Cybersource Corporation, Everett 2022 LLC, Navisite LLC, National Lease Advisors, Inc. and ROIC Bouquet Center, LLC are hereby approved in full and final settlement of such claims.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: September 15th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE