IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JC USA, Inc., *et al.,* [1]<br><br>             Debtors. | Chapter 7<br><br>Case No. 23-10585 (JKS)<br>(Jointly Administered) |
| Don A. Beskrone, Chapter 7 Trustee for JC USA, Inc., *et al.*,<br><br>             Plaintiff,<br><br>             v.<br><br>**Adversary Proceedings on Exhibit A hereto** | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 30, 2025 AT 10:00 A.M. (ET)**

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT,
AS NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTERS**

1. Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Chapter 5 Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [D.I. 570; 7/28/2025]

   **Objection Deadline**:       August 11, 2025 at 4:00 p.m. ET

   **Objections/Informal Responses**:   None.

   **Related Pleadings:**

   A. Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Chapter 5 Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [D.I. 576; 8/12/2025]

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) JC Hold, LLC (4170).

{02167939;v1 }

B. Order Approving Settlement of Certain Chapter 5 Claims Pursuant To Federal Rule of Bankruptcy Procedure 9019 [D.I. 577; 8/13/2025]

**Status**: Orders have been entered.

2. Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Chapter 5 Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [D.I. 578; 8/28/2025]

**Objection Deadline**: September 11, 2025 at 4:00 p.m. ET

**Objections/Informal Responses**: None.

**Related Pleadings:**

A. Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Chapter 5 Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [D.I. 579; 9/12/2025]

B. Order Approving Settlement of Certain Chapter 5 Claims Pursuant To Federal Rule of Bankruptcy Procedure 9019 [D.I. 580; 9/15/2025]

**Status**: Orders have been entered.

## PRETRIAL CONFERENCES

3. Don A. Beskrone, Chapter 7 Trustee for JC USA, Inc., et al vs. Allendale KOP Investments, L.P. f/k/a CMW Investments Ltd. [Adv. Proc. No. 25-50670]

**Status**: Order Establishing Streamlined Procedures entered 8/1/25 in adversary proceeding.

4. Don A. Beskrone, Chapter 7 Trustee for JC USA, Inc., et al vs. Indeed, Inc. [Adv. Proc. No. 25-50699]

**Status**: Order Establishing Streamlined Procedures entered 8/1/25 in adversary proceeding.

5. Don A. Beskrone, Chapter 7 Trustee for JC USA, Inc., et al vs. MLB Enterprises, Inc. [Adv. Proc. No. 25-50753]

**Status**: This matter has been dismissed.

6. Don A. Beskrone, Chapter 7 Trustee for JC USA, Inc., et al vs. Murray Hill, LLC [Adv. Proc. No. 25-50756]

**Status**: Order Establishing Streamlined Procedures entered 8/1/25 in adversary proceeding.

Dated: September 25, 2025          **ASHBY & GEDDES, P.A.**

                                           */s/ Benjamin W. Keenan*
                                           Ricardo Palacio (DE Bar No. 3765)
                                           Benjamin W. Keenan (DE Bar No. 4724)
                                           500 Delaware Avenue, 8th Floor
                                           P.O. Box 1150
                                           Wilmington, Delaware 19899
                                           Tel: (302) 654-1888
                                           Email(s): rpalacio@ashbygeddes.com
                                                                  bkeenan@ashbygeddes.com

                                           *Counsel for Don A. Beskrone,*
                                           *Chapter 7 Trustee*

## EXHIBIT A

| | |
|---|---|
| 601 Baltimore Pike Associates, LP | Adv. Proc. No. 25-50639 |
| Aetna Life Insurance Company | Adv. Proc. No. 25-50642 |
| Anaheim Hills Village Center | Adv. Proc. No. 25-50646 |
| Bluestone Real Estate Services | Adv. Proc. No. 25-50657 |
| Camino Village LLC | Adv. Proc. No. 25-50664 |
| Catalin Dragu dba One Bold Team | Adv. Proc. No. 25-50666 |
| Fairfield Station LLC | Adv. Proc. No. 25-50706 |
| Ogletree, Deakins, Nash Smoak & Stewart | Adv. Proc. No. 25-50762 |
| Rudy Landry | Adv. Proc. No. 25-50788 |
| Park Place Memphis LLC | Adv. Proc. No. 25-50768 |
| Request Foods | Adv. Proc. No. 25-50772 |
| Plaza Food Systems LLC | Adv. Proc. No. 25-50777 |
| Post Benson Corp. | Adv. Proc. No. 25-50779 |
| TDIndustries, Inc. | Adv. Proc. No. 25-50804 |
| The Plaza at Burr Corners LLC | Adv. Proc. No. 25-50807 |
| Forsta f/k/a Confirmit, Inc. | Adv. Proc. No. 25-50672 |
| Cybersource Corporation | Adv. Proc. No. 25-50677 |
| Everett 2022 LLC | Adv. Proc. No. 25-50703 |
| Navisite LLC | Adv. Proc. No. 25-50759 |
| National Lease Advisors, Inc. | Adv. Proc. No. 25-50758 |
| ROIC Bouquet Center, LLC | Adv. Proc. No. 25-50776 |
| Allendale KOP Investments, L.P. f/k/a CMW Investments Ltd. | Adv. Proc. No. 25-50670 |
| Indeed, Inc. | Adv. Proc. No. 25-50699 |
| MLB Enterprises, Inc. | Adv. Proc. No. 25-50753 |
| Murray Hill 32 LLC | Adv. Proc. No. 25-50756 |