# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JC USA, Inc., *et al.,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10585 (JKS)<br>(Jointly Administered) |
| Don A. Beskrone, Chapter 7 Trustee for JC USA, Inc., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>**Adversary Proceedings on Exhibit A hereto** | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON DECEMBER 2, 2025 AT 10:00 A.M. (ET)

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Prevailing Eastern Time) [the business day before the hearing / one-hour prior to the first-day or emergency hearing] unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

Topic: JC USA, Inc., et al - Case No. 25-10585 (KJS)
When: December 2, 2025 at 10:00 a.m. Eastern Time (US and Canada)

**YOU MUST USE YOU FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

### RESOLVED MATTERS

1. Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Chapter 5 Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [D.I. 587; 10/1/2025]

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) JC Hold, LLC (4170).

{02185210;v1 }

    **Objection Deadline**:    October 15, 2025 at 4:00 p.m. ET

    **Objections/Informal Responses**:    None.

    **Related Pleadings:**

    A. Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Chapter 5 Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [D.I. 589; 10/16/2025]

    B. Order Approving Settlement of Certain Chapter 5 Claims Pursuant To Federal Rule of Bankruptcy Procedure 9019 [D.I. 590; 10/17/2025]

    **Status**:    Orders have been entered.

2. Motion to Approve Compromise under Rule 9019 [D.I. 591; 10/24/2025]

    **Objection Deadline**:    November 14, 2025 at 4:00 p.m. ET

    **Objections/Informal Responses**:    None.

    **Related Pleadings:**

    A. Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Chapter 5 Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [D.I. 598; 11/18/2025]

    B. Order Approving Settlement of Certain Chapter 5 Claims Pursuant To Federal Rule of Bankruptcy Procedure 9019 [D.I. 599; 11/19/2025]

    **Status**:    Orders have been entered.

3. Motion for Order Modifying Streamlined Procedures Governing Adversary Proceedings to Add Mediator [D.I. 592; 10/28/2025]

    **Objection Deadline**:    November 12, 2025 at 4:00 p.m. ET

    **Objections/Informal Responses**:    None.

    **Related Pleadings:**

    A. Certificate of No Objection Regarding Motion for Order Modifying Streamlined Procedures Governing Adversary Proceedings to Add Mediator [D.I. 602; 11/21/2025]

    B. Order Modifying Streamlined Procedures Governing Adversary Proceedings to Add Mediator [D.I. 604; 11/21/2025]

**Status:**     Orders have been entered.

4. Fourth Interim Fee Application of Ashby & Geddes, P.A. for Compensation for Services Rendered as Counsel to Chapter 7 Trustee for the Period April 1, 2025 through September 30, 2025 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 593; 10/28/2025]

    **Objection Deadline**:     November 12, 2025 at 4:00 p.m. ET

    **Objections/Informal Responses**:    None.

    **Related Pleadings:**

    A. Certificate of No Objection Regarding Fourth Interim Fee Application of Ashby & Geddes, P.A. for Compensation for Services Rendered as Counsel to Chapter 7 Trustee for the Period April 1, 2025 through September 30, 2025 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 596; 11/14/2025]

    B. Order Approving Fourth Interim Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Don A. Beskrone, Chapter 7 Trustee, for the Period From April 1, 2025 Through September 30, 2025 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 597; 11/18/2025]

    **Status:**     An Order has been entered.

5. Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Chapter 5 Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [D.I. 594; 10/30/2025]

    **Objection Deadline**:     November 13, 2025 at 4:00 p.m. ET

    **Objections/Informal Responses**:    None.

    **Related Pleadings:**

    A. Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of Certain Chapter 5 Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019 [D.I. 601; 11/20/2025]

    B. Order Approving Settlement of Certain Chapter 5 Claims Pursuant To Federal Rule of Bankruptcy Procedure 9019 [D.I. 603; 11/21/2025]

    **Status**:     Orders have been entered.

6. Fourth Interim Application of Bederson, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants to Chapter 7 Trustee for the Period April 1, 2025 through August 31, 2025 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 595; 11/10/2025]

**Objection Deadline**: November 24, 2025 at 4:00 p.m. ET (inadvertently noticed for November 18, 2025)

**Objections/Informal Responses**: None.

**Related Pleadings:**

A. Certificate of No Objection Regarding Fourth Interim Application of Bederson, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants to Chapter 7 Trustee for the Period April 1, 2025 through August 31, 2025 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 600; 11/19/2025]

B. Certification of Counsel Regarding Fourth Interim Application of Bederson, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants to Chapter 7 Trustee for the Period April 1, 2025 through August 31, 2025 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 605; 11/25/2025]

C. Order Granting Fourth Interim Fee Application of Bederson, LLP for Compensation for Services Rendered as Accountants to Chapter 7 Trustee for the Period April 1, 2025 through August 31, 2025 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 606; 11/25/2025]

