**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:

JC USA, Inc.

    *Debtor(s)*/

**Case No.: 23-10585-BK-JKS**
Chapter 7

## REQUEST FOR SERVICE

Creditor, MIAMI-DADE OFFICE OF THE TAX COLLECTOR, through the Legal Services Division, files this request to be added to the mailing matrix maintained by the clerk of the Bankruptcy Court, and further requests that copies of all notices, pleadings, and other documents filed in this case be sent to the Miami-Dade Office of the Tax Collector in care of the Legal Services Division.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been provided by U.S. Mail and/or Email to:

**Office of the Trustee**: Benjamin W. Keenan, Esq., Ashby & Geddes, 500 Delaware Avenue, 8th Floor, PO Box 1150, Wilmington, DE 19899, bkeenan@ashbygeddes.com. Garvan F. McDaniel, Esq., Hogan McDaniel, 1311 Delaware Avenue, Wilmington, DE 19806, gfmcdaniel@dkhogan.com. Ricardo Palacio, Esq., Ashby & Geddes, P. A., 500 Delaware Avenue, 8th Floor, Wilmington, DE 19801, rpalacio@ashbygeddes.com. Russell David Paul, Esq., Berger & Montague, P.C., 1818 Market St., Ste. 3600, Philadelphia, PA 19103, rpaul@bergermontague.com.

**Attorney for the Debtor**: David R. Hurst, Esq., McDermott Will & Schulte LLP, The Brandywine Building, 1000 N. West Street, Suite 1400, Wilmington, DE 19801, dhurst@mwe.com.

    Dariel Fernandez, Tax Collector
    Miami-Dade Office of the Tax Collector
    Miami-Dade County, Florida
    This 10th day of December 2025
    By: /s/ *Nikolas Rogers*
    TC Paralegal
    Legal Services Division
    200 NW 2ND Avenue, #430
    Miami, FL 33128
    PHONE: (305) 375-5313; FAX: (305) 375-1134
    E-Mail: NikolasRogers@mdctaxcollector.gov
        MDTCBKC@mdctaxcollector.gov