# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> JC USA, Inc., *et al.,* [1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10585 (JKS) <br> (Jointly Administered) |
| Don A. Beskrone, Chapter 7 Trustee for JC USA, Inc., *et al.*, <br><br> Plaintiff, <br><br> v. | |
| American Service Industries, Inc. | Adv. Pro. No. 25-50645 (JKS) <br> **Related Adv. D.I. 16** |
| Aon Risk Services Central, Inc. | Adv. Pro. No. 25-50647 (JKS) <br> **Related Adv. D.I. 23** |
| Avid Floor Maintenance, Inc. | Adv. Pro. No. 25-50653 (JKS) <br> **Related Adv. D.I. 22** |
| Burlington Crossroads (E&A) LLC | Adv. Pro. No. 25-50661 (JKS) <br> **Related Adv. D.I. 25** |
| Allendale KOP Investments, L.P. f/k/a CMW Investments Ltd. | Adv. Pro. No. 25-50670 (JKS) <br> **Related Adv. D.I. 16** |
| DDR Southeast Fountains, LLC | Adv. Pro. No. 25-50679 (JKS) <br> **Related Adv. D.I. 25** |
| Dollinger-Glendale Associates, a California Limited Partnership | Adv. Pro. No. 25-50689 (JKS) <br> **Related Adv. D.I. 20** |
| Google LLC | Adv. Pro. No. 25-50723 (JKS) <br> **Related Adv. D.I. 16** |
| Liberty Distributors Inc. | Adv. Pro. No. 25-50737 (JKS) <br> **Related Adv. D.I. 25** |
| Mainfreight, Inc. | Adv. Pro. No. 25-50740 (JKS) <br> **Related Adv. D.I. 31** |
| Rhino Holdings Blue Oaks, LLC | Adv. Pro. No. 25-50773 (JKS) <br> **Related Adv. D.I. 14** |
| Shirts Without Buttons, LLC | Adv. Pro. No. 25-50798 (JKS) <br> **Related Adv. D.I. 15** |
| TRPF Promenade Plaza LLC | Adv. Pro. No. 25-50810 (JKS) <br> **Related Adv. D.I. 25** |
| UKG, Inc. f/k/a Ultimate Software Group, Inc. | Adv. Pro. No. 25-50812 (JKS) <br> **Related Adv. D.I. 19** |

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) JC Hold, LLC (4170).

{02185631;v1 }    1

## ORDER APPROVING SETTLEMENT OF CERTAIN CHAPTER 5 CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

The Court having considered the motion (the "Motion")[2] of Don A. Beskrone, the Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtors (the "Debtors"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Rule 9019") for approval of settlement of certain claims (the "Claims") pursuant to Chapter 5 of the Bankruptcy Code for avoidance and recovery of allegedly preferential or fraudulent transfers as set forth in the Motion and the Settlement Agreements attached as **Exhibit A** - **Exhibit O** to the Motion, and the Court finding that the Settlements are fair and reasonable, and the Court finding the Settlements satisfy the standards for approval of a compromise under Rule 9019, and are in the best interests of the Debtor's estate and creditors, NOW, **THEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Settlements set forth in the Settlement Agreements attached to the Motion as **Exhibit A** - **Exhibit O** with respect to the Trustee's Claims against American Service Industries, Inc., Aon Risk Services Central, Inc., Avid Floor Maintenance, Inc., Burlington Crossroads (E&A) LLC, Allendale KOP Investments, L.P. f/k/a CMW Investments Ltd., DDR Southeast Fountains, LLC, Dollinger-Glendale Associates, a California Limited Partnership, Google LLC, Liberty Distributors Inc., Mainfreight, Inc., Rhino Holdings Blue Oaks, LLC, Shirts Without Buttons, LLC, TRPF Promenade Plaza LLC, UKG, Inc. f/k/a Ultimate Software Group, Inc., and NPMC Retail, LLC are hereby approved in full and final settlement of such claims.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

**Dated: January 6th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

{02185631;v1 }                                           3