## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JC USA, Inc., *et al.,*[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10585 (JKS)<br><br>(Jointly Administered) |
| Don A. Beskrone, Chapter 7 Trustee for JC USA, Inc., *et al*.,<br><br>        Plaintiff,<br><br>        v. | |
| ARC CLORFL001, LLC | Adv. Proc. No. 25-50650 (JKS)<br>*Related Adversary No. 28* |
| CALSTRS/CSHV Quarry, LLC | Adv. Proc. No. 25-50663 (JKS)<br>*Related Adversary No. 27* |
| Danada Square West Shopping Center LLC | Adv. Proc. No. 25-50678 (JKS)<br>*Related Adversary No. 29* |
| MK Towne Crossing Associates LLC | Adv. Proc. No. 25-50752 (JKS)<br>*Related Adversary No. 27* |
| RREEF America REIT II Portfolio, L.P. | Adv. Proc. No. 25-50787 (JKS)<br>*Related Adversary No. 28* |
| SVF Alexandria Commons LLC | Adv. Proc. No. 25-50791 (JKS)<br>*Related Adversary No. 29* |
| SCG Pinole Valley Shopping Center, LLC | Adv. Proc. No. 25-50794 (JKS)<br>*Related Adversary No. 29* |

**ORDER APPROVING STIPULATION EXTENDING DATE TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT AND EXTENDING DATES UNDER PROCEDURES ORDER**

This Court having considered the Stipulation Extending Date to Answer, Move or Otherwise Respond to Complaint and Extending Dates Under Procedures Order between Don A. Beskrone in his capacity as the Chapter 7 Trustee of JC USA, Inc., et al., (the "Trustee") and the above-captioned defendants ("Defendants") attached hereto as Exhibit 1; the Court having

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) JC Hold, LLC (4170).

{02136774;v1 }

determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby

ORDERED that the Stipulation is approved.

ORDERED that the deadline for Defendants to answer, move or otherwise respond to the Complaints in the above-captioned Adversary Proceedings is extended until February 12, 2026.

ORDERED that the dates under the Procedures Order entered in the Adversary Proceedings are hereby extended by 30 days.

Dated: January 28th, 2026
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

{02136774;v1 }                                                     2