**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | § | |
| **In re** | § | **Chapter 7** |
| | § | |
| **JC USA, Inc. d/b/a Jenny Craig, et al.,**[1] | § | **Case No. 23-10585 (JKS)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**<u>AMENDED REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS</u>**

NOW COME The County of Denton, Texas and The County of Williamson, Texas, *ad valorem* tax creditors herein, and hereby request service of all notices and other documents in which notice is required under 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9013. Said creditors request that such notice be given electronically to:

Jessica L. Cousineau
McCreary, Veselka, Bragg, & Allen, P.C.
Physical address: 700 Jeffrey Way, Suite 100, Round Rock, TX 78665
Mailing address: P.O. Box 1269, Round Rock, TX78680-1269
Direct telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com

and that all notices to Julie Anne Parsons be terminated as to Lead Case No. 23-10585, JC USA, Inc. and as to all affiliate cases (Jenny C Holdings, LLC – 23-10580; Jenny C Intermediate, Inc. – 23-10581, Jenny C Acquisition, Inc. – 23-10582; Craig Holdings, Inc. – 23-10583 and JC Franchising, Inc. – 23-10584).

Dated: September 13, 2026

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) and JC Hold, LLC (4170).

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau
Oregon Bar Number 012374
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email:
jessica.cousineau@mvbalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2026, I have served or caused to be served through the Court's CM/ECF electronic notification system, a true and correct copy of the above on those parties listed on the Court's Notice of Electronic Filing.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau