**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JC USA, Inc., *et al.,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10585 (JKS)<br>(Jointly Administered)<br><br>**Related D.I. 699** |
| Don A. Beskrone, Chapter 7 Trustee for<br>JC USA, Inc., *et al*.,<br><br>Plaintiff,<br><br>v. | |
| Key West Air LLC | Adv. Pro. No. 25-50725 (JKS)<br>**Related Adv. D.I. 29** |

**ORDER APPROVING SETTLEMENT OF CERTAIN CHAPTER 5 CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The Court having considered the motion (the "Motion")[2] of Don A. Beskrone, the Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtors (the "Debtors"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Rule 9019") for approval of settlement of certain claims (the "Claims") pursuant to Chapter 5 of the Bankruptcy Code for avoidance and recovery of allegedly preferential or fraudulent transfers as set forth in the Motion and the Settlement Agreement attached as **Exhibit A** to the Motion, and the Court finding that the Settlement is fair and reasonable, and the Court finding the Settlement satisfies the standards for approval of a compromise under Rule 9019, and is in the best interests of the Debtors' estates and

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) JC Hold, LLC (4170).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

creditors, NOW, **THEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Settlement set forth in the Settlement Agreement attached to the Motion as **Exhibit A** with respect to the Trustee's Claims against Key West Air LLC is hereby approved in full and final settlement of such claims.

3. This Order shall be effective immediately upon its entry.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

**Dated: October 5th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**