**Status**: An Order has been entered.

### MATTERS UNDER CNO/COC

7. Beskrone v. MBI Benefits, Inc. f/k/a Med-i-Bank, Inc., Adv. Proc. No. 25-50742 - Motion of Don A. Beskrone, Chapter 7 Trustee, for Order Further Extending Time for Service of Process Pursuant to Rules 7004(a) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure and Rule 4(m) of the Federal Rules of Civil Procedure [Adv. D.I. 26; 10/29/2025]

    **Objection Deadline**: November 12, 2025 at 4:00 p.m. ET

    **Objections/Informal Responses**: None.

    **Related Pleadings:**

    A. Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, for Order Further Extending Time for Service of Process Pursuant to Rules 7004(a) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure and Rule 4(m) of the Federal Rules of Civil Procedure [Adv. D.I. 27; 11/14/2025]

    **Status**: A Certificate of No Objection has been filed. No hearing is necessary, unless otherwise required by the Court.


Dated: November 26, 2025     **ASHBY & GEDDES, P.A.**

*/s/ Benjamin W. Keenan*
Ricardo Palacio (DE Bar No. 3765)
Benjamin W. Keenan (DE Bar No. 4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email(s): rpalacio@ashbygeddes.com
            bkeenan@ashbygeddes.com

*Counsel for Don A. Beskrone,*
*Chapter 7 Trustee*

# EXHIBIT A

## (List of Avoidance Action Adversary Proceedings)

| Defendant Name | Adv. Proc. No. |
|---|---|
| ACS Investment Group Inc. | Adv. Proc. No. 25-50640 |
| Amazon Web Services, Inc. | Adv. Proc. No. 25-50643 |
| American Express Travel Related Services Co., Inc. | Adv. Proc. No. 25-50644 |
| American Service Industries, Inc. | Adv. Proc. No. 25-50645 |
| AON Risk Services | Adv. Proc. No. 25-50647 |
| APG Gross Point Road, LLC | Adv. Proc. No. 25-50648 |
| Old AGT, Inc. fka Aqua-Gulf Transport Inc. | Adv. Proc. No. 25-50649 |
| ARC CLORFL001, LLC | Adv. Proc. No. 25-50650 |
| Ares Holdings LLC | Adv. Proc. No. 25-50651 |
| Consolidated Maintenance Solutions, LLC d/b/a Authority HVAC | Adv. Proc. No. 25-50652 |
| Avid Floor Maintenance, Inc. | Adv. Proc. No. 25-50653 |
| B Comm Realty LLC | Adv. Proc. No. 25-50654 |
| Big Money Brandi Management, Inc. | Adv. Proc. No. 25-50656 |
| Rhombus Services d/b/a Brandpoint Services, Inc. | Adv. Proc. No. 25-50659 |
| Burlington Crossroads E&A LLC | Adv. Proc. No. 25-50661 |
| Caledge Investments LLC | Adv. Proc. No. 25-50662 |
| Calstrs/CHSV Quarry, LLC | Adv. Proc. No. 25-50663 |
| Carlsbad Plaza LLC | Adv. Proc. No. 25-50665 |
| CC Park Place, LLC | Adv. Proc. No. 25-50667 |
| JPMorgan Chase Bank, N.A. | Adv. Proc. No. 25-50669 |
| Allendale KOP Investments, L.P. f/k/a CMW Investments Ltd. | Adv. Proc. No. 25-50670 |
| CPT Arlington Highlands 1, LP | Adv. Proc. No. 25-50675 |
| Danada Square West | Adv. Proc. No. 25-50678 |
| DDR Southeast Fountains, LLC | Adv. Proc. No. 25-50679 |
| Dex Imaging LLC | Adv. Proc. No. 25-50682 |
| DK-Bell Holding Company, LLC | Adv. Proc. No. 25-50683 |
| Holleback Consulting, LLC | Adv. Proc. No. 25-50684 |
| Salesforce.com, Inc. | Adv. Proc. No. 25-50686 |
| Dollinger-Glendale Assoc. | Adv. Proc. No. 25-50689 |
| DOT Foods, Inc. | Adv. Proc. No. 25-50693 |
| ECA Elle Northwood Partners LLC | Adv. Proc. No. 25-50696 |
| Indeed, Inc. | Adv. Proc. No. 25-50699 |
| Entisys Solutions, Inc. | Adv. Proc. No. 25-50700 |
| J&L Belmont Plaza | Adv. Proc. No. 25-50707 |
| January Digital, LLC | Adv. Proc. No. 25-50708 |
| Fireserv Inc. | Adv. Proc. No. 25-50712 |
| Forum Lone Star | Adv. Proc. No. 25-50714 |

| | |
|---|---|
| Foxfield Commons, LLC | Adv. Proc. No. 25-50715 |
| Franklin Towne Plaza LLC | Adv. Proc. No. 25-50719 |
| Gong Investments LLC | Adv. Proc. No. 25-50721 |
| Google LLC | Adv. Proc. No. 25-50723 |
| Key West Air LLC | Adv. Proc. No. 25-50725 |
| Gordon & Rees, LLP | Adv. Proc. No. 25-50733 |
| Liberty Distributors, Inc | Adv. Proc. No. 25-50737 |
| Mainfreight Inc. | Adv. Proc. No. 25-50740 |
| MBI Benefits, Inc./Medi-i- Bank, Inc. | Adv. Proc. No. 25-50742 |
| KIOP Meadowbrook LP | Adv. Proc. No. 25-50743 |
| Meridian IT Inc. | Adv. Proc. No. 25-50747 |
| Miller Buckfire & Co., LLC | Adv. Proc. No. 25-50750 |
| MK Towne Crossing Associates LLC | Adv. Proc. No. 25-50752 |
| Mobile Programming LLC | Adv. Proc. No. 25-50754 |
| Monday.Com Ltd. | Adv. Proc. No. 25-50755 |
| Murray Hill 32 LLC | Adv. Proc. No. 25-50756 |
| National Distribution Service, Inc | Adv. Proc. No. 25-50757 |
| Neesvig's Inc. | Adv. Proc. No. 25-50760 |
| Olympia Square South, LLC | Adv. Proc. No. 25-50763 |
| Pop Realty Corporation dba P&B Realty | Adv. Proc. No. 25-50764 |
| Queens Blvd Assoc. LLC | Adv. Proc. No. 25-50766 |
| Park Hill Plaza LLC | Adv. Proc. No. 25-50767 |
| Randstad Technologies L.P. | Adv. Proc. No. 25-50770 |
| Pebblepost, Inc. | Adv. Proc. No. 25-50771 |
| Rhino Holdings Blue Oaks, LLC | Adv. Proc. No. 25-50773 |
| Press Gainey d/b/a Rio Seo | Adv. Proc. No. 25-50774 |
| ROF IV OTCC, LLC | Adv. Proc. No. 25-50775 |
| Rosedale Commons LP | Adv. Proc. No. 25-50780 |
| Power Digital Marketing | Adv. Proc. No. 25-50781 |
| Principal Life Insurance Company | Adv. Proc. No. 25-50782 |
| Proven Solutions, LLC | Adv. Proc. No. 25-50783 |
| QBE Insurance Corporation | Adv. Proc. No. 25-50784 |
| RPT Realty, L.P. | Adv. Proc. No. 25-50786 |
| Rreef America REIT II Portfolio, L.P. | Adv. Proc. No. 25-50787 |
| Spectrotel Holding Company LLC | Adv. Proc. No. 25-50789 |
| SRS Broadway Associates, LLC | Adv. Proc. No. 25-50790 |
| SVF Alexandria Commons LLC | Adv. Proc. No. 25-50791 |
| Sygma Network Inc. | Adv. Proc. No. 25-50792 |
| SCG Pinole Valley Shopping Center, LLC | Adv. Proc. No. 25-50794 |
| SHI International Corp. | Adv. Proc. No. 25-50796 |
| Shirts Without Buttons, LLC | Adv. Proc. No. 25-50798 |
| Slalom, LLC | Adv. Proc. No. 25-50799 |
| Socialdeviant, LLC | Adv. Proc. No. 25-50800 |
| TCWGlobal f/k/a TargetCW | Adv. Proc. No. 25-50803 |

| | |
|---|---|
| Temperature Service Company, Inc. | Adv. Proc. No. 25-50805 |
| The Lincoln National Life Insurance Company | Adv. Proc. No. 25-50806 |
| Tik Tok, Inc. | Adv. Proc. No. 25-50809 |
| TRPF Promenade Plaza LLC | Adv. Proc. No. 25-50810 |
| UKG, Inc. f/k/a Ultimate Software Group, Inc. | Adv. Proc. No. 25-50812 |
| University Town Center 1640, LLC | Adv. Proc. No. 25-50813 |
| Virginia Dept. of Tax | Adv. Proc. No. 25-50816 |
| Kimco Realty Corporation f/k/a Weingarten Realty Investors | Adv. Proc. No. 25-50817 |
| 15030 Whittier Center LLC | Adv. Proc. No. 25-50818 |
| YMC Janitorial Services, Inc. | Adv. Proc. No. 25-50819 |
| Zurich American Insurance Company | Adv. Proc. No. 25-50820 |
| KIOP Branford LLC | Adv. Proc. No. 25-50831 